07-322 C

**DISCLOSURE STATEMENT UNDER RCFC 7.1**

In accordance with RCFC 7.1 undersigned counsel for Plaintiff Input/Output Technology, Inc. certifies that the Plaintiff is a nongovernmental corporation. The Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

James S. DelSordo

FILED
MAY 24 2007
U.S. COURT OF FEDERAL CLAIMS

RECEIVED
OVER THE COUNTER
MAY 24 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS