IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 24 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | CoFC No. 07-322 C |

## MOTION FOR PRELIMINARY INJUNCTION

**COMES NOW** the Input/Output Technology, Inc. ("IO Tech"), by and through undersigned counsel, and hereby files this Motion for Preliminary Injunction under Fed. R. Civ. P. 65(a) and the Rules of the United States Court of Federal Claims. As more fully described in the Memorandum in Support of IO Tech's Motion for Preliminary Injunction, filed concurrently herewith, the Court should enjoin the Defense Logistics Agency ("DLA") from permitting performance of any contract awarded to Aschbacher & Associates Inc. ("AAI") or any other unqualified or unapproved source to provide the supplies required under the Request for Quotations No. SPM7M8-07-T-7139 (the "RFQ" or the "Solicitation"). Specifically, DLA has failed to comply with the terms and requirements 48 CFR Part 9.2 in the award of the contract under the RFQ to AAI a company which has not met the requirements to be a qualified or approved source for the items being procured under the RFQ. DLA's decision in this regard was arbitrary and capricious in that they are a violation of 48 CFR § 52.209-1.

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order immediately enjoining the Government from taking the actions described above or in the alternative enjoining DLA from employing the funds obligated to the performance of a contract to provide the services required under the RFQ of any contract awarded to AAI, or any other source not qualified to supplied the items required under the RFQ.

Respectfully submitted,

Date: May 24, 2007

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Input/Output Technology, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2007, a copy of the foregoing Motion for Preliminary Injunction was served by electronic mail on Counsel for the United States James Poirier, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530.

James S. DelSordo