# In the United States Court of Federal Claims

No. 07-322C
Filed: May 25, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

ESTABLISHING FILING DEADLINE

and

SCHEDULING TELEPHONE CONFERENCE

---

Pursuant to the telephone conference held on May 24, 2007, it is hereby ORDERED:

1. On or before June 5, 2007, defendant shall file affidavits of the contracting officer and supporting technical personnel explaining the basis for the Defense Logistics Agency's determination that Frequency Selective Networks satisfies the procurement's requirement for purchase from an "approved" source.

2. An off-the-record telephone conference will be held at 3:30 p.m. on Wednesday, June 13, 2007, to discuss future proceedings in the case. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge