# In the United States Court of Federal Claims

No. 07-322C
Filed: May 31, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR PROTECTIVE ORDER

Plaintiff's May 30, 2007, motion for a protective order is GRANTED. The attached protective order, as signed by the court, shall be filed this day.

s/John P. Wiese
John P. Wiese
Judge