IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-322C |
| THE UNITED STATES, | ) | (Senior Judge Wiese) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of two days, to and including June 7, 2007, within which to file declarations, pursuant to the Court's order, dated May 25, 2007. Our declarations are currently due on June 5, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, Input/Output Technologies, Inc. ("Input"), has authorized us to say that Input does not oppose this motion for an enlargement of time.

Substantial progress has been made collecting documents and drafting declarations in order to demonstrate the relevant regulatory schemes, and to demonstrate how the relevant requirements were met in this case. However, this work is not yet complete. In part, our efforts were slowed by the Memorial Day holiday and by the fact that some employees took additional leave near the holiday. However, the main reason that we need extra time is because we are trying to be particularly thorough in our presentation.

The full enlargement of time is in the interests of justice and judicial economy. We believe that an additional two days will permit us time to prepare more thorough declarations. These additional efforts by the witnesses are likely to shorten the length of the proceedings overall by clarifying the relevant legal and factual issues, if any, remaining in this case.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

June 4, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 4, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier