IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INPUT/OUTPUT TECHNOLOGY, INC., )
Plaintiff, )
v. ) No. 07-322C
THE UNITED STATES, ) (Senior Judge Wiese)
Defendant. )

DEFENDANT'S MOTION TO FILE FOUR DECLARATIONS

Defendant, the United States, respectfully submits four declarations, with attached exhibits:

1. the declaration of Mr. Jenkins, the quality assurance specialist working with the local procurement office who referred an "alternate offer" for Frequency Selective Networks ("FSN") to produce certain backplane assemblies to the Communications and Electronics Research and Development Command ("CECOM") in Fort Monmouth, New Jersey for technical review;

2. the declaration of Mr. Truskowski, the engineer at CECOM who performed the technical review of the FSN data package sent by Mr. Jenkins;

3. the declaration of Ms. Frederick, a procurement analyst in the local procurement office with expertise in determining whether any certain part is on any Qualified Parts List ("QPL"); and

4. the declaration of Mr. Evans, a senior engineer and manager in the local procurement office, who is responsible for many thousands of parts that are listed on many QPLs, and who has knowledge of QPL requirements in general.

Please note that Exhibit B to the Truskowski declaration is the data package sent to CECOM by Mr. Jenkins for analysis. The same

document is Exhibit C to the Jenkins declaration. We have not submitted Exhibit C to the Jenkins declaration to the Court because it is duplicative and voluminous. However, if the Court decides that Exhibit C should be submitted, then we will simply change the name on the Truskowski Exhibit B .pdf files and submit the same files with a different name (i.e., Jenkins Exhibit C).

One portion of Exhibit B to the Truskowski declaration (Tab H) is proprietary, and will be filed separately under seal.

In general, the declarations demonstrate two material facts:

1. the backplate assembly is not on any QPL, and

2. Mr. Truskowski followed applicable procedures when he approved the alternate offer to have FSN produce the backplate assembly.

Accordingly, the suspicions articulated by counsel for plaintiff at the initial conference are without foundation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

June 7, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 4, 2007, a copy of the foregoing "DEFENDANT’S MOTION TO FILE FOUR DECLARATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier