IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INPUT/OUTPUT TECHNOLOGY, INC. )
)
Plaintiff, )
)
v. )
) (Judge Wiese)
THE UNITED STATES, )
)
Defendant. )

DECLARATION OF ROBERT EVANS

I, ROBERT EVANS, hereby state as follows:

1. I am currently employed as a GS-0855-14, Chief, Sourcing and Qualifications Unit at the Defense Supply Center Columbus, Columbus Ohio (DSCC), a primary level field activity of the Defense Logistics Agency (DLA). I have been employed in this position since June of 2004. I have a Bachelor of Science in Electrical Engineering Western Michigan, class of 1974. I have more than 30 years experience in quality assurance, military electronics specifications, test methods, and engineering qualifications.

2. My unit is responsible for the DSCC qualification program, established and administered pursuant to DoD 4120.24-M, Defense Standardization Program Policies and Procedures, March 2000( DoD 4120.24-M Appendix 2 attached as Exhibit A) and to apply it consistant with the Federal Acquisition Regulation Part 9.2. The Sourcing and Qualification Unit at

DSCC is responsible for establishing and maintaining the Qualified Product List (QPL) and Qualified Manufacturers.

3. QPL is used for qualifying individual or families of products. The QPL shows that an individual or family of products have met established qualification requirements . QPLs are appropriate for items of supply that are stable and will be continually available for an extended period of time, thereby making it practicable to qualify products without incurring repetitive and prohibitive testing cost.

4. QML is used for qualifying materials and processes rather than individual products. The QML shows what manufacture' processes or materials (not products) have met established qualification requirements.

5. The qualification requirements for QPL or QML are stipulated in an applicable military specifications or standards. Once a contractor successfully accomplishes the qualification requirements the manufacturers products, processes or materials are listed in the applicable. QML or QPL.

6. Normally, the qualifying for QPL or QML is accomplished by the contractor manufacturing the product and then subjecting it to environmental and performance testing as specified in the applicable military specification or standard. These tests may be done by the manufacturer, a government laboratory, a private laboratory or private facility.

Regardless of who does the testing, the method and facility or laboratory must still be approved by the government entity responsible for maintaining the particular QPL or QML.

7. The purpose of qualification is to provide for completion of long and highly complex evaluations and tests prior to, and independent of any acquisition or contract action. The qualification program reduces acquisition cost by reducing or eliminating repetitive surveillance audits, first article tests, or qualification tests for each individual product procurement and contract. Qualifying a product, process or material ensures continuous availability of products with a proven quality, reliability, performance and safety, thus improving readiness for the Armed Forces

8. There are hundreds of QPLs within the Department of Defense for various, components, assemblies or products, from microcircuits, hydraulic hoses, tires to folklifts. My department is responsible for approximately 250 QPLs encompassing millions of items of hardware and electronics. My department is not responsible for the backplane assembly National Stock Number 5998-01-336-6543. I cannot make the determination whether or not this is a QPL item that determination would be made by the Engineering Support Activity. After reviewing information provided by the Engineering Support Activity it is my understanding that they have determined this is not a QPL item.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 6th day of June 2007.

Robert Evans
Chief, Sourcing and Qualifications Unit
Defense Supply Center Columbus