designated as agent for all contacts relative to this QPL (or QML) is (insert name, office symbol, and address of the agent)."

AP2.10.4. Validation of QPLs and QMLs. QPLs and QMLs shall show validation information in the upper left-hand corner by inclusion of one of the following, as appropriate:

AP2.10.4.1. Retention by certification.

QUALIFICATIONS CERTIFIED

(MONTH) (YEAR)

Indicate the current validation date on all subsequent issues of the list.

AP2.10.4.2. Retention by submittal of test data.

QUALIFICATIONS HAVE BEEN VALIDATED
(Frequency: See specification)
BY TEST DATA

AP2.10.4.3. Retention by requalification.

ON QPL: ALL LISTED PRODUCTS HAVE BEEN REQUALIFIED
ON QML: ALL LISTED MANUFACTURERS HAVE BEEN RECERTIFIED
(Frequency: See specification)

AP2.10.5. Revisions and Amendments. Identify revisions by the date and an issue number in proper numerical sequence. Thus, the revision of QPL-3125-2 associated with specification MIL-DTL-3125 shall be identified as "QPL-3125-3" (same for the QML). Identify an amendment by appropriate date and the notation "AMENDMENT_________(No.)" placed below the document identifier with the number in proper numerical sequence. See figure AP2-F4. The preparation of a revision is appropriate when changes are numerous. When a specification is declared "Inactive for New Design," the list must be revised to contain a note on the first page of the list which states that the specification has been so declared, the effective date, and that the QPL or the QML still applies to the inactive issue for all legal acquisitions other than for use in new designs. Indicate when some, but not all, part numbers or specification sheets are inactive. Enclose the following note in a solid line box:

| |
|---|
| Effective ___________(date), MIL-X-12345A has been declared "Inactive for New Design" and superseded for new design by MIL-PRF-45678. This QPL (or QML), is applicable on all acquisitions to which MIL-X-12345A is applied. |

AP2.10.6. Notices of Cancellation. Figure AP2-F8. gives the format for a cancellation notice. Besides indicating the specific issue of the QPL or the QML that is canceled, statements similar to the following may be included:

page 20 of 33 pages

AP2.10.6.1. "The specification covering the product listed has been canceled by a separate notice."

AP2.10.6.2. "Qualification has been deleted from the specification by revision (symbol) or amendment (number), dated ______________."

When a QPL changes to a QML, the qualifying activity shall prepare a notice to cancel the QPL. The cancellation notice shall include a supersession notice, such as "QPL-19500-143 has been canceled and replaced by QML-19500-1."

AP2.11. QUALIFICATION RECIPROCITY BETWEEN THE U.S. AND ANOTHER COUNTRY

AP2.11.1. NATO STANAG 4093. Qualification reciprocity between the U.S. and another NATO country shall be governed by NATO STANAG 4093 (reference (x)). The agreement specifies acceptance of another NATO country's specification and corresponding QPL, and acceptance of another NATO country's qualification approval as basis for listing of a product on a country's own QPL or QML. Figure AP2-F9. gives the format for a NATO QPL.

AP2.11.2. Reciprocity Between the U.S. and a Non-NATO Country.

AP2.11.2.1. Except as otherwise covered by an international agreement, when the DoD accepts another country's qualified-product specification for use in DoD acquisitions, the cognizant U.S. National Qualification Authority (NQA) shall determine the extent to which the U.S. will accept that country's QPL or QML. The NQA responsibility is delegated to the U.S. Preparing Activity for the corresponding U.S. specification. The U.S. NQA shall request a copy of the foreign QPL or QML from that country's NQA. Additional product information may be required, such as a copy of the test data that is the basis for the foreign qualification approval. The data should include descriptions of test procedures, test equipment, methods, dates of calibration and complete test results, computations and analysis, and identification of the testing officials. If review of the data indicates that additional data or testing is necessary to validate compliance with the product specification requirements, the U.S. NQA shall notify the foreign NQA accordingly. The foreign NQA and suppliers listed on the foreign QPL or QML shall be notified that for some use-applications involving critical performance reliability, the DoD reserves the right to require additional tests to be conducted in accordance with U.S. national procedures and regulations. The responsibility for the costs for conducting qualification assessments and additional testing and providing data which exceeds that required in the specification used for the foreign qualification approval shall be a matter for negotiation between the product supplier and the designated U.S. NQA.

AP2.11.2.2. If the U.S. NQA finds cause to remove a manufacturer's product from the country's QPL or QML, the appropriate foreign NQA shall be notified of the action and the reasons for removal.

AP2.11.3. Establishment and Maintenance of Another Country's Qualification Approval by the U.S. Manufacturers and products granted qualification approval by the U.S. under

 page 21 of 33 pages

specifications issued by other NATO countries shall be listed on a QPL or QML maintained by the U.S. NQA.

AP2.11.4. Qualification by Foreign Sources. Foreign sources may apply for qualification to U.S. specifications in the same manner as domestic sources. If an ISA exists, the terms of that agreement apply for reciprocity listings. If a NQA exists within the country of the applicant, all matters pertaining to the qualification shall be processed through that NQA.

1. Develop specification including qualification requirements
2. Approve justification for qualification in specification
3. Coordinate specification
4. Comment or concur with specification
5. Resolve comments and release specification
6. Publish and distribute specification
7. Advertise for applicants and provide information
8. Submit qualification test application, samples, and process data
9. Conduct qualification tests
10. Monitor tests and evaluate, recommend approval for listing or rejection
11. Approve or disapprove for listing on QPL or QML and issue updated listing
12. Distribute QPL or QML
13. Use QPL or QML for acquisition
14. Periodically review and validate product and manufacturing processes
15. Detect changes in manufacturing process or nonconformance and notify preparing activity
16. Evaluate changes and retain or remove from QPL or QML




Figure AP2-F1. Qualification Process Management



page 23 of 33 pages

QPL-3134-68
27 May 1996
SUPERSEDING
QPL-3134-67
13 May 1995

QUALIFICATIONS CERTIFIED
MAY 1996

QUALIFIED PRODUCTS LIST
OF
PRODUCTS QUALIFIED UNDER DETAIL SPECIFICATION
MIL-DTL-3134

DECK COVERING MATERIALS

This list has been prepared for use by or for the Government in the acquisition of products covered by the subject specification and such listing of a product is not intended to and does not connote endorsement of the product by the Department of Defense. All products listed herein have qualified under the requirements for the product as specified in the latest effective issue of the applicable specification. This list is subject to change without notice; revision or amendment of this list will be issued as necessary. The listing of a product does not release the contractor from compliance with the specification requirements.

THE ACTIVITY RESPONSIBLE FOR THIS QUALIFIED PRODUCTS LIST IS THE NAVAL SEA SYSTEMS COMMAND, SEA 05Q42, DEPARTMENT OF THE NAVY, WASHINGTON, DC 20362-5101.

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OF QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type I<br>Class 1 | Neocrete Terrazzo #33 | Frederick A. Bacon<br>Lab. Rpt. C-2217<br><br>NYK Mat. Lab.<br>6-434 &<br>Service Test<br>USS INGRAHAM<br>(DD 694) | The Ascon Products Co.<br>P.O. Drawer 701<br>Niantic, CT 06357<br>Plant:<br>7 Pennsylvania Ave.<br>Niantic, CT 06357 |

AMSC N/A FSC 5610

Figure AP2-F2. Example of a QPL

QPL-3134-68

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OF QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type I<br>Class 1 | DEX-O-TEX N-38 Terrazzo | NYK Mat. Lab.<br>4336-252 | Crossfields Products Corp.<br>140 Valley Road.<br>Roselle Park, NJ 07204<br>Plants:<br>3000 E. Harcourt St.<br>Compton, CA 90221<br>140 Valley Road<br>Roselle Park, NJ 07204 |
| Type I<br>Class 1 | DEX-O-TEX P-61<br>Terrazzo | Foster D. Snell Inc.<br>Rpt. 10/28/63<br>SS BRASIL<br>NAVSHIPYD, PUGET<br>Rpt. C-2253-75 | Crossfield Products Corp.<br>140 Valley Road<br>Roselle Park, NJ 07024<br>Plants:<br>3000 E. Harcourt St.<br>Compton, CA 90221<br>140 Valley Road<br>Roselle Park, NJ 07204<br>4407 Meridian St.<br>Moss Point, MS 39563<br>5422 Shilshole Ave.,<br>N.W.<br>Seattle, WA 98107 |
| Type I<br>Class 1 | Monile Roman Terrazzo | MAMECO International<br>Rpt. 221-75<br>NAVSHIPYD, PUGET<br>Rpt. C-1152-76<br>Service Test<br>USCGC<br>MACKINAC<br>(WACB-83) | MAMECO<br>International<br>4475 E. 175th St.<br>Cleveland, OH 44128<br>Plant: Same Address |

Figure AP2-F2. Example of a QPL, continued

page 25 of 33 pages

QPL-AS604-1
15 September 1986

QUALIFIED PRODUCTS LIST
OF
PRODUCTS QUALIFIED UNDER SAE AEROSPACE STANDARD
AS604
HOSE ASSEMBLY, TETRAFLUOROETHYLENE, HIGH-TEMPERATURE
3000 PSI, HYDRAULIC AND PNEUMATIC, HEAVYWEIGHT (HEAVY BRAID)

This list has been prepared for use by or for the Government in the acquisition of products covered by the subject non-Government standard and such listing of a product is not intended to and does not connote endorsement of the product by the Department of Defense. All products listed herein have been qualified under the requirements for the product as specified in the latest adopted issue of the applicable non-Government standard. This list is subject to change without notice; revision or amendment of this list will be issued as necessary. The listing of a product does not release the supplier from compliance with the non-Government standard requirements.

THE ACTIVITY RESPONSIBLE FOR THIS QUALIFIED PRODUCTS LIST IS THE AIR FORCE ASD/ENES, WRIGHT-PATTERSON AFB, OHIO 45433-6503. THE QUALIFYING ACTIVITY RESPONSIBLE FOR QUALIFICATION APPROVAL IS ASD/ENFEM, WRIGHT-PATTERSON AFB, OHIO 45433-6503.

| PREVIOUS GOVERNMENT DESIGNATION | NON-GOVERNMENT STANDARD BODIES DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|---|
| MS27363E (-04)<br>MS27364E (-04)<br>MS27366E (-04)<br>MS27367E (-04)<br>MS27368E (-04)<br>MS27369E (-04)<br>MS27370E (-04)<br>MS27371E (-04)<br>MS27372E (-04)<br>MS27373E (-04)<br>MS27374E (-04) | AS627-04<br>AS628-04<br>AS630E<br>AS631E<br>AS632E<br>AS621-04<br>AS622-04<br>AS623-04<br>AS624E<br>AS625E<br>AS626E | AR1411-4 | ASD/ENFEM ltrs 30 Aug 77 and 12 Oct 78 | Aeroquip Corporation<br>Aerospace Division<br>300 S. East Avenue<br>Jackson, MI 49203-1972<br><br>Plants:<br>Jackson Plant<br>Same address<br>Middlesex Plant<br>Middlesex, NC 27557-0369 |

AMSC N/A FSC 4720

Figure AP2-F3. Example of a QPL for a NGS

Page 26 of 33 pages

QUALIFICATION CERTIFIED
OCTOBER 1998

QPL-16173-64
AMENDMENT-1
31 July 1998

QUALIFIED PRODUCTS LIST
OF
PRODUCTS QUALIFIED UNDER PERFORMANCE SPECIFICATION

MIL-PRF-16173

CORROSION PREVENTIVE COMPOUND, SOLVENT CUTBACKS, COLD APPLICATION

This list has been prepared for use by or for the Government in the acquisition of products covered by the subject specification and such listing of a product is not intended to and does not connote endorsement of the product by the Department of Defense. All products listed herein have been qualified under the requirements for the product as specified in the latest effective issue of the applicable specification. This list is subject to change without notice; revision or amendment of this list will be issued as necessary. The listing of a product does not release the contractor from compliance with the specification requirements.

THE ACTIVITY RESPONSIBLE FOR THIS QUALIFIED PRODUCTS LIST IS THE NAVAL SEA SYSTEMS COMMAND, SEA 05Q42, DEPARTMENT OF THE NAVY, WASHINGTON, DC 20362-5101.

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OF QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|

THIS AMENDMENT FORMS A PART OF QPL-16173-64 DATED 26 OCTOBER 1983

| | | | |
|---|---|---|---|
| Page 12: | Add the following product: | | |
| Grade 2 | LPS-3 | Scientific Material Int. Rpt. 830845 | Holt Lloyd Corp<br>4647 Hugh Howell Rd<br>Tucker, GA 30084<br>Plant: Same address |

AMSC N/A

FSC 8030

Figure AP2-F4. Example of a QPL Amendment

page 27 of 33 pages

QPL-7032-26
31 March 1978
SUPERSEDING
QPL-7032-25
17 October 1977

QUALIFICATION CERTIFIED
MARCH 1998

QUALIFIED PRODUCTS LIST
OF
PRODUCTS QUALIFIED UNDER DETAIL SPECIFICATION

MIL-DTL-7032

INVERTER, AIRCRAFT, GENERAL SPECIFICATION FOR

This list has been prepared for use by or for the Government in the acquisition of products covered by the subject specification and such listing of a product is not intended to and does not connote endorsement of the product by the Department of Defense. All products listed herein have been qualified under the requirements for the product as specified in the latest effective issue of the applicable specification. This list is subject to change without notice; revision or amendment of this list will be issued as necessary. The listing of a product does not release the supplier from compliance with the specification requirements.

THE ACTIVITY RESPONSIBLE FOR THIS QUALIFIED PRODUCTS LIST IS THE NAVAL AIR WARFARE CENTER AIRCRAFT DIVISION LAKEHURST, (CODE SR3), LAKEHURST, NJ 08733

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OF QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| | | CLASS B | |
| MS16057-1 | MGE-93-200 | BuWeps ltr RAAE-522: EAW dtd 21 Feb 1961 | AMF Electrosystems Div. |
| MS16057-3 | 702775 | NATC ltr 4123 SER SY60/429 dtd 13 Feb 1976 | Aerospace Avionics, Inc. |

AMSC N/A FSC 6125

Figure AP2-F5. Example of a Modified Method for Listing Manufacturers

page 28 of 33 pages

QPL-7032-26

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OF QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| MS16062-1 | 32B1161-1-B | NATC ltr 4123<br>Ser SY60/102<br>dtd 17 Mar 1976 | Bendix Corporation |
| MS17404-2 | 32B56-9-C | NATC ltr 4123<br>Ser SY60/045<br>dtd 9 Feb 1978 | |
| MS17404-2 | MGE-23-400A | MATC ltr 1423<br>WST 43-509<br>dtd 9 Sep 1971 | AMF Electrosystems |
| MS17406-1 | MGH-182-100A | NATC ltr WST 33-431<br>dtd 3 Aug 1971 | |
| MS17406-1 | 32B180-9-B | NATC ltr WST<br>33-432<br>dtd 30 July 1971 | Bendix Corporation |
| MS17406-3 | PS-277-3 | NATC ltr 4123<br>Ser SY60/640<br>dtd 9 Dec l976 | EMP Electronics, Inc. |
| MSl7406-3 | EMIR 283A | NATC ltr 4123<br>Ser SY60/235<br>dtd 13 May 1977 | Gulton Industries, Inc. |

Figure AP2-F5. Example of a Modified Method for Listing Manufacturers, continued

page 29 of 33 pages

MANUFACTURER'S COMPLETE NAME AND ADDRESS

Aerospace Avionics, Inc.
Airport International Plaza
110 Wilber Place
Bohemia, NY 11716
Plant: Same address

AMF Electrosystems Div.
AMF Incorporated
Vandalia, OH 45377
Plant: Same address

Bendix Corporation
Electric Power Division
Eatontown, NJ 07724
Plant: Same address

Gulton Industries, Inc.
Engineered Magnetics Div.
13041 Cerise Avenue
Hawthorne, CA 90250
Plant: Same address

EMP Electronics, Inc.
1231 W. 23rd Street
Tempe, AZ 85282
Plant: Same address

Figure AP2-F5. Example of a Modified Method for Listing Manufacturers, continued

QPL-39022-31

| MANUFACTURER'S NAME, ADDRESS AND PLANT | CAGE NUMBER | MANUFACTURER'S NAME, ADDRESS AND PLANT | CAGE NUMBER |
|---|---|---|---|
| Acushnet Capacitor Company, Inc.<br>720 Belleville Avenue<br>New Bedford, MA 02741<br>Plant: Same address | 50930 | | |
| Components Research Company, Inc.<br>1655 26th Street<br>Santa Monica, CA 90404<br>Plant: Same Address | 12517 | | |
| Electronic Concepts, Inc.<br>526 Industrial Way West<br>P.O. Box 627<br>Eatontown, NJ 07724<br>Plant: Same Address | 50558 | | |
| Hi-Rel Capacitor, Inc.<br>12931 East Sunnyside Place<br>Santa Fe Springs, CA 90670<br>Plant: Same Address | 54795 | | |
| Sprague Electric Company<br>Marshall Street<br>North Adams, MA 01247<br>Plant: Sprague Electric Co.<br>Dearborn Electronics Div.<br>Highway 17 and 92<br>Longwood, FL | 56289 | | |
| Union Carbide Corporation<br>Materials System Division<br>P.O. Box 5928<br>Greenville, SC 29606<br>Plant:<br>Route 276, S.E.,<br>Greenville, SC | 31433 | | |
| West-Cap Arizona<br>Subsidiary of San Fernando Electric Company<br>2201 Elvira Road<br>Tucson, AZ 85706<br>Plant: Same Address | 32159 | | |

Figure AP2-F6. Example of a QPL Listing CAGE Number

page 31 of 33 pages

QML-1234
24 September 1998

QUALIFICATION VALIDATED
ANNUALLY

QUALIFIED MANUFACTURERS LIST
OF
PERFORMANCE SPECIFICATION

MIL-PRF-1234

PRINTED WIRING BOARDS

This list has been prepared for use by or for the Government in the acquisition of Printed Wiring Boards to the performance requirements of Specification MIL-PRF-1234. This listing is not intended to and does not connote endorsement by the Department of Defense. All manufacturers listed herein have been certified under the requirements as specified in the latest effective issue of the applicable specification. This list is subject to change without notice; revision or amendment of this list will be issued as necessary. The listing does not release the manufacturer from compliance with the specification requirements.

THE ACTIVITY RESPONSIBLE FOR THIS QML IS THE U.S. ARMY LABORATORY COMMAND (LABCOM). The activity designated as agent for all contacts relative to this QML is the Defense Supply Center Columbus, 3990 East Broad Street, Columbus, OH 43213-1199.

qualification. Qualification of a particular board type Extent of qualification. Qualification of a particular board type shall be extended to cover all conductor patterns of that same board type produced. Qualification of type 3 boards shall be extended to cover type 1 and type 2 boards. Qualification of type 2 boards shall be extended to cover type 1 boards. Qualification with type GF base material shall be extended to cover types GB and GH base materials. Qualification with type GR base material shall be extended to cover type GP base material.

Extent of qualification (mass lamination). Qualification of a contract lamination (four conductor layers) shall be extended to cover a contract lamination of three conductor layers. Qualification of a contract lamination (ten conductor layers) shall be extended to cover a contract lamination of three or more conductor layers.

AMSC N/A FSC 5998

Page 1 of 3 Pages

Figure AP2-F7. Example of a QML

page 32 of 33 pages

QML-1234

Notes:

a. The QML format includes the qualification expiration date as the last six digits of the test reference number (e.g. mm/dd/yy).

b. An asterisk (*) adjacent to the qualification reference number denotes that the product was tested for and meets the etchback requirements.

c. Two asterisks (**) adjacent to the qualification reference number denotes that the product was tested and meets the requirements for mass-lamination with contract services as indicated.

BASE MATERIAL

GB (13949/2) - Glass, Woven, Majority Polyfunctional Epoxy Resin, Not Strength Retention

GF (13949/4) - Glass Base, Woven, Majority Difunctional Epoxy Resin, Flame, Resistant

GH (13949/5) - Glass Base, Woven, Majority Polyfunctional Expoxy Resin, Not Strength Retention, Flame Resistant

GP (13949/6) - Glass Base, Nonwoven, Polytetrafluoroethylene Resin

GR (13949/7) - Glass Base, Nonwoven, Polytetrafluoroethylene Resin, Flame Resistant

| MANUFACTURER'S NAME (ADDRESSES ON LAST PAGE) | TEST REFERENCE EXPIRATION DATE (MM/DD/YY) | MANUFACTURER'S NAME (ADDRESSES ON LAST PAGE) | TEST REFERENCE EXPIRATION DATE (MM/DD/YY) |
|---|---|---|---|
| <u>GF, Type 3</u> | | <u>GF, Type 1 & 2</u> | |
| Advanced Quick Circuits | 1234-183-061492 | Accutronics, Inc | 1234-409-110793 |
| Automated Systems, Inc | 1234-132-080391* | Alpha Circuits, Inc | 1234-417-010692 |
| <u>GF, Type 1 & 2 & 3</u> | | | |
| A&C Electronics | 1234-128-040693 | | |
| AAI Corp | 1234-426-123091 | | |

Page 2 of 3 Pages

Figure AP2-F7. Example of a QML, continued

page 33 of 33 pages