# EXHIBIT

# A

# DoD 4120.24-M

## Defense Standardization Program (DSP)

## Policies and Procedures

March 2000

Office of the Under Secretary of Defense

(Acquisition, Technology, and Logistics)

Page 1 of 33 pages

# AP2. APPENDIX 2

## QUALIFICATION

### AP2.1. GENERAL

This Appendix provides procedures for the establishment and maintenance of the qualification program, and the associated QPLs and QMLs. This Appendix implements 10 U.S.C. 2319 (reference (u)). It must be applied consistent with that statute and with subpart 9.2 of the FAR (reference (j)). Figure AP2-F1. shows the general DoD qualification process.

AP2.1.1. Responsibility for Qualification. The Preparing Activity for a specification is the Qualifying Activity and is responsible for qualification. The Preparing Activity can have an agent maintain the document, administer the qualification program, or perform other essential requirements. The requirement for qualification shall be specified in the applicable Federal or defense specification or an adopted NGS at the time of initial document promulgation. Adopted NGSs are assigned to an Adopting Activity, and hereinafter, the term "Preparing Activity" shall also mean the "Adopting Activity."

AP2.1.2. Purpose of Qualification. The purpose of qualification is to provide for the completion of long or highly complex evaluations and tests prior to and independent of any acquisition or contract. Qualification comprises the entire process by which a manufacturer's products (as shown on QPLs) or processes and materials (as shown on QMLs) are proven to be in conformance with the requirements set forth in the governing specification. The qualification program reduces acquisition costs by reducing or eliminating repetitive surveillance audits, first article tests, or qualification tests for each individual product procurement and contract. Qualification also reduces unit product costs and improves readiness through ensured continuous availability of products with requisite quality, reliability, performance, and safety. As evidence that products or processes and materials meet the specified specification requirements, they shall be listed, as follows:

AP2.1.2.1. QPL. A QPL focuses on qualifying individual products or families of products. As evidence that those product(s) meet the established qualification requirements, the product(s) shall be listed on a QPL. A QPL will normally be appropriate for items of supply that are stable and will be continually available for an extended period of time, thereby making it practicable to qualify individual product(s) without incurring prohibitive testing costs.

AP2.1.2.2. QML. A QML focuses on qualifying an envelope of materials and processes rather than individual product(s). That envelope is qualified by carefully selecting representative worst case test vehicles or representative samples from production that contain all potential combinations of materials and processes that may be subsequently used during production. As evidence that those processes and materials meet the established qualification requirements, the envelope of processes and materials shall be listed on a QML. A QML will normally be appropriate for items of supply that have very rapid technological advancement or a myriad of variations or custom designs that make individual product qualification impractical or excessively expensive.

AP2.2. DETERMINE THE NEED FOR QUALIFICATION

AP2.2.1. Justification. Prior to inclusion in the applicable specification, the Preparing Activity shall justify in writing the necessity for establishing a requirement for qualification and must specify why the qualification requirement must be demonstrated before contract award. The following situations are the only ones that shall be used to justify the qualification requirement:

AP2.2.1.1. The time required to conduct those tests identified in the applicable specification as exclusive to qualification exceeds 30 days (720 hours). It must be demonstrated that such extensive testing would delay delivery to the Government. The inclusion of those same tests in quality conformance inspection normally conducted during the production process is evidence that this justification is not applicable. List the tests, which if required for product acceptance, would delay product delivery. Show time required to perform each test. Do not list any tests that individually do not require sufficient time under ideal conditions to cause undue delay, unless such tests comprise a required sequence of several tests.

AP2.2.1.2. Qualification tests require special equipment not commonly available. "Not commonly available" must be supported by a statement such as "equipment required is available only at a Government facility located at _____________." List the specific test equipment(s) not commonly available and describe briefly why not commonly available.

AP2.2.1.3. Qualification tests for survival or emergency life-saving equipment. The justification must include the hazardous consequence or potential life threat of not performing tests as qualification tests.

AP2.2.1.4. The item is designated as safety critical in the Federal Logistics Information System.

AP2.2.2. Restrictions. The Preparing Activity shall not include qualification in a specification:

AP2.2.2.1. For a system or subsystem.

AP2.2.2.2. When only one manufacturer has expressed an interest in qualification.

AP2.2.2.3. When test facilities and resources are not available.

AP2.2.2.4. When the previous editions of a specification did not include a qualification requirement. The Preparing Activity shall submit requests for deviations from this restriction to their DepSO for approval. If the DepSO agrees, the DepSO shall send a copy of their approval along with the specification and supporting justification to DSPO.

AP2.2.2.5. To encourage development of an item.

Page 3 of 37 pages

AP2.2.2.6. To discourage possible sources of supply.

AP2.2.2.7. When the estimated cost of test and evaluation can not be documented.

AP2.3. APPROVAL OF QUALIFICATION

Before coordination, the Preparing Activity shall submit requests for the inclusion of qualification in new specifications and the addition of qualification as a new requirement to an existing specification to its DepSO for approval. If the DepSO agrees, the DepSO shall send a copy of their approval along with the specification and supporting justification to DSPO. As a minimum, the requests for qualification shall include the following:

AP2.3.1. Intended use of product.

AP2.3.2. Applicable justification from subsection AP2.2.1., above.

AP2.3.3. The following test data information:

AP2.3.3.1. Availability of test facilities.

AP2.3.3.2. The names and locations of testing facilities (if Government facilities).

AP2.3.3.3. Time required to complete tests (barring sample failures).

AP2.3.3.4. Who will pay for qualification tests.

AP2.3.3.5. Proposed charges to supplier when testing is to be done at a Government facility or contract laboratory.

AP2.3.3.6. Estimated cost of test if testing is to be done at a laboratory not Government-owned or contracted for.

AP2.3.3.7. Estimated cost to supplier for preparing and submitting sample.

AP2.3.3.8. Proposed date for establishment of the listing.

AP2.3.4. The names and addresses of possible suppliers interested in submitting samples for testing.

AP2.3.5. Name of activity or activities that will have inventory control and procurement responsibilities.

AP2.3.6. Estimate of items purchased annually.

AP2.4. WAIVER OF QUALIFICATION

Page 4 of 33 page

Only the Preparing Activity may waive the qualification requirement. Further, the Preparing Activity can only waive the qualification requirement without rejustification when it determines that the immediate procurement situation is an emergency (that is, circumstances that are life or mission threatening). If the Preparing Activity waives the qualification requirement, it must send a letter to its DepSO with a copy to DSPO describing that emergency situation. If the Preparing Activity waives qualification for any other reason, it must rejustify the qualification requirement and submit the request to its DepSO for approval. If the DepSO agrees, the DepSO shall send a copy of their approval to the DSPO. Otherwise, the specification must be changed to delete qualification.

AP2.5. ESTABLISHING A QPL OR QML

AP2.5.1. Publicity.

AP2.5.1.1. Publication. The Qualifying Activity shall urge manufacturers to submit for qualification those products that can meet specification requirements, so a listing can be established after the issuance of a new specification, or when a revision of the existing specification requires requalification. In an attempt to obtain additional sources, the Qualifying Activity shall publicize (for example, through the *Commerce Business Daily* or via letter to all known potential suppliers) every 6 months, solicitations of interest to potential suppliers on listings that contain products of only one actual manufacturer. The Qualifying Activity shall publicize the intention to establish, reissue, or expand the number of sources on the list.

AP2.5.1.2. Publication Notification. The Qualifying Activity shall:

AP2.5.1.2.1. Send a notice to the *Commerce Business Daily* for publication in the synopsis of U.S. Government Proposed Procurements Sales and Contract Awards. The notice shall be clearly marked "Qualification Test Information" and shall contain the name or type of product(s); the applicable specification; and the name and address of the activity to be contacted for complete information on qualification under the specification. The synopsis must be in the format specified in subsection 5.207 of the FAR (reference (j)).

AP2.5.1.2.2. Contact companies known to be interested in submitting products for qualification under the applicable specification and companies known to supply the desired type of product. Also, contact related trade associations to promote widespread publicity.

AP2.5.1.3. Additional Public Notice to Industry. The Qualifying Activity shall send notices in the following form to commercial journals and trade publications of the industry concerned, and to all firms or individuals considered to be potential suppliers:

"The (service or command), Department of the (Army, Navy, or Air Force), has announced the intention to establish a QPL (or a QML) for (item under specification). Companies that have a product meeting the requirements of this specification are urged to contact (name and address of activity) for an opportunity to test their products for qualification, since future acquisition awards will be made only for such products that have been tested and approved for inclusion in

the QPL (or the QML). The cutoff date for applying to have products tested for inclusion in the initial issue of the QPL (or the QML) is (date)."

AP2.5.2. Request for Qualification by Manufacturers. The Qualifying Activity shall furnish the applicant all necessary information as soon as possible after the request for qualification has been received. That information shall include the following:

AP2.5.2.1. A copy of the latest issue of the specification.

AP2.5.2.2. A copy of the SD-6 (reference (v)) with a specific request for the information and certification, as contained therein. Reference (v) contains information for applicants about the submission of products for qualification.

AP2.5.2.3. A schedule of charges for qualification testing, if applicable.

AP2.5.2.4. Facilities survey requirements, when applicable (see subsection AP2.5.5., below).

AP2.5.2.5. A statement that no qualification testing shall be authorized until the applicant has been notified in writing that the information required by AP2.5.2.1., AP2.5.2.2., and AP2.5.2.3., above, has been received and determined to be satisfactory.

AP2.5.2.6. Any other information, such as reports.

AP2.5.3. Request for Qualification by an Authorized Distributor. A distributor may be listed on a QPL, but not on a QML. When a distributor wishes to qualify a product carrying its own brand designations, the distributor shall request the manufacturer to certify that the distributor is authorized to rebrand and distribute the product with the distributor's own brand designation. When the authorized distributor is certified to rebrand the part, the original part manufacturer's identification shall be included on the part. If there is not enough space on the part for the authorized distributor's rebrand and the original manufacturer's identification, a code symbol for the original manufacturer shall be used. The original manufacturer's identification or the original manufacturer's code symbol shall allow traceability to the original manufacturer for failure analysis, corrective action, and lot identification. When the authorized distributor furnishes such certification, a sample of the rebranded product shall be requested from the distributor for qualification. The authorized distributor shall not perform qualification examination and testing until the certification requirements stated in the SD-6 (reference (v)) have been met. The Qualifying Activity may extend qualification approval to the rebranded product of the authorized distributor without further test, on certification by the original manufacturer that the rebranded product is the same as the product previously qualified under the original manufacturer's designation. The authorized distributor shall submit to the Qualifying Activity its own brand designation, its name and address, the name and address of the actual manufacturer, and the address of the original plant at which the product was manufactured. Authorization for a distributor to rebrand applies only to products listed on a valid QPL at the time of the rebrand request.

page 6 of 33 pages

AP2.5.4. Furnishing Products Not Requiring Additional Listings. To be eligible for award of a contract to furnish a qualified product marked with the brand designation of the qualified manufacturer, a supplier must state in its bid the name of the actual manufacturer, the address of the plant where the product was manufactured, the brand designation, and the qualification test reference. Additionally, the supplier must certify that the product being offered to the Government has not been added to or changed in any way by the supplier, and is the product of the manufacturer that is listed on the QPL. Additional listing of the product on the QPL is required only when the product is rebranded with the brand designation of an authorized distributor.

AP2.5.5. Manufacturing Facilities (Plant) Audit (Survey). Facilities audits for product(s) shall be conducted when specified in the specification, and as otherwise necessary to establish and maintain the qualification. Detailed requirements for audits shall be in accordance with the specification. Requirements may include survey of inspection systems, quality and reliability assurance programs, test facilities, processes, materials, production facilities, test capability, incoming inspection, training, and product traceability. The audit shall verify that the manufacturer has an effective self-audit program. If the audit has in its scope proprietary products or processes, that portion of the audit must be performed by, and any access to the proprietary information thereby exposed must be limited to, employees of the Government who have a need to know the information, unless such access is agreed to by the manufacturer. The Government shall handle all proprietary data in a controlled and secure manner to ensure that no unauthorized dissemination occurs. The Government shall maintain qualification data and reports for its records. Proprietary information, commercially sensitive data, or matters relating to national security should be appropriately identified in the report as "restricted for release." Such identification notifies the Government of information requiring protection from release to other sources. Any request for such information by non-Government sources shall not be accommodated, unless the Government determines that such information was either incorrectly restricted by the contractor or is already available to the public. The Government shall not release data as restricted by the manufacturer until the manufacturer furnishing the information is notified and has the opportunity to object to the release. If the manufacturer objects, the qualification data will only be released as required by the Freedom of Information Act, 5 U.S.C. 552 (reference (w)).

AP2.5.6. Testing. The testing of products and placing of qualified products or processes on the list shall be done on an equitable basis so as to achieve economy for the Government and fair treatment for all manufacturers with the capability to meet the performance, quality, and reliability requirements specified in the specification. The Qualifying Activity shall not:

AP2.5.6.1. Authorize qualification examination and testing until an approved and dated specification is available.

AP2.5.6.2. Use a specification containing a qualification requirement until the completion of qualification tests has resulted in approved products or manufacturers, except in an emergency (defined as a "life- or mission-threatening situation").

page 7 of 33 pages

AP2.5.6.3. Use test data collected outside the purview of qualification tests (for example, first article test data) as the basis for qualification approval, except in an emergency as determined by the Preparing Activity (defined as a "life- or mission-threatening situation").

AP2.5.7. Extension of Qualification. Except as provided herein, qualification shall apply only to the product, process, or material that is manufactured at the plant that produced, examined, and tested the sample. The Qualifying Activity may extend qualification to the same product or family of products produced by the same or other plants of the manufacturer, when the following conditions exist:

AP2.5.7.1. Examination or test of the product of other manufacturing plants shows that the product is at least equal in all aspects to the initial qualified product test sample.

AP2.5.7.2. That the quality control and processing at the other manufacturing plants are such that the products produced there are at least equal in all aspects to the qualified product. Ordinarily, this determination will be based on inspection of the plant, quality control system, and processing procedures. If a facility or product line, or both, come under new ownership and management, the Qualifying Activity must evaluate the equivalence of the product or process and quality control systems to ensure that the product or process is unchanged and that the new ownership and management have the expertise and capability to provide products of requisite quality, reliability, and safety. The Qualifying Activity shall document the evaluation and retain it in the permanent file.

AP2.5.8. Notification of Test Results. The Qualifying Activity shall notify the manufacturer about the results of the evaluation of the tests of its products or sample test specimen, and whether the product or process(es) qualify under the requirements of the applicable specification. The Qualifying Activity shall promptly notify the manufacturer when a product or process(es) fails qualification and furnish specific reasons why the testing was not approved. When a product is qualified, a letter of notification shall be furnished to each Custodian of the specification; to the authorized distributor if they are the applicant; and to the GSA, if a Federal specification is involved. The letter of notification shall include:

AP2.5.8.1. The listing as it will appear on the QPL or the QML containing the following information:

AP2.5.8.1.1. Government designation under which the product qualified (type, class, or other designation, as shown on the specification). See figures AP2-F2. through AP2-F5.

AP2.5.8.1.2. The applicant's brand designation for the specific product, family of products, or processes.

AP2.5.8.1.3. The test or qualification reference (test report number) assigned to the products or sample test specimen.

page 8 of 33 pages

AP2.5.8.1.4. The complete address to which correspondence shall be sent and the complete address of the plant that manufactured the product, family of products, or test specimen, submitted for test.

AP2.5.8.1.5. The commercial and Government entity (CAGE) code, as applicable (see figure AP2-F6.).

AP2.5.8.2. The following conditions:

AP2.5.8.2.1. Such listing does not guarantee acceptance of the product in any future purchase.

AP2.5.8.2.2. Such listing does not constitute a waiver of any requirements of the specification or of the provisions of any contract.

AP2.5.8.2.3. Any use of such listing for publicity, advertising, or sales shall not state or imply that the product or the process(es) is the only one of that type so qualified, or that the Government in any way recommends or endorses the manufacturer's product in preference to other qualified products. Violation is cause for removal of the product or the process(es) from the list by the Qualifying Activity.

AP2.5.8.2.4. The listing applies only to products or process(es) produced in the plant specified in the letter of notification and is effective at 8:00 a.m. (local time of the Qualifying Activity) as of the date of the letter of notification.

AP2.5.8.2.5. Such listing applies to amendments or revisions of the specification, unless otherwise notified.

AP2.5.8.2.6. Such listing applies only to products or process(es) identical to those qualified or to products defined in the family of products granted qualification coverage. The Qualifying Activity must be advised in advance of any intended change to the product or process(es) and must be provided with a complete description of the change. Failure to notify the Qualifying Activity of any change is cause for removal from the listing regardless of the extent of the change.

AP2.5.8.2.7. Manufacturers must comply with a requirement for retention of qualification to retain the listing. Failure to comply shall be sufficient cause for removal from the listing.

AP2.6. <u>DEVELOPMENT OF A QPL OR QML</u>

AP2.6.1. <u>General</u>. Preparing Activities shall prepare, maintain, and cancel QPLs and QMLs, when required, in consonance with their responsibilities for specifications under the procedures established in this Appendix. An approved and dated defense or Federal specification or an adopted NGS for which inclusion of qualification requirements has been approved must exist to establish a QPL or a QML.

page 9 of 33 pages

AP2.6.2. Purpose. The purpose of a QPL or a QML is to allow the manufacturer to provide, and the purchaser to obtain, satisfactory precontractual evidence that a product or a family of products have been tested and have met the requirements of the applicable specification. The intent of the list is to do the following:

AP2.6.2.1. Obtain products of requisite performance quality and reliability by applying special techniques including testing of actual products or representative sample specimens using specific technology processes and materials that will be used in subsequent products or applying special criteria including testing of a product for compliance with the specification.

AP2.6.2.2. Establish and standardize the requirements for evidence of manufacturer's capability in advance of acquisition.

AP2.6.2.3. Reduce acquisition lead time.

AP2.6.2.4. Reduce test costs by eliminating the need for repetitive first article testing, and minimizing redundant, long, expensive test requirements and tests.

AP2.6.2.5. Provide an additional tool for optimizing the relationship between engineering risk and quality assurance cost.

AP2.6.2.6. Improve readiness through ensured continuous availability of quality and reliable products from viable suppliers.

AP2.6.2.7. Establish a long-term relationship with the supplier to ensure continuous conformance to requirements and continuous product quality improvements.

AP2.6.3. Significance of Listing. Inclusion of a product or a manufacturer on a QPL or a QML:

AP2.6.3.1. Does not in any way relieve the supplier of its contractual obligation to deliver items meeting all specification requirements.

AP2.6.3.2. Does not guarantee acceptability under a contract since the items must conform to all contractually specified requirements.

AP2.6.3.3. Does not constitute a waiver of any requirements for either in-process or other inspection or for the maintenance of quality control measures satisfactory to the Government.

AP2.6.3.4. Does not in any way relieve the original equipment manufacturer of its contractual obligations to ensure that delivered items comply with all specification requirements.

AP2.6.4. Issuance. A QPL or a QML shall be issued as soon as practicable after promulgation of a specification. Not more than 30 days may elapse between the determination

by the Qualifying Activity that a supplier's product has successfully passed all qualification tests and the transmission of the new QPL or QML or revision notice to the DoDSSP for printing and distribution. QPLs and QMLs are processed for reproduction and distribution in the same manner as the basic specification.

AP2.6.5. Product Coverage. When a specification with qualification provisions describes more than one type, class, grade, process, material, or other designations, all products or processes qualifying shall be on a single QPL or QML. Separate QPLs or QMLs shall not be established based on specification sheets or detailed specifications that are associated with a general specification. The list shall identify the qualified products by type, class, grade, process, material, or other designation shown in the specification.

AP2.7. MAINTENANCE OF A QPL OR QML

AP2.7.1. Manufacturer's Obligations. The manufacturer shall:

AP2.7.1.1. Maintain adequate process and quality control procedures to ensure that the items continually comply with all specification requirements.

AP2.7.1.2. Report immediately any discrepancies disclosed during testing, periodic reexamination of its product and production process and controls to the Qualifying Activity.

AP2.7.1.3. Ensure that delivered items conform to all requirements including performance, quality, reliability, and all other specified product characteristics.

AP2.7.2. Manufacturer's Advertising. A manufacturer may advertise that a qualified product has received DoD qualification, if the manufacturer does not state or imply in its advertisement that the product is the only one of that type so qualified or that the DoD in any way recommends or endorses the manufacturer's product in preference to the other qualified products. A manufacturer can not advertise or imply that its products are qualified or meet a specification that requires qualification unless they are in fact qualified and either listed or approved for listing on the applicable QPL or QML. Violation shall be cause for removal of the product or the manufacturer from the applicable list by the Qualifying Activity and possible suspension, debarment, or referral for criminal investigation.

AP2.7.3. User Obligations. Users of the list shall take necessary measures (other than initial or periodic requalification) to ensure that the qualified products comply with the applicable specification requirements. In support of the qualification program, the buying activity for a qualified product is required to, and users of the list are encouraged to:

AP2.7.3.1. Promptly report to the Qualifying Activity and to the manufacturer any known or suspected nonconformance of qualified products.

AP2.7.3.2. Voluntarily submit to the Qualifying Activity periodic summaries of receiving inspection and in-plant quality control monitoring results that reveal adverse quality and reliability trends of qualified products.

AP2.7.3.3. Provide feedback data to the Qualifying Activity and to the manufacturer to support the total quality management concept for continuous improvement of the process based on field information.

AP2.7.4. Government Obligations. Government surveillance conducted by the Qualifying Activity or the Government quality assurance representatives does not relieve the manufacturer, authorized distributor, or the user of the list of the responsibility to exercise adequate process and product quality control procedures. The Qualifying Activity shall serve as the DoD focal point to consolidate findings and recommend corrective action for qualification problems. While the following will expedite problem resolution through the use of a technical focal point, the Government shall not knowingly accept material that contains suspected nonconforming parts. Depending on the gravity of the problem, contract administration activities may withhold acceptance of suspected end items pending problem resolution or verification of the contractor's compliance of material, products, and services to contract requirements. Use the detailed procedure in subsection AP2.7.5., below, for reporting nonconformance. The Qualifying Activity shall:

AP2.7.4.1. Notify Agencies responsible for acceptance of end item equipment that may contain possible nonconforming parts. Advise them of the nature and degree of risk and urgency in the situation, and if necessary, call a meeting to discuss the problem.

AP2.7.4.2. Indicate the action taken with the supplier or determine the action required.

AP2.7.4.3. Disseminate information immediately including potential operation problems if items are built into equipment.

AP2.7.4.4. If necessary, establish a task force to investigate the problem and develop a recommended solution; and disseminate the knowledge gained to the appropriate Government and industry parties affected by the action. Recommendations should include sufficient engineering data so that decisions can be made concerning the identity and possible use of nonconforming items, for example, disposition of equipment containing potentially defective items.

AP2.7.5. Government Obligations for Nonconforming Items. The following actions shall occur when the possibility of nonconforming items is suspected regarding a qualified part:

AP2.7.5.1. The activity that discovers or receives a report of a potential problem will notify the Qualifying Activity.

AP2.7.5.2. The Qualifying Activity shall conduct a preliminary evaluation and risk assessment of the problem, and impose a stop shipment on all suspect products if necessary to limit the magnitude of the problem while determination and corrective actions are being made.

AP2.7.5.3. The Qualifying Activity shall notify the DSPO, the appropriate quality and procurement offices, the DepSOs, the other Government agencies, and the industry associations

 

about the possible nonconformance (technical problem or specific violation) affecting field usage.

AP2.7.5.4. The Qualifying Activity shall initiate a product stop shipment order or corrective action plan (as applicable) and initiate removal of parts or manufacturers from the QPL or the QML, in accordance with subsection AP2.8.1., below.

AP2.7.5.5. The Qualifying Activity shall instruct manufacturers to prepare and coordinate issuance of a Government Industry Data Exchange Program (GIDEP) ALERT or Problem Advisory. The Qualifying Activity should prepare and issue the GIDEP ALERT or Problem Advisory when the manufacturer is reluctant or slow in doing so. The Qualifying Activity should use GIDEP actions or Agency notices to notify part users of the problem.

AP2.7.5.6. The Qualifying Activity shall have the manufacturer conduct a self-audit to identify the problem areas and shall have the manufacturer prepare a corrective action plan.

AP2.7.5.7. The Qualifying Activity shall gather independent testing information and prepare verification action.

AP2.7.6. Government's Obligations on Availability of Data. Except as required by the Freedom of Information Act, 5 U.S.C. 552 (reference (w)), the Government shall not distribute qualification data unless the Qualifying Activity obtains the consent of the manufacturer, determines that the release is in the best interest of the Government, and follows the current security policies. Once release is approved, the Qualifying Activity may:

AP2.7.6.1. Supply the data to other activities of the Government.

AP2.7.6.2. Supply the data to foreign Governments that are purchasing, operating, or maintaining supplies that involve products covered by specifications requiring qualification. Such release shall be made with the condition that the information will not be further distributed, but will be used only for furnishing supplies and services to that Government.

AP2.7.6.3. Authorize the supplier to furnish qualification information for qualified products sold to foreign Governments after clearance with the appropriate export control authority.

AP2.7.7. Review of Qualification Requirement. The Preparing Activity shall review specifications having the requirement for qualification every 2 years to determine the need to continue the qualification requirement. In this review, the Preparing Activity shall consider whether more definitive requirements for the product, advances in manufacturing techniques and quality control methods, or improvements in testing apparatus and techniques may have eliminated the need for qualification (see subsection AP2.2.1., above).

AP2.7.8. Retention of Qualification. To retain qualification approval of products, one of the following actions is required:

AP2.7.8.1. Certification by the manufacturer.

AP2.7.8.2. Periodic submission of new test data as may be required in the specification.

AP2.7.8.3. Complete requalification testing, as may be required in the specification or by the Qualifying Activity.

AP2.7.9. Certification of Qualification Status. At the time of the 2 year review, the Preparing Activity shall send a DD Form 1718, "Certification of Qualified Products," to a manufacturer when the applicable specification does not contain a retention of qualification requirement and request that the manufacturer complete the form. The manufacturer's products will be removed from the listing if the certification is not returned after due notice. The Preparing Activity shall reprint the list on completion of the certification review showing the date of validation. A responsible official of management must sign the form. The form requests information such as whether:

AP2.7.9.1. The listed product(s) is still manufactured at the plant(s) as shown on the listing.

AP2.7.9.2. The plant(s) is still under the same management.

AP2.7.9.3. The product(s) is being manufactured under the same conditions as originally qualified, with the same process, materials, construction, design, and manufacturer's part number of designation.

AP2.7.9.4. The product(s) meets the requirements and tests of the latest issue of the specification.

AP2.7.9.5. Any product change was made after the date the product was qualified. Unapproved product changes require justification and supporting data as to why the change will not affect the qualification status of the product.

AP2.7.10. Reexamination and Retest. The Qualifying Activity shall determine, based on the extent of specification or product changes and other available data, whether products need to be removed from the QPL or the QML until retested, or whether such action can be delayed pending the outcome of the tests or receipt of additional data. If the Qualifying Activity determines that the product should remain on the QPL or the QML, the Qualifying Activity shall establish a maximum time limit for submission of the samples or test data before removal. The Qualifying Activity shall require the reexamination of a qualified product under any of the following conditions:

AP2.7.10.1. The manufacturer has modified the product or changed the material or processing so that the validity of previous qualification is questionable.

AP2.7.10.2. The requirements in the specification have been revised to affect the characteristics of the product.

AP2.7.10.3. When, as a result of questionable performance reports, it is deemed necessary to determine that the product continues to meet all the specification requirements.

AP2.7.10.4. When required by retention of qualification requirements in the specification.

AP2.7.11. Limitations on Specifications for Which No Listing Has Been Issued. During the 2-year review, the Preparing Activity shall identify specifications (including specification sheets) having a qualification requirement for which no product has been qualified and determine whether any products are being tested for qualification. If not, the Preparing Activity shall take one of the following actions:

AP2.7.11.1. Revise the specification to eliminate the qualification requirement.

AP2.7.11.2. Cancel the specification, if the product is not needed.

AP2.7.12. Limitations on Specifications Having a List That Includes the Product of Only One Source. During the 2-year review, the Preparing Activity shall identify specifications (including specifications sheets) having a QPL or a QML that lists single-source conditions (that is, a style, class, part number, dash number listed with only one source). The Preparing Activity shall take one of the following actions:

AP2.7.12.1. Modify the specification requirements so as to permit the qualification of available products suitable for equivalent applications and acceptable to the current users of the list.

AP2.7.12.2. Revise the specification to eliminate the qualification requirement.

AP2.7.12.3. Provide rationale to explain why the specification should remain as is and the qualification should continue. Also describe the single source situation and indicate those actions already taken and planned to correct the situation. Provide the information to the DSPO with a copy to the applicable LSA and DepSO.

AP2.7.13. Revisions and Amendments. QPL or QML changes shall be made by revision or amendment, as applicable. A revision is a new complete list and shall be issued when the proposed changes are numerous. When the QPL or the QML consists of only one sheet, changes shall be by a revision rather than amendment. An amendment is a supplemental document containing only the changes required to the existing list, whether corrections, deletions, or additions. Amendments shall be cumulative; that is, successive amendments shall be written so that each shall contain all the information and thus supersede the preceding amendment in its entirety.

AP2.7.14. Cancellation. The Preparing Activity shall cancel a QPL or a QML by separate notice when the associated specification has been canceled or revised to delete qualification.

The QPL or the QML shall also be canceled when it is determined to be no longer valid under requirements of the revised specification.

AP2.7.15. Inactive for New Design. When a specification is declared "Inactive for New Design," the QPL or the QML applicable to the specification shall not be canceled (except under determination that it is not needed), but shall be maintained and revised to be identified as "Inactive for New Design."

AP2.8. REMOVAL FROM A LISTING

AP2.8.1. Reasons for Removal. When a manufacturer or authorized distributor fails to comply or demonstrates an inability to comply with specification requirements, it may be necessary to take one or more of several actions. First, the Qualifying Activity shall remove the product(s) from a QPL or remove applicable process(es) from a QML. Removal could include a broad range of directly or indirectly affected products, possibly the manufacturer's entire family of qualified products. Second, the Qualifying Activity shall remove the manufacturer's certification or impose stop shipment or suspensions (when applicable under the specification.) The Qualifying Activity may remove a product, a manufacturer, or a process; decertify a manufacturer; or stop shipment, when such action is necessary to protect both the Government's interest and the interest of the users of the QPL or the QML. The following reasons illustrate the circumstances under which adverse actions or removal might be warranted:

AP2.8.1.1. The product or process offered under contract does not meet the requirements of the specification.

AP2.8.1.2. The manufacturer has discontinued manufacture of the product, or has changed design, materials, or processes to such an extent that the product no longer meets the requirements of the specification.

AP2.8.1.3. The manufacturer or authorized distributor requests that they or their product or their process(es) be removed from the list.

AP2.8.1.4. One or more of the conditions under which qualification was granted (including the JAN branding, J branding, or family of products policies) have been violated.

AP2.8.1.5. The requirements of a revised or amended specification differ sufficiently from the previous issue so that existing test data are no longer applicable for determining compliance of the product or process(es) with the revised or amended specification.

AP2.8.1.6. Failure of a manufacturer to notify the qualifying activity of a change in design, material, manufacturing, process (including quality conformance), or plant location.

AP2.8.1.7. The product is that of a contractor, firm or individual whose name appears on "The Consolidated List of Debarred, Suspended, and Ineligible Contractors."

AP2.8.1.8. The manufacturer has not complied with the retention of qualification requirements.

AP2.8.1.9. The manufacturer has publicized that its qualified product or process(es) is the only one of its type so qualified or that the DoD in any way recommends or endorses that manufacturer's product in preference to the other qualified products.

AP2.8.1.10. The manufacturer, on invitation, has failed or declined to bid on Government contracts for the product for ten consecutive solicitations or for a period of 2-years during which solicitations were issued, whichever is less.

AP2.8.1.11. Quality or reliability problems are detected in a manufacturer's products.

AP2.8.2. Procedures for Removal. The procedures below apply to removal of a product or a family of products from a listing:

AP2.8.2.1. If the decision to remove a product or process from a listing is made for the reasons indicated in subsections AP2.8.1.1., AP2.8.1.4., AP2.8.1.6., AP2.8.1.8., or AP2.8.1.9., above, consideration shall be given to the circumstances which gave rise to that action. The product or process(es) should again be listed on that listing once the deficiencies noted have been corrected to the Government's satisfaction. Factors to be considered in making that determination are the seriousness of the deficiencies noted, the circumstances under which those deficiencies came to light (for example, Government audit or voluntary disclosure), and whether circumstances indicate that such actions were intentional or fraudulently motivated or reflect a repeated or continuing course of conduct.

AP2.8.2.2. When it is decided that a product, family of products, or process(es) is to be removed from a listing, the manufacturer or authorized distributor of the products or process(es) will be sent a written notice (registered, with a return receipt requested) of the action taken, the reasons for removal, and an opportunity to respond to that notice. Unless the notice indicates otherwise, removal of a product, family of products, or process(es) from the listing shall be effective on the date of the notice.

AP2.8.3. Notification of Removal. After the Qualifying Activity determines that a product(s), family of products, a process(es), or a manufacturer will be removed from a QPL or a QML, the Qualifying Activity will send the manufacturer or the authorized distributor a notification of removal. The Qualifying Activity shall amend or revise the list to delete the items without undue delay. If removal is for the reason in paragraph AP2.8.1.5., above, the Qualifying Activity shall advise the manufacturer or authorized distributor of the action required to prove product compliance to the amended or revised specification. The Qualifying Activity shall furnish copies of the notification of removal to interested DoD elements and other Government Agencies.

AP2.8.4. Publication of Removal. When the Qualifying Activity has taken action to effect the removal of a product from a list, the Qualifying Activity shall determine whether it would be in the Government's interest to publish in the *Commerce Business Daily* and known related trade

publications, a notification to Government organizations and contractors that the product has been removed by adverse action. The Qualifying Activity shall publish such notification as soon as practicable. The notification shall include the following information:

AP2.8.4.1. The QPL or the QML identification number.

AP2.8.4.2. A statement that "Notification is herewith given that the following product (for QML, process(es)) was removed from QPL-XXXXX (or QML-XXXXX) on (date).

AP2.8.4.3. Name of Government Representative.

AP2.8.4.4. Title of Government Representative.

AP2.8.4.5. Name of Government Installation.

AP2.8.4.6. Address of Government Installation.

AP2.9. GUIDELINES FOR CHOOSING QPL OR QML

AP2.9.1. QPLs. A QPL is appropriate in situations where technological changes makes it practicable to qualify individual products or family of products without incurring prohibitive testing costs or delays. A QPL should be used when you are only interested in qualifying parts. Products to which qualification has been extended under the family of products concept are to be listed on the appropriate portion of the QPL in the same manner as tested products, except that the manufacturer's designations or type numbers of the successfully tested products on which family qualification has been based shall be listed in the place normally reserved for the test or qualification reference test report number. The QPL shall be prepared, as shown in figures AP2-F2. and AP2-F3. Format requirements for QPLs are specified in section AP2.10., below.

AP2.9.2. QMLs. A QML focuses on approving a manufacturer's capability and then qualifying the envelope by carefully selecting a representative worst case test specimen or worst case samples from production that contain all the potential combinations of materials and processes that may be used in subsequent production. The QML shall include appropriate processes and materials identification, with the name and address of the manufacturer's plant. It may also be advisable to list eligible products that may be produced at that manufacturer's facility or line under that approved envelope of processes and materials. A QML may be appropriate for product lines involving many variations, but the same basic processes and materials. QMLs are appropriate for product lines involving rapid, technological advances that rely on process improvements using variations in materials and processes. Under the QML process, the manufacturing facilities, processes, and materials, and other characteristics are qualified and listed on the QML. Well-documented facility inspection and line certification provisions that are to be used to evaluate a manufacturer's eligibility for listing on the QML must be available. A QML may also be applicable when the product procured to a specification has no identifying industry discrete part numbers; the product is procured to a specification that covers a wide range of technologies; or the product is normally a family of products with similar characteristics. The QML process is used for complex devices, such as custom hybrids, whereby

 

the qualification cost would be excessive or delays would occur if the QPL part by part qualification procedure were used. Each QML could differ in content depending on the item and the critical process(es) that are important in the development of the item.

AP2.10. <u>FORMAT FOR A QPL OR QML</u>

Figures AP2-F2. and AP2-F3. give the QPL format. Figure AP2-F7. gives the QML format. Where necessary, the tabular information may be rearranged. For example, use the method in figure AP2-F5. to list repetitive plant and office addresses for more than one product or category.

AP2.10.1. <u>Identifier and Title</u>. QPLs or QMLs shall be identified by the symbol "QPL" or "QML" followed by the number of the associated specification and an issue number to identify the issue of the QPL or the QML. For example: "QPL-3125-1" identifies the initial issue of the QPL associated with defense specification MIL-P-3125. "QML-38534-1" identifies the initial issue of the QML associated with specification MIL-PRF-38534. When a QPL is converted to a QML, the QML identifier shall begin with the number of the associated specification followed by a "-1" to indicate that this is the first QML associated with the specification even though a QPL previously existed. For Federal specifications, both the specification symbol and number are used. Thus, "QPL-GGG-T-591-2" identifies the second issue of the list associated with Federal specification GGG-T-591. For non-Government specifications, both the specification symbol and number are used. Thus, "QPL-AS604-1" identifies the first issue of the list associated with the Society of Automotive Engineers Aerospace Standard AS604. Do not use the specification revision indicator in the QPL or the QML number. The title of the QPL or the QML must be the same as the title of the general specification.

AP2.10.2. <u>FSC</u>. Identify the applicable FSC to which the qualified product belongs in the lower right-hand corner of the QPL or the QML (see figure AP2-F2.).

AP2.10.3. <u>Preamble</u>. Immediately following the document identifier and title of the associated specification, the following preamble shall appear on each QPL or QML:

"This list has been prepared for use by or for the Government in the acquisition of products covered by the subject specification and such listing of a product is not intended to and does not connote endorsement of the product by the Department of Defense. All products listed herein have been qualified under the requirements for the product as specified in the latest effective issue of the applicable specification. This list is subject to change without notice, revision or amendment of this list will be issued as necessary. The listing of a product does not release or otherwise affect the obligation of the manufacturer to comply with the specification requirements."

"The activity responsible for this QPL (or this QML) is (insert name, office symbol, and address of the standardization office of the Preparing Activity)."

Locate this notice on the QPL (or the QML) as shown on figure AP2-F3. Where the Preparing Activity designates another activity to act as its agent, the list shall include "The activity

page 19 of 33 page