IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF RENEE L. FREDERICK

I, Renee L. Frederick, hereby state as follows:

1. I am currently employed as a GS-1102-12 Procurement Analyst in the Systems and Procedures Branch (commonly known as the Acquisition Policy Office) of the Procurement Process Support Directorate at the Defense Supply Center, Columbus Ohio (DSCC). I have been employed at DSCC and in the Acquisition Field cumulatively for nearly 25 years. Approximately ten years of my career was spent as a contracting officer. There are a number of analysts assigned to the DSCC Acquisition Policy Office and each analyst is responsible for certain parts or subparts of the Federal Acquisition Regulation (FAR). One of my areas of expertise and responsibility is FAR Subpart 9.2 "Contractor Qualifications." My duties as a Procurement Analyst include providing advice and policy guidance concerning FAR Subpart 9.2 to the Contract Specialists (Contracting Officers).

2. I have been asked to review solicitation SPM7M8-07-T-7139 (Exhibit A) and Purchase Order SPM7M8-07-V-1857 (Exhibit B) and comment on how, if at all, Subpart 9.2 and in particular FAR clause 52.209-1 applied to this acquisition and to the Backplane Assembly, National Stock Number (NSN) 5998-01-366-6543.

3. FAR clause 52.209-1 – Qualification Requirements, is used in solicitations and awards when the acquisition is subject to a qualification requirement. Typically, this clause is found in solicitations and awards that have a Qualified Products List (QPL), Qualified Manufacturers List (QPL), or Qualified Bidders List (QBL). The Acquisition Method Suffix Code (AMSC) used to identify such items is "T". (Exhibit C p. 5) The definition of the AMSC as found in DFARS Procedures, Guidance and Information (PGI), 217.7506 is "A single digit alpha code, assigned by a DoD activity, that provides the contracting officer and other Government personnel with engineering, manufacturing, and technical information." (Exhibit C p. 1) An AMSC of "T" indicates "Acquisition of this part is controlled by qualified products list (QPL) procedures. Competition for this part is limited to sources which are listed on or are qualified for listing on the QPL at the time of award (see FAR Part 9 and DFARS Part 209)." (Exhibit C p. 5)

4. The NSN 5998-01-366-6543 does not have an AMSC of "T". The Purchase Request (PR) Trailer for this NSN indicates the AMSC for this item is C. (Exhibit D p. 1) A PR trailer provides the contracting information used in part to create a solicitation. The AMSC on this NSN is "C", which means in part, "This part requires engineering source approval by the design control activity in order to maintain the quality of the part. Existing unique design

capability, engineering skills, and manufacturing knowledge by the qualified source(s) require acquisition of the part from the approved source(s). The approved source(s) retain data rights, manufacturing knowledge, or technical data that are not economically available to the Government, and the data or knowledge is essential to maintaining the quality of the part." There is no reference to FAR Part 9 or DFARS Part 209 in the definition for AMSC of "C". (Exhibit C p. 3)

5. The cited solicitation was generated by the DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) which is used for the solicitation of Request for Quotes (RFQ) and the award of Purchase Orders, for automated BSM acquisitions valued up to $100,000. (Exhibit E p. 1) Both the solicitation and award include a statement explaining that the applicable clauses are found in the DLA Master Solicitation for Automated Solicitations and Awards. Contractors are expected to review the DLA Master Solicitation to determine the applicability of clauses for the solicitation or award in question. (Exhibit A p. 1 & Exhibit B p.5) FAR clause 52.209-1 is in the DLA Master Solicitation with the following guidance for applicability, "Applies when QML, QPL, QBL is cited in the item description of the solicitation/order. The agency activity name and address is located in the QPL specification, which is cited in Item Description and can be obtained from http://assist.daps.dla.mil/quicksearch. (Exhibit E p. 2)

6. There is no statement in the item description for this NSN that references applicability of a QML, QPL or QBL, therefore FAR clause 52.209-1 does not apply. The item description for NSN 5998-01-366-6543 contains the CAGE codes and part numbers of the approved

sources, which is in line with the assignment of an AMSC of "C". Id. If the NSN had been a QPL/QML item pursuant to the DSCC Acquisition Guide the following statement would have appeared in the item description in the solicitation: "THIS NSN IS LISTED AS A PRIMARY QPL OR QML THEREFORE THE QUALIFIED PRODUCTS LIST OR THE QUALIFIED MANUFACTURERS LIST IS APPLICABLE." (Exhibit F. p. 2)

7. In the quote submitted on solicitation SPM7M8-07-T-7139, Aschbacher and Associates, Inc. offers the exact product of CAGE code 56662 and part number 1690533. Aschbacher and Associates quoted as a dealer for CAGE code 56662. (Exhibit G pp. 1& 2) CAGE code 56662 is assigned to Frequency Selective Networks, Inc. which according to the solicitation is an approved source. (Exhibit A p. 2)

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 7th day of June 2007.

Renee L. Frederick

RENEE L. FREDERICK
Procurement Analyst
DSCC