# EXHIBIT

# A

## REQUEST FOR QUOTATION (THIS IS NOT AN ORDER)

DLA, DEFENSE SUPPLY CENTER COLUMBUS
3990 EAST BROAD STREET
P.O. BOX 16704
COLUMBUS, OH 43216-5010

| REQUEST NO. | DATE ISSUED | RETURN BY | DELIVER BY: | PURCHA REQUEST NU |
|---|---|---|---|---|
| SPM7M807T7139 | 03/23/07 | 04/06/07 | AWD DT + 251 | 0014648676 |

## SOLICITATION POC

| BUYER CODE | BUYER NAME | BUYER PHONE | BUYER F |
|---|---|---|---|
| CMVBB | Afro Lenzley | (614) 692-2635 | (614) 693-16 |

SOLICITATION POC INFORMATION:

QUESTIONS REGARDING THE DLA-BSM INTERNET BID BOARD SYSTEM SHOULD BE E-MAILED to DibbsBSM@dla.mil
FOR IMMEDIATE ASSISTANCE, PLEASE REFER TO THE FREQUENTLY ASKED QUESTIONS (FAQS) ON BSM DIBBS AT https://www.dibbs.bsm.dla.mil/Refs/help/BSMDibbsHelp.htm
OR PHONE 1-877-DLA-CALL (1-877-352-2255).

DISCREPANCIES FOUND IN BIDSETS SHOULD BE E-MAILED TO DscrPdmdDistribution@dscr.dla.mil
ALL OTHER QUESTIONS (SOLICITATION REQUIREMENTS, ITEM DESCRIPTION, AWARD CHOICE, ETC.), PLEASE CONTACT THE BUYER.

| NSN or Part Number | Unit of Issue | Quantit |
|---|---|---|
| 5998-01-366-6543 | EA | 15 |

| Rating | FOB | North American Industry Classification System | Small Busi Size Stan |
|---|---|---|---|
| DOC9 | DESTINATION | 333295 | 500 |

## SMALL BUSINESS SET ASIDE

FAR52.219-6 NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE
$25,000 AND LESS - SMALL BUSINESS MUST MEET APPLICABLE SIZE STANDARD (VERY SMALL BUSINESS MAY NOT HAVE MORE THAN 15 EMPLOYEES AND MAY NOT HAVE AVERAGE RECEIPTS THAT EXCEED $1 MILLION) AND MAY SUPPLY ANY DOMESTICALLY PRODUCED OR MANUFACTURED PRODUCT, EXCEPT THAT A CAGE REPRESENTING ITSELF TO BE A HUBZONE SMALL BUSINESS MUST SUPPLY THE PRODUCT OF A HUBZONE SMALL BUSINESS CONCERN.

ABOVE $25,000 - SMALL BUSINESS MUST MEET APPLICABLE SIZE STANDARD (VERY SMALL BUSINESS MAY NOT HAVE MORE THAN 15 EMPLOYEES AND MAY NOT HAVE AVERAGE RECEIPTS THAT EXCEED $1 MILLION) AND MUST SUPPLY THE PRODUCT OF A SMALL BUSINESS MANUFACTURER. THE END PRODUCT MUST BE MANUFACTURED OR PRODUCED IN THE U.S. OR ITS OUTLYING AREAS; AND, FOR HUBZONE REPRESENTATION MUST BE MANUFACTURED BY A HUBZONE SMALL BUSINESS CONCERN.

## QUOTING INFORMATION

THIS SOLICITATION INCORPORATES THE TERMS AND CONDITIONS SET FORTH IN THE DLA MASTER SOLICITATION FOR AUTOMATED SIMPLIFIED ACQUISITIONS(PART13) FEB 2007

## QUOTING INFORMATION

THIS BUY IS A CANDIDATE FOR AUTOMATED AWARD. ALL QUOTES MUST BE SUBMITTED VIA THE DLA INTERNET BID BOARD SYSTEM (DIBBS) AT https://www.dibbs.bsm.dla.mil.

QUOTES $2500 OR LESS MAY BE AWARDED PRIOR TO RETURN DATE UNLESS THIS SOLICITATION HAS BEEN DESIGNATED FOR AUCTIONING.

DFARS 252.225-7001, BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM, APPLIES TO ALL QUOTES ABOVE $2500.

DESTINATION INSPECTION REQUIRED - FAR 52.246-1 APPLIES.

THIS BUY IS NOT FAST PAY

## ITEM DESCRIPTION

NSN or Part Number: 5998-01-366-6543

ITEM DESCRIPTION

BACKPLANE ASSEMBLY

FOR PRINTED CIRCUIT BOARDS OR PRINTED WIRING BOARDS WHERE MIL-PRF-55110(FORMERLY MIL-P-55110) OR MIL-P-50884 IS CITED, IT IS RECOMMENDED THAT MIL-PRF-31032 BE UTILIZED. MIL-PRF-55110 IS PRESENTLY INACTIVE FOR NEW DESIGNS AND HAS BEEN REPLACED BY MIL-PRF-31032. MIL-P-50884 WILL BECOME INACTIVE FOR NEW DESIGNS AND REPLACED BY MIL-PRF-31032. SINCE THERE CURRENTLY IS NO EQUIVALENT DOCUMENT FOR THE CANCELLED MIL-S-13949 (FORMERLY MIL-P-13949), DSCC RECOMMENDS THAT THE CONTRACTOR HAVE A METHOD OF ASSURING THAT LAMINATE MATERIALS USED IN CONJUNCTION WITH DSCC CONTRACTS BE AT LEAST EQUIVALENT IN QUALITY AND RELIABILITY TO THAT WHICH WAS AVAILABLE PRIOR TO THE CANCELLATION OF MIL-S-13949 ON NOVEMBER 30, 1998.

| | |
|---|---|
| RAYTHEON COMPANY | 05869 P/N 1690533 |
| INPUT/OUTPUT TECHNOLOGY INC | 1EM54 P/N 1690533 |
| FREQUENCY SELECTIVE NETWORKS INC | 56662 P/N 1690533 |

## LINE ITEM 0001

| PURCHASE REQUEST | QUANTITY | UNIT OF ISSUE | UNIT PRICE |
|---|---|---|---|
| 0014648676 | 15 | EA | |

## PACKAGING DATA

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 41: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = EA: CUSH/DUNN MAT = JC: CUSH/DUNN THKNESS = X:
UNIT CONT = E5: OPI = O:
INTRMDTE CONT = DO: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 -

For all shipments of packaged materiel to the government, which includes either Depot (DLA-Direct) or DVD (Customer-Direct) shipments, both DoD linear and two-dimensional (2D) bar code markings are required on Military Shipping Labels in accordance with MIL-STD-129, Revision P, dated December 15, 2002 (but see DLAD 52.211-9010(D) for exceptions to the requirement for MSL and 2D symbols). See the DLA packaging web site identified in DLAD 52.211-9010(E) for change notices to MIL-STD-129P that apply. 2D bar coding shall be in accordance with ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and DoD 4500.9-R. MSL linear (code 3 of 9 or code 39) bar coding shall be in accordance with ISO/IEC 16388. Shipping label stock quality shall meet MIL-PRF-61002. Bar code print quality shall meet ANSI MH10.8-2000 or ANSI X3.182-1990 (R2000) for applicable 2D and/or linear bar codes. All DVD shipments shall meet additional linear bar coding requirements in DLAD 52.211-9010(C). Except for the Transportation Control Number (TCN), which must always be present on the Military Shipping Label, when the contract/order omits any other data elements as defined in MIL-STD-129P and if the information is not available from the Administrative Contracting Office, then the field is not required as part of the Military Shipping Label and may be left blank. If there are inconsistencies between the schedule and MIL-STD-129P, the schedule takes precedence.

## SHIPPING DATA

PARCEL POST/FREIGHT ADDRESS:
W25G1U
SU TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
2001 MISSION DRIVE DOOR 113 134
NEW CUMBERLAND PA 17070-5001
US

NON-MILSTRIP
PROJ

page 3 of 4 pages

## PROCUREMENT HISTORY FOR NSN: 5998013666543

| TYPE | CAGE | CONTRACT NUMBER | QUANTITY | UNIT COST | AWD DATE |
|---|---|---|---|---|---|
| DVD | 1EM54 | SP096005V3125 | 000002 | 9252.00000 | 04/17/05 |
| DVD | 1EM54 | SP096005M0848 | 000001 | 11173.00000 | 12/09/04 |
| DVD | 1EM54 | SP096004M3363 | 000002 | 9252.00000 | 05/20/04 |

| TYPE | CAGE | CONTRACT NUMBER | QUANTITY | UNIT COST | AWD DATE |
|---|---|---|---|---|---|
| STK | 1EM54 | SPM7M807M0473 | 000011 | 9080.00000 | 11/15/06 |
| STK | 0DR48 | SP096005M3941 | 000007 | 5635.00000 | 08/19/05 |

page 4 of 4 pages

# EXHIBIT
# B

# ORDER FOR SUPPLIES OR SERVICES

*(Contractor must submit four copies of invoice.)*

*Form Approved OMB No. 0704-0187 Expires Jun 30, 1997*

PAGE 1 OF 5

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503.

**PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES.**
**SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICIAL IDENTIFIED IN ITEM 6.**

| 1. CONTRACT/PURCH ORDER NO. | 2. DELIVERY ORDER NO. | 3. DATE OF ORDER (YYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SPM7M8-07-V-1857 | | 2007 APR 06 | 0014648676 | DOC9 |

6. ISSUED BY — CODE: SPM7M1

DEFENSE SUPPLY CENTER COLUMBUS
MARITIME SUPPLY CHAIN
PO BOX 3990
COLUMBUS OH 43218-3990
Local Administrator: PMCMSED (614)692-2817 / FAX: (614)693-1553
E-mail: Caroline.Blalock@dla.mil

7. ADMINISTERED BY (If other than 6) — CODE: SPM7M1

DEFENSE SUPPLY CENTER COLUMBUS
MARITIME SUPPLY CHAIN
PO BOX 3990
COLUMBUS OH 43218-3990

CRITICALITY: C

8. DELIVERY FOB: [X] DEST [ ] OTHER (See Schedule if other)

9. CONTRACTOR — CODE: 54991 — FACILITY CODE:

NAME AND ADDRESS:
ASCHBACHER AND ASSOCIATES INC
5081 NORMAN BLVD
DAYTON OH 45431-1224
US
Vendor's Copy was sent EDI. Do not Duplicate shipment.

10. DELIVER TO FOB POINT BY (Date) (YYMMDD): 225 DAYS ADO

11. MARK IF BUSINESS IS: [X] SMALL [ ] SMALL DISADVANTAGED [ ] WOMEN-OWNED

12. DISCOUNT TERMS: NET 30 days

13. MAIL INVOICES TO: See Block 15

14. SHIP TO — CODE:

See Schedule - Do Not Ship to Address in Block 6

15. PAYMENT WILL BE MADE BY — CODE: SL4701

DFAS BVDP (SL4701)
P.O. BOX 369031
COLUMBUS OH 43236-9031

EFT: T

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER:
- DELIVERY [ ] This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
- PURCHASE [X] Reference your **offer dated 2007 APR 03** and furnish the following on terms specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

BX:97X 4930 5CBX 001 2630 S33189

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | | TOTAL: 15 | | | |

* *If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.*

24. UNITED STATES OF AMERICA — Alan Searfoss — PXCBPE1

BY: [signature] CONTRACTING/ORDERING OFFICER

25. TOTAL: $ 96000.00

29. DIFFERENCE

30. INITIALS

26. QUANTITY IN COLUMN 20 HAS BEEN [ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

27. SHIP. NO. [ ] PARTIAL [ ] FINAL

28. D.O. VOUCHER NO.

31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |



Page 1 of 5 pages

| CONTINUATION SHEET | Order Number: SPM7M8-07-V-1857 | PAGE 2 OF PAGES 5 |
|---|---|---|

**SECTION B**

PR 0014648676
NSN 5998-01-366-6543

ITEM DESCRIPTION:

BACKPLANE ASSEMBLY

FOR PRINTED CIRCUIT BOARDS OR PRINTED WIRING BOARDS WHERE MIL-PRF-55110(FORMERLY MIL-P-55110) OR MIL-P-50884 IS CITED, IT IS RECOMMENDED THAT MIL-PRF-31032 BE UTILIZED. MIL-PRF-55110 IS PRESENTLY INACTIVE FOR NEW DESIGNS AND HAS BEEN REPLACED BY MIL-PRF-31032. MIL-P-50884 WILL BECOME INACTIVE FOR NEW DESIGNS AND REPLACED BY MIL-PRF-31032. SINCE THERE CURRENTLY IS NO EQUIVALENT DOCUMENT FOR THE CANCELLED MIL-S-13949 (FORMERLY MIL-P-13949), DSCC RECOMMENDS THAT THE CONTRACTOR HAVE A METHOD OF ASSURING THAT LAMINATE MATERIALS USED IN CONJUNCTION WITH DSCC CONTRACTS BE AT LEAST EQUIVALENT IN QUALITY AND RELIABILITY TO THAT WHICH WAS AVAILABLE PRIOR TO THE CANCELLATION OF MIL-S-13949 ON NOVEMBER 30, 1998.

| | | |
|---|---|---|
| RAYTHEON COMPANY | (05869) | P/N 1690533 |
| INPUT/OUTPUT TECHNOLOGY INC | (1EM54) | P/N 1690533 |
| FREQUENCY SELECTIVE NETWORKS INC | (56662) | P/N 1690533 |

| CLIN | PR | PRLI | U/I | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 0001 | 0014648676 | 0001 | EA | 15 | $ 6400.00000 | $ 96000.00 |

| NSN | UPC | SIZE | PGC |
|---|---|---|---|
| 5998013666543 | N/A | N/A | N/A |

QTY VARIANCE: PLUS 0% MINUS 0%
INSPECTION POINT: DEST
ACCEPTANCE POINT: DEST

**CONTINUED ON NEXT PAGE**

page 2 of 5 pages

**SECTION B**

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 41: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = EA: CUSH/DUNN MAT = JC: CUSH/DUNN THKNESS = X:
UNIT CONT = E5: OPI = O:
INTRMDTE CONT = DO: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 -

For all shipments of packaged materiel to the government, which includes either Depot (DLA-Direct) or DVD (Customer-Direct) shipments, both DoD linear and two-dimensional (2D) bar code markings are required on Military Shipping Labels in accordance with MIL-STD-129, Revision P, dated December 15, 2002 (but see DLAD 52.211-9010(D) for exceptions to the requirement for MSL and 2D symbols). See the DLA packaging web site identified in DLAD 52.211-9010(E) for change notices to MIL-STD-129P that apply. 2D bar coding shall be in accordance with ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and DoD 4500.9-R. MSL linear (code 3 of 9 or code 39) bar coding shall be in accordance with ISO/IEC 16388. Shipping label stock quality shall meet MIL-PRF-61002. Bar code print quality shall meet ANSI MH10.8-2000 or ANSI X3.182-1990 (R2000) for applicable 2D and/or linear bar codes. All DVD shipments shall meet additional linear bar coding requirements in DLAD 52.211-9010(C). Except for the Transportation Control Number (TCN), which must always be present on the Military Shipping Label, when the contract/order omits any other data elements as defined in MIL-STD-129P and if the information is not available from the Administrative Contracting Office, then the field is not required as part of the Military Shipping Label and may be left blank. If there are inconsistencies between the schedule and MIL-STD-129P, the schedule takes precedence.

DELIVER FOB: DESTINATION BY: 2007 NOV 17

PARCEL POST/FREIGHT ADDRESS:

W25G1U
SU TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
2001 MISSION DRIVE DOOR 113 134
NEW CUMBERLAND PA 17070-5001
US

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | Order Number: SPM7M8-07-V-1857 | PAGE 4 | OF PAGES 5 |
|---|---|---|---|

**SECTION B**

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REMIT PAYMENT TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONTINUED ON NEXT PAGE**

page 4 of 5 pages

| CONTINUATION SHEET | Order Number: SPM7M8-07-V-1857 | PAGE 5 OF PAGES 5 |
|---|---|---|

THE PURCHASE ORDER CLAUSES ARE APPLICABLE AS INDICATED IN THE
DLA MASTER SOLICITATION FOR AUTOMATED SOLICITATIONS AND
RESULTING AWARDS REVISION 20 FOUND ON THE WEB SITE AT
https://www.dibbs.bsm.dla.mil/

page 5 of 5 pages

# EXHIBIT
# C

**1-103.2 Acquisition method code conference.**
A conference that is generally held at the contractor's facility for the purpose of reviewing contractor technical information codes (CTICs) and corresponding substantiating data for breakout.

**1-103.3 Acquisition method suffix code (AMSC).**
A single digit alpha code, assigned by a DoD activity, that provides the contracting officer and other Government personnel with engineering, manufacturing, and technical information.

**1-103.4 Actual manufacturer.**
An individual, activity, or organization that performs the physical fabrication processes that produce the deliverable part or other items of supply for the Government. The actual manufacturer must produce the part in-house. The actual manufacturer may or may not be the design control activity.

**1-103.5 Altered item drawing.**
See current version of DoD STD-100, paragraphs 201.4.4 and 703.

**1-103.6 Annual buy quantity.**
The forecast quantity of a part required for the next 12 months.

**1-103.7 Annual buy value (ABV).**
The annual buy quantity of a part multiplied by its unit price.

**1-103.8 Bailment.**
The process whereby a part is loaned to a recipient with the agreement that the part will be returned at an appointed time. The government retains legal title to such material even though the borrowing organization has possession during the stated period.

**1-103.9 Breakout.**
The improvement of the acquisition status of a part resulting from a technical review and a deliberate management decision. Examples are—

(a) The competitive acquisition of a part previously purchased noncompetitively; and

(b) The direct purchase of a part previously purchased from a prime contractor who is not the actual manufacturer of the part.

**1-103.10 Competition.**
A contract action where two or more responsible sources, acting independently, can be solicited to satisfy the Government's requirement.

Page 1 of 6 pages

**2-201 Coding.**
Three types of codes are used in the breakout program.

**2-201.1 Acquisition method codes.**
The following codes shall be assigned by DoD activities to describe the results of the spare parts breakout screening:

(a) *AMC 0.* The part was not assigned AMC 1 through 5 when it entered the inventory, nor has it ever completed screening. Use of this code is sometimes necessary but discouraged. Maximum effort to determine the applicability of an alternate AMC is the objective. This code will never be used to recode a part that already has AMC 1 through 5 assigned, and shall never be assigned as a result of breakout screening. Maximum effort to determine the applicability of AMC 1 through 5 is the objective.

(b) *AMC 1.* Suitable for competitive acquisition for the second or subsequent time.

(c) *AMC 2.* Suitable for competitive acquisition for the first time.

(d) *AMC 3.* Acquire, for the second or subsequent time, directly from the actual manufacturer.

(e) *AMC 4.* Acquire, for the first time, directly from the actual manufacturer.

(f) *AMC 5.* Acquire directly from a sole source contractor which is not the actual manufacturer.

**2-201.2 Acquisition method suffix codes.**
The following codes shall be assigned by DoD activities to further describe the acquisition method code. Valid combinations of AMCs/AMSCs are indicated in paragraphs (a) through (z) of this subsection and summarized in Exhibit I.

(a) *AMSC A.* The Government's right to use data in its possession is questionable. This code is only applicable to parts under immediate buy requirements and for as long thereafter as rights to data are still under review for resolution and appropriate coding. This code is assigned only at the conclusion of limited screening, and it remains assigned until the full screening process resolves the Government's rights to use data and results in assignment of a different AMSC. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, or if the data is adequate for an alternate source to qualify in accordance with the design control activity's procedures, AMCs 1 or 2 are valid.

(b) *AMSC B.* This part must be acquired from a manufacturing source(s) specified on a source control or selected item drawing as defined by the current version of DoD-STD-100.

page 2 of 6 pages

Suitable technical data, Government data rights, or manufacturing knowledge are not available to permit acquisition from other sources, nor qualification testing of another part, nor use of a second source part in the intended application. Although, by DoD-STD-100 definition, altered and selected items shall have an adequate technical data package, data review discloses that required data or data rights are not in Government possession and cannot be economically obtained. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(c) *AMSC C.* This part requires engineering source approval by the design control activity in order to maintain the quality of the part. Existing unique design capability, engineering skills, and manufacturing knowledge by the qualified source(s) require acquisition of the part from the approved source(s). The approved source(s) retain data rights, manufacturing knowledge, or technical data that are not economically available to the Government, and the data or knowledge is essential to maintaining the quality of the part. An alternate source must qualify in accordance with the design control activity's procedures, as approved by the cognizant Government engineering activity. The qualification procedures must be approved by the Government engineering activity having jurisdiction over the part in the intended application. If one source is approved, AMCs 3, 4, or 5 are valid. If at least two sources are approved or if data is adequate for an alternate source to qualify in accordance with the design control activity's procedures, AMCs 1 or 2 are valid.

(d) *AMSC D.* The data needed to acquire this part competitively is not physically available, it cannot be obtained economically, nor is it possible to draft adequate specifications or any other adequate, economical description of the material for a competitive solicitation. AMCS 3, 4, or 5 are valid.

(e) *AMSC E.* (Reserved)

(f) *AMSC F.* (Reserved)

(g) *AMSC G.* The Government has rights to the technical data, the data package is complete, and there are no technical data, engineering, tooling or manufacturing restrictions. (This is the only AMSC that implies that parts are candidates for full and open competition. Other AMSCs such as K, M, N, Q, and S may imply limited competition when two or more independent sources exist yet the technical data package is inadequate for full and open competition.) AMCs 1 or 2 are valid.

(h) *AMSC H.* The Government physically does not have in its possession sufficient, accurate, or legible data to purchase this part from other than the current source(s). This code is applicable only to parts under immediate buy requirements and only for as long thereafter as the deficiency is under review for resolution and appropriate recoding. This code is only assigned at the conclusion of limited screening, and it remains assigned until the full screening process resolves physical data questions and results in assignment of a

page 3 of 6 pages

different AMSC. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(i) *AMSC I.* (Not authorized)

(j) *AMSC J.* (Reserved)

(k) *AMSC K.* This part must be produced from class 1 castings and similar type forgings as approved (controlled) by procedures contained in the current version of MIL-STD-2175. If one source has such castings and cannot provide them to other sources, AMCs 3, 4, or 5 are valid. If at least two sources have such castings or they can be provided to other sources AMCs 1 or 2 or valid.

(l) *AMSC L.* The annual buy value of this part falls below the screening threshold established by DoD components and field activities. However, this part has been screened for additional known sources, resulting in either confirmation that the initial source exists or that other sources may supply the part. No additional screening was performed to identify the competitive or noncompetitive conditions that would result in assignment of a different AMSC. This code shall not be used when screening parts entering the inventory. This code shall be used only to replace AMSC O for parts under the established screening threshold. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(m) *AMSC M.* Manufacture of this part requires use of master or coordinated tooling. If only one set of tooling exists and cannot be made available to another source for manufacture of this part, AMCs 3, 4, or 5 are valid. When the availability of existent or refurbishable tooling is available to two or more sources, then AMCs 1 or 2 are valid.

(n) *AMSC N.* Manufacture of this part requires special test and/or inspection facilities to determine and maintain ultra-precision quality for its function or system integrity. Substantiation and inspection of the precision or quality cannot be accomplished without such specialized test or inspection facilities. If the test cannot be made available for the competitive manufacture of the part, the required test or inspection knowledge cannot be documented for reliable replication, or the required physical test or inspection facilities and processes cannot be economically documented in a TDP, valid AMCs are 3, 4, or 5. If the facilities or tests can be made available to two or more competitive sources, AMCs 1 or 2 are valid.

(o) *AMSC O.* The part was not assigned an AMSC when it entered the inventory, nor has it ever completed screening. Use of this code in conjunction with AMC 0 is sometimes necessary but discouraged. Maximum effort to determine the applicability of an alternate AMSC is the objective. Only AMC O is valid.

page 4 of 6 pages

(p) *AMSC P.* The rights to use the data needed to purchase this part from additional source(s) are not owned by the Government and cannot be purchased, developed, or otherwise obtained. It is uneconomical to reverse engineer this part. This code is used in situations where the Government has the data but does not own the rights to the data. If only one source has the rights or data to manufacture this item, AMCs 3, 4, or 5 are valid. If two or more sources have the rights or data to manufacture this item, AMCs 1 or 2 are valid.

(q) *AMSC Q.* The Government does not have adequate data, lacks rights to data, or both needed to purchase this part from additional sources. The Government has been unable to economically buy the data or rights to the data, although the part has been undergoing full screening for 12 or more months. Breakout to competition has not been achieved, but current, continuing actions to obtain necessary rights to data or adequate, reprocurement technical data indicate breakout to competition is expected to be achieved. This part may be a candidate for reverse engineering or other techniques to obtain technical data. All AMSC Q items are required to be reviewed within the timeframes cited in 2-203(b). If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(r) *AMSC R.* The Government does not own the data or the rights to the data needed to purchase this part from additional sources. It has been determined to be uneconomical to buy the data or rights to the data. It is uneconomical to reverse engineer the part. This code is used when the Government did not initially purchase the data and/or rights. If only one source has the rights or data to manufacture this item, AMCs 3, 4, or 5 are valid. If two or more sources have the rights or data to manufacture this item, AMCs 1 or 2 are valid.

(s) *AMSC S.* Acquisition of this item is restricted to Government approved source(s) because the production of this item involves unclassified but militarily sensitive technology (see FAR Subpart 6.3). If one source is approved, AMCs 3, 4, or 5 are valid. If at least two sources are approved, AMCs 1 or 2 are valid.

(t) *AMSC T.* Acquisition of this part is controlled by qualified products list (QPL) procedures. Competition for this part is limited to sources which are listed on or are qualified for listing on the QPL at the time of award (see FAR Part 9 and DFARS Part 209). AMCs 1 or 2 are valid.

(u) *AMSC U.* The cost to the Government to breakout this part and acquire it competitively has been determined to exceed the projected savings over the life span of the part. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(v) *AMSC V.* This part has been designated a high reliability part under a formal reliability program. Probability of failure would be unacceptable from the standpoint of safety of personnel and/or equipment. The cognizant engineering activity has determined that data

page 5 of 6 pages

to define and control reliability limits cannot be obtained nor is it possible to draft adequate specifications for this purpose. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources are available, AMCs 1 or 2 are valid.

(w) *AMSC W.* (Reserved)

(x) *AMSC X.* (Not authorized)

(y) *AMSC Y.* The design of this part is unstable. Engineering, manufacturing, or performance characteristics indicate that the required design objectives have not been achieved. Major changes are contemplated because the part has a low process yield or has demonstrated marginal performance during tests or service use. These changes will render the present part obsolete and unusable in its present configuration. Limited acquisition from the present source is anticipated pending configuration changes. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(z) *AMSC Z.* This part is a commercial/nondevelopmental/off-the-shelf item. Commercial item descriptions, commercial vendor catalog or price lists or commercial manuals assigned a technical manual number apply. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources are available, AMCs 1 or 2 are valid.

**2-201.3 Contractor technical information codes.**
The following two-digit alpha codes shall be used by contractors, when contractor's assistance is requested. These codes are assigned in accordance with the current version of MIL-STD-789 and shall be considered during the initial assignment of an AMC/AMSC. For spare parts breakout, requirements for contractor assistance through CTIC submission shall be accomplished as stated in Part 4 of this document. Each CTIC submitted by a contractor must be accompanied by supporting documentation that justifies the proposed code. These codes and supporting documentation, transmitted by DD Form 1418, Contractor Technical Information Record, and DD Form 1418-1, Technical Data Identification Checklist, are useful not only for code assignment during acquisition coding conferences, but also for personnel conducting both full and limited screening of breakout candidates. Personnel conducting full and limited screening of breakout candidates should use the supporting documentation provided with CTICs as a source of information. However, they should not allow this information to substitute for careful analysis and further investigation of the possibilities of acquiring a part through competition or by direct purchase. The definitions for CTICs are—

(a) *CTIC CB.* Source(s) are specified on source control, altered item, or selected item drawings/documents. (The contractor shall furnish a list of the sources with this code.)

(b) *CTIC CC.* Requires engineering source approval by the design control activity in order to maintain the quality of the part. An alternate source must qualify in accordance with

page 6 of 6 pages