# EXHIBIT

# D

^[&110 PR TRAILER for 0014648676 RFQ: SPM7M807T7139

| NSN | PGC | CLOSE DATE | QUANTITY | MAUC | UI | UNIT WT | UNIT CUBE | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|---|---|---|---|---|---|
| 5998013666543 | | | 15 | 6414.93 | EA | 0 | 0 | 0 | 0 | 0 |

| AMC | AMSC | AAC | WS | SPC | PDC | B/O | PMIC | QCC |
|---|---|---|---|---|---|---|---|---|
| 1 | C | Z | Y | 1 | 1 | | A | CAA |

| GFM | VEP | OUT STOCK DT | CI | INSPECTION AT DESTINATION |
|---|---|---|---|---|
| | | | N | |

PR ESTIMATED VALUE: 96223.95
CONTRACT HISTORY: Y SEE DPACS CONTRACT HISTORY SCREEN (USPDP002)
DPAS RATING: DOC9

Procurement Guidance Information:

TGI DATA:
See folder in data center
Frequency Selective Network (56662) p/n 1690533 is
LOG GAIN NIT CL

Contracting Guidance Information:

POTENTIAL SOURCE CAGE 2Y430 LCL ELECTRONICS

Quality Guidance Information:

QUALITY GUIDANCE DATA:
PIC/QCC ESTABLISHED MAY 11, 2004/ELAINE

THE ORIGIN INSPECTION REQUIREMENT HAS BEEN
VERIFIED AND CHANGED TO DESTINATION.

Synopsis Guidance Information:

FULL AND OPEN COMPETITION APPLIES.

PROCUREMENT HISTORY FOR NSN: 5998013666543

DVD BUYS:

| TYPE | CAGE | SRC | TYPE | CONTRACT NUMBER | QUANTITY | UNIT COST | AWD DATE | TERM CD | REP BUY | OPTN DT | PRC | RSN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DVD | 1EM54 | B | | SP096005V3125 | 000002 | 9252.00000 | 04/17/05 | | | | XB | |
| DVD | 1EM54 | B | | SP096004M3363 | 000002 | 9252.00000 | 05/20/04 | | | | BI | |
| DVD | 1EM54 | B | | SP096005M0848 | 000001 | 11173.00000 | 12/09/04 | | | | | BG |

STOCK BUYS:

| TYPE | CAGE | SRC | TYPE | CONTRACT NUMBER | QUANTITY | UNIT COST | AWD DATE | TERM CD | REP BUY | OPTN DT | PRC | RSN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STK | 1EM54 | B | | SPM7M807M0473 | 000011 | 9080.00000 | 11/15/06 | | | | BG | |
| STK | 0DR48 | B | | SP096005M3941 | 000007 | 5635.00000 | 08/19/05 | | Y | | BA | |

page 1 of 3 pages

ITEM DESCRIPTION

BACKPLANE ASSEMBLY

FOR PRINTED CIRCUIT BOARDS OR PRINTED WIRING BOARDS WHERE MIL-PRF-55110(FORMERLY MIL-P-55110) OR MIL-P-50884 IS CITED, IT IS RECOMMENDED THAT MIL-PRF-31032 BE UTILIZED. MIL-PRF-55110 IS PRESENTLY INACTIVE FOR NEW DESIGNS AND HAS BEEN REPLACED BY MIL-PRF-31032. MIL-P-50884 WILL BECOME INACTIVE FOR NEW DESIGNS AND REPLACED BY MIL-PRF-31032. SINCE THERE CURRENTLY IS NO EQUIVALENT DOCUMENT FOR THE CANCELLED MIL-S-13949 (FORMERLY MIL-P-13949), DSCC RECOMMENDS THAT THE CONTRACTOR HAVE A METHOD OF ASSURING THAT LAMINATE MATERIALS USED IN CONJUNCTION WITH DSCC CONTRACTS BE AT LEAST EQUIVALENT IN QUALITY AND RELIABILITY TO THAT WHICH WAS AVAILABLE PRIOR TO THE CANCELLATION OF MIL-S-13949 ON NOVEMBER 30, 1998.

APPROVED SOURCES OF SUPPLY

| | |
|---|---|
| RAYTHEON COMPANY | 05869 P/N 1690533 |
| INPUT/OUTPUT TECHNOLOGY INC | 1EM54 P/N 1690533 |
| FREQUENCY SELECTIVE NETWORKS INC | 56662 P/N 1690533 |

PACKAGING DATA:

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 41: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = EA: CUSH/DUNN MAT = JC: CUSH/DUNN THKNESS = X:
UNIT CONT = E5: OPI = O:
INTRMDTE CONT = DO: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 -

For all shipments of packaged materiel to the government, which includes either Depot (DLA-Direct) or DVD (Customer-Direct) shipments, both DoD linear and two-dimensional (2D) bar code markings are required on Military Shipping Labels in accordance with MIL-STD-129, Revision P, dated December 15, 2002 (but see DLAD 52.211-9010(D) for exceptions to the requirement for MSL and 2D symbols). See the DLA packaging web site identified in DLAD 52.211-9010(E) for change notices to MIL-STD-129P that apply. 2D bar coding shall be in accordance with ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and DoD 4500.9-R. MSL linear (code 3 of 9 or code 39) bar coding shall be in accordance with ISO/IEC 16388. Shipping label stock quality shall meet MIL-PRF-61002. Bar code print

page 2 of 3 pages

quality shall meet ANSI MH10.8-2000 or ANSI X3.182-1990 (R2000) for applicable 2D and/or linear bar codes. All DVD shipments shall meet additional linear bar coding requirements in DLAD 52.211-9010(C). Except for the Transportation Control Number (TCN), which must always be present on the Military Shipping Label, when the contract/order omits any other data elements as defined in MIL-STD-129P and if the information is not available from the Administrative Contracting Office, then the field is not required as part of the Military Shipping Label and may be left blank. If there are inconsistencies between the schedule and MIL-STD-129P, the schedule takes precedence.

PR LINE 1 NSN 5998013666543 W25G1U QTY: 15 RDD 17-MAR-08

E

page 3 of 3 pages

# EXHIBIT
# E

**DEFENSE LOGISTICS AGENCY (DLA) MASTER SOLICITATION FOR AUTOMATED SIMPLIFIED ACQUISITIONS (PART 13)**

**FEBRUARY 2007**
**REVISION 19**

**PART I- Instruction to Vendors for the Submission of Quotes and PACE Evaluation:**

Quoters/Offerors are encourage to conform their delivery terms as closely as possible to the delivery days requested.

This solicitation, called the DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) is used for the solicitation of Request for Quotes (RFQ) and the award of Purchase Orders, for automated BSM acquisitions valued up to $100,000, for each of the Defense Supply Centers: Defense Supply Center Columbus (DSCC), Defense Supply Center Philadelphia (DSCP), and Defense Supply Center Richmond (DSCR). The DLA Solicitation for Automated Simplified Acquisitions (Part 13) is effective in May 2004 with the BSM Retrofit Release.

**Effective in May 2004, the DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) is referenced in all RFQs valued up to $100,000 that are located on the DLA Internet Bid Board System (DIBBS). Each RFQ contains a web link to this solicitation. The DLA DIBBS is separate and distinct from the DSCC DIBBS. Also effective in May 2004, and with this solicitation, is the implementation of the DLA Procurement Automated Contract Evaluation (PACE). DLA PACE is separate and distinct from the PACE programming that is currently implemented at DSCC, DSCP and DSCR.**

**Vendors are required to read provisions 52.213-9007 and 52.213-9008 of this solicitation to understand the solicitation, evaluation and award process for BSM acquisitions valued up to $100,000 as of May 2004. Each provision is provided in full text in Part I of this Master Solicitation.**

**The DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) will be updated from time to time to reflect changes in law, regulation and acquisition policies and procedures. Vendors should not assume that a copy of the DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) once downloaded, will remain effective. Updates to the DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) will be identified by a date and revision number. Changes to the DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) will be highlighted in each revision. Prior versions or the DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) will be archived and available.**

The DLA Master Solicitation for Automated Simplified Acquisitions (Part 13) is structured in three Parts. Part I contains important information to vendors regarding 1) the DLA Master Solicitation for Automated Simplified Acquisitions (Part 13), 2) the DLA Internet Bid Board System (DIBBS) and 3) the Procurement Automated Contract Evaluation (PACE).

Part II contains information regarding Indefinite Delivery Purchase Order (IDPO) Contract and applies when "U" solicitation and resulting award does not specify a firm quantity of supplies (other than a minimum quantity) and provides for the issuance of delivery orders during the period of the contract. Coverage is for DLA orders for stock replenishment.

Part III contains the clauses, provisions or notices that apply to automated solicitations and orders, and is organized into Subparts A through E. Web links to the Federal Acquisition Regulation (FAR), the Department of Defense Federal Acquisition Regulation Supplement (DFARS), and the Defense Logistics Acquisition Directive (DLAD) and to each Center's clause list are provided in Part III. Clauses, provisions or notices are incorporated by reference when the full text is not provided, with the same force and effect as if set forth in full text, and made part of the solicitation or order as applicable. Vendors are required to read

page 1 of 2 pages

| | |
|---|---|
| | ADDITIONAL INSTRUCTIONS WHEN PREPARING FOR SHIPMENT: WHEN HAZARDOUS WARNING LABELS ARE REQUIRED, LABELS MUST BE DISPLAYED ON OR AFFIXED TO THE SHIPPING CONTAINERS. |
| **DFARS 252.225-7027 (APR 2003)** | **RESTRICTION ON CONTINGENT FEES FOR FOREIGN MILITARY SALES** The following apply to paragraph (b)(1); Australia, Taiwan, Egypt, Greece, Israel, Japan, Jordan, Republic of Korea, Kuwait, Pakistan, Philippines, Saudi Arabia, Turkey, Thailand, or Venezuela (Air Force). |
| **DFARS 252.232-7003 (JAN 2004)** | **ELECTRONIC SUBMISSION OF PAYMENT REQUEST** |
| **DFARS 252.232-7010 (DEC 2006)** | **LEVIES ON CONTRACT PAYMENTS** Applicable to all solicitations/awards over the micropurchase threshold. |
| **DFARS 252.247-7023 (MAY 2002)** | **TRANSPORTATION OF SUPPLIES BY SEA** |
| **DFARS 252.247-7023, ALT III (MAY 2002)** | **TRANSPORTATION OF SUPPLIES BY SEA, ALTERNATE III** |
| **DLAD 52.211-9002 (MAR 2000)** | **PRIORITY RATING** |
| **DLAD 52.211-9010 (MAY 2006)** | **SHIPPING DOCUMENTATION – MIL-STD-129P** |
| **DLAD 52.211-9010, ALT I (MAY 2006)** | **SHIPPING DOCUMENTATION – MIL-STD-129P** |
| **DLAD 52.215-9009 (AUG 2005)** | **ALL OR NONE FOR AUTOMATED PROCUREMENTS** |
| **DLAD 52.217-9002 (JUN 2006)** | **CONDITIONS FOR EVALUATION AND ACCEPTANCE OF OFFERS FOR PART NUMBERED ITEMS** |
| **DLAD 52.217-9003 (FEB 1996)** | **MANUFACTURING OR PRODUCTION INFORMATION** |
| **DLAD 52.233-9000 (SEP 1999)** | **AGENCY PROTESTS** |
| **DLAD 52.233-9001 (JUN 2001)** | **DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION** |
| **DLAD 52.247-9012 (FEB 2007)** | **REQUIREMENTS FOR TREATMENT OF WOOD PACKAGING MATERIAL (WPM)** |

**SUBPART B – FAR/DFARS/DLAD CONDITIONAL CLAUSE/PROVISION LIST**

The FAR/DFARS/DLAD clauses and provisions in Subpart B may be applicable to solicitations and orders. These clauses and provisions are categorized as "Conditional". **THE VENDOR IS REQUIRED TO READ THE INSTRUCTIONS PROVIDED TO DETERMINE THE APPLICATION OF EACH CLAUSE AND PROVISION.**

| | |
|---|---|
| **FAR 52.209-1 (FEB 1995)** | **QUALIFICATION REQUIREMENTS** Applies when QML, QPL, QBL is cited in the item description of the solicitation/order. The agency activity name and address is located in the QPL specification, which is cited in Item Description and can be obtained from http://assist.daps.dla.mil/quicksearch. |
| **FAR 52.209-6 (JAN 2005)** | **PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED,** |

page 2 of 2 pages

# EXHIBIT
# F

# PART 9
# CONTRACTOR QUALIFICATIONS

## CONTENTS

Subpart 9.1 Responsible Prospective Contractors (Revised 1/13/05)

Subpart 9.2 Qualification Requirements (QPL) (Revised 4/24/2006)

Subpart 9.3 First Article Testing and Approval (REVISED 9/26/05)

### Subpart 9.1 Responsible Prospective Contractors

**9.104-1 General Standards**

The DSCC Contractor Review List (DCRL) is an electronic program maintained in the DLA Preaward Contracting System (DPACS). The DSCC DCRL serves to identify contractors who are having problems fulfilling contractual requirements. Firms listed on the DCRL are identified by various categories that describe circumstances which may require additional investigation before an award is made. In addition, the DCRL also includes categories for contractors to highlight specially required procedures not necessarily related to responsibility.

The information provided in the list is intended to be helpful in determining the responsibility of a potential contractor in individual cases. Inclusion in any category, however, shall not be used as the sole basis of nonresponsibility. Contracting personnel shall contact the DSCC legal office for assistance in preparing determinations of nonresponsibility. With the exception of Category A (Suspended or Debarred Contractors/Individuals) and Category I (Bankruptcy) the inclusion of contractors on the DCRL shall not affect the issuance of solicitations to such contractors.

**9.104-1(B) General Procedures**

Contracting or quality personnel shall forward recommendations for placement of a contractor on the DSCC DCRL to DSCC-BPIS. Performance data to support the recommendation shall include a compilation of delinquencies, discrepancies, and any other available data that has been verified for accuracy.

The DCRL is updated by DSCC-BPIS. DSCC-BPIS shall maintain separate files on each firm that has been recommended for placement in the DCRL. Each file shall contain information explaining the reasons for placing the contractor on the DCRL as well as detailed factual data supporting the category listed.

When appropriate, DSCC-BPIS shall prepare, sign, and mail letters to contractors with notification of their placement on the DCRL or removal from the DCRL.



page 1 of 2 pages

**Subpart 9.2 – Qualification Requirements** **April 24, 2006**

9.206-1 General

(a) DSCC–VQ, Sourcing and Qualification Unit, is responsible for qualifying manufacturers for QPLs/QMLs administered by DSCC. DSCC-VQ has also been designated and serves as the agent for the maintenance of some QPLs/QMLs still owned by the military services. DSCC–VQ is responsible for updating and maintaining the VQ Web Site at http://www.dscc.dla.mil/offices/sourcing_and_qualification/. This web site contains the **master index of QMLs/QPLs maintained and administered by DSCC as the Qualifying Activity**, and can be sorted by Federal Supply Class (FSC) or by specification number. The VQ web site can also be accessed from the DSCC Intranet by clicking on "QPL/QML" found under "Tech/Quality" in the Discipline Specific Related Links. Acquisition associates may register to receive **automatic updates** on QPLs/QMLs from DSCC-VQ by completing the Automated Notification System Request Form found at the web site.

(b) DSCC–VA, Document Standardization Unit, is responsible for writing a specific population of specifications with QPL/QML requirements. DSCC-VA is a specification preparing activity and also serves as the agent for the preparation of some specifications still owned by the military services. DSCC-VA is responsible for maintaining and updating the VA Web Site at http://www.dscc.dla.mil/programs/milspec/. This web site contains the **master index of Specifications, Standards, Standard Microcircuit Drawings (SMDs), Commercial Item Descriptions and DSCC Drawings maintained by DSCC**, and can be sorted by FSC or specification number. The VA web site can also be accessed from the DSCC Intranet by clicking on "Military Specifications & Drawings (MIL SPECS)" found under "Tech/Quality" in the Discipline Specific Related Links.

(c) Acquisition associates shall refer all quality and/or technical related questions on QPLs/QMLs to the assigned product specialist (PS). The PS shall be responsible for coordinating with **the appropriate Qualifying Activity, including DSCC–VQ.**

(d) Primary QPL/QML items are identified by an AMSC code of "T". For primary QPL/QML NSNs, the following statement shall appear in the AID, "THIS NSN IS LISTED AS A PRIMARY QPL OR QML THEREFORE THE QUALIFIED PRODUCTS LIST OR THE QUALIFIED MANUFACTURERS LIST IS APPLICABLE".

(e) For NSNs containing one or more QPL component(s), the AMSC code will most likely be "G". In addition, the AID will contain the following statement, "THIS NSN CONTAINS ONE OR MORE COMPONENTS WHICH MUST MEET QPL/QML SPECIFICATIONS. BY SUBMITTING AN OFFER, THE OFFEROR AGREES TO PROVIDE QPL/QML COMPONENTS ONLY FROM SOURCES QUALIFIED ON THE APPLICABLE QPL(S)/QML(S)." Refer to paragraph 9.206-2(a). If unsure whether the item contains QPL component(s), coordinate with the PS.

(f) Most QPL/QML items should **not** be coded inspection/acceptance at origin. The responsible PS and DSCC-VQ should collaborate to determine when an inspection/acceptance at origin requirement is necessary. When a dealer/distributor is in line for award, do not



page 2 of 2 pages

# EXHIBIT G

^[&l0OQUOTE DATE/TIME 03-APR-07 02:24:19 P.M. EST

SUBMITTED QUOTE SUMMARY

| SOLICITATION #: | CAGE: | QUOTING FOR CAGE: | BUYER CODE |
|---|---|---|---|
| SPM7M807T7139 | 54991 | 54991 | PMCMVBB |

BID TYPE: BID WITHOUT EXCEPTION DISCOUNT TERMS: NET 30 DAYS

VENDOR QUOTE #:
QUOTE VALID FOR 90 DAYS MEETS PACKAGING AND RFID REQUIREMENTS? YES
FEDERAL SUPPLY SCHEDULE/BASIC ORDERING AGREEMENT/BASIC PURCHASING AGREEMENT:
N/A
FOB POINT: DESTINATION
INSPECTION POINT: DESTINATION

SPI PROCESS PROPOSED: NO

PRICING AND DELIVERY:

NSN/PART #: 5998013666543 NOMEN: BACKPLANEASSEMBLY

| LINE #/PR # | QUANTITY | UI | UNIT PRICE | DELIVERY DAYS |
|---|---|---|---|---|
| 0001 | | | | |
| 0014648676 | 15 | EA | $6400.00000 | 225 |

---------------------------------------------------------------------------
TOTAL AMOUNT: $ 96000.00

MINIMUM ORDER QUANTITY: NSN/PART #: 5998013666543 NO

QUANTITY VARIANCE

+ 0 - 0 % (NSN/PART # 5998013666543)

QTY AVALABLE FOR IMMEDIATE SHIPMENT: NSN/PART #: 5998013666543 NO
QUANTITY 0 UNIT PRICE $0.000000 DLVY DAYS 0

PRICE BREAKS:
NSN/PART #: 5998013666543

| QTY RANGE | PRICE |
|---|---|
| 52 to 60 | $6250.000000 |

PRODUCT OFFERED REPRESENTATIONS:
NSN/PART #: 5998013666543 NOMEN: BACKPLANEASSEMBLY

PRODUCTS OFFERED:

EXACT PRODUCT
CAGE: 56662 P/N: 1690533

page 1 of 3 pages

DEALER/MANUFACTURER: DEALER
ACTUAL MANUFACTURING/PRODUCTION SOURCE CAGE: 56662

USED, RECONDITIONED, REMANUFACTURED, or UNUSED
FORMER GOVT SURPLUS?

| LINE # | |
|---|---|
| 0001 | NO |

HAZARDOUS MATERIAL?

| LINE # | HAZARDOUS WARNING LABEL |
|---|---|
| 0001 | NO |

BUY AMERICAN ACT - BALANCE OF PAYMENTS PROGRRAM CERTIFICATION

| LINE # | |
|---|---|
| 0001 | DOMESTIC END PRODUCTS |

DUTY FREE ENTRY REQUESTED?

| LINE # | |
|---|---|
| 0001 | NO |

CERTIFICATION REGARDING KNOWLEDGE OF CHILD LABOR FOR LISTED END PRODUCTS:

| LINE # | |
|---|---|
| 0001 | NO END PRODUCTS |

CONTRACTOR REPRESENTATIONS:

TAXPAYER IDENTIFICATION NUMBER TIN: 310879946

TYPE OF ORGANIZATION: CORPORATE ENTITY - NOT TAX EXEMPT

COMMON PARENT: NAME: NA TIN NA

SMALL BUSINESS AND OTHER BUSINESS TYPE PROGRAM REPRESENTATION:
SMALL BUSINESS CONCERN

AFFIRMATIVE ACTION COMPLIANCE:
DEVELOPED AND ON FILE

PREVIOUS CONTRACTS AND COMPLIANCE REPORTS:
PARTICIPATED AND FILED

DO YOU AGREE TO USE ALTERNATE DISPUTES RESOLUTION
IN ACCORDANCE WITH DLAD 52.233-9001?
AGREE

page 2 of 3 pages

NOTICE:

YOU HAVE STATED THAT THE PRODUCT OFFERED FOR NSN
5998013666543 IS AN 'EXACT PRODUCT'. EXACT PRODUCT MEANS
CAGE 56662 PART NUMBER 1690533,

MANUFACTURED BY OR UNDER THE DIRECTION OF, OR UNDER AGREEMENT WITH CAGE 56662.
ANY PRODUCT NOT MEETING THESE CRITERIA IS CONSIDERED AN ALTERNATE PRODUCT EVEN THOUGH IT MAY BE MANUFACTURED IN ACCORDANCE WITH THE DRAWINGS AND/OR SPECIFICATIONS OF CAGE 56662. (SEE DLAD 52.217-9002). TO CONFIRM THE TECHNICAL ACCEPTABILITY OF YOUR EXACT PRODUCT QUOTE, WE MAY REQUEST DOCUMENTS (e.g., INVOICE, QUOTE, AGREEMENT) TO SHOW TRACEABILITY to CAGE 56662.
FAILURE TO PROVIDE ADEQUATE TRACEABILITY UPON REQUEST MAY RESULT IN THE REJECTION OF YOUR QUOTE AS TECHNICALLY UNACCEPTABLE. ANY INDICATION THAT YOU HAVE MISREPRESNTED THE PRODUCT OFFERED SHALL RESULT IN THE GOVERNMENT CONSIDERING RESCISSION OF ANY RESULTANTCONTRACT AND ALL OTHER SANCTIONS, CONTRACT PENALTIES, AND REMEDIES ESTABLISHED UNDER ANY OTHER LAW OR REGULATION

NOTE: IT IS POSSIBLE FOR AN ITEM DESCRIPTION TO CHANGE BETWEEN ISSUANCE OF THE SOLICITATION AND THE RESULTING ORDER. IF AN ORDER IS ISSUED BY THE GOVERNMENT IN RESPONSE TO THIS QUOTATION THAT DOES NOT CITE CAGE 56662 P/N 1690533, YOU SHOULD NOT COMMENCE PERFORMANCE BUT SHOULD PROMPTLY NOTIFY THE ADMINISTRATIVE CONTRACTING OFFICER OF THE DISCREPANCY.

QUOTE SUBMITTED BY:

Company:

ASCHBACHER AND ASSOCIATES INC
5081 NORMAN BLVD
DAYTON OH 45431-1224
US

USER NAME: Tom Braden
PHONE: (937) 252-7785 EXT: FAX: 9372524709
E-MAIL: anainc@aol.com

*******************************************************************

page 3 of 3 pages