# EXHIBIT
# A

April 13, 2006

# DLA
# TECHNICAL – QUALITY
# POLICY AND PROCEDURES
# DESKBOOK

## 5.2 PURCHASE REQUEST (PR) REFERRALS

Referrals are PRs that are sent to the Product Specialist for resolution of a technical problem. Some examples of PR referrals are:

- Clarification of Acquisition Identification Descriptions (AID).
- Interpretation of drawings or specifications.
- No response to solicitation.
- Higher revision level for drawings.
- Some feature of the product not available.
- Price bid higher than the historical price.
- Justification and Authority (J&A).
- Alternate Offers.
- Surplus Offers.

### 5.2.1 Alternate Offers

Refer to Appendix A24 of this document for specific instructions when processing alternate offers.

An alternate offer is an offer to provide an item from other than an approved source or an item that is not the exact part numbered item cited in the AID. The alternate offeror's product must be identical to, or be physically, mechanically, electrically and functionally interchangeable with, the product cited in the AID.

Alternate offers that meet the stipulations established by the DLAD Provision 52.217.9002, Conditions for Evaluation and Acceptance of Offers for Part Numbered Items, must be forwarded to the appropriate Product Specialist for technical evaluation. Only those offers that are in the best interest of the will be considered. At the time of publication of this document, the minimum savings thresholds for evaluation were $200 if the item was evaluated locally and an additional $1,200 for each ESA that must be involved. If the alternate offer savings do not meet or exceed the threshold, coordinate with the buyer to determine if further evaluation is in the best interest of the Government. Offers submitted for items procured using full and open competition are not considered alternate offers and will not be evaluated under alternate offer rules.

Data submitted by the offeror for evaluation must cover design, materials, performance, function, interchangeability, inspection and/or testing criteria, and other characteristics of the offered product.

When data, proprietary or non-proprietary, is available at the DSC and is adequate for the purpose of evaluating an alternate offer, offerors should not be required to provide the same data with their offer, except when they intend to use that same data to manufacture the offered item. The synopsis description (Option L of the CTDF) must include information that describes data availability to potential offerors.

Alternate offers that meet the criteria listed in DLAI 3200.1, Enclosures 3 and Appendix A25 and Appendix A04 of this document must be approved by the cognizant ESA(s). Product Specialists must coordinate with the buyer and the Item Manager to determine the maximum delay permitted when a DLA Form 339 for ESA support is required to complete the alternate item evaluation.

Alternate offers that are not evaluated for the current procurement or are unsolicited offers are evaluated for future procurements when such evaluation is determined to be in the best interest of the Government.

All offers must be evaluated locally to determine their acceptability. When critical application items are determined acceptable, submit a DLA Form 339 to the ESA with a recommendation for approval. Return the offer to Procurement after the evaluation is completed. If the offer is determined to be unacceptable, provide the technical reason or reasons for rejection.

If an offeror offers remanufactured or reconditioned material, evaluate the offer in accordance with local guidance. Refer to Section 5.2.30 for further instruction.

Update the CTDF to reflect all approved sources.

Ensure that the CTDF is updated to reflect all quality assurance requirements.

Actions taken should be noted in the Technical History field (Option D). Review the TIR and the CTDF to determine that the two files are consistent with each other. If not, initiate cataloging action via DLIS Standard Form RFFCA.

If a SPC code applies, follow instructions in the PID, TGI, and Technical History tables.

### 5.2.2 Surplus Offers

The DSCs should make optimum use of surplus material when such use is in the best interest of the Government.

The provision at DLAD 52.211-9003, Conditions for Evaluation of Offers of Government Surplus Material, applies when the clause at FAR 52.211-5, *Material Requirements,* is used.

Offers of surplus material will be evaluated when the contracting officer determines the offeror is in line for award, after adding the cost of evaluation. Costs include $200.00 for internal evaluation and an additional $500.00 for each ESA evaluation, plus any additional fees required for special testing and or inspection.

An offer of surplus material should be evaluated even when the offeror would not otherwise be in line for award, if improvement of a backorder or the urgency of need can be satisfied. The offer of surplus material will not be considered if the time to perform the evaluation and receive the material would exceed the time of delivery from an approved non-surplus offeror.

Offers of surplus material require supporting documentation to demonstrate that the Federal Government previously owned the material being offered.

The acceptance of an offer of surplus material only applies to the current procurement.

# APPENDIX A24: PROCESSING ALTERNATE OFFERS

Alternate Offers that meet Defense Logistics Agency Directive (DLAD) Provision 52.217.9002, *Condition For Evaluation and Acceptance of Offers for Part Numbered Items*, must be forwarded to the appropriate Product Specialist for technical evaluation. Items procured using full and open competition citing drawings and/or standardization documents are not considered under the scope of this provision. This provision applies to items with Acquisition Method Suffix Code (AMSC) codes other than "G," "T," or "B."

Savings thresholds are specified as initial evaluation criteria. Savings thresholds are $200.00 if evaluated locally plus $1,200.00 (per Engineering Support Activity (ESA)) when the ESAs must be involved. The buyer must provide the Product Specialist the dollar amount of potential savings when an Alternate Offer evaluation is requested. Dollar thresholds will be observed unless the buyer notes an exception. If the Product Specialist determines the offer must be evaluated by the ESA, and the ESA dollar threshold is not exceeded or the buyer takes exception to the general rule, the offer should be returned through the buyer to the contractor with an explanation of the rejection.

If an exception is noted, it may be because the buyer needs an offer evaluated even though the threshold is not met, such as only one source, poor performance, etc. Programs applied by the acquisition associates may require buyers to ask for the evaluation of multiple alternate offers against a purchase request (PR) when multiple alternate offers are in line for award. Evaluation of these multiple alternate offers is necessary to determine the true low offer.

Offerors must furnish legible and complete copies of all drawings, specifications, or other data necessary to clearly describe the characteristics and features of the product being offered, as required under the provision (DLAD Provision 52.217.9002, Condition For Evaluation and Acceptance of Offers for Part Numbered Items). Data submitted must cover design, materials, performance, function, interchangeability, inspection and/or testing criteria and other characteristics of the offered product. In addition to information regarding the offered product, the offeror must furnish drawings and other data covering the design, materials, etc. of the exact product cited in the Acquisition Identification Description (AID) when the data is not locally available to the procurement activity. This enables the evaluator to determine that the Offerors' product is equal to the product cited in the AID.

Offerors must indicate in their quote if their Alternate Offer is based on the Original Equipment Manufacturer's (OEM's) drawing(s) and/or other technical data. The Product Specialist may contact the offeror directly (after coordination with the buyer) to obtain any additional information when necessary once the package has been forwarded. Offerors who do not respond to data requests in a reasonable length of time, generally 10 working days, may be rejected.

When proprietary data is available on center and is adequate for the purpose of evaluating an alternate offer, it will not be necessary for offerors to provide the same data with their

offer. The buyer must notify contractors of data availability in the solicitation for open procurements. This information is found in the Synopsis/Description field using Supplemental Descriptive Data Table (SDDT) numbers. As data availability changes, the Product Specialist updates the Synopsis Description by inserting the appropriate table. See Attachment 1.

In determining if the alternate offer meets the minimum needs of the Government, the Product Specialist must use at least one of the following approved methods to evaluate the offer:

- Review of technical data supplied by alternate offeror(s) under the solicitation clause entitled, "Conditions for the Evaluation and Acceptance of Offers for Part Numbered Items". Compare the Alternate Offerors' data to the product cited in the Acquisition Identification Description (AID).
- Comparison of a sample alternate part with the OEM part. (This refers to items that can be evaluated using available in-house methods).
- Commercial Cross-Reference Lists (CCRL) prepared by nationally recognized Continental United States (CONUS) manufacturers of parts for non-critical items. A CCRL may also be used for acceptance of parts of foreign manufacture on a case-by-case basis (when non-critical), provided the CCRL is nationally recognized by U.S. industry.
- Previously reverse engineered items where the contractor is able to provide an adequate data package, to include traceability.
- When the approved source identifies its supplier and there are no significant changes to the item.
- License agreements may provide additional information that may be considered in the source approval process. Expiration dates in some agreements may preclude permanent acceptance of an alternate source. A legal review should be sought to determine to what extent the license agreement would apply.

When an alternate offer is approved locally, the quality assurance requirements will be reviewed and updated as required.

When the DSC recommends approval of an alternate offer for a critical or Weapons System coded item, ESA approval is required. Refer to Appendix A04. If ESA coordination is required, the Product Specialists must coordinate with the Item Manager to determine if the acquisition delay is acceptable. When the delay is not acceptable, continue the acquisition and forward the 339 for future buys. When the alternate offer is approved by the ESA, review and update the quality assurance requirements as needed.

When an ESA disapproves an alternate offer without providing adequate technical justification, the Product Specialist should return the offer to the ESA (as required by DLAI 3200.1) for further review. Coordination with the buyer and Item Manager is required on open procurements to determine if the PR may be delayed further while the conflict is being resolved.

When the offer is disapproved by the ESA or the DSC, the Product Specialist will provide the technical reason(s) the offer was disapproved in the TGI field (Option C), the Technical History field (Option D). The Product Specialist must provide a technical reason to the buyer (or the competition advocate's (COMPAD) office if post award or unsolicited) to support the disapproval and returns the offeror's data to the buyer. Although providing all the reasons for disapproval is preferred, to be practical, the list may be limited to a reasonable number.

Alternate offers that are not evaluated for the current procurement are evaluated for future procurements only when the following condition is met:

- The offer is within the competitive range and would have been evaluated, except that a delay would adversely affect the government. The offer may be considered unacceptable for the instant acquisition, but the offer will continue to be evaluated for future awards.

All unsolicited offers received by the Product Specialist must be forwarded to the COMPAD office so they may initiate a study of the offer to determine if it would be in the best interest of the Government to evaluate the offer for future procurements. Offers are then forwarded back to the appropriate Product Specialist when a benefit to the Government is expected. The COMPAD office will provide rationale/reason for the offer to be evaluated.

Alternate offers for future requirements (unsolicited or post-award) should be targeted for completion within 45 days after receipt for evaluation. After 45 days, COMPAD office will follow up, and again each 15 days thereafter until the evaluation is completed. If the evaluation must be performed by the ESA, Product Specialists must advise COMPAD, and the 45 days will be extended to 90 days, with a follow up each 30 days thereafter.

Engineering drawings and/or other process specifications submitted with approved alternate offers are forwarded to the data repository by the Product Specialist to be placed in Joint Engineering Data Management Information and Control System (JEDMICS) if not already on file. The evaluating office must retain other information not appropriate for JEDMICS and a copy provided for the contract file. The Product Specialist will place a statement in the Technical Guidance Information (TGI) field (Option C) and the Technical History field (Option D) of the Contracting Technical Data File (CTDF) that lists the approved offer and explains how the data was submitted to JEDMICS, to include document number, Commercial and Government Entity (CAGE) code, revision number and date.

If the offer is approved, the Product Specialist will record approved alternate source(s) in the TGI (Option C), Synopsis Description (Option L) and the technical history (Option D) of the CTDF and initiates appropriate cataloging action to update the Total Item Record (TIR). For DSCP and DSCR the approved alternate sources will also be entered in the PID (Option B).

The Product Specialist is responsible for:

- Providing quality provisions on offers approved locally.

- Attaching quality provision recommendations to the DLA Form 339 when offers are evaluated by the ESA.
- Incorporating quality requirements into the CTDF, after ESA approval.

## INSTRUCTIONS:

Product Specialists will:

- Review alternate offers forwarded from the buyer (or COMPAD office if post award or unsolicited).
- Coordinate with the buyer or COMPAD to ensure the saving potential is sufficient when ESA coordination is required.
- Send unsolicited offers for future procurements received directly from contractors to COMPAD office.
- Coordinate with the Value Management Program Office when an open VE project is indicated in the TGI (Option C) and the Technical History field (Option D).
- Ensure that all technical data is included with the Alternate Offer package. If it is not, Product Specialists may contact the contractor (with approval from the buyer on open procurements) or request the buyer (or COMPAD specialist if applicable) to obtain all necessary alternate offer data to complete the evaluation. Offers may be rejected if the offeror fails to respond or provide sufficient data, generally within 10 working days.
- Use guidance found in DLAI 3200.1 (refer to Appendix A04 of this document) to determine if approval can be made locally or if it must be forwarded to the ESA. If the offer is approved locally, review and update quality assurance requirements as needed.
- Follow these steps when coordinating with the ESA:
  - o If there is an open PR against the NSN with the alternate offer, contact the Item Manager to determine if the buy can be delayed to support the evaluation. Give the Item Manager an estimated completion time and the estimated benefits provided by the buyer.
  - o Following coordination with the Item Manager, prepare the DLA Form 339.
  - o Receive the results of the evaluation from the ESA.
  - o If the ESA disapproves the Alternate Offer without providing adequate reason, follow the procedures outlined in DLAI 3200.1 to rebut the answer. If a PR is being held in suspense, contact the Item Manager to determine if the PR can be delayed further.
- Follow these steps when follow-up requests are initiated from the COMPAD Office for post award or unsolicited offers.
  - o Provide an estimated date of completion to the COMPAD Office.

  - If the estimated completion date is not met, provide the COMPAD Office with a revised estimated completion date and status of alternate offers evaluation.

- Provide the results of the evaluation and justifications to the buyer when there is an open PR, or the COMPAD Office for post award or unsolicited offers. Insert a statement into the TGI field (Option C) or Technical History (Option D) of the CTDF, which describes the essential details of the approval, disapproval specifying offeror, CAGE and part number.

- Update the AMC/AMSC and the Synopsis Description (Option L) in the CTDF as required. Initiate cataloging action to update the TIR if the offer was approved. If there are open PRs against the NSN, inform the buyers of the additional sources.

- Provide the technical reasons for the disapproval of an offer (whether evaluated locally or by ESA) to the buyer (or the COMPAD Office when post award or unsolicited) for notification to the offeror. When you choose to limit the number of technical reasons provided due to volume, state that you are doing so in your response.

- Verify or revise the data availability tables in the synopsis description field as necessary (See Attachment 1).

- Forward engineering drawings and or process specifications used in the evaluation to the data repository to be placed on JEDMICS for storage, when the offer is approved. Enter the CAGE, drawing number, revision and date in the TGI field of the CTDF and the Technical History (Option D). If an OEM drawing was provided as identification of the alternate item, provide the alternate CAGE code in the TGI field (Option C), and the Technical History (Option D) (audit trail). Other data will be stored by the evaluating office and a copy provided to the contract file (when applicable). Data for disapproved offers will be returned to the buyer (or the COMPAD Office if post award) to be returned to the contractor.

- If an alternate offer is accepted based on the offeror providing the OEM drawing, the OEM drawing number and offeror CAGE (unless the offeror has provided their own part number) will be added to FLIS as a secondary part number (5/2). The OEM drawing (and the offerors' drawing if they provided one) will be loaded into Option E of the CTDF (as limited drawing) with a B/R code of R (a basic drawing B/R code B will not be listed). A statement must be placed in the PID to explain that the drawing is limited and will not be provided, i.e. "This item must meet the requirements of the limited rights data listed. The government cannot provide the data. Only those vendors who have access to the data should quote."

ATTACHMENT 1

**Processing Alternate Offers**

# Synopsis Description SDDTs

## Data Availability

As Required by DLAD Provision 52.217.9002

**Note:** SDDT control numbers will vary for each center.

SDDTs:

NO DATA IS AVAILABLE. THE ALTERNATE OFFEROR IS REQUIRED TO PROVIDE A COMPLETE DATA PACKAGE INCLUDING DATA FOR THE APPROVED AND ALTERNATE PART FOR EVALUATION.

ADEQUATE DATA FOR THE EVALUATION OF ALTERNATE OFFERS IS NOT AVAILABLE AT THE PROCUREMENT AGENCY. THE OFFEROR MUST PROVIDE A COMPLETE DATA PACKAGE INCLUDING DATA FOR THE APPROVED AND ALTERNATE PART FOR EVALUATION.

THE PROCREMENT AGENCY HAS DATA ADEQUATE FOR EVALUATION PURPOSES, BUT LIMITED RIGHTS APPLY. THE OFFEROR NEED PROVIDE ONLY ITS DATA FOR EVALUATION.

FULL AND OPEN COMPETITION APPLIES

COMMERCIAL OFF THE SHELF (COTS) ITEM. ADEQUATE CATALOG DATA IS AVAILABLE AT THE PROCUREMENT AGENCY TO EVALUATE ALTERNATE OFFERS.

# APPENDIX A25: CRITICAL APPLICATION ITEMS (CAI) ALTERNATE SOURCES

Note: Information from DLAI 3200.1, Enclosure 6, 31 October 1994

This procedure applies to the evaluation of alternate sources for Critical Application Items (CAI). An alternate source evaluation requires the following supporting documentation.

If the alternate source is a dealer or supplier (a non-manufacturing source) of the item for which the offeror is seeking approval, the category of the actual manufacturer supplying parts to the dealer or supplier will apply for the purpose of evaluation procedures. An actual manufacturer is defined as that vendor with plant equipment and personnel necessary to manufacture, on the premises, the item for which alternate source approval is being requested. The name and address of the manufacturer must be provided for consideration for source approval. The source evaluation/approval procedures apply only to newly manufactured items. (Evaluation of surplus offers is covered in Appendix A26 of this document.)

Three categories involve alternate source evaluation/approval:

- Category 1 - Alternate source for the same item previously provided by the offeror to the Original Equipment Manufacturer (OEM).
- Category 2 - Alternate source for a similar item provided by the offeror to the OEM or military services.
- Category 3 - Alternate source that has neither provided the same nor similar item(s) to the OEM or military services.

When requesting alternate source approval for a specific item that falls into one of these three categories, it is important to provide all of the following data along with DLA Form 339. Submission of the requested information does not guarantee approval. Additional information, documentation or samples may be required in any request for source approval. Regardless of the category, a site survey visit of the facility may be conducted to further evaluate their capabilities.

## For Categories 1, 2, and 3:

- Current brochures or synopses of the company's capabilities. Identify if the company seeking approval is a non-manufacturing source or the actual manufacturer.

When a source identified must perform to a prime contractor's specifications, the prime contractor shall approve that source for the specific process. Wherever available, provide certifications from the prime contractor since submittal of this evidence of capability will expedite processing of the source approval request. If the company requesting source

approval plans to use a subvendor not currently approved by the prime, the source approval package provided to the military service must include complete documentation substantiating the capabilities and qualifications of that sub-vendor. Note, however, that additional testing will be required in most cases.

The contractor must have a quality system meeting the requirements below and provide a copy of the company's quality assurance manual. In addition, submit a copy of the latest survey results performed by a Government agency and/or prime contractor, including site or pre-award surveys.

- Provide documented quality system meeting the requirements of International Organization for Standardization (ISO) standard ISO 9001 (also American Society for Quality (ASQ) Q9001) or
- Provide a documented system that meets other recognized industry standards, or
- Provide a documented system that meets the Government's requirement. This system shall not have previously been determined by the Government to be insufficient for its purposes.

## For Category 1:

The Offeror must provide:

- A complete set of current configuration drawings required to manufacture the item, including test procedures. This shall include copies of the associated specifications or verification that the company has all required specifications in their possession.
- Copies of detailed process/operation sheets used to manufacture the item, including, but not limited to, detailed shop sketches used in manufacturing.
- The most recent copies of purchase orders or shipping documents to OEM. When available, attach a copy of the current "Requirements Control Card/Quality Assurance Document."
- A summarization of quality deficiencies experienced in the past two years of manufacture. Include data relative to sub-vendors, Nonconforming Material, and Material Review Board (MRB) actions and resolutions when applicable, and/or previous contract if not within the last 2 years.
- A copy of inspection method sheets used in manufacturing and final inspection.
- The identification of "value added" by the prime contractor.

## For Category 2:

The Offeror must provide:

- A complete set of current configuration drawings for the item for which the company is seeking source approval.

- A complete set of current configuration drawings for the similar item for which the company seeking source approval is currently approved.
- Copies of detailed process/operation sheets used to manufacture the similar item, including, but not limited to, detailed shop sketches used in manufacturing.
- Copies of purchase orders or shipping documents to OEM or military services, for the similar item. When available, attach a copy of the current "Requirements Control Card/Quality Assurance Document."
- The identification of the difference between similar items and the item the company is seeking approval to manufacture.
- A summarization of quality deficiencies experienced in the past two years during manufacture of similar items. Include data relative to sub-vendors, actions and resolutions when applicable and/or previous contract if not within the last two years.
- A copy of inspection method sheets used in manufacturing and final inspection of the similar item.
- The identification of "value added" by the prime contractor.

## For Category 3:

The Offeror must provide:

- A complete set of current configuration drawings for the item for which the company is seeking approval.
- The identification of process/operations the company intends to use in the manufacture of the item.
- The identification of acceptance test/inspection procedures the company intends to incorporate and independent test labs, including name, the company intends to use.
- A technical briefing, if requested.
- A submission of samples by the company seeking source approval may be required. Advise on ability to supply.

If any of the information specified above cannot be provided by the prospective source(s), the Defense Supply Center shall reject the offer, advising the contractor of what data are missing. Source approval requests that do not contain the above listed data should not be forwarded to the Engineering Support Activity (ESA).