# EXHIBIT
# B

CECOM RESPONSE

REQUEST FOR ENGINEERING SUPPORT - DLA Form 339

*Part I - Header Information (To be completed by DLA Initiator)*

1) a. Case Number: DSCC-FM-06-54577 — 2) a. Date: 5/23/2006

b. Revision Letter: - c. Suffix Letter: A — b. Revision Date:

3) To:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Army | ☐ AZ | ☐ BD | ☐ BF | ☑ CL | ☐ CT | ☐ AJ | USMC ☐ PA |
| Navy | ☐ HD | ☐ HX | ☐ KE | ☐ GA | | | |
| USAF | ☐ SE | ☐ SU | ☐ SX | ☐ TA | ☐ TG | ☑ GT | |
| Other | ☐ XF | ☐ XG | ☐ XH | ☐ XK | ☐ XN | | |

| | |
|---|---|
| 4) From: | 5) ESA Response Time Required: 30 days |
| a. Requesting Office: DSCC-FMVBB | 6) Nomenclature: BACKPLANE ASSEMBLY |
| b. Point of Contact: Jenkins,Dave | 7) NSN: 5998-01-366-6543 |
| c. Address: 3990 East Broad Street, Columbus, OH 43218-3990 | 8) CAGE: 05869 |
| d. Phone: DSN: 850-7861 COMM: 614-692-7861 | 9) Part Number: 1690533 |
| e. Fax: DSN: 850-1100 COMM: 614-692-1100 | 10) a. MMAC: EH b. SMIC: c. MCC: |
| f. Email: David.Jenkins@dla.mil | 11) a. End Item Application: Unknown |
| g. DSC Engineer/Technician Review: | 11) b. Next Higher Assembly: |
| (1) Name: Stratford,Mark | 12) Criticality of Record Shows: No |
| (2) Title: Sr. Equipment Specialist | 13) AMC/AMSC: 1C |
| (3) Phone: DSN: 850-1991 COMM: 614-692-1991 | 14) Is This A CIT Item: LIM: ETD: |

*PART II - ENGINEERING SUPPORT (To be completed by DLA Initiator)*

15) Request For Engineering Support (Specify Type of Request Below) (Check All Applicable Blocks)

a. ☐ Alternate Method of Support

(1) ☐ Contractor Advises Item Obsolete Without Replacement

(2) ☐ Contractor Out of Business or Moved Without Forwarding Address

(3) ☐ Product Line Discontinued

(4) ☐ Technical Data Required For Open Competition

(5) ☐ CAGE: P/N: NSN: is recommended as possible replacement

b. ☑ Alternate Offer: Manufacturer: Frequency Selective Networks Point of Contact: Mike Izzolo Phone: 718-424-7500

☑ Category 1, Same Item ☐ Category 2, Similar Item ☐ Category 3, New Item

(1) ☑ To Manufacture IAW OEM Drawing No: 1690533 Rev: C (Encl: )

(2) ☐ To Supply CAGE: P/N: IAW Technical Data (Encl: )

(3) ☐ Potential Cost Savings/Improved Delivery:

c. ☐ Engineering Change Proposal (ECP)/Request for Waiver/Deviation(Describe in Block 16)

d. ☐ Request TDP Development or Validation (Describe in Block 16)

e. ☐ Reverse Engineering Candidate Approval (Initial Phase) (Describe in Block 16)

(1) ☐ Technical Data Provided (Encl: ) (2) ☐ Potential Savings/Improved Delivery:

f. ☐ Reverse Engineering (Approval) g. ☐ Contract Deliverables

h. ☐ Miscellaneous Technical Requirements i. ☐ Critical Application

j. ☐ Evaluation of Surplus Offer k. ☐ Extended Engineering

16) Supplemental Information/Comments:
Request evaluation of Frequency Selective Networks (56662) p/n 1690533 IAW Raytheon( 05869) drawing 1690533. The data package will be provided as a hardcopy off-line. Please note the Army website indicates no Army usage however the backorders are all from the Army.

17) Enclosures:
tir.pdf, backorders.pdf, army website.pdf, af website.pdf

*PART III - Evaluation (To be completed by DLA ESA)*

18) Additional Information Required From (See Block 22 for details)

19) Is this item one of the following?

| | | | | | |
|---|---|---|---|---|---|
| a. Critical Application Item | Yes: | No: X | b. Flight Safety Critical | Yes: | No: X |
| c. Flight Safety Critical Aircraft Part | Yes: | No: X | d. Life Support Item | Yes: | No: X |

20) Engineering Support Evaluation ("X" all applicable blocks)

a. ☐ Alternate Method of Support for subject NSN has been identified & follows:

(1) ☐ Replacement Identified: NSN: or P/N: CAGE:

(2) ☐ Alternate Source/Replacement Item/Technical Data cannot be identified; NSN cancellation is authorized

(3) a. ☐ Supply by next higher assembly/kit, NSN:

b. ☐ Fabricate/Assemble from the following:

b. The Alternate Offer has been: ☑ Approved ☐ Disapproved ☐ Conditionally Approved

c. The ECP/Request for Waiver/Deviation is: ☐ Approved ☐ Disapproved ☐ Conditionally Approved

d. TDP Development/Validation status: ☐ Enclosed ☐ Technical data is not available

e. Reverse Engineering Project Initiation is: ☐ Approved ☐ Disapproved

No. of Prototypes: 0 Cost Estimate of Test:

Testing: ☐ ESA ☐ Outside Source

f. Reverse Engineering (Approval) has been: ☐ Approved ☐ Disapproved

g. Contract Deliverables have been: ☐ Approved ☐ Disapproved

h. ☐ Miscellaneous Technical Requirements

i. ☐ Critical Application Decision

j. The Surplus Offer has been: ☐ Approved ☐ Disapproved

k. ☐ Extended Engineering

21) Engineering Support Billing Charge a. Scheduled Rate: 0.0 b. Actual Hours: 5.0 c. Cost Estimate: 0.0

22) Supplemental Information/Comments:

23) Enclosures:
5998-01-366-6543_dscc-fm-06-54577.doc

24)
a. Responsible ESA Office: CECOM
b. Date: 2006-05-24 00:00:00.0
c. Point of Contact: PAUL TRUSKOWSKI
d. Address: AMSEL-LC-IEW-C-CF
FORT MONMOUTH, NJ 07703
e. Phone: DSN: 992-4378 COMM: (732)532-4378
f. Fax: DSN: 992-9903 COMM: (732)532-9903
g. Email: paul.truskowski@us.army.mil
h. Reviewer: Philip Mercurio

Page 2 of 2

# EXHIBIT C

# EXHIBIT
# D

DoD 4100.39-M
Volume 10

# FEDERAL LOGISTICS INFORMATION SYSTEM

## FLIS PROCEDURES MANUAL MULTIPLE APPLICATION REFERENCES/INSTRUCTIONS/ TABLES AND GRIDS

MAY 2007

Page 1 of 2 pages

| ACQUISITION METHOD SUFFIX CODE (AMSC) | EXPLANATION |
|---|---|
| A | The Government's rights to use data in its possession is questionable. (NOTE: This code is only applicable to parts under immediate buy requirements and only as long as rights to data are still under review for resolution and appropriate recoding.) Valid AMCs: 1, 2, 3, 4 and 5. |
| B | Acquisition of this part is restricted to source(s) specified on "Source Control", "Altered Item" or "Selected Item" drawings/documents. Valid AMCs: 1, 2, 3, 4 and 5. |
| C | This part requires engineering source approval by the design control activity in order to maintain the quality of the part. An alternate source must qualify in accordance with the design control activity's procedures, as approved by the cognizant Government engineering activity. Valid AMCs: 1, 2, 3, 4 and 5. |
| D | The data needed to produce this item from additional sources is not physically available. Valid AMCs: 3, 4 and 5. |
| G | The Government has unlimited rights to the technical data, and the data package is complete. Valid AMCs: 1 and 2. |
| H | The Government physically does not have in its possession sufficient, accurate, or legible data to purchase this part from other than current source(s). (NOTE: This code is applicable only to parts under immediate buy requirements and only as long as the deficiency is under review for resolution and appropriate recoding.) Valid AMCs: 1, 2, 3, 4 and 5. |
| K | This part must be produced from class 1A castings (e.g., class 1 of MIL-C-6021) and similar type forgings. The part must be procured only from sources which use castings or forgings obtained from approved (controlled) source(s). Valid AMCs: 1, 2, 3, 4 and 5. |
| L | The annual buy value of this part falls below the screening threshold of $10,000 but it has been screened for known source(s). (NOTE: This code shall not be used when screening parts entering the inventory. It shall not be assigned in preference to or supersede any other AMSC.) Valid AMCs: 1, 2, 3, 4 and 5. |

# EXHIBIT
# E

*** Confirmation Results ***

Date/Time Submitted: 6/14/2006 9:41:27 AM
Destination System: CWT
Email Confirmation sent to: david.jenkins@dla.mil on: 6/14/2006 9:41:27 AM
Your unique Maintenance ID is: 1374451

**Originator:**
JENKINS, DAVID

**Email Address:** david.jenkins@dla.mil

**Phone/DSN/Comm:** 614-692-7861

**Activity Code:** GX

**FSC:** 5930

**NIIN:** 013666543

**Proposed Request:** LAR

**Collab. Required:** N

**Data in JEDMICS?:** Y

**Priority:** R

**Critical Item?:** No

**Acquisition Related:** N

**Related FSC:**

**Related NIIN:**

**CAGE Data**

| Action | CAGE Code | Part # | RNCC | RNVC | DAC |
|---|---|---|---|---|---|
| A | 56662 | 1690533 | 5 | 2 | 5 |

**NATO Customer Control Number:**

**Attachment 1:** 267501-01.pdf

**Attachment 2:**

**Attachment 3:**

**Comments:**

See attached 339 responses. Raytheon dwg 1690533
cage 05869 is in JEDMICS

Page 1 of 1 pages