# EXHIBIT
# A

CECOM RESPONSE

REQUEST FOR ENGINEERING SUPPORT - DLA Form 339

*Part I - Header Information (To be completed by DLA Initiator)*

1) a. Case Number: DSCC-FM-06-54577 | 2) a. Date: 5/23/2006

b. Revision Letter: - c. Suffix Letter: A | b. Revision Date:

3) To:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Army | ☐ AZ | ☐ BD | ☐ BF | ☑ CL | ☐ CT | ☐ AJ | USMC | ☐ PA |
| Navy | ☐ HD | ☐ HX | ☐ KE | ☐ GA | | | | |
| USAF | ☐ SE | ☐ SU | ☐ SX | ☐ TA | ☐ TG | ☑ GT | | |
| Other | ☐ XF | ☐ XG | ☐ XH | ☐ XK | ☐ XN | | | |

4) From:

a. Requesting Office: DSCC-FMVBB

b. Point of Contact: Jenkins,Dave

c. Address: 3990 East Broad Street, Columbus, OH 43218-3990

d. Phone: DSN: 850-7861 COMM: 614-692-7861

e. Fax: DSN: 850-1100 COMM: 614-692-1100

f. Email: David.Jenkins@dla.mil

g. DSC Engineer/Technician Review:

(1) Name: Stratford,Mark

(2) Title: Sr. Equipment Specialist

(3) Phone: DSN: 850-1991 COMM: 614-692-1991

5) ESA Response Time Required: 30 days

6) Nomenclature: BACKPLANE ASSEMBLY

7) NSN: 5998-01-366-6543

8) CAGE: 05869

9) Part Number: 1690533

10) a. MMAC: EH b. SMIC: c. MCC:

11) a. End Item Application: Unknown

11) b. Next Higher Assembly:

12) Criticality of Record Shows: No

13) AMC/AMSC: 1C

14) Is This A CIT Item: LIM: ETD:

*PART II - ENGINEERING SUPPORT (To be completed by DLA Initiator)*

15) Request For Engineering Support (Specify Type of Request Below) (Check All Applicable Blocks)

a. ☐ Alternate Method of Support

- (1) ☐ Contractor Advises Item Obsolete Without Replacement
- (2) ☐ Contractor Out of Business or Moved Without Forwarding Address
- (3) ☐ Product Line Discontinued
- (4) ☐ Technical Data Required For Open Competition
- (5) ☐ CAGE: P/N: NSN: is recommended as possible replacement

b. ☑ Alternate Offer: Manufacturer: Frequency Selective Networks Point of Contact: Mike Izzolo Phone: 718-424-7500

☑ Category 1, Same Item ☐ Category 2, Similar Item ☐ Category 3, New Item

- (1) ☑ To Manufacture IAW OEM Drawing No: 1690533 Rev: C (Encl: )
- (2) ☐ To Supply CAGE: P/N: IAW Technical Data (Encl: )
- (3) ☐ Potential Cost Savings/Improved Delivery:

c. ☐ Engineering Change Proposal (ECP)/Request for Waiver/Deviation(Describe in Block 16)

d. ☐ Request TDP Development or Validation (Describe in Block 16)

e. ☐ Reverse Engineering Candidate Approval (Initial Phase) (Describe in Block 16)

- (1) ☐ Technical Data Provided (Encl: )
- (2) ☐ Potential Savings/Improved Delivery:

f. ☐ Reverse Engineering (Approval)

g. ☐ Contract Deliverables

h. ☐ Miscellaneous Technical Requirements

i. ☐ Critical Application

j. ☐ Evaluation of Surplus Offer

k. ☐ Extended Engineering

16) Supplemental Information/Comments:
Request evaluation of Frequency Selective Networks (56662) p/n 1690533 IAW Raytheon( 05869) drawing 1690533. The data package will be provided as a hardcopy off-line. Please note the Army website indicates no Army usage however the backorders are all from the Army.

17) Enclosures:
tir.pdf, backorders.pdf, army website.pdf, af website.pdf

*PART III - Evaluation (To be completed by DLA ESA)*

18) Additional Information Required From (See Block 22 for details)

19) Is this item one of the following?

| | | | | | | |
|---|---|---|---|---|---|---|
| a. Critical Application Item | Yes: | No: X | b. Flight Safety Critical | Yes: | No: X |
| c. Flight Safety Critical Aircraft Part | Yes: | No: X | d. Life Support Item | Yes: | No: X |

20) Engineering Support Evaluation ("X" all applicable blocks)

a. ☐ Alternate Method of Support for subject NSN has been identified & follows:

(1) ☐ Replacement Identified: NSN: or P/N: CAGE:

(2) ☐ Alternate Source/Replacement Item/Technical Data cannot be identified; NSN cancellation is authorized

(3) a. ☐ Supply by next higher assembly/kit, NSN:

b. ☐ Fabricate/Assemble from the following:

b. The Alternate Offer has been: ☑ Approved ☐ Disapproved ☐ Conditionally Approved

c. The ECP/Request for Waiver/Deviation is: ☐ Approved ☐ Disapproved ☐ Conditionally Approved

d. TDP Development/Validation status: ☐ Enclosed ☐ Technical data is not available

e. Reverse Engineering Project Initiation is: ☐ Approved ☐ Disapproved

No. of Prototypes: 0 Cost Estimate of Test:

Testing: ☐ ESA ☐ Outside Source

f. Reverse Engineering (Approval) has been: ☐ Approved ☐ Disapproved

g. Contract Deliverables have been: ☐ Approved ☐ Disapproved

h. ☐ Miscellaneous Technical Requirements

i. ☐ Critical Application Decision

j. The Surplus Offer has been: ☐ Approved ☐ Disapproved

k. ☐ Extended Engineering

21) Engineering Support Billing Charge a. Scheduled Rate: 0.0 b. Actual Hours: 5.0 c. Cost Estimate: 0.0

22) Supplemental Information/Comments:

23) Enclosures:
5998-01-366-6543_dscc-fm-06-54577.doc

24)
a. Responsible ESA Office: CECOM
b. Date: 2006-05-24 00:00:00.0
c. Point of Contact: PAUL TRUSKOWSKI
d. Address: AMSEL-LC-IEW-C-CF
FORT MONMOUTH, NJ 07703
e. Phone: DSN: 992-4378 COMM: (732)532-4378
f. Fax: DSN: 992-9903 COMM: (732)532-9903
g. Email: paul.truskowski@us.army.mil
h. Reviewer: Philip Mercurio

Page 2 of 2

# EXHIBIT
# B

# EXHIBIT
# C

**DLAI 3200.1**
PAM 715.13
NAVSUPINST 4120.30A
AFI 21-408
MCO 4000.18

J-334

31 October, 2002

# ENGINEERING SUPPORT INSTRUCTION FOR ITEMS SUPPLIED BY DEFENSE LOGISTICS AGENCY

A. REFERENCES

1. ANSI/EIA-649-1998, National Consensus Standard for Configuration Management, 10 July, 98.

2. DLAD 3200.1, Engineering Support for Items Supplied by Defense Logistics Agency, (Not Dated).

3. DLAR 4140.38, DLA Weapon Systems Support Program, 10 Jan, 97.

4. DoD 4000.25-1-M, Military Standard Requisitioning and Issue Procedures (MILSTRIP), 8 Nov, 00.

5. DoD 4100.39-M, Federal Logistics Information System, Volume 10, date varies.

6. DoD 4120.24-M, Defense Standardization Program, 9 Mar, 00.

7. DoD 4140.26-M, Defense Integrated Materiel Management Manual for Consumable Items, May 97.

8. DoD 4140.32-M, Defense Inactive Item Program, 12 Aug, 92.

9. DoD-STD-2101, Classification of Characteristics, 10 May, 79.

10. MIL-STD-882, Standard Practice for System Safety, 10 Feb, 00.

Page 1 of 2 pages

4. CONFIGURATION CONTROL. A systematic process which ensures that changes to released configuration documentation are properly identified, documented, evaluated for impact, approved by an appropriate level of authority, incorporated, and verified (ANSI/EIA-649-1998).

5. CRITICAL APPLICATION ITEM (CAI). An item that is essential to weapon system performance or operation, or the preservation of life or safety of operating personnel, as determined by the Military Services.

6. CRITICAL ITEM CODE (CIC). A field in the Contracting Technical Data File (CTDF), Option A, that indicates whether or not the queried NSN has a critical application based on the Essentiality Code or an engineering decision.

7. CRITICAL CHARACTERISTIC. A characteristic that analysis indicates is likely, if defective, to create or increase a hazard to human safety, or to result in failure of a weapon system or major system to perform a required mission. (Reference DoD-STD-2101).

8. CRITICAL SAFETY ITEM (CSI). A part, assembly, installation or production system with one or more critical characteristics (as defined in DoD-STD-2101) that, if not conforming to the design data or quality requirements, would result in an unsafe condition. Unsafe conditions relate to Hazard Severity Categories I and II of MIL-STD-882, and include conditions which could cause loss or serious damage to the end item or major components, loss of control or serious injury to personnel. CSI is a subset of CAI. For the purpose of this instruction, "Critical Safety Item," "Flight Safety Critical Part," and "Flight Safety Part" are synonymous. The term Critical Safety Item will be the encompassing term used throughout this instruction.

9. DEVIATION. A written authorization, granted after contract award and prior to the manufacture of the item, to depart from a particular performance or design requirement of a contract, specification, or referenced document, for a specific number of units or a specified period of time.

10. DEVIATION, CRITICAL. A deviation is designated as critical when the deviation consists of a departure involving safety or when the configuration documentation defining the requirements for the item classifies defects in requirements and the deviations consist of a departure from a requirement classified as critical.

11. DEVIATION, MAJOR. A deviation is designated as major when the deviation consists of a departure involving health, performance, interchangeability, reliability, survivability maintainability, or durability of the item or its repair parts; effective use or operation; weight; or appearance (when a factor) or when the configuration documentation defining the requirements for the item classifies defects in requirements and deviations consist of a departure from a requirement classified as major.

Page 2 of 2 pages

# EXHIBIT
# D

*(Added May 12, 2006)*

## PGI 217.75—ACQUISITION OF REPLENISHMENT PARTS

### PGI 217.7503 Spares acquisition integrated with production.

(1) Spares acquisition integrated with production (SAIP) is a technique used to acquire replenishment parts concurrently with parts being produced for the end item.

(2) Include appropriately tailored provisions in the contract when SAIP is used.

### PGI 217.7504 Acquisition of parts when data is not available.

When acquiring a part for which the Government does not have necessary data with rights to use in a specification or drawing for competitive acquisition, use one of the following procedures in order of preference:

(1) When items of identical design are not required, the acquisition may still be conducted through full and open competition by using a performance specification or other similar technical requirement or purchase description that does not contain data with restricted rights. Two methods are—

(i) Two-step sealed bidding; and

(ii) Brand name or equal purchase descriptions.

(2) When other than full and open competition is authorized under FAR Part 6, acquire the part from the firm that developed or designed the item or process, or its licensees, provided productive capacity and quality are adequate and the price is fair and reasonable.

(3) When additional sources are needed and the procedures in paragraph (1) of this section are not practicable, consider the following alternatives:

(i) Encourage the developer to license others to manufacture the parts;

(ii) Acquire the necessary rights in data;

(iii) Use a leader company acquisition technique (FAR Subpart 17.4) when complex technical equipment is involved and establishing satisfactory additional sources will require technical assistance as well as data; or

(iv) Incorporate a priced option in the contract that allows the Government to require the contractor to establish a second source.

Page 1 of 5 pages

**2-201 Coding.**
Three types of codes are used in the breakout program.

**2-201.1 Acquisition method codes.**
The following codes shall be assigned by DoD activities to describe the results of the spare parts breakout screening:

(a) *AMC 0.* The part was not assigned AMC 1 through 5 when it entered the inventory, nor has it ever completed screening. Use of this code is sometimes necessary but discouraged. Maximum effort to determine the applicability of an alternate AMC is the objective. This code will never be used to recode a part that already has AMC 1 through 5 assigned, and shall never be assigned as a result of breakout screening. Maximum effort to determine the applicability of AMC 1 through 5 is the objective.

(b) *AMC 1.* Suitable for competitive acquisition for the second or subsequent time.

(c) *AMC 2.* Suitable for competitive acquisition for the first time.

(d) *AMC 3.* Acquire, for the second or subsequent time, directly from the actual manufacturer.

(e) *AMC 4.* Acquire, for the first time, directly from the actual manufacturer.

(f) *AMC 5.* Acquire directly from a sole source contractor which is not the actual manufacturer.

**2-201.2 Acquisition method suffix codes.**
The following codes shall be assigned by DoD activities to further describe the acquisition method code. Valid combinations of AMCs/AMSCs are indicated in paragraphs (a) through (z) of this subsection and summarized in Exhibit I.

(a) *AMSC A.* The Government's right to use data in its possession is questionable. This code is only applicable to parts under immediate buy requirements and for as long thereafter as rights to data are still under review for resolution and appropriate coding. This code is assigned only at the conclusion of limited screening, and it remains assigned until the full screening process resolves the Government's rights to use data and results in assignment of a different AMSC. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, or if the data is adequate for an alternate source to qualify in accordance with the design control activity's procedures, AMCs 1 or 2 are valid.

(b) *AMSC B.* This part must be acquired from a manufacturing source(s) specified on a source control or selected item drawing as defined by the current version of DoD-STD-100.

Page 2 of 5 pages

Suitable technical data, Government data rights, or manufacturing knowledge are not available to permit acquisition from other sources, nor qualification testing of another part, nor use of a second source part in the intended application. Although, by DoD-STD-100 definition, altered and selected items shall have an adequate technical data package, data review discloses that required data or data rights are not in Government possession and cannot be economically obtained. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(c) *AMSC C.* This part requires engineering source approval by the design control activity in order to maintain the quality of the part. Existing unique design capability, engineering skills, and manufacturing knowledge by the qualified source(s) require acquisition of the part from the approved source(s). The approved source(s) retain data rights, manufacturing knowledge, or technical data that are not economically available to the Government, and the data or knowledge is essential to maintaining the quality of the part. An alternate source must qualify in accordance with the design control activity's procedures, as approved by the cognizant Government engineering activity. The qualification procedures must be approved by the Government engineering activity having jurisdiction over the part in the intended application. If one source is approved, AMCs 3, 4, or 5 are valid. If at least two sources are approved or if data is adequate for an alternate source to qualify in accordance with the design control activity's procedures, AMCs 1 or 2 are valid.

(d) *AMSC D.* The data needed to acquire this part competitively is not physically available, it cannot be obtained economically, nor is it possible to draft adequate specifications or any other adequate, economical description of the material for a competitive solicitation. AMCS 3, 4, or 5 are valid.

(e) *AMSC E.* (Reserved)

(f) *AMSC F.* (Reserved)

(g) *AMSC G.* The Government has rights to the technical data, the data package is complete, and there are no technical data, engineering, tooling or manufacturing restrictions. (This is the only AMSC that implies that parts are candidates for full and open competition. Other AMSCs such as K, M, N, Q, and S may imply limited competition when two or more independent sources exist yet the technical data package is inadequate for full and open competition.) AMCs 1 or 2 are valid.

(h) *AMSC H.* The Government physically does not have in its possession sufficient, accurate, or legible data to purchase this part from other than the current source(s). This code is applicable only to parts under immediate buy requirements and only for as long thereafter as the deficiency is under review for resolution and appropriate recoding. This code is only assigned at the conclusion of limited screening, and it remains assigned until the full screening process resolves physical data questions and results in assignment of a

Page 3 of 5 pages

different AMSC. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(i) *AMSC I.* (Not authorized)

(j) *AMSC J.* (Reserved)

(k) *AMSC K.* This part must be produced from class 1 castings and similar type forgings as approved (controlled) by procedures contained in the current version of MIL-STD-2175. If one source has such castings and cannot provide them to other sources, AMCs 3, 4, or 5 are valid. If at least two sources have such castings or they can be provided to other sources AMCs 1 or 2 or valid.

(l) *AMSC L.* The annual buy value of this part falls below the screening threshold established by DoD components and field activities. However, this part has been screened for additional known sources, resulting in either confirmation that the initial source exists or that other sources may supply the part. No additional screening was performed to identify the competitive or noncompetitive conditions that would result in assignment of a different AMSC. This code shall not be used when screening parts entering the inventory. This code shall be used only to replace AMSC O for parts under the established screening threshold. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(m) *AMSC M.* Manufacture of this part requires use of master or coordinated tooling. If only one set of tooling exists and cannot be made available to another source for manufacture of this part, AMCs 3, 4, or 5 are valid. When the availability of existent or refurbishable tooling is available to two or more sources, then AMCs 1 or 2 are valid.

(n) *AMSC N.* Manufacture of this part requires special test and/or inspection facilities to determine and maintain ultra-precision quality for its function or system integrity. Substantiation and inspection of the precision or quality cannot be accomplished without such specialized test or inspection facilities. If the test cannot be made available for the competitive manufacture of the part, the required test or inspection knowledge cannot be documented for reliable replication, or the required physical test or inspection facilities and processes cannot be economically documented in a TDP, valid AMCs are 3, 4, or 5. If the facilities or tests can be made available to two or more competitive sources, AMCs 1 or 2 are valid.

(o) *AMSC O.* The part was not assigned an AMSC when it entered the inventory, nor has it ever completed screening. Use of this code in conjunction with AMC 0 is sometimes necessary but discouraged. Maximum effort to determine the applicability of an alternate AMSC is the objective. Only AMC O is valid.

page 4 of 5 pages

(p) *AMSC P.* The rights to use the data needed to purchase this part from additional source(s) are not owned by the Government and cannot be purchased, developed, or otherwise obtained. It is uneconomical to reverse engineer this part. This code is used in situations where the Government has the data but does not own the rights to the data. If only one source has the rights or data to manufacture this item, AMCs 3, 4, or 5 are valid. If two or more sources have the rights or data to manufacture this item, AMCs 1 or 2 are valid.

(q) *AMSC Q.* The Government does not have adequate data, lacks rights to data, or both needed to purchase this part from additional sources. The Government has been unable to economically buy the data or rights to the data, although the part has been undergoing full screening for 12 or more months. Breakout to competition has not been achieved, but current, continuing actions to obtain necessary rights to data or adequate, reprocurement technical data indicate breakout to competition is expected to be achieved. This part may be a candidate for reverse engineering or other techniques to obtain technical data. All AMSC Q items are required to be reviewed within the timeframes cited in 2-203(b). If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(r) *AMSC R.* The Government does not own the data or the rights to the data needed to purchase this part from additional sources. It has been determined to be uneconomical to buy the data or rights to the data. It is uneconomical to reverse engineer the part. This code is used when the Government did not initially purchase the data and/or rights. If only one source has the rights or data to manufacture this item, AMCs 3, 4, or 5 are valid. If two or more sources have the rights or data to manufacture this item, AMCs 1 or 2 are valid.

(s) *AMSC S.* Acquisition of this item is restricted to Government approved source(s) because the production of this item involves unclassified but militarily sensitive technology (see FAR Subpart 6.3). If one source is approved, AMCs 3, 4, or 5 are valid. If at least two sources are approved, AMCs 1 or 2 are valid.

(t) *AMSC T.* Acquisition of this part is controlled by qualified products list (QPL) procedures. Competition for this part is limited to sources which are listed on or are qualified for listing on the QPL at the time of award (see FAR Part 9 and DFARS Part 209). AMCs 1 or 2 are valid.

(u) *AMSC U.* The cost to the Government to breakout this part and acquire it competitively has been determined to exceed the projected savings over the life span of the part. If one source is available, AMCs 3, 4, or 5 are valid. If at least two sources exist, AMCs 1 or 2 are valid.

(v) *AMSC V.* This part has been designated a high reliability part under a formal reliability program. Probability of failure would be unacceptable from the standpoint of safety of personnel and/or equipment. The cognizant engineering activity has determined that data

page 5 of 5 pages

# EXHIBIT
# E

Case Number: DSCC-FM-06-54577
NSN: 5998-01-366-6543
Nomenclature: BACKPLANE ASSEMBLY
P/n: 1690533

Assigned to: 62B

CECOM LRC NSN & Part Number Search:

**Type Designation**:
**Item Name**: BACKPLANE ASSEMBLY
**Analyst Code**:
**IMPC**:
**FIACD**: Q24SK
**Category of Supply**: 9G
**Unit of Issue**: EA
**Unit Price**: $14,971.82
**NSN:** 5998013666543
**LIN:**
**Technical Manuals**

**POCs**:
**Item Manager**:
**E-mail**:
**Directorate**:
**Division**:
**Branch**:
**Office Symbol**:
**Branch Chief**:
**Location**:
**Email**:

i2log information:

| niin | pniin | nomenclature | uprice | icp ric | anal cd | impc | fia cd | demil cd | imcc | ui | shelf life | acma ric | icc | ciic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 013666543 | 013666543 | BACKPLANE ASSEMBLY | $14,971.82 | SMS | | | Q24SK | D | | EA | 0 | A35 | 4 | 7 |

**LMP PBOM Data**

| niin | pniin | pccn | plisn | use on code | description | src | use code | repair code | recov cd | ess cd | bom category | bom | alt bom |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 013666543 | 013666543 | G8BABB | B532 | DVG | OE-339(V)1/TPQ-37(V):80058 | XD | F | Z | Z | 7 | M | 00735288 | 01 |
| 013666543 | 013666543 | G8BABB | B532 | FGX | OE-339(V)2/TPQ-37(V):80058 | XD | F | Z | Z | 7 | M | 00735288 | 01 |
| 013666543 | 013666543 | G8BABB | B532 | HHU | OE-362/TPQ-37(V)4:80058 | XD | F | Z | Z | 7 | M | 00735288 | 01 |

LRC Equipment Search:

**Part Number/Drawing Number**: OE-362/TPQ-37(V)4
**Type Designation**:
**Item Name**: ANTENNA GROUP
**Analyst Code**: 62B4C
**IMPC**: 3E
**FIACD**: GP1SK
**Category of Supply**: 7G
**Unit of Issue**: EA
**Unit Price**: $789,232.00

**POCs**:
**Item Manager**: Christopher Lukeman
**E-mail**: Chris.Lukeman@us.army.mil
**Directorate**: IEWS
**Division**: Combat ID/Radar
**Branch**: Firefinder
**Office Symbol**: AMSEL-LC-IEW-C-CF
**Branch Chief**: Philip Mercurio
**Location**: Bldg 1201E, 2nd floor

Page 1 of 3 pages

**NSN:** 5985011880359
**LIN:**
**Technical Manuals**

**Email**: Philip.Mercurio@us.army.mil

**Part Number/Drawing Number**: OE-339(V)3/TPQ-37(V)
**Type Designation**:
**Item Name**: ANTENNA
**Analyst Code**: 62B4C
**IMPC**: 3E
**FIACD**: GP1SK
**Category of Supply**: 7G
**Unit of Issue**: EA
**Unit Price**: $800,000.00
**NSN:** 5985014003219
**LIN:**
**Technical Manuals**

**POCs**:
**Item Manager**: Christopher Lukeman
**E-mail**: Chris.Lukeman@us.army.mil
**Directorate**: IEWS
**Division**: Combat ID/Radar
**Branch**: Firefinder
**Office Symbol**: AMSEL-LC-IEW-C-CF
**Branch Chief**: Philip Mercurio
**Location**: Bldg 1201E, 2nd floor
**Email**: Philip.Mercurio@us.army.mil

**4**. FROM:

a. Requesting Office: DSCC-FMVBB

b. Point of Contact: Jenkins,Dave

c. Address: 3990 East Broad Street, Columbus, OH 43218-3990

d. Phone DSN: 850-7861 COMM: 614-692-7861

e. FAX DSN: 850-1100 COMM: 614-692-1100

f. E-Mail Address: David.Jenkins@dla.mil

g. DSC Engineer / Technician Review:

(1) Name: Stratford,Mark

(2) Title: Sr. Equipment Specialist

(3) Phone DSN: 850-1991 COMM: 614-692-1991

**15**. REQUEST FOR ENGINEERING SUPPORT *(Specify Type of Request Below) (Check all Applicable Blocks)*

b. ☑ Alternate Offer: Manufacturer: Frequency Se Point of Contact: Mike Izzolo

Phone: 718-424-7500

◉ Category 1, Same Item

○ Category 2, Similar Item

○ Category 3, New Item (Re-engineered or Totally New Design)

(1) ☑ To Manufacture IAW OEM Drawing No.: 1690533 Rev.: C

16. Request evaluation of Frequency Selective Networks (56662) p/n 1690533 IAW Raytheon( 05869) drawing 1690533. The data package will be provided as a hardcopy off-line. Please note the Army website indicates no Army usage however the backorders are all from the Army.

**20**. ENGINEERING SUPPORT EVALUATION *(Check all applicable blocks)*

b. The Alternate Offer has been:

page 2 of 3 pages

(1) ◉ Approved

| | |
|---|---|
| **24**. a. Responsible ESA Office: | CECOM |
| b. Date: | 5/24/2006 |
| c. Point of Contact: | PAUL TRUSKOWSKI |
| d. Address: | AMSEL-LC-IEW-C-CF<br>FORT MONMOUTH, NJ 07703 |
| e. Phone: DSN: | 992-4378 |
| COMM: | (732)532-437 |
| f. Fax: DSN: | 992-9903 |
| COMM: | (732)532-990 |
| g. E-Mail Address: | paul.truskowski@us.army.mil |
| h. Reviewer: | Philip Mercurio |

Completed: June 13, 2006