ASCHBACHER AND ASSOCIATES INC.
5081 NORMAN BLVD.
DAYTON, OHIO 45431-1224
TELEPHONE 937-252-7785
FAX 937-252-4709
EMAIL anainc@aol.com

# TABLE OF CONTENTS

QUOTE....INSIDE FRONT POCKET

BROCHURES OR SYNOPSES....A

PRIME CONTRACTORS CERTIFICATION....B

QUALITY ASSURANCE MANUAL....C

PRE-AWARD SURVEY....D

STATEMENT....E

CERTIFICATION STATEMENT....F

CURRENT DRAWINGS FOR THE REQUIRED ITEM....G

CURRENT DRAWINGS FOR THE SIMILAR ITEM....H

DETAILED PROCESS/OPERATION SHEETS....I

VENDOR'S PURCHASE ORDERS/SHIPPING DOCUMENTS....J

DIFFERENCES BETWEEN THE CRITICAL & REQUIRED ITEM....K

QUALITY DEFICIENCIES....L

INSPECTION METHOD....M

TEST PROCEDURE....O

DEVIATION....W