# TAB

# A

ASCHBACHER AND ASSOCIATES INC.
5081 NORMAN BLVD.
DAYTON, OHIO 45431-1224
TELEPHONE 937-252-7785
FAX 937-252-4709
EMAIL anainc@aol.com

To Whom It May Concern:

Subject: Category II Data A

Please be advised that Aschbacher & Associates, Inc. is an official licensee for Honeywell circuit cards since May 30, 2002. Our sole subcontractor is Frequency Selective Networks, Inc. (CAGE 56662) for the manufacture and testing of the circuit boards.

# ASCHBACHER & ASSOCIATES, INC.

5081 NORMAN BLVD.
DAYTON, OHIO 45431-1224

PHONE (888) 549-9100 or (937) 252-7785
FAX (937) 252-4709
EMAIL anainc@aol.com

| | | | |
|---|---|---|---|
| **AMPLIFIERS** | Delphi Components, Inc. | Filtek | |
| **CAPACITORS** | Arizona Capacitor/Goguen Ind.<br>Bycap Inc.<br>Component Research Co. | Custom Electronics Inc.<br>High Energy Corp.<br>Industrial/Midwec Capacitor Corp. | SEMCO<br>Spectrum Control, Inc. |
| **COILS** | Communication Coil | Frequency Selective Networks, Inc. | Vanguard Electronics Co., Inc. |
| **CONNECTORS** | Spectrum Control, Inc. | SRI Connector Gage | |
| **DISCRIMINATORS** | Delphi Components, Inc. | Filtek | Frequency Selective Networks, Inc. |
| **FILTERS** | Bycap Inc.<br>Delphi Components, Inc. | Filtek<br>Frequency Selective Networks, Inc. | LCR Electronics<br>Spectrum Control, Inc. |
| **GASKETING** | MAJR Products Corp. | Shielding Express | |
| **MACHINED PRODUCTS** | Mar-May Precision Co. (Capabilities include plastics, exotic alloys, and spur gears) | | |
| **OSCILLATORS** | Delphi Components, Inc. | Filtek | |
| **RESISTOR ASSEMBLIES** | Frequency Selective Networks, Inc. | | |
| **ROTARY SWITCHES** | Electro Switch | | |
| **TRANSFORMERS** | Communication Coil | Frequency Selective Networks, Inc. | Innovative Technical Solutions |

| CAPACITORS | COILS | FILTERS |
|---|---|---|
| MIL-C-11015 (CK99)<br>MIL-C-39001<br>MIL-C-39022 /7, /9, & /10<br>MIL-C-83421<br>MIL-C-87164<br>MIL-C-87217/1 | MIL-C-15305<br>/MS21422, 23, & 24<br>MIL-C-83446 /5 THRU /11 | MIL-F-15733<br>/23-0007 THRU /67-0012<br>MIL-F-28861<br>/01, /02, /03, & /05 |

TAB A - 2 OF 7

# FREQUENCY SELECTIVE NETWORKS, INC.

55-72 61ST Street • Maspeth, NY 11378
Tel: 718-424-7500 • Fax: 718-424-3790

Please find enclosed Category II data. Your point of contact at Frequency Selective Networks, Inc. for Technical and Engineering is Mike Izzolo. The e-mail address is nyfsn@aol.com.

FREQUENCY SELECTIVE NETWORKS, INC.

# Filters and Networks



DISCRIMINATORS • DELAY LINES • LC FILTERS • CRYSTAL FILTERS

Frequency Selective Networks, Inc., is a young company, founded in 1974, whose principals have a collective 100 years of experience in the design and production of frequency control devices, especially LC and crystal filters and networks. We are staffed and equipped to meet the most exacting specifications for military and commercial equipment using proprietary computer programs to optimize designs.

We are not a "Catalog House" stocking general purpose filters. However, we can respond very quickly with prototypes and can move rapidly into production when the design is frozen.

We thrive on the difficult tasks and have prospered by meeting the tough challenges. Many of our customers use us as their in-house filter specialists.

Why not call on us either for your new requirements or for a quote on present projects.

TAB A- 4 of 7

## Low Pass




Shape Factor $= \frac{F_2}{F_1}$ As Low as 1.03

## Lower Side-Band




Shape Factor $= \frac{F_2 - F_0}{F_1 - F_0}$ As Low as 1.05

## Band Pass




Shape Factor $= \frac{F_2 - F_0}{F_1 - F_0}$ As Low as 1.05

## High Pass




Shape Factor $= \frac{F_1}{F_2}$ As Low as 1.03

## Band Rejection




Shape Factor $= \frac{F_1 - F_0}{F_2 - F_0}$ As Low as 1.20

## Discriminator




Wide and Narrow Band Linearity ±1%

TAB A - 5 OF 7

# Representative Network Packages

*Discriminator*



*Delay Line*



*Crystal Filters*



*LC Filters*



FSN is a filter and network house. We are strong in engineering. We are able and willing to work with system designers to apply state-of-the-art filter technology to optimize not just the filter but the application of filters to help our customers optimize their systems.

Use us as your filter specialist. We are knowledgeable in and have experience with all classes of filters, whether crystal or LC. We can select the proper type for best performance while optimizing the cost-vs-performance trade-off. We design and manufacture all the families such as:

> Butterworth, Chebyshev, Legendre, Cauer (elliptical) General Parameter, Gaussian, Bessel, Transitional Butterworth-Thompson (TBT), Bode, Lerner and others.

We also design such other networks as delay lines, attenuators, phase and delay equalizers, discriminators, impedance matching networks, etc.

## Delay Equalized




Shape Factors better than 1.10
Delay Variation better than 2%

## Linear Phase




Phase Linearity better than 1°

TAB A- 6 OF 7

# FSN's Test Lab



*Measuring filter performance during thermal test*




*Adjusting a crystal filter*



*Engineering prototype in environmental chamber for temperature evaluation*



*One of FSN's lab benches for evaluation of pre-production filter assemblies*



*A production test bench*

2M178 Printed in U.S.A.

FSN

**Frequency Selective Networks, Inc.**
69-20 Garfield Avenue
Woodside, N.Y. 11377
Tel. (212) 424-7500

TAB A - 7 of 7