# TAB
# B

# FREQUENCY SELECTIVE NETWORKS, INC.

55-72 61ST Street • Maspeth, NY 11378
Tel: 718-424-7500 • Fax: 718-424-3790

DSCC

Subject: Category II Data B

Frequency Selective Networks, Inc. uses the following subcontractors on circuit cards.

Passive Components
TTI
Ft. Worth Texas
various locations

Active Components
Avnet Electronics
various locations

Boards
NU Tronics Circuit
Paterson NJ 07524
(973) 279-3838

Machine Products
Lafayette General Machine Works
Succasunna, NJ
(973) 252-3030

All subcontractors are surveyed on a regular basis. Copy of survey attached.

B1 - not applicable

# FREQUENCY SELECTIVE NETWORKS, INC.

55-72 61ST Street • Maspeth, NY 11378
Tel: 718-424-7500 • Fax: 718-424-3790

DSCC

Subject: Category II Data C

A copy of Quality Assurance Manual enclosed.

TAB B-2 OF 13

Dear Sir or Madam:

Enclosed is a Supplier Quality Assurance Questionnaire. Frequency Selective Networks, Inc. is required by our government contract to have these records in our files and keep them current. We request that you review and complete this questionnaire and return it to the following address.

Frequency Selective Networks, Inc.
55-72 61st Street
Maspeth, NY 11378

When completing this questionnaire answer only those questions pertinent to the quality program level you maintain at your facility. For example, if you are a MIL-Q-9858 establishment answer only those questions which have answer blanks in the MIL-Q-9858 column.

While Frequency Selective Networks, Inc. will use these questionnaires to conduct an initial evaluation of your quality system, we may be required in the future to perform an on-site survey of you quality program according to contractual requirements.

# Frequency Selective Networks, Inc.

69-20 GARFIELD AVENUE
WOODSIDE, N. Y. 11377-6099
Tel.# (718) 424-7500
TWX # 9103803460
FAX-718-424-3790

## SUPPLIER QUALITY ASSURANCE QUESTIONNAIRE

COMPANY NAME: | PHONE NO: | DATE:

ADDRESS:

CITY: | STATE: | ZIP CODE:

PRINCIPAL PRODUCTS:

FACILITY AREA SQUARE FEET: | FSCM NUMBER: | DUN'S NUMBER: | YEARS IN BUSINESS:

MANUFACTURING PERCENTAGES:

MILITARY ________ % COMMERCIAL ________ % OTHER ________ %

EMPLOYEE DISTRIBUTION:

| Total | Q. E. | Insp. | Eng. | Mfg. | Adm. |
|---|---|---|---|---|---|
| | | | | | |

CONTACTS:

Name: ________________ Title: ________________
Name: ________________ Title: ________________
Name: ________________ Title: ________________

QUALITY ASSURANCE PROGRAM:

MIL-Q-9858 ________ ☐ BASIC REQUIREMENTS ________ ☐
MIL-I-45208 A ________ ☐

TAB B- 4 OF 13

VENDOR QUESTIONNAIRE



| QUALITY PROGRAM ELEMENT | | LEVEL 1 MIL-Q-9858 TYPE | | LEVEL 2 MIL-I-45208 TYPE | | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|---|
| IS THE QUALITY PROGRAM (INCLUDING ALL PROCEDURES, PROCESSES AND PRODUCTS) THOROUGHLY DOCUMENTED AND AVAILABLE FOR CUSTOMER REVIEW? | N/A | Y | N | | | Y | N |
| IS YOUR INSPECTION AND TEST SYSTEM DOCUMENTED AND AVAILABLE FOR CUSTOMER REVIEW? | N/A | | | Y | N | Y | N |
| IS THE QUALITY MANAGEMENT CLEARLY PRESCRIBED BY THE QUALITY PROGRAM? | N/A | Y | N | | | Y | N |
| IS THERE A PERSON POSITIVELY IDENTIFIED AS BEING RESPONSIBLE FOR QUALITY IN THE ORGANIZATIONAL DOCUMENTATION? | N/A | | | | | Y | N |
| DOES THE QUALITY PROGRAM EFFECTIVELY MONITOR ISSUANCE OF AND COMPLIANCE WITH ALL WORK INSTRUCTIONS? | N/A | Y | N | | | Y | N |
| ARE THE WORK INSTRUCTIONS COMPATIBLE WITH THE ACCEPTANCE CRITERIA FOR WORKMANSHIP? | N/A | Y | N | | | Y | N |
| DOES THE QUALITY PROGRAM PROVIDE FOR REVIEW OF ALL CUSTOMER ORDERS FOR STATED AND REFERENCED QUALITY REQUIREMENTS? | N/A | | | | | Y | N |
| ARE INSPECTION AND TEST INSTRUCTIONS DOCUMENTED CLEARLY AND COMPLETELY WITH ACCEPTANCE AND REJECTION CRITERIA? | N/A | | | Y | N | Y | N |
| ARE QUALITY RECORDS COMPLETE AND RELIABLE? | N/A | Y | N | Y | N | Y | N |
| DO YOUR INSPECTION/TESTING RECORDS INDICATE THE NATURE OF OBSERVATIONS, NUMBER OF OBSERVATIONS, AND NUMBER OF DEFICIENCIES FOUND? | N/A | Y | N | Y | N | Y | N |

VENDOR QUESTIONNAIRE

PAGE 2

| QUALITY PROGRAM ELEMENT | | LEVEL 1 MIL-Q-9858 TYPE | | LEVEL 2 MIL-I-45208 TYPE | | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|---|
| ARE THERE COMPLETE AND CONCISE RECORDS OF ALL INSPECTIONS AND TESTS? | N/A | | | Y | N | Y | N |
| IS INSPECTION AND TEST DATA TRACEABLE TO PRODUCT SERIAL NUMBERS, LOT DATE CODES, ETC.? | N/A | | | | | Y | N |
| DO RECORDS FOR MONITORING WORK PERFORMANCE, INSPECTION AND TESTING, INDICATE THE ACCEPTABILITY OF THE WORK OR PRODUCT? | N/A | Y | N | | | Y | N |
| IS CORRECTIVE ACTION TAKEN AGAINST DEFICIENCES RECORDED DURING INSPECTIONS? | N/A | Y | N | Y | N | Y | N |
| DO YOUR CORRECTIVE ACTION PROCEDURES ADDRESS BOTH CORRECTING THE DEFECT AND CORRECTING THE CAUSE(S)? | N/A | Y | N | Y | N | Y | N |
| ARE DEFECTS NOTED PROMPTLY AND THE CAUSE(S) CORRECTED? | N/A | Y | N | Y | N | Y | N |
| ARE ANALYSES MADE TO IDENTIFY DEFICIENCY TRENDS? | N/A | Y | N | | | Y | N |
| IS CORRECTIVE ACTION TAKEN IN RESPONSE TO USER DATA? | N/A | Y | N | Y | N | Y | N |
| DOES CORRECTIVE ACTION EXTEND TO SUPPLIER PRODUCTS? | N/A | Y | N | | | Y | N |
| DO YOU REVIEW CORRECTIVE ACTION WHEN TAKEN, AND CONTINUE TO MONITOR THE CORRECTIVE ACTION? | N/A | Y | N | | | Y | N |

VENDOR QUESTIONNAIRE



| QUALITY PROGRAM ELEMENT | | LEVEL 1 MIL-Q-9858 TYPE | | LEVEL 2 MIL-I-45208 TYPE | | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|---|
| HAS SPECIFIC QUALITY COST DATA TO BE USED FOR YOUR COST OF QUALITY PROGRAM BEEN DEFINED? | N/A | Y | N | | | Y | N |
| IS THE COST OF PREVENTION AND CORRECTION OF DEFECTS IDENTIFIED? | N/A | Y | N | | | Y | N |
| IS THE COST DATA USED IN MANAGING QUALITY? | N/A | Y | N | | | Y | N |
| DO YOU HAVE A METHOD TO ENSURE ADEQUACY, COMPLETENESS, AND THE CURRENTNESS OF DRAWINGS? | N/A | Y | N | | | Y | N |
| IS THERE A PROCEDURE TO EVALUATE THE ADEQUACY OF PROPOSED CHANGES AND DESIGN SPECIFICATIONS? | N/A | Y | N | | | Y | N |
| ARE ALL DRAWINGS AND SPECIFICATIONS, REFERENCED IN THE PURCHASING DOCUMENT, AVAILABLE AT THE WORK SITE? | N/A | | | Y | N | Y | N |
| IS THERE A METHOD TO ENSURE THE PROPER REVISION LEVEL OF DRAWINGS AND SPECIFICATIONS ARE BEING FOLLOWED? | N/A | | | Y | N | Y | N |
| ARE ALL OUTDATED DRAWINGS REMOVED FROM ALL POINTS OF ISSUE AND USE? | N/A | Y | N | | | Y | N |
| DO YOU HAVE A METHOD OF DOCUMENTATION TO RECORD EFFECTIVE POINTS OF CHANGE? | N/A | Y | N | | | Y | N |
| IS THIS DOCUMENTATION AVAILABLE TO THE CUSTOMER? | N/A | Y | N | | | Y | N |

TDB B-7 of 13

# VENDOR QUESTIONNAIRE

PAGE 4

| QUALITY PROGRAM ELEMENT | LEVEL 1 MIL-Q-9858 TYPE | | | LEVEL 2 MIL-I-45208 TYPE | | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|---|
| IS ALL SUPPLEMENTAL DOCUMENTATION NECESSARY TO PRODUCE ARTICLES IN CONFORMANCE WITH THE DESIGN PROVIDED TO PRODUCTION PERSONNEL? | N/A | Y | N | | | Y | N |
| DOES THE QUALITY PROGRAM ENSURE COMPLIANCE WITH ALL CONTRACT REQUIREMENTS REGARDING ENGINEERING CHANGES? | N/A | Y | N | | | Y | N |
| IS THERE APPROPRIATE MONITORING OF CHANGES REQUIRING CUSTOMER APPROVAL? | N/A | Y | N | | | Y | N |
| ARE THOSE CHANGES NOT REQUIRING CUSTOMER APPROVAL MONITORED? | N/A | Y | N | | | Y | N |
| DOES THE QUALITY PROGRAM ENSURE ACCURATE AND TIMELY DELIVERY OF DATA PRESCRIBED BY THE CONTRACT? | N/A | Y | N | | | Y | N |
| DOES THE QUALITY PROGRAM COVER THE COMPANY'S RESPONSIBILITY FOR PROVIDING REQUIRED RIGHTS IN DATA; INCLUDING ITEMS THAT ORIGINATE WITH YOUR SUPPLIER? | N/A | Y | N | | | Y | N |
| ARE GAUGES, TESTING, AND MEASURING EQUIPMENT NEEDED TO MEET TECHNICAL REQUIREMENTS AVAILABLE? | N/A | Y | N | Y | N | Y | N |
| IS TEST EQUIPMENT CALIBRATION TRACEABLE TO NATIONAL STANDARDS? | N/A | Y | N | Y | N | Y | N |
| DOES THE CALIBRATION PROGRAM COMPLY WITH MIL-STD-45662? | N/A | Y | N | Y | N | Y | N |

TAB B-8 OF 13

VENDOR QUESTIONNAIRE



| QUALITY PROGRAM ELEMENT | | LEVEL 1 MIL-Q-9858 TYPE | | LEVEL 2 MIL-I-45208 TYPE | | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|---|
| IS THERE AN EFFECTIVE CALIBRATION SUSPENSE SYSTEM? | N/A | Y | N | | | Y | N |
| IS ALL TOOLING WHICH IS USED AS INSPECTION EQUIPMENT PROVEN FOR ACCURACY PRIOR TO USE AND AT SET INTERVALS TO ENSURE ACCURACY? | N/A | Y | N | Y | N | Y | N |
| DO YOU MAKE YOUR INSPECTION EQUIPMENT, FACILITIES, AND PERSONNEL AVAILABLE TO CUSTOMERS TO ALLOW THE CUSTOMER TO VERIFY THE TEST RESULTS OF YOUR COMPANY? | N/A | Y | N | | | Y | N |
| IS THERE A METHOD FOR EVALUATION OF THE QUALITY OF PROCURED ITEMS? | N/A | Y | N | | | Y | N |
| DOES YOUR COMPANY REFRAIN FROM RELYING ON CUSTOMER INSPECTIONS FOR CONTROL OF SUPPLIERS? | N/A | Y | N | Y | N | Y | N |
| DO YOU REGULARLY REVIEW SUPPLIER QUALITY EFFORTS ACCORDING TO THE COMPLEXITY AND QUALITY OF THE PRODUCT? | N/A | Y | N | | | Y | N |
| IS THERE A METHOD OF QUALIFYING SUPPLIERS? | N/A | Y | N | | | Y | N |
| IS THERE A PROCEDURE FOR TRANSMITTING APPLICABLE DESIGN AND QUALITY REQUIREMENTS TO YOUR SUPPLIERS? | N/A | Y | N | | | Y | N |
| IS THERE AN EFFECTIVE METHOD OF EARLY FEEDBACK AND CORRECTION OF NON-CONFORMANCES? | N/A | Y | N | | | Y | N |
| DO PURCHASING DOCUMENTS CONTAIN ALL OF THE ITEMS SPECIFIC DESIGN, MANUFACTURING AND TESTING REQUIREMENTS? | N/A | Y | N | | | Y | N |

TAB B - 9 OF 13

VENDOR QUESTIONNAIRE

PAGE 6

| QUALITY PROGRAM ELEMENT | | LEVEL 1 MIL-Q-9858 TYPE | | LEVEL 2 MIL-I-45208 TYPE | | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|---|
| DO YOU PERFORM RECEIVING INSPECTIONS TO ENSURE CONFORMANCE TO TECHNICAL REQUIREMENTS? | N/A | Y | N | Y | N | Y | N |
| ARE RAW MATERIALS TO BE USED IN FABRICATION OR PROCESSING OF PRODUCTS CHECKED TO ENSURE CONFORMANCE TO THE APPLICABLE PHYSICAL, CHEMICAL AND OTHER TECHNICAL REQUIREMENTS? | N/A | Y | N | Y | N | Y | N |
| ARE RAW MATERIALS AWAITING TEST SEPARATELY IDENTIFIED AND SEGREGATED FROM RAW MATERIAL ALREADY APPROVED? | N/A | Y | N | | | Y | N |
| ARE THERE CONTROLS WHICH PREVENT INADVERTENT USE OF PURCHASED MATERIAL FAILING TO PASS TEST? | N/A | Y | N | | | Y | N |
| DOES THE QUALITY PROGRAM ENSURE THAT ALL PRODUCTION PROCESSES ARE COMPLETED UNDER CONTROLLED CONDITIONS? | N/A | Y | N | | | Y | N |
| ARE ACCEPTANCE AND REJECTION CRITERIA PROVIDED FOR ALL INSPECTION AND QUALITY MONITORING OF METHODS, EQUIPMENT, AND PERSONNEL? | N/A | Y | N | | | Y | N |
| ARE BOTH PHYSICAL AND PROCESS CONTROL USED WHEN REQUIRED BY THE CONTRACT OR WHEN EITHER ALONE WILL NOT SUFFICE? | N/A | Y | N | Y | N | Y | N |
| IS THERE A METHOD OF IDENTIFICATION OF PRODUCT INSPECTION STATUS? | N/A | Y | N | Y | N | Y | N |
| ARE COMPLETED PRODUCTS SUBJECTED TO FINAL INSPECTION AND QUALITY REQUIREMENTS? | N/A | Y | N | Y | N | Y | N |
| DOES THE FINAL TEST EFFECTIVELY SIMULATE IN-USE PERFORMANCE? | N/A | Y | N | | | Y | N |

VENDOR QUESTIONNAIRE



| QUALITY PROGRAM ELEMENT | | LEVEL 1 MIL-Q-9858 TYPE | | LEVEL 2 MIL-I-45208 TYPE | | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|---|
| DO YOU RE-INSPECT AND RE-TEST ALL ITEMS WHICH ARE REPAIRED, REWORKED, OR MODIFIED, AFTER INITIAL END-PRODUCT TESTING? | N/A | Y | N | Y | N | Y | N |
| DOES THE QUALITY PROGRAM REQUIRE AND MONITOR PROCEDURES TO PREVENT HANDLING DAMAGE? | N/A | Y | N | | | Y | N |
| ARE THERE PERIODIC INSPECTIONS FOR THE PREVENTION OF DETERIORATION OR DAMAGE? | N/A | Y | N | | | Y | N |
| IS THERE ADEQUATE PROTECTION OF PRODUCTS IN STORAGE TO PREVENT DETERIORATION OR DAMAGE? | N/A | Y | N | | | Y | N |
| ARE ALL SHIPMENTS PREPARED AND TRANSPORTED IN ACCORDANCE WITH CONTRACTUAL REQUIREMENTS, AND INTERSTATE COMMERCE COMMISSION RULES? | N/A | Y | N | | | Y | N |
| DOES YOUR QUALITY PROGRAM ENSURE PROPER METHODS OF PACKAGING AND SHIPPING IN ORDER TO PREVENT DAMAGE FROM HANDLING, SHIPPING, AND ENVIRONMENT? | N/A | Y | N | Y | N | Y | N |
| DOES YOUR COMPANY PROPERLY IDENTIFY,SEGREGATE, AND DISPOSE OF NON-CONFORMING MATERIAL? | N/A | Y | N | Y | N | Y | N |
| IS REPAIR AND REWORK IN ACCORDANCE WITH DOCUMENTED PROCEDURES ACCEPTABLE TO THE CUSTOMERS? | N/A | Y | N | | | Y | N |
| ARE HOLDING AREAS DESIGNATED FOR RETAINING NON-CONFORMING MATERIAL? | N/A | Y | N | Y | N | Y | N |
| ARE SCRAP AND REWORK COSTS AND LOSS DATA MAINTAINED AND AVAILABLE FOR GOVERNMENT REVIEW? | N/A | Y | N | | | Y | N |

TAB B - 11 OF 13

## VENDOR QUESTIONNAIRE



| QUALITY PROGRAM ELEMENT | | LEVEL 1 MIL-Q-9858 TYPE | | LEVEL 2 MIL-I-45208 TYPE | | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|---|
| IF SAMPLING IS USED, DO YOU USE ONLY MIL-STD-105, MIL-STD-414, HANDBOOK H105, H197, AND/ OR H108 SAMPLING PLANS? | N/A | Y | N | | | Y | N |
| ARE YOUR METHODS OF IDENTIFICATION DISTINCTIVELY DIFFERENT FROM THE CUSTOMER'S AND/OR THE GOVERNMENT'S? | N/A | Y | N | Y | N | Y | N |
| DO YOU HAVE A METHOD TO ASSURE THAT REQUIRED DOCUMENTATION IS INCLUDED IN THE PACKAGE AND THE CUSTOMER'S PURCHASE ORDER NUMBER IDENTIFIED IF REQUIRED? | N/A | Y | N | Y | N | Y | N |
| DO YOU USE CLAUSES OF PARAGRAPH 7.1, MIL-Q-9858 IN YOUR PURCHASING DOCUMENTS WHEN GOVERNMENT INSPECTION IS REQUIRED? | N/A | Y | N | | | Y | N |
| DOES THE COMPANY USE THE CLAUSES OF MIL-I-45208 (SECTIONS 3.11.2 AND 3.11.1) WHEN REQUIRED? | N/A | | | Y | N | Y | N |
| DO YOU INSPECT CUSTOMER FURNISHED MATERIAL (CFM) UPON RECEIPT FOR DAMAGE, QUANTITY, COMPLETENESS, AND TYPE, AND FUNCTIONALLY TEST WHEN APPLICABLE? | N/A | Y | N | Y | N | Y | N |
| IS UNSUITABLE CFM REPORTED TO THE CUSTOMER? | N/A | Y | N | Y | N | Y | N |
| IS ALL CFM PROPERLY IDENTIFIED AND PROTECTED FROM UNAUTHORIZED USE OR DISPOSITION? | N/A | Y | N | Y | N | Y | N |
| DO YOUR PROCEDURES REQUIRE THAT YOU REPORT ANY NONCONFRORMANCE FOUND ON GOVERNMENT INSPECTED SUPPLIES? | N/A | Y | N | Y | N | Y | N |
| DO YOU ADEQUATELY STORE AND MAINTAIN BAILED EQUIPMENT? | N/A | Y | N | | | Y | N |

TAB B-12 of 13

## VENDOR QUESTIONNAIRE



| QUALITY PROGRAM ELEMENT | | LEVEL 1 MIL-Q-9858 TYPE | | LEVEL 2 MIL-I-45208 TYPE | IF NO, ARE YOU WILLING TO CORRECT | |
|---|---|---|---|---|---|---|
| DO YOU MAINTAIN ALL RECORDS OF INSPECTIONS AND MAINTENANCE PERFORMED ON BAILED PROPERTY? | | | | | | |
| | N/A | Y | N | | Y | N |
| ARE THESE RECORDS AVAILABLE TO THE CUSTOMER? | | | | | | |
| | N/A | Y | N | | Y | N |