# TAB
# C

MIL I 45208

CUST COPY

# QUALITY CONTROL MANUAL

**FREQUENCY SELECTIVE NETWORKS, INC.**
**69-20 GARFIELD AVE**
**WOODSIDE, NEW YORK 11377**

Manual Serial No ______

REVISION Letter/DATE D 4-24-93

DATE OF ISSUE 3/2/79

REVIEW BY DATE ______

REVIEWED BY [signature]

ACCEPT 2

A

REVISION SHEET

| REV | DATE | CHANGES | SIGNATURE |
|---|---|---|---|
| | 3/2/79 | | |
| A | 9/12/84 | 1- page 3 | |
| B | 6/17/86 | 1- page 4.4.1, 4.4.2 | |
| C | 3/29/88 | 1- Sheet A<br>Reviewed By (Added)<br>2- Sheet B (Added)<br>3- Page 1<br>Q.C. MGR. (Changed)<br>4- Page 3 Add - 10.4.4,<br>10.4.5, 10.5.2, 10.12.2<br>Changed - 10.4.1, 10.4.2<br>5- Exhibit - 10.1.3<br>Q.C. MGR Changed<br>6- Exhibit 10.4.1<br>Changed Combined with<br>10.4.2<br>7- Exhibit 10.4.2 (Added)<br>Now V.D.M. Report<br>Log Sheet<br>8- Exhibit 10.2.3.<br>Added Green - for<br>reference only | [signature] |
| D | 4/29/93 | -1 Pg. 1.1.1<br>To Rev-A.<br>-2. Pg. 4.2.2-<br>To Rev-A<br>-3 Pg. 9.1.1.<br>To Rev-A | [signature] |



TAB C- 2 OF 73

## INTRODUCTION

The complexity and everchanging requirements of filter technology require the use of orderly procedures and explicit instructions.

This quality control manual outlines the procedures for the accomplishment of the inspection function. It is the governing document for the establishment of procedures and control systems.

The F.S.N. quality control manual is designed, organized and administered to meet the requirements of MIL-I-45208A.

105

Signature
Quality Control Manager

Signature
President

TABLE OF CONTENTS

A- COVER SHEET

B- REVISION SHEET

PAGE 1 INTRODUCTION

ORGANIZATION CHART - SEE EXHIBIT 10.1.1

PAGE 3 SPECIFICATION CROSS-REFERENCE

1.0 POLICY AND ADMINISTRATION

1.1 General policy

1.2 Issuance and revisions of inspection procedures

2.0 INSPECTION METHODS AND PROCEDURES

2.1 Receiving inspection

2.2 Raw material inspection

2.3 First piece inspection

2.4 Inprocess inspection

2.5 Special process inspection

2.6 Final inspection

2.7 Government source inspection

2.8 Sampling inspection by attributes

2.9 Nondestructive inspection

2.10 Preservation, packaging and marking

2.11 Inspection provisions

3.0 MEASURING EQUIPMENT

3.1 Measuring equipment, calibration and control

4.0 MATERIAL REVIEW

4.1 Processing of nonconforming materials

4.2 Material review

4.3 Indication of Inspection status

4.4 Corrective action



cont'd

TABC - 4 OF 73

5.0 GOVERNMENT OWNED INDUSTRIAL EQUIPMENT AND GOVERNMENT FURNISHED PROPERTY

At this time no Government owned property is furnished to F.S.N.

In the event Government property is received, sections will be added.

6.0 SPECIAL PROCESSESS

6.1 Special processing and finishing

7.0 RECORDS AND DOCUMENTATION

7.1 Inspection records

8.0 DRAWING CHANGES AND CONTROL

8.1 Drawing and changes

9.0 PURCHASING PROCEDURE

9.1 Purchase order form

9.2 Purchase order records

9.3 Government Inspection

9.4 Purchasing Documents

9.5 Referenced Data

9.6 Required Purchasing Information

10.0 APPENDIX

EXHIBIT - 10.1.1 Company Organizational Chart

10.1.2. Quality Control Organizational Chart

10.1.3 Quality Control Flow Chart

10.2.1 Instrument Control - Computer

10.2.2 Instrument Calibration Control - Computer

10.2.3 Calibration Tags

10.3.1 Request for Engineering Change

10.3.2 Engineering Change Notice

10.4.1 Receiving Inspection Record Sheet

10.4.2 Vendor Discrepant Material Report - log sheet

10.4.3 Discrepant Material Report

10.4.4 Failure Analysis Report (F.A.R.)

10.4.5 Corrective Action Request (C.A.R.)

10.5.1 Lot Traveler

10.5.2 Coil Travel Card

10.6.1 Inspection Stamps

10.12.2 Inspection Tags

## SPECIFICATION CROSS REFERENCE

| MIL-I-45208A | SECS QC MANUAL |
|---|---|
| par. 1.2.2. | sect. 1.2 |
| 3.1 | 1.0, 2.0, 8.0 |
| 3.2.1 | 2.0 |
| 3.2.2 | 7.0 |
| 3.2.3 | 4.4 |
| 3.2.4 | 8.0 |
| 3.3 | 3.0 |
| 3.4 | 6.0 |
| 3.5 | 4.3 |
| 3.6 | 5.0 |
| 3.7 | 4.1 |
| 3.8 | 2.1.2 |
| 3.9 | 2.8 |
| 3.10 | 2.11 |
| 3.11 | 2.7 |
| 3.12 | 2.1 |
| 3.13 | 1.1 |

(3)

## 1.1 GENERAL POLICY

A. GENERAL

a

1. Purpose.

a. To state in general the policies of the F.S.N. quality program.

B. POLICY

1. The F.S.N., quality control program is designed to assure that materials, supplies and services meet the quality standards established by the contract and specifications.

| |
|---|
| Quality Control Department will review contracts and customer specifications for all special requirements, controls , processes, test equipments fixtures,tooling and skills required for assuring product quality. Including compatibility throughout manufacturing , inspection , and test. |

2. The government representative may, at his option, review the inspection system at any time during the life of the contract.

Requests by the government representative for assistance in auditing the inspection system shall allow a minimum of 72 hours advance notice to permit arrangement of schedules and availability of personnel.

3. Compliance with the policies and procedures outlined in this manual is mandatory. Where a particular procedure proves to be impractical for a specific application, the matter shall be brought to the immediate attention of quality control for consideration and corrective action.

4. The procedures outlined in this manual will insure that the quality requirements required by the contract will be satisfied. The provisions of these procedures are directive in nature and are applicable to all personnel.



TAB C - 7 OF 73

## 1.2 ISSUANCE AND REVISIONS OF QUALITY CONTROL PROCEDURES AND INSPECTION INSTRUCTIONS.

### A. GENERAL

1. Purpose

   a. To establish controls for the implementation and policing of government and customer contract requirements.

   b. To establish procedures for the detection, isolation and correction of deficiencies.

2. Scope

   a. This manual is applicable, as directed in each section thereof to all F.S.N. personnel.

### B. RESPONSIBILITY

The quality control department is responsible for the issuance and revision of quality control procedures.

The quality control department is responsible for coordination and liason work with the government respresentative.

### C. AMENDING AND REVISING THE MANUAL OR INSPECTION PROCEDURES

1. The manual or inspection procedures shall be amended on an expedient basis by the use of interim procedures. Interim procedures are any form of documented procedure or change signed by an authorized member of quality control.

2. New or revised procedures shall be incorporated into the manual at the earliest possible time



CONT'D

or during the first calender month of each yea
as a matter of standard procedure.

3. The quality control department shall notify the government representative in writing when any changes are made to the inspection system.

4. All or any part of the inspection system may be disapproved by the government when the system does not accomplish its objections.

D. RELATION TO OTHER CONTRACT REQUIREMENTS

1. The inclusion of referenced specifications in a contract do not change or modify other requirements set forth in the contract. If there is any apparent or real conflict between the contract and the government specifications, the contract requirements shall prevail.

2.0 -- INSPECTION METHODS AND PROCEDURES--

## 2.1 RECEIVING INSPECTION

A. GENERAL

1. Departments affected.

   a. Receiving section

   b. Inspection

2. Purpose

   a. To establish and maintain inspection controls over all incoming shipments of materials except non-productive overhead supplies.

3. Acceptance criteria

   a. The applicable drawings and specifications constitute the basic criteria for acceptance.

   b. Materials ordered against F.S.N. specificatic F.S.N. reserves the right to make changes anc design improvements without prior notice or consent and to deplete old stock prior to disbursements of revised or improved designs.

4. Precedence

   a. customer purchase order shall have precedence over all applicable drawings and specifications.

   b. For materials which require outside processes the F.S.N. purchase order shall have preceden over all other documents and specifications.

   c. The engineering drawing shall have precedence over all sub-tier specifications.



CONT'D

TBB C-10 OF 73

d. Unless otherwise specified, government sub-tier specifications shall have precedence over professional society specifications.

B. PROCEDURE

1. The receiving section shall verify count and receipt of documentation required by the purchase order. A permanent record of all receiving activity is maintained by the receiving section.

2. a. Inspection of incoming materials shall be performed to establish conformance with purchase order, drawing and operation sheet requirements.

b. Materials which are found acceptable shall be released to production or stores as specified. Permanent record of the inspection activity is attached to the purchase order.

c. Materials which are found to deviate from specifications requirements shall be clearly identified, placed on report and held in bond for preliminary and/or final action.

d. All purchased materials released by incoming inspection shall be clearly identified to indicate acceptance or rejection status.

C. QUALIFIED PRODUCTS LISTS

1. a. Materials listed on qualified product lists shall be subjected to normal inspection procedures and routine handling.

## 2.2 RAW MATERIAL INSPECTION

A. GENERAL

1. Departments affected

   a. Receiving Section

   b. Inspection

2. Purpose

   a. To establish a procedure for the receiving inspection and identification of raw materials.

3. Definition

   a. Raw materials are defined as materials which have not been subjected to processes of manufacture into an end item. Included are sheet, bar, rod, metallic and chemical composition materials.

B. PROCEDURE

1. The receiving section will verify count and receipt of documentation required by the purchase order. A permanent record of all receiving activity is maintained by the receiving section.

   Movement of raw materials into the inspection area is not generally practical. The receiving section will notify inspection of any raw materials received and inspection will be conducted in the receiving area.

2. Inspection of raw materials shall be performed as follows:

   a. Characteristics and requirements of the material as specified on the drawing and/or purchase order.

b. Visual inspection of the material to the extent necessary to assure that no damage was incurred as result of improper packaging or handling.

c. Verification of applicable specification numbers shown in test reports.

3. Test reports and certificates

a. Physical and chemical test reports are normally required for all metallic raw materials.

b. Certain types of materials may be accepted on a suppliers certificate of compliance. Certifications must show the applicable specification numbers and must be signed by a responsible vendor representative. In some cases the certification is part of the vendors shipper. Any form of certification is acceptable provided it can definitely be identified with the material it represents.

c. Paints, varnishes, inks, etc., are examples of materials which are accepted on the basis of vendor certification.

4. Acceptance or rejection of raw materials.

a. Acceptance or rejection of raw materials shall be as per the provisions of sect. 2.1 para. B2 and sub-paragraphs thereof.

5. Use of existing raw stock.

a. Raw stock in stores for jury rig or tooling work will not be used for contract work unless test reports which can be related to the material are available.

6. Identification of raw materials

a. Raw materials in stock shall be identified by color code and identification stickers.

b. Charts showing the use of color codes shall be posted in the raw materials area.

c. Raw material stickers shall identify the material as to type, material purchase order number and where required, the applicable job number for which the material was purchased.

## 2.3 FIRST PIECE INSPECTION

A. GENERAL

1. Departments affected

a. Inspection

b. Prototype Department

2. Purpose

a. To provide a means of determining conformance to drawings and specifications of machining and assembly operations prior to running of production.

3. Scope

a. Applies to all manufacturing operations performed by F.S.N.

B. RESPONSIBILITY

1. Both inspection and manufacturing personnel are responsible for adhering to and policing these requirements. Specifically, they are as follows:

a. All production set ups shall have first piece inspection approval as a pre-requisite to continued production.

b. First piece inspection shall also be responsible for determining the adequacy of operator checking equipment and techniques.

c. First piece inspection shall be performed for each set up change.



CONT'D

C. PROCEDURE

1. When the operator is satisfied with a first article or piece representative of the material to be produced, he will advise his supervisor that he is ready for first piece inspection.

2. The supervisor will call the inspector, or at his discretion, perform first article inspection himself or assign another operator to verify first piece compliance.

3. Any of the methods or combination of methods shown in para. C2 is acceptable provided the actual inspection is performed by someone other than the person making the set up and approval of the first piece inspection is documented on the operation sheet.

4. First piece inspection is set up as a service to manufacturing to aid in assuring that drawing and specification requirements are met. However, it shall be the exclusive responsibility of the Foreman in charge of manufacturing operations to make sure that manufacturing methods as well as checking equipment and techniques are adequate to manufacture parts which conform to drawing and specification requirements.

D. APPROVAL OR REJECTION OF FIRST PIECE ARTICLES

1. Approval or rejection of first piece articles shall be recorded in the operation sheet.

2. Once a first piece approval has been granted, the operator is fully responsible for the continued accuracy of his work.

3. Parts which do not meet first piece acceptance criteria shall, whenever possible be reworked to specification requirements. If the part cannot be reworked it shall be identified as defective and submitted to Q.C. for evaluation and disposition.

4. First piece rejects after proper identification may, at the option of the foreman or the inspector remain with the lot of production material for set up use of subsequent operations.

E. ACCEPTANCE CRITERIA

1. Acceptance criteria shall be as prescribed by the operation sheet, the engineering drawing or a combination of both. Specific manufacturing dimensions and tolerances shown in the operation sheet shall have precedence over all other requirements as a criteria for first piece acceptance.