18

## 2.4 IN PROCESS INSPECTION

A. GENERAL

1. Departments affected

   a. Inspection

   b. Manufacturing

2. Purpose

   a. To provide qualified inspection personnel and equipment as a service to manufacturing in controlling the accuracy of parts being produced.

B. RESPONSIBILITIES AND PROCEDURE.

1. Inspectors are responsible for the continued accuracy of parts being produced in their assigned areas. They are responsible for notifying the foreman of any "out of control" conditions as they may occur and, if in the opinion of the inspector, adequate corrective action is not promptly taken for the defect(s) noted, he is responsible for notifying the inspection supervisor of the circumstances immediately.

2. The shop foreman is responsible for assuring that production personnel as a matter of routine check all production operations to determine that quality, accuracy and quantity meets with their satisfaction and specification requirements.

3. The shop foreman is responsible for taking immediate action to correct out of control conditions reported by inspection or production personnel.



CONT'D

TAB C - 18 OF 73

4. Inprocess inspection shall be documented on the operation sheet.

5. Parts which do not meet the prescribed acceptance criteria shall, whenever possible be reworked to specifications. If the part cannot be reworked it shall be identified as defective and submitted to Q.C. for evaluation and disposition.

20

## 2.5 SPECIAL PROCESS INSPECTION

A. GENERAL

1. Departments affected

a. Inspection

2. Purpose

a. To establish a procedure for the verification and acceptance of outside special processes.

B. PROCEDURE

1. The applicable procedures for inspection of special processes are the same as prescribed for receiving inspection. Ref. section 2.1

C. ACCEPTANCE CRITERIA

1. Materials received from special processors shall be inspected for the following:

a. Visual inspection for evidence of damage.

b. When applicable, visual inspection for color, uniformity of films or deposits and other visual requirements as may be specified under the "Quality Assurance Provisions" section of the applicable specification.

c. When applicable, visual inspection for correctness of masking as per drawing or instruction requirements.

d. When applicable, dimensional inspection of precision characteristics to verify thickness deposits are as per specification.

 CONT'D

2. Certificates of compliance attesting to performance of special processes as per applicab: specifications shall be a mandatory prerequisite to acceptance.

## 2.6 FINAL INSPECTION

A. GENERAL

1. Departments affected

a. All

2. Purpose

a. To establish the policy and procedures to be followed in accomplishing final inspection and acceptance of finished products.

3. Policy

a. It is the policy of F.S.N. to perform final inspection in a manner which will assure that only products which meet the specification requirements are accepted for shipment or stock.

4. Precedence

a. The customer's purchase order shall have precedence over all applicable documents and specifications.

b. The drawing shall have precedence over all sub-tier specifications.

c. Sub-tier specifications shall have precedence in ascending order of applicability, i.e., the closest reference specification to the drawing shall apply.

B. PROCEDURE

1. Materials which have been completed shall be routed to inspection for verification of specification requirements and acceptance.

23

2. Final inspection shall be performed in accordance with the following:

   a. Customer's purchase order requirements.

   b. Drawing requirements.

   c. Inspection instructions.

3. Materials which conform to the acceptance criteria shall be released to stock or for shipment and a permanent record of the inspection activity will be maintained in the inspection files.

4. Materials which do not conform to specification shall be placed on report and held in bond for disposition by the Q.C. department.

C. RELEASE FOR SHIPMENT OR STOCK

1. Materials which are released for shipment or stock shall be identified by a release for shipment ticket.

2. Shipment of finished parts will fall under one of the three categories.

   a. Shipment of parts or assemblies made to conform with customer specifications.

   b. Shipment of stock items ( over-runs ) made as per category "a", above.

In category "a", parts and/or assemblies accepted by inspection will be released for shipment and/or stock immediately upon completion of inspection and acceptance.

24

In category "b" parts in stock will be routed to inspection prior to shipment for verification of revision levels and upon acceptance, shall be released as per category "a".

## 2.7 GOVERNMENT SOURCE INSPECTION

A. GENERAL

1. Departments affected

a. Quality Control

2. Purpose

a. To establish procedures for assisting government inspectors at F.S.N., facilities in determining the conformance of supplies and/or services with contract requirements.

b. To establish procedures for assisting government representatives in the request of government source inspection at lower tier facilities.

B. PROCEDURE

1. Upon receipt of an order which requires government source inspection, F.S.N. will furnish a copy of the purchase order to the government representative who normally services the plant.

2. At the government representative's request, quality control will furnish flow plans, inspection plans, manufacturing schedules, referen specifications and purchase data to assist the government representative in establishing his control points.

3. F.S.N. will, as a matter of policy, furnish tools, equipment and working space to the govern ment representative during the performance of his duties.

4. When source inspection at lower tier suppliers is requested by or under the authorization of



CONT'D

the government representative, the following statement shall be added to F.S.N. purchase order:

> "Government inspection is required prior to shipment from your plant. Upon receipt of this order, promptly notify the government representative who normally services your plant so that appropriate planning for government inspection can be accomplished."

5. When, under auhtorization of the government representative, copies of the purchasing document are to be furnished directly by the subcontractor or vendor to the government representative at his facility rather than through government channels, F.S.N., shall add the following statement to the purchase order.

> "On receipt of this order, promptly furnish copy to the government representative who normally services your plant or, if none, to the nearest Army, Navy, Air Force or Defense Supply Agency Inspection Office. In the event the representative or office cannot be located, our purchasing agent should be notified immediately."

6. Purchased supplies accepted by the government representative at source, shall be processed through normal incoming inspection procedures as per section 2.1 of this manual.

7. Nonconformances found in government inspected supplies shall be promptly reported to the government representative.

8. The purchasing department in cooperation with quality control shall, when nonconformances are found in government source inspected supplies, formally request that the vendor coordinate his corrective action with the government representative who services his facility.



CONT'D

9. Copies of corrective action requests and replies shall be kept in the inspection files.

2 0

## 2.8 SAMPLING INSPECTION BY ATTRIBUTES

### A. GENERAL

1. Departments affected

   a. Receiving Inspection

   b. Final Inspection

2. Purpose

   a. To establish sampling inspection procedures to be used in determining quality conformance of parts or supplies manufactured or purchased by F.S.N.

### B. PROCEDURE

1. Unless otherwise specified by the purchase order or Quality Control, attribute sampling shall be performed in accordance with the latest revision of MIL-STD-105.

2. Copies of MIL-STD-105 "latest revision" shall be made available to inspectors performing sampling inspection.

3. Unless otherwise specified by the Purchase Order or related documentation, sampling shall be level II. Normal for all characteristics.

4. Changes form "Normal" to reduced, tightened or small sample inspection shall be as per the provisions of par. 8.1 through 8.4 of MIL-STD-105D.



CONT'D

5. By and under authority of Quality Control, sampling for certain characteristics may be changed to level II tightened, or level III without adhering to the provisions of par.8.1 through 8.4 provided, that such changes or combination of changes substantially increase product reliability.

6. Reduced sampling shall not be performed without explicit authority from Quality Control. Such authority may be given only when not prohibited by the contract and when all requirements for reduced sampling as stipulated in MIL-STD-105 have been met.

7. Unless otherwise specified, Acceptance Quality Levels shall be as follows:

   a. Critical Characteristics AQL 100 %

   b. Major Characteristics AQL 1.0

   c. Minor Characteristics AQL 4.0

8. All samples must be taken at random from each lot of parts inspected.

9. The foregoing procedure will not be used if it is in conflict with an applicable contractual inspection requirements.

30

## 2.9 NONDESTRUCTIVE TESTING

A. GENERAL

1. Departments Affected

a. Quality Control

b. Purchasing

2. Purpose

a. To establish procedures for the performance of nondestructive tests as may be required by contract, drawing, or specifications.

3. Definition

Nondestructive testing embraces all methods for the detection or measurement of the significant properties or performance capabilities of material parts or assemblies by tests which do not impair their serviceability. Included are Sealing, Eddy Current Inspection, Dielectric, and many others.

B. PROCEDURE

1. F.S.N. does not perform specialized non-destructive tests. When such testing is a requirement, it is subcontracted to Independent Testing Laboratories which have been judged as Qualified Approved Sources per provisions of Section 7.0 of this manual.

C. ACCEPTANCE CRITERIA

1. Certified test reports showing part number, quantity, applicable specification(s) and test results are the only requirements needed by Inspection to accept or reject material.

2. Materials which are judged acceptable by testing laboratories will be routed by Inspection to the next operation cycle.

3. Materials which are rejected by testing laboratories shall be placed on report and held in bond for disposition by the Q.C. MGR.