## 2.10 PRESERVATION, PACKAGING, PACKING AND MARKING

### A. GENERAL

1. Scope

   a. To establish a procedure for Inspection of equipment, components and parts packaged, preserved and packed to Government Specifications and/or the requirements of the Contract.

2. Departments Affected

   a. All

### B. PROCEDURE

1. Equipment, components and parts shall be preserved, packaged, packed and marked for shipment in accordance with contract requirements.

2. The equipment, components and parts shall be preserved and packaged in a manner that will afford adequate protection against corrosion, deterioration, and physical damage, during shipment, handling and storage.

3. The equipment, components and parts shall be packed for shipment in a manner planned and executed to insure that the contents will arrive at its destination in an unimpaired useable condition.

4. Unit packages and intermediate containers shall be marked in accordance with requirements and specifications of the contract.

5. Exterior marking of packed equipment components or parts shall be marked in accordance with requirements and specification of the contract.



CONT'D

6. When Packaging Data Cards (PDC) are required, inspection will determine conformance to the approved PDC and to Tables 1 and II of this procedure.

a. Inspection of Preservation, Packaging and Marki shall be performed in accordance with Table I.

b. Inspection of packing and marking shall be performed in accordance with Table II.

7. Preservation, Packaging and Marking

a. The following characteristics which are applicable to the item concerned will be inspected in accordance with Table I.

34

TABLE I

(1) Improper or defective material used.

(2) Quantity in unit package not as specified.

(3) Incorrect packaging method applied.

(4) Item not properly cleaned prior to preservation.

(5) Item not protected with preservative.

(6) Wrong type of preservative used.

(7) Improperly applied preservative.

(8) Grease-proof wrap omitted.

(9) Cushioning or padding omitted.

(10) Cushioning or padding inadequate for the protection of the barrier material from projections, sharp edges or other similar features of the item.

(11) Cushioning inadequate for the physical and mechanical protection of the item.

(12) Item not properly blocked or braced within the unit package to prevent movement.

(13) Humidity indicator omitted.

(14) Desiccant omitted.

(15) Desiccant not in proper quantity to meet minimum requirements.

(16) Unsealed, puntured or improperly sealed barrier bag, wrap or envelope.

(17) Packaging material damaged.

(18) Air not expelled from barrier.

(19) Conforming wraps are not snug fitting and contain voids.

(20) Stock number omitted, incorrect or illegible.

(21) Nomenclature omitted, incorrect or illegible.

(22) Marking of quantity of items in package omitted, incorrect, or illegible.



CONT'D

TABLE I (Continued)

(23) Different stock numbered items in the same unit package.

(24) Any other marking information omitted, incorrect or illegible.

8. Packing and Marking.

a. The following characteristics which are applicable to the item concerned, will be inspected in accordance with Table II.

TABLE II

(1) Improper or defected material used.

(2) Quantity in package not as specified.

(3) Gross weight in excess of specified amount.

(4) Case liner omitted.

(5) Case liner improperly sealed, punctured or damaged.

(6) Defective taping or sealing of carton.

(7) Box closure not as specified.

(8) Type, grade, class, and style of the shipping container not as specified.

(9) Strapping omitted.

(10) Strapping inadequate or incorrectly applied.

(11) Items not adequately blocked, braced or cushioned within the shipping container to prevent movement of damage.

(12) Shipping documents or packing list omitted.

(13) Stock number omitted, incorrect or illegible.

(14) Nomenclature omitted, incorrect or illegible.

(15) Marking of quantity of items in package omitted, incorrect or illegible.



CONT'D

TABLE II (Continued)

(16) Destination marking omitted, incorrect or illegible.

(17) Service designation (color marking) omitted.

(18) Serial or assembly markings omitted.

(19) Specified special markings and labeling omitted, incorrect or illegible.

(20) Overseas code markings omitted, incorrect or illegible.

9. In addition to Table I and II of this procedure, the inspector will answer the following questions on marking. (Detailed requirements on marking are provided in MIL-STD-129 Latest Revision). If the answer is "no" then further investigation is required by the inspector.

a. Does marking indicate that the container is one of a set that should be shipped together ?

b. Have all special markings required by the carrier or regulations for dangerous or fragile materials of for ease of handling, such as center of balance or grabhook points, been applied ?

c. Have security requirements been complied with ?

d. Are markings properly located on package or container.

e. Can the contents of each exterior container be properly identified ?

f. Can the contents of each exterior container be properly identified without opening and disturbing the preservation ?

g. Does the quantity and nomenclature indicated on the container agree with the contents of the packing list ?

h. Is marking sufficently clear to assure delivery to intended destination ?

CONT'D

i. Are all old markings removed ?

j. Are all new markings legible ,

k. Are the sizes of the markings and the colors as specified ?

10. Where packaging to Government specification proves impractical or uneconomical, the following procedures will apply.

a. Work is packaged to commercial standard (see paragraph II below).

b. Work is delivered to packaging and shipping concerns which are under the cognizance of Department of Defense Inspection. Requirements per MIL-STD-726 and other coded packaging data are prepared and approvals obtained prior to shipment of Government Contract items.

11. Commercial Standard.

a. Work not requiring special handling or treatment is packed in envelopes, tubes, boxes, or rolled in paper, surrounded by "Kempac" or paper and boxed in cardboard containers.

b. Packaging requirements for completed assemblies and other delicate instruments are to be determined by the Plant Manager. It is his responsibility to:

1 - Determine if the nature of the part to be shipped is such that special containers will be needed.

2 - Arrange for the manufacturing of such containers.

3 - Determine the quantity of such containers which may be shipped in one box or crate and the method of packaging therein.

4 - Specify whether special crates should be made or if standard cardboard boxes are to be used.

5 - Issue instructions as to the method of packaging and shipment.



TAB C - 38 OF 73

## 2.11 INSPECTION PROVISIONS

### A. GENERAL

1. Departments affected.

   a. Quality Control

2. Purpose

   a. To establish the policy for submitting alternate inspection proposals to the Government representative when equipment and/or facilities are not suited to the use of methods prescribed by government approved quality assurance procedures.

3. Policy.

   When government inspection procedures as required by contract are not compatible with F.S.N., facilities or equipment, F.S.N. will provide the government representative with alternate inspection plans.

   Alternate inspection procedures shall be fully described in written form and must demonstrate an effectiveness equal to or better than the procedures stipulated by the contract.

   Alternate inspection procedures are subject to approval by the Government representative and will not be used until such time as approval by the cognizant government representative has been granted.

   In case of dispute, the contract requirements shall prevail.

4

3.0 MEASURING EQUIPMENT

## 3.1 MEASUREMENT EQUIPMENT, CALIBRATION AND CONTROL

### A. GENERAL

1. Department affected

   a. All

2. Purpose

   a. To establish the policies and procedures for the accuracy, care and control of inspection and test equipment, per requirements of MIL-STD-45662 latest revision.

3. Policy

   a. All equipment used to evaluate the quality and accuracy of company products will be maintained at the highest standard levels.

### B. DESCRIPTION

The F.S.N. calibration system is intended to provide a complete and detailed plan for controlling the accuracy of every item of measuring equipment and every measurement standard utilized in the full-filment of contractual requirements.

The basic aims of the F.S.N., calibration system are as follows:

1. To provide adequate standards of measurement.
2. To provide suitable environment for equipment calibration.
3. To establish realistic intervals of calibration.
4. To provide for the prevention of equipment inaccuracies which cannot be anticipated or provided for by calibration intervals.
5. To provide for the use of calibration sources which comply with the requirements of MIL-STD-45662 and are traceable to the National Bureau of Standards.



✓

CONT'D

6. To provide instructions for internal calibration procedures.
7. To provide for suitable records of gage calibration
8. To provide for labeling of calibrated equipment.

C. CALIBRATION STANDARDS

1. Reference Standards used for the calibration of measuring equipment shall have an accuracy of 4 to 10 times greater than the equipment under calibration.
2. Reference standards shall be used exclusively for the calibration of equipment and arbitration of measurement differences.
3. Reference Standards shall be identified as such and will be kept separate from ordinary measuring equipment.
4. Primary Reference Standards shall be calibrated by outside sources which have measurement standards directly traceable to the National Bureau of Standards and whose equipment, environment procedures and personnel are consistent with the requirements of MIL-STD-45662.

D. ENVIRONMENTAL CONTROLS

1. The calibration area shall be kept reasonably free of dust and vibration.
2. The temperature in the calibration area shall be maintained at 68°F to 73°F.
3. The air supply in the calibration area shall be filtered.
4. Lighting in the calibration work areas shall be provided by overhead flourescent lights and shall give a uniform illumination of 80 to 100 foot candles.



CONT'D

43

E. CALIBRATION INTERVALS

1. Calibration intervals shall be established on the basis of stability, purpose and degree of usage.

2. Calibration intervals shall be shortened as necessary to assure continued accuracy as evidenced by the results of preceding calibrations and may be lengthened when the results of previous calibrations provide definite evidence that such action will not adversely affect the accuracy of the System.

3. Calibration intervals shall be targeted in such a way that a minimum of 95 % of equipment or standards of the same type are within tolerance when submitted for their regularly scheduled calibration.

4. All new gages or gages which have been inactive for prolonged periods shall be calibrated before issue.

5. Gages which are placed on inactive status shall be stored separately.

6. Recall of gages for calibration shall be automatic and mandatory.

7. When necessary, at the request of Inspectors, operators or users, gages and measuring equipment will be calibrated prior to the regularly scheduled calibration date.

8. Inspectors, when making their regular rounds shall spot check gages to assure continued accuracy and as a means of preventive maintenance.

9. Personally owned measuring equipment when used for acceptance purposes shall be listed in the company tool control cards and will be subject to the same inspection frequency schedules, repair and maintenance as for F.S.N., property equipment.

10. Production tools, jigs and fixtures if used for inspection shall be calibrated and maintained under the same provisions as apply to measuring equipment.

11. Calibration intervals shall be as specified on INSTRUMENT CONTROL and on INSTRUMENT CALIBRATION CONTROL forms.

F. CALIBRATION SOURCES

1. Commercial laboratories engaged in the calibration of reference and primary standards shall be required to have direct traceability to the National Bureau of Standards.

2. Calibration Sources shall be selected on the basis of factual evidence and assurance of capability. The evidence of source capability may be in the form of brochures in which the company submits its qualification services per para. 3.2.5.2g of MIL-STD-45662.

G. RECORDS

1. The F.S.N., calibration system is supported by records designed to assure that established schedules and procedures are followed to maintain the accuracy of all measuring and test equipment.

2. Calibration records consist of the following:

a. Standard book.

b. Gage control cards

3. Standard book

Calibration and maintenance records for primary standards shall be bound in book form.

The standards book shall contain a table listing all reference and primary standards.

Records of calibration for reference and primary standards shall include:

a. Traceability to N.B.S.

b. Name and make of equipment.

c. Serial numbers.

d. Historical calibration data.

e. Maintenance data.

f. Actual calibration findings.



CONT'D

TAB C-43 OF 73

44

g. Accuracy.

4. Gage record cards.

A historical record card shall be kept on file for each item of measurement equipment used by F.S.N.

Gage record cards shall contain the following information:

a. Type of gage.

b. Size if applicable.

c. Calibration interval.

d. Accuracy.

e. Actual calibration values.

f. Identity of calibration technican.

g. Date of last calibration.

h. Serial number if applicable.

i. Calibration procedure number, if applicable.

H. CALIBRATION LABELS

1. Where ever practical, measuring equipment and standards shall be labeled to indicate the date of last calibration, by whom it was calibrated and the next due date of calibration.

2. When size or functional characteristics limit the use of labels, color codes shall be used to indicate the calibration date.

3. Color codes and their interpretations shall be posted in convenient locations.

I. SEGREGATION OF REJECTED MEASURING EQUIPMENT

1. Measurement equipment which does not meet accuracy

requirements shall be red tagged and isolated.

2. After repair, measuring equipment shall be recalibrated prior to active reinstatement.

3. Non repairable measuring equipment shall be removed from service and all record cards destroyed after disposal of the equipment.

J GOVERNMENT CUSTOMER EVALUATION

1. FREQUENCY SELECTIVE NETWORKS, INC. shall make available it's gages, measurement and test equipment for use by the Government or customer when required to determine conformance with contract requirements. FREQUENCY SELECTIVE NETWORKS, INC. it's personnel shall be made available for operations of such equipment and for verification of their accuracy and condition.

K OUT OF TOLERANCE CONDITION

The test station used for the final Q.C. testing for all manufactured items, will be recorded on the lot travel card. This will establish traceability of all lots that are manufactured, to the equipment used for final Q.C.

If at any time, the test equipment is found to be out of tolerance, the following action will be taken:

1. If the lot measured on the equipment is still in the plant, the lot will be re-inspected on another test station which is calibrated. Results recorded.
2. If lot has been shipped to customer, customer will will be informed of the circumstances.
3. A record of analysis and corrective action will be maintained by F.S.N. INC.
4. A review of the calibration interval will be evaluated and in addition a review of the adequacy of the test equipment will be made.
5. The test equipment that has been found to out of tolerance, will be removed from the station, tagged and recalibrated.

,6

# 4.0 MATERIAL REVIEW

## 4.1 PROCESSING OF NONCONFORMING SUPPLIES

A. GENERAL

1. Departments affected

 a. All

2. Purpose

 a. To define the methods used for processing parts and materials which do meet prescribed specifications.

3. Policy

 a. The most effective method possible will be used to determine compliance to specifications, record causes of discrepancy and take positive corrective action to prevent recurrance.

B. PROCEDURE

1. Upon evidence of nonconforming materials, the following procedure applies:

 a. An inspection report is prepared for defective part or lot of parts.

 b. Discrepant Material Report is completed and attached to the lot of discrepant material.

 c. The parts and all relevant documentation are then isolated for preliminary material review by the quality manager or person(s) designated by the quality manager to perform "MRB" functions.

2. Preliminary material review is authorized to make the following dispositions:

 a. Return to vendor.

 b. Rework to specifications.

 c. Order screening for defective parts.

 d. Hold for "MRB" action.



TAB C- 46 OF 73

47

3. Material dispositions will be fully documented on the inspection /MRB report.

4. Materials which are dispositioned for rework shall be reinspected after completion of rework.

5. The Materials Review Board shall convene when necessary for disposition actions not within the scope of "MRB" authority.

6. The Material Review Board is authorized to make the following dispositions:

   a. For F.S.N. when the nonconformance does not affect fit, interchangeability, function, life or reliability the MRB may disposition for use as is.

   b. For customer specification items, if the opinion of F.S.N. is within the scope of category "a" above, the Board may request MRB action by the customer.

   c. All other dispositions which fall within the scope of MRB.



✓