## 4.2 MATERIAL REVIEW

### A. GENERAL

1. Departments Affected

   a. All

2. Purpose

   a. To outline the policy and procedure for Materia[l] Review Board action of nonconforming materials, parts and assemblies rejected by inspection and referred to the Material Review Board. All rejected material shall be referred to MRB board for action and all items subject to disposition "Repair" or "Use as is" must be referred to the Material Review Board.

3. Policy

   a. It is the policy of F.S.N., to use multiple judgment whenever practical to determine the most appropriate disposition.

### B. MATERIAL REVIEW BOARD MEMBERSHIP

1. The Material Review Board consists of:

   a. A qualified representative for Quality Control

   b. A qualified representative for Engineering

   c. Where full NRB authority has been granted to F.S.N., a qualified representative appointed by the customer, the Government or both.

   d. Members of the Board may call upon specialists to act in an advisory or consultant capacity. Such advisory or consultant personnel shall have no vote in decisions made by the Board.

### C. DUTIES OF THE MATERIAL REVIEW BOARD

1. The duties of the "Material Review Board" are as

follows:

a. to approve the material review procedures which are required to implement specifications.

b. to determine whether material submitted can be used "as is" require rework or shall be scrapped.

c. to insure that adequate records of materials review action are maintained and are available for reference.

d. to insure that an effective follow up control is established for the prompt correction of deficiencies.

40

## 4.3 INDICATION OF INSPECTION STATUS

A. GENERAL

1. Departments affected

   a. Inspection

   b. Manufacturing

2. Purpose

   a. To define the methods used to identify the inspection status of materials, parts and assemblies throughout all stages of manufacturing and processing.

3. Policy

   a. Lot Travelers shall be used extensively to give an accurate indication of the inspection status at all times.

B. PROCEDURE

1. All inspection activity shall be documented to the extent necessary to assure effective control.

2. Inspection reports shall be made any time parts do not conform to specifications.

3. Inprocess inspection for routine production shall be documented on the operation sheet. However, formal documentation in the form of inspection reports will be required when materials do not conform.

4. Inspection reports will be required for all receiving and final inspection activity.

5. Parts accepted for shipment or stock will be identified by means of an accepted parts ticket. (Exhibit 10.12.2).



✓

TAB C - 50 OF 73

5

4.4 CORRECTIVE ACTION

A. GENERAL

1. Departments affected

a. Inspection

b. Manufacturing

c. Procurement

2. Purpose

a. To establish the procedures used for securing prompt and effective corrective action whenever there are indications that defictive materials are being produced, have been produced, or on the basis of existing trends could be produced.

B. PROCEDURE

1. In-Line production inspections

a. Inspection is to be made at given intervals as per lot card - Exhibit 10.5.1 - All deficiencies detected by the inspector shall be communicated to production personell for corrective action. ie List of possible deficiences.

1. Cold solder joint

2. Misplaced components

3. Components missing

4. Mechanical assembly etc.

2. CUSTOMER RETURNS

a. Unit is entered in "Rejected Material Report" as per Exhibit 10.4.3.

b. Unit is tested to verify failure. If valid then unit is subjected to further test to determine cause of failure.

c. Findings are recorded by Quality Assurance, on Failure Analysis Report Exhibit 10.4.4.

3. PROCUREMENT

a. Components rejected by incoming inspection for non-conformance is recorded on Discrepancy Material Report as per Exhibit 10.4.3.



CONT'D

3. PROCUREMENT - continued -

a. Vendor is notified of the discrepancy and a Corrective Action Request as per Exhibit 10.4.5, will be issued to vendor. A review of this report will be a factor in determining the vendors rating for current and future orders.

follows:

a. to approve the material review procedures which are required to implement specifications.

b. to determine whether material submitted can be used "as is" require rework or shall be scrapped.

all scapped material shall be tagged and or marked as scrap and disposed of.

c. to insure that adequate records of materials review action are maintained and are available for reference.

d. to insure that an effective follow up control is established for the prompt correction of deficiencies.

6.0 SPECIAL PROCESSES

## 6.1 SPECIAL PROCESSING AND FINISHING

A. GENERAL

1. Departments affected

   a. Quality Control

   b. Procurement.

2. Purpose

   To establish procedures for the control of processing and finishing performed by vendors.

3. Definition

   a. Special processes are defined as nondestructive testing and finishing services performed by outside subcontractors, i.e., plating services, chemical conversions, painting,etc.

B. REQUIREMENTS

1. F.S.N., will subcontract only to vendors which most often appear on the currently approved lists.

2. When required by the purchase order, only procurement directed sources shall be used.

3. When by previous agreement between F.S.N. and the customer a contract requires approval by F.S.N. of a specific source, F.S.N., will survey the prospective vendor to determine adequacy of capabilities and specification compliance. Criteria for evaluation shall be the applicable specification.

4. Finishing vendors are required fo furnish copies of laboratory test results as may be required by the applicable specification governing certification of vendors.



TAB C-5 4 OF 73

7.0 RECORDS AND DOCUMENTS

7.1 INSPECTION RECORDS

A. GENERAL

1. Departments affected

a. Inspection

b. Manufacturing

c. Methods

2. Purpose

a. To describe in general the records and foremats used by inspection to control manufacturing processes and flow of materials.

B. DESCRIPTION

1. Inspection report

The inspection report (appendix Exibit 10.4. 2.) is designed to combine the reporting functions of inspection.

Inspection reports are used to record all receiving and final inspection activity and also to report discrepancies whenever found. In the case of discrepant material, the inspection report also serves as a record of MRB and/or PMR transactions.

2. Discrepant material report.

The rejection notice (appendix Exibit 10.4. 3.) is used to notify inspection and sales whenever rejected material is received from the customer.

3. Gage calibration cards (Instrument Control)

The gage calibration cards (Appendix Exhibit 10.2.1) are used to record all gage maintenance and calibration activity.

4. Accepted materials inentification.

The accepted materials stamp (Appendix Exhibit 10.6.1) is used to indicate acceptance status.

5. Identification (hold)

The MRS stamp (Appendix Exhibit 10.6.1) is used to indicate "hold" status.

6. Rework identification

The rework identification stamp (Appendix Exhibit 10.6.1) is used to indicate "rework" status on materials so dispositioned by material review.

7. Rejection

The rejection identification stamp (Appendix Exhibit 10.6.1) is used to identify materials dispositioned as scrap by material review.

8. Lot traveler

The accepted parts ticket (Appendix Exhibit 10.5.1) is used to authorize movement of parts into stock or shipment to the customer. In addition it is used to report in process inspection operation.

## 8.0 DRAWING CHARGES AND CONTROL

### 8.1 DRAWING AND CHANGES

A. GENERAL

1. Departments affected

   a. All

2. Purpose

   a. To define the methods used by F.S.N., to control the use of drawings, Such controls shall be as defined herein and will be policed by Inspection to assure that only drawings which are to the proper revision are used in the production of contract materials..

B. PROCEDURE

1. It shell be the policy of F.S.N., to have no more than <u>one</u> copy of the drawing in use by production at any time except under the direct surveillance of Quality Control.
2. Operation sheets will reflect the revision level of the purchase order. The drawing on the floor must reflect the revision level stipulated by the operation sheet.
3. When changes to the revision level shown by the contract are received for implementation and points of effectivity are determined, the operation sheet is changed to reflect the changes and new drawings are issued to production. Inspection is charged with the responsibility of policing proper implementation of changes and compliance to specifications.
4. When changes are in the form of preliminary change, notices, or advance information, the drawings shall be <u>red lined</u> and checked against change notices at <u>an Engineering</u> level. All red line changes must show authorized signatures and will be issued and policed as per para. No. 3.
5. Drawing changes to vendor shall be made by amendment to the purchase order.



TAB C-57 OF 73

b.

## 9.0 PURCHASING PROCEDURE

### 9.1 Purchase Order Form

All purchased materials shall be specified by means of written purchase order forms, sequentially numbered.

The Quality Control Department will review Purchase Orders for all Quality Clauses-TO be imposed on Vendors. (To meet customer spec)

Copies shall be issued to Receiving, Inspection and Accounting department.

### 9.2 Purchase Order Records

A permanent file of all purchase orders shall be kept by the Purchasing Department.

### 9.3

When Government Inspection is required, a statement shall be added to purchase order forms as follows:

"Government Inspection is required prior to shipment from your plant. Upon receipt of this order, promptly notify the Government Representative who normally services your plant so that appropriate planning for Government Inspection can be accomplished."

### 9.4 Purchasing Documents

When copies of the purchase order are to be furnished to the Government Representative at the vendor's facility, the following statement shall be added to the purchase order:

"On receipt of this order, promptly furnish a copy to the Government Representative who normally services your plant or, if none, to the nearest Army, Navy, Air Force or Defense Supply Agency Inspection Office. In the event the representative or office cannot be located, our purchasing agent shall be notified immediately."

### 9.6 Required Purchasing Information

The required Purchasing Information shall include but shall not be limited to the following, where applicable:

9.6.1 Work order number

58

9.6.2 Prime or sub-contract number

9.6.3 Material purchased

- 9.6.3.1 Item name
- 9.6.3.2 Drawing or Specification number including Revision status
- 9.6.3.3 Quantity

9.6.4 Delivery required

9.6.5 Vendor's name

9.6.6 Vendor's address

9.6.7 Notice of requirement for Government Source Inspection

9.6.8 Tooling Information

9.6.9 Packaging Instructions

9.6.10 Shipping Instructions

9.6.11 Requirement for Certificate of Compliance

9.6.12 DO rating