# FREQUENCY SELECTIVE NETWORKS INC.

## QUALITY CONTROL ORGANIZATION CHART




EXHIBIT- 10.1.2

FREQUENCY SELECTIVE NETWORKS, INC.

QUALITY CONTROL

1. FLOW CHART




2. INSPECTION PERSONAL

| STATION NO. | AREA |
|---|---|
| 1 | Q.C. MANAGER |
| 2 | INCOMING - MECH |
| 3 | INCOMING - COMP |
| 4 | PROD - ASSY |
| 5 | FINISHING |

EXHIBIT - 10.1.3

Q.C. MANAGER
LEONARD TARGOVE
Leonard Targove

# CALIBRATION TAGS

EXHIBIT 10.2.3
REV-C

| TAG COLOR | |
|---|---|
| ORANGE | CAL DUE<br>CALIBRATION DUE |
| RED | DO NOT USE<br>OUT OF CALIBRATION |
| YELLOW | NCI<br>NON CALIBRATED<br>INSTRUMENT |
| GREEN | FOR REFERENCE ONLY |

# REQUEST FOR ENGINEERING CHANGE

10.3.1(

PAGE___OF___

DRAWING NO.________________ REV_____

REC NO.__________

DATE__________

DESCRIPTION OF CHANGE REQUESTED

REASON FOR REQUEST

REQ'D BY________ DATE______

APP'D BY________ DATE______

ACC'D BY________ DATE______

NC'D BY________ DATE______

ECN NO.__________

REMARKS

AFFECTS PURCHASING YES ☐ NO ☐

AFFECTS CURRENT PRODUCTION YES ☐ NO. ☐

DISPOSITION OF MATERIAL ON HAND NOT APPLICABLE ☐ REWORK ☐ SCRAP ☐ OTHER________

DRAWINGS AFFECTED

TAB C- 63 OF 78

# ENGINEERING CHANGE NOTICE

PAGE ___ OF ___

DRAWING NO ______________ FROM REV _____ TO REV _____ ECN NO ______________

DATE ______________

CHANGE

| FROM |
|---|
| |

| TO |
|---|
| |

REASON FOR CHANGE

REC NO ______________

EFFECTS WORK IN PROCESS YES ☐ NO ☐

ENGNEER ______________ DATE ______

EXHIBIT-10.3.2

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT - 10.4.1
REV- C

Part Name

Vendor

A.Q.L.

INSP. PROCESS

Part No.

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | | | | | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

VENDOR- DISCREPANT MATERIAL REPORT- LOG SHEET

| DMR NO. | VENDOR | ITEM | PART NO. | P. O. NO. | PROB. | DATE SENT | PROM DATE | PROM DATE | DATE RETN | COMP |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

EXHIBIT 10.4.2 REV-C

EXHIBIT- 10.4.3

# DISCREPANT MATERIAL REPORT

PAGE__ OF_

PO ____________________

VENDOR ________________________________________

DMR NO ____________________

PART NO ________________ REV_

DESCRIPTION ____________________

| QUANTITY RECEIVED | QUANTITY REJECTED | DISCREPANCY | VALUE UNIT | VALUE TOTAL |
|---|---|---|---|---|
| | | | | |

INSPECTOR ________________

DATE ________________

COMMENTS

ED ACTION

RETURN TO VENDOR ☐

VIA ________________

INIT_______ DATE _______

FOR CREDIT ☐

REPLACEMENT AT VENDOR'S COST ☐

REPLACEMENT AT FSN INC'S COST ☐

PREPAID ☐

COLLECT ☐

ACCEPT AS IS ☐

REWORK ☐

SCRAP ☐

OTHER ________________

COMMENTS

TAB C- 67 OF 73

FSN
FREQUENCY SELECTIVE NETWORKS, INC.

# QUALITY ASSURANCE

F.A.R. NO. ____________

MANUFACTURED FOR ____________
PART NO. ____________ P.O. ____________
F.S.N. MODEL NO. ____________ SER. NO. ____________ P.O. ____________
DMR NO. ____________ DR NO. ____________

## FAILURE ANALYSIS REPORT
## CORRECTIVE ACTION

1. WHAT CAUSED THE DEFECT(S)?

2. ACTION TAKEN TO CORRECT DEFECT(S)

3. ACTION TAKEN TO PREVENT FUTURE RECURRENCES

SIGNATURE ____________ TITLE ____________ DATE ____________

TAB C - 68 OF 73

FSN
[F]REQUENCY SELECTIVE NETWORKS, INC.

REV C
EXHIBIT 10.4.5

# CORRECTIVE ACTION REQUEST (CAR)

CAR #

ISSUE DATE:

PURCHASE ORDER #

PART NUMBER:

REV:

PART NAME:

—PLEASE USE BLACK INK—

[...]EMENT:

DEFECT:

WHAT CAUSED DEFECT:

WHAT ACTION HAS BEEN TAKEN TO CORRECT DEFECT:

WHAT ACTION HAS BEEN TAKEN TO PREVENT RECURRENCE:

SIGNATURE

TITLE

DATE

IT IS REQUESTED THAT A REPLY AS TO CORRECTIVE ACTION TAKEN, BE SUBMITTED PRIOR TO ____
IN THE EVENT CORRECTIVE ACTION CANNOT BE FINALIZED BY THAT DATE. REQUEST DATE CORRECTIVE ACTION SHALL BE FINALIZED.

SIGNATURE OF REQUESTOR

CAUSE AND CORRECTIVE ACTION ACCEPTED:

[IN]FORMATION COPIES TO:

VOAR DATE:

.5.1

TAB C- 69 OF 73

MANUFACTURING TRAVEL CARD

Lot # M________ Part #________

Customer________ P/O #________

Date Start________ Target Date________

| Operation | Qty In | Date | Process | Qty Out | Date | Sign |
|---|---|---|---|---|---|---|
| Select. Mat. | | | | | | |
| Assembly 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| Test 1 | | | | | | |
| Assembly 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| Test 2 | | | | | | |

Notes:

| Operation | Qty In | Date | Process | Qty Out | Date | Sign |
|---|---|---|---|---|---|---|
| Seal | | | | | | |
| Potting | | | | | | |
| Seal/Leak | | | | | | |
| Test 3 | | | | | | |
| Paint | | | | | | |
| Stamp | | | | | | |
| Q. C. | | | | | | |
| Ship | | | | | | |

Notes:

EXHIBIT - 10.5.1

TAB C-70 OF 73

## COIL TRAVEL CARD

Lot # ____________ Part # ____________

Customer ____________ P/O # ____________

Date Start ____________ Target Date ____________

| Operation | Qty In | Date | Process | Qty Out | Date | Sig. |
|---|---|---|---|---|---|---|
| Select Mat. | | | | | | |
| Winding | | | | | | |
| Inspection | | | | | | |
| Temp. Cond. | | | | | | |
| Storage Cond. | | | | | | |
| Adjustment | | | | | | |
| Dress / Assemble | | | | | | |
| Winding | | | | | | |
| Temp. Cond. | | | | | | |
| Storage Cond. | | | | | | |
| Adjustment | | | | | | |
| Dress | | | | | | |
| Stock | | | | | | |

Notes:

EXHIBIT - 10.5.2
REV C

# INSPECTION STAMPS




NUMBERS 1,2,3,4, AND 5 (ALL STAMPS)

| STAMP NO. | AUTHORIZED PERSONAL |
|---|---|
| 1 | QC MGR. |
| 2-3 | INCOMING INSP. |
| 4-5 | PROD INSP. |

NUMBERS 1,2,3,4,5 IDENTIFYING QC STATION.
STAMPS SHOWN ARE ON TWO TO ONE SCALE.




ACTUAL SIZE

# INSPECTION TAGS

EXHIBIT 10.12.2
REV. C

TAG COLORS
GREEN

ORANGE

RED

YELLOW

