# TAB
# F

# FREQUENCY SELECTIVE NETWORKS, INC.

55-72 61ST Street • Maspeth, NY 11378
Tel: 718-424-7500 • Fax: 718-424-3790

DSCC

Subject: Category II Data E

Frequency Selective Networks, Inc. certifies that we are on possession or have access to all documentation required to manufacture the circuit card. A copy of Raytheon drawing 1690533 Rev. C is enclosed under category "G".

**Frequency Selective Networks, Inc.**

Signature

Michael L. Izzolo, V.P. Sales

TAB F- 1 OF 2

55-72 61ST STREET
MASPETH, NY 11378
TELEPHONE (718) 424-7500
FAX (718) 424-3790

# Frequency Selective Networks, Inc.

Frequency Selective Networks, Inc. will certify to the following:

Frequency Selective Networks, Inc. Part Number 1690533 IAW RAYTHEON 1690533 REV. C is manufactured in accordance with the above mentioned drawing. The Frequency Selective Networks, Inc. part is equal in fit, form, and function (except as noted below) to the controlling document. Frequency Selective Networks, Inc. further certifies that the exceptions noted below will not affect the interchangeability per Mil-Std-280A, Paragraph 3.2.1.

All warranties and guarantees are hereby extended to this part as is to all of Frequency Selective Networks, Inc. product line.

**EXCEPTIONS:**

Frequency Selective Networks, Inc.

[signature]
Signature

MICHAEL L. IZZOLO/V.P. SALES
Name and Title

JUNE 22, 2005
Date

TAB F - 2 OF 2