# TAB
# G

5 4 3 2 1

| AUTHORITY | ZONE | REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|---|
| DDT 25596 | / | A | REV PER ECP 1268-0134, NOR 22915 | 83/12/27 | [illegible] |
| DDT 37865 | / | B | REV PER ECP 1423-0134 NOR 35847 | 86/04/30 | [illegible] |
| DDT 63962 | / | C | REV PER ECP 030-T037 NOR 67441 | [illegible] | [illegible] |

H G F E D C B A




SECTION A-A
4 PLACES
J1, J2, J5 & J6
SCALE 2/1




VIEW B-B
2 PLACES, J3 & J4
SCALE 2/1

KEYING GUIDE

| SLOT NUMBER | "A" BUSHING (PIN 1) | "B" BUSHING (PIN 50) |
|---|---|---|
| A3-01 | ⊘ | ⊖ |
| A3-02 | SPARE | SPARE |
| A3-03 | ○ | ⊘ |
| A3-04 | SPARE | SPARE |
| A3-05 | ○ | ○ |
| A3-06 | SPARE | SPARE |
| A3-07 | ○ | ⊖ |
| A3-08 | SPARE | SPARE |
| A3-09 | C | ⊘ |
| A3-10 | ○ | ⊘ |

KEY ORIENTATION




SEE SEPARATE PARTS LIST
FOR GENERAL NOTES
& REQD ITEMS

BUS BAR LOCATION CHART

| BUS BAR | SLOT | PINS |
|---|---|---|
| A3-W1 | 1 THRU 10 | 1 & 51 |
| A3-W2 | 1 THRU 10 | 2 & 52 |
| A3-W3 | 1 THRU 10 | 10 & 60 |
| A3-W4 | 1 THRU 10 | 48 & 98 |

ATTENTION
STATIC SENSITIVE DEVICE
HANDLING PRECAUTIONS REQUIRED

UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCHES & PER ANSI Y14.5
.XXX ±.010 .XX ±.03 ANGLES ±.5°
MATERIAL

CONTRACT: DAAK20-81-C-0134

HUGHES — HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA

PIN PLATE ASSEMBLY

SIZE E | FSCM NO 05869 | DWG NO 1690533 | REV C
SCALE 1/1 | SHEET

14-28-23 2 LEVEL 2/II

TAB 6 - 1 OF 147




BUS BAR LOCATION

| BUS BAR | SLOT |
|---|---|
| A3-W1 | 1 THRU 10 |
| A3-W2 | 1 THRU 10 |
| A3-W3 | 1 THRU 10 |
| A3-W4 | 1 THRU 10 |

TAB 6 - 2 OF 147

1643137 DWG NO — HS — REV D

| AUTHORITY | LTR | DESCRIPTION | DATE | APPROVED |
| --- | --- | --- | --- | --- |
| DDT 71061 | / | REL FOR PROD | / | / |
| DDT 96449 | A | REV PER ECP 871-0134, NOR 96865 INCLUDING EO-1. | 84-06-21 | [illegible] |
| DDT 18408 | B | INC NOR 10213 B PER ECP 1010-0134 R1 AND NOR 12623 PER ECP 1149-0134 | 8/05/21 | [illegible] |
| [illegible] 502.48 | C | [illegible] 1282-0134, NOR 26628 | [illegible] | [illegible] |
| DDT 74260 | D | REV PER ECP 1746-0134 NOR 70894 | 88/07/29 | [illegible] |




REV D SH — DWG NO 1643137

SEE SEPARATE PARTS LIST

| | | | |
| --- | --- | --- | --- |
| UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCHES AND PER ANSI Y14.5; XXX ±.010, XX ±.03, ANGLES ±0.5° | CONTRACT: CONTRACT NO. DAAB07-78-C-0883 | HUGHES | HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA |
| MATERIAL | DR [signature] DATE 5-16-77; CHK [signature] 1 Jul 77 | PLATE, PIN | |
| | APPD [signature] 7-14-77 | SIZE D; FSCM NO 05869; DWG NO 1643137 | REV D |
| | | SCALE 1/1 | SHEET — |

14-53-30 FORM 3

TAB 6 - 3 OF 147

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY ACTION. THIS DOCUMENT IS UNDER CONFIGURATION CONTROL BY THE U.S. ARMY COMMUNICATIONS-ELECTRONICS COMMAND, FT MON., N.J. FROM [illegible], AND SHALL NOT BE REVISED WITHOUT APPROVAL




FRONT

~~NOTES: UNLESS OTHERWISE SPECIFIED~~
~~1. FABRICATE PER 780369-1~~
~~2. FOR ARTMASTER SEE 1643217~~
~~3. REF DES ARE FOR REF ONLY~~



TAB 6 - 4 OF 147

COPYRIGHT 1996 HUGHES AIRCRAFT COMPANY
FULLERTON CALIFORNIA
UNPUBLISHED WORK-ALL RIGHTS RESERVED

N00024-93-C-5203

# Engineering Release/Change (ER/C)

☐ RELEASE TRANSMITTAL ☐ PARTIAL ☐ EXPEDITE ☒ EO ☐ DCN

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RELEASE: ☒ STANDARD ☐ SOFTWARE ☐ INTERIM ☐ PRE-REL ☐ DEV | PROJECT CODE: AN/UYQ-FY95 | CONTRACT NO: N00024-96-C-5167 | | PREPARER: GARY SCHMALFELD | ORG CODE: 72-51-10 | DATE: 11/15/96 | ENGR REL / CHANGE ID NO.: 22212 | ISSUE | SHEET 1 OF 1 |
| | ECP NO. ETC. | ORIGINATOR: HARRY GREWAL | ORG CODE: 72-51-10 / DATE: 11/15/96 | REA / LAB RE.: MAHENDRA GANDHI | 72-53-10 | 11/25/96 | CMA | ORG CODE | DATE |
| | RDW NO. | SUPERVISOR: GREG SONSINI | 72-51-10 / 11/15/96 | MFG PE | | | CHECK: CRAIG CHRYSLE | 72-53-10 | 11/25/96 |
| CLASSIFICATION: ☐ CLASS I ☒ CLASS II | EFFECTIVITY CODE: ☐ M ☒ — ☐ C ☐ R | DISPOSITION: ☑ APPROVED ☐ REJECTED ☐ DEFERRED | CCB: [signature] DATE: 12/2/96 | ILS | | | PL MAINTENANCE | | |
| | | | | QA: [signature] | 58-TV-10 | 11/26/96 | CCB CHAIRPERSON: [signature] | 58/F71/10 | 12/2/96 |

ENTER PROBLEM / REASON AND DESCP OF CHANGE BELOW (USE CONT SH(S) IF REQD)

| ISSUE | SEQ NO. | CAGEC | DOCUMENT NO / TITLE / NOR NO. | REV | NO. | CONTROL ITEM EFFECTIVITY DRAWING NO. | MSN | CONFIGURATION ITEM EFFECTIVITY DRAWING NO. | MSN | SERIAL NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 05869 | 780369 BACK PLANE ASSY | F | 1 | | | | | |

REASON: RE-DEFINE CONTACT POST ORIENTATION REQUIREMENTS.

SHEET 8: REVISE PARAGRAPH 3.4.2.

**IS**

3.4.2 Contact post orientation. Unless otherwise specified in applicable documents, The maximum angular misalignment shall be ± 5 degrees (see Figure 3).

**WAS**

3.4.2 Contact post orientation. Unless otherwise specified in applicable documents, shear surface shall not be used for contact with the mating connector contact. The maximum angular misalignment shall be ± 5 degrees (see Figure 3).

DISTRIBUTION STATEMENT D: DISTRIBUTION AUTHORIZED TO DOD AND DOD CONTRACTORS ONLY. "FOR OFFICIAL ADMINISTRATIVE OR OPERATIONAL PURPOSES ONLY" 16 MARCH 1990; OTHER REQUESTS FOR THIS DOCUMENT SHALL BE REFERRED TO: NAVAL SEA SYSTEMS COMMAND CODE NAVSEA 91W521, 2531 JEFFERSON DAVIS HIGHWAY, ARLINGTON, VA 22242-5160

STANDARD RELEASE

| FIND NO. | ADD | DELETE | QTY REQD | DWG NOTE | CAGEC | PART NUMBER | DESCRIPTION | SPECIFICATION OR REFERENCE | FROM REF DESIGNATION | THRU | PL NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

20424 GS 10/94 FACSIMILE

N00024-87-C-5184

# GROUND SYSTEMS PROCESS SPECIFICATION

| APPROVED - MATERIALS & PROCESSES | HUGHES AIRCRAFT COMPANY GROUND SYSTEMS GROUP FULLERTON, CALIF. 92634 FSCM 05869 | 780369 | REV F | PAGE 1 OF 26 |
|---|---|---|---|---|
| APPROVED: Ronald J Oubre | | ISSUE DATE 77-06-28 | REV DATE 87-11-24 | |
| APPROVED: LJ Quintana | | PREPARED BY: LJ Quintana | | |

## BACKPLANE ASSEMBLY

1. SCOPE

1.1 Scope. This specification establishes the in-process design and end-product performance requirements for backplane assemblies utilizing feed-through type contact posts inserted mechanically into plated-through holes on backplane printed wiring boards (PWBs) without soldering. The backplane assemblies are designed primarily for use in interfacing with PWB (daughter) assemblies on one side and in accommodating solderless wrap-type terminations conforming to MIL-STD-1130 on the other side.

1.2 Classification. Backplane assemblies covered under this specification are classified according to the kind of compliant contacts used, as follows:

TABLE I. Classification.

| Dash Number | Backplane Assembly Type |
|---|---|
| 780369-1 | Type I Backplane assembly with compliant tuning-fork feed-through contacts mating with connectors conforming to 720840. |
| 780369-2 | Type II Backplane assembly with compliant feed-through contacts mating with connectors that meet the performance requirements of 713386. |

2. APPLICABLE DOCUMENTS

2.1 Government documents.

2.1.1 Specifications and standards. Unless otherwise specified, the following specifications and standards, of the latest issue listed in that issue of the Department of Defense Index of Specifications and Standards (DoDISS) specified in the solicitation, form a part of this specification to the extent specified herein.

SPECIFICATIONS

Federal

QQ-S-571 - Solder, Tin Alloy, Tin-Lead Alloy; and Lead Alloy

P0369F:HWN

2.1.1 (continued)

Military

MIL-P-13949/4 - Plastic Sheet, Laminated, Metal Clad (for Printed Wiring Boards), Base Material GF, Glass Base, Epoxy Resin, Flame Retardant, Copper-Clad

MIL-C-14550 - Copper Plating (Electrodeposited)

MIL-P-55110 - Printed Wiring Boards

STANDARDS

Military

MIL-STD-105 - Sampling Procedures and Tables for Inspection by Attributes

MIL-STD-202 - Test Methods for Electronic and Electrical Component Parts

MIL-STD-275 - Printed Wiring for Electronic Equipment

MIL-STD-1130 - Connection, Electrical, Solderless Wrapped

MIL-STD-1344 - Test Methods for Electrical Connectors

2.1.2 <u>Other Government documents, drawings, and publications</u>. The following other Government documents form a part of this specification to the extent specified herein.

U.S. ARMY ELECTRONICS RESEARCH AND DEVELOPMENT COMMAND

C5001042 - Housing, Connector

(Copies of specifications, standards, documents, drawings, and publications required by manufacturers in connection with specific acquisition functions should be obtained from the contracting activity or as directed by the contracting officer.)

2.2 Other publications. The following documents form a part of this specification to the extent specified herein.

HUGHES AIRCRAFT COMPANY (GSG)

712156 - Contact, Electrical

712162 - Contact, Electrical

713386 - Connector and Connector Assembly (Printed Wiring), General Specification for

720840 - Connector, Plug, Electrical, PCB

721513 - Spacer-guide

780128 - Coatings, Conformal, for Electronic Assemblies, Application of

P-63 - Packaging Specification

(Applications for copies of GSG publications should be addressed to the Hughes Aircraft Company, P.O. Box 3310, Fullerton, CA 92634.)

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

ASTM B 487 - Metal and Oxide Coating Thicknesses by Microscopical Examination of a Cross Section

(Application for copies of ASTM publications should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia, PA, 19103.)

INSTITUTE FOR INTERCONNECTING AND PACKAGING ELECTRONIC CIRCUITS (IPC)

IPC-TM-650 - Test Methods Manual

(Application for copies of IPC publications should be addressed to the Institute for Interconnecting and Packaging Electronic Circuits, 3451 Church Street, Evanston, IL 60203.)

3. REQUIREMENTS

3.1 Safety precautions. Applicable Health and Safety regulations and guidelines, as established by Hughes Aircraft Company (GSG), shall be followed.

3.2 General. The backplane assembly shall consist of a PWB with applicable circuitry, compliant feed-through contacts, and individual connector housings. The contact-to-PWB junction is designed to maintain electrical and mechanical integrity and reliability throughout the life of the assembly, without soldering.

3.2.1 780369-1 (Type I) backplane assembly (see Figure 1). Contacts conforming to 712156 are inserted from the connector side and are designed to mate with connectors conforming to 720840. The 712156-2 contacts shall be oriented and installed so that the long dimension at the top of the contact is parallel to the long dimension of the C5001042 housing (see Figure 1a).

3.2.2 780369-2 (Type II) backplane assembly (see Figure 2). Contacts conforming to 712162 are inserted from either the wiring side or the connector side and are designed to mate with connectors conforming to 713386-2.

3.3 Backplane design.

3.3.1 General. Detail mechanical design shall be in accordance with engineering drawings. Printed wiring shall meet the requirements of MIL-STD-275 and as specified herein.

3.3.2 Material. Unless otherwise specified in applicable documents, backplane material shall be copper clad laminated plastic sheet in accordance with MIL-P-13949/4 (GF-125).

3.3.3 Plated-through hole configuration. All holes through which contact posts are inserted shall be in accordance with the detail configurations in Table II.

TABLE II. Plated-through Hole Configurations.

| Characteristic | Thickness 1/ | Diameter 1/ |
|---|---|---|
| Drill diameter | - | 0.0453 ± 0.0010 |
| Copper plating | 0.0012 min. | 0.040 ± 0.002 |
| Tin-lead coating or Solder coating | 0.0003 min. | 0.040 + 0.002 - 0.003 |
| Pad size | - | 0.062 min. |

1/ Dimensions in inches.

3.3.4 Plating. Unless otherwise specified in applicable documents, the backplane shall be coated with solder conforming to QQ-S-571 or tin-lead plated and fused in accordance with MIL-P-55110. When tested as specified in 4.7.19, the plating thicknesses shall meet the requirements of Table II and the plating quality shall be in accordance with the requirements of MIL-P-55110. For 712156-1 and 712156-2 contacts, exposed parent material is acceptable after removal of the carrier.

| HUGHES AIRCRAFT CO. FULLERTON, CALIFORNIA | GROUND SYSTEMS PROCESS SPECIFICATION | 780369 | REV F | PAGE 5 |
|---|---|---|---|---|




Note: Dimensions in inches.

FIGURE 1 - Typical 780369-1 (Type I) Backplane Assembly



TAB 6 - 10 OF 147




FIGURE 1a - Orientation of Installed 712156-2 Contacts

N00024-87-C-5184

| HUGHES AIRCRAFT CO. FULLERTON, CALIFORNIA | GROUND SYSTEMS PROCESS SPECIFICATION | 780369 | REV F | PAGE 7 |
|---|---|---|---|---|




Section A-A




Note: Dimensions in inches.

FIGURE 2 - Typical 780369-2 (Type II) Backplane Assembly



TAB 6-12 OF 147

3.3.5 <u>Conformal coating</u>. Unless otherwise specified in applicable documents, the backplane shall be conformally coated in accordance with 780128-4 prior to insertion of the contacts.

3.4 <u>Assembly requirements</u>.

3.4.1 <u>Hole location</u>. Unless otherwise specified in applicable documents, holes for all feed-through contact posts shall be located within 0.016 inch diameter of true position to datum specifed on drawing.

3.4.2 <u>Contact post orientation</u>. Unless otherwise specified in applicable documents, shear surfaces shall not be used for contact with the mating connector contact. The maximum angular misalignment shall be ± 5 degrees (see Figure 3).

3.4.3 <u>Contact post height</u>. The contact post height from the board surface shall be as specified in Figure 4 and Table III.

3.4.4 <u>Contact post location</u>. Unless otherwise specified in applicable documents, the contact post tip location shall be as specified in Figure 5.

TABLE III. <u>Contact Post Height</u> (see Figure 4).

| Backplane Type | Contact | Contact Loading Direction from | A Dim. 1/ ± 0.010 | B Dim. 1/ + 0.010 - 0.000 |
|---|---|---|---|---|
| Type I | 712156 | Connector side | 0.687 | - |
| Type II | 712162 | Wiring side | 0.578 | - |
| | | Connector side | - | 0.415 |

1/ Dimensions in inches.

3.4.5 <u>Solder wicking on contacts</u>. When inspected in accordance with 4.7.1, solder wicking on contacts shall be acceptable provided the imperfection meets the following conditions:

a. The solder wicking shall not exceed 0.030 inch from the board surface (see Figure 6).

b. The assembly passes the test requirements specified in 4.7.20.

| HUGHES AIRCRAFT CO. FULLERTON, CALIFORNIA | GROUND SYSTEMS PROCESS SPECIFICATION | 780369 | REV F | PAGE 9 |
|---|---|---|---|---|




FIGURE 3 - Contact Post Orientation




Note: Dimensions in inches.

FIGURE 4 - Contact Post Height




Note: Dimensions in inches.

FIGURE 5 - Contact Post Location




FIGURE 6 - Solder Wicking on Contacts



TAB 6 - 15 OF 147

3.4.6 <u>Conformal coat and solder pushout due to contact pin insertion</u>.

3.4.6.1 <u>Conformal coat pushout</u>. When inspected in accordance with 4.7.1, conformal coat pushout shall be acceptable providing the imperfection meets the following conditions:

a. The conformal coat material is attached to the through hole and/or pin.

b. The conformal coat pushout condition does not occur on more than 10 percent of the total number of pins.

c. The conformal coat pushout material does not protrude more than 0.03 inch from surface of the terminal pad.

3.4.6.2 <u>Solder pushout due to contact pin insertion</u>. When inspected in accordance with 4.7.1, solder pushout due to contact insertion shall be acceptable provided the imperfection meets the following conditions:

a. The solder pushout height shall not exceed 0.01 inch from the terminal pad surface and does not overhang the pad edge. The solder pushout shall be attached firmly.

b. The assembly passes the test requirements specified in 4.7.20.

3.4.7 <u>Surface and subsurface imperfections</u>. When inspected in accordance with 4.7.1, surface and subsurface imperfections are acceptable providing they meet the following conditions:

3.4.7.1 <u>Surface imperfections</u>.

3.4.7.1.1 <u>Scratches, pits, and dents</u>.

a. The laminate fiber shall not be cut, disturbed, or exposed.

b. The imperfection does not bridge between conductors (the weave texture may bridge conductors.)

c. The dielectric spacing between the imperfection and a conductor shall not be less than 0.005 inch.

3.4.7.1.2 <u>Weave exposure (exposed fibers)</u>. There shall be no visible defect (weave exposure). (Weave exposure is a surface condition in which the fabric is exposed, i.e., locally devoid of resin; it usually occurs because of chemical or mechanical abrasion.)

3.4.7.2 Subsurface imperfections.

3.4.7.2.1 Blistering and delamination. Any blistering or delamination, regardless of size or location, shall not be acceptable.

3.4.7.2.2 Measling/crazing (other than caused by contact pin insertion) - shall be acceptable if any of the following conditions exist:

a. Measling/crazing bridges less than 50 percent of the distance between electrically uncommon plated-through holes.

b. Measling/crazing bridges electrically common plated-through holes.

c. The total measling/crazing area does not exceed a density of 5 percent (estimated over a one-square-inch area).

3.4.7.2.3 Crazing (caused by contact pin insertion) - shall be acceptable if any of the following conditions exist:

a. Crazing does not exhibit evidence of surface fracture.

b. Crazing does not occur on more than one percent or fifty of the plated-through holes, whichever number is smaller.

c. Crazing does not extend more than 0.02 inch beyond the edge of the pad.

d. Crazing does not reduce the minimum conductor spacing to less than that specified on the applicable engineering drawing.

3.5 Performance requirements.

3.5.1 Contact retention. When the backplane assembly is tested in accordance with 4.7.2, there shall be no axial movement between the contact post and the backplane junction.

3.5.2 Contact resistance. When contact resistance is determined in accordance with 4.7.3, the voltage drop shall not exceed the values specified in Table IV.