N00024-87-C-5184

| HUGHES AIRCRAFT CO. FULLERTON, CALIFORNIA | GROUND SYSTEMS PROCESS SPECIFICATION | 780369 | REV F | PAGE 13 |
|---|---|---|---|---|

TABLE IV. Contact Resistance.

| Point of Measurement | Potential Drop, mv max. |
|---|---|
| Mated contact | 20 |
| Contact to backplane | 3 |

3.5.3 Individual contact engagement and separation forces. When determined in accordance with 4.7.4, the individual contact and engagement forces shall be as follows:

| | Engagement Force | Separation Force |
|---|---|---|
| 780369-1 (Type I) | 8.0 oz max. | 2.0 oz min. |

3.5.4 Connector mating force. When determined in accordance with 4.7.5, the connector mating force shall be as specified in Table V.

TABLE V. Connector Mating Force.

| Dash Number | Number of Contacts | Connector Mating Force, lb max. |
|---|---|---|
| 780369-1 (Type I) | 40 | 20 |
| | 100 | 50 |
| | 80 | 40 |

3.5.5 Low level (dry circuit). When the backplane assembly is tested for low level (dry circuit) characteristics in accordance with 4.7.6, the voltage drop shall not exceed the values specified in Table IV.

3.5.6 Wrap post torque. When tested in accordance with 4.7.7, the contact post (as installed) shall withstand a torque of 2 oz-in without permanent rotational displacement from the original position.

3.5.7 Connector housing retention force. When tested in accordance with 4.7.8, the connector housing shall withstand a retention force of 40 pounds without loosening or becoming disengaged from the contact posts or board backplane.

3.5.8 Insulation resistance. When measured in accordance with 4.7.9, the insulation resistance shall be not less than 1 x $10^{9}$ ohms before humidity conditioning and not less than 5 x $10^{8}$ ohms immediately after humidity conditioning.

3.5.9 Dielectric withstanding voltage. When the assembly is tested for dielectric withstanding voltage in accordance with 4.7.10, there shall be no evidence of arcing, breakdown, or other damages.

3.5.10 Current overload. When the assembly is subjected to current overload in accordance with 4.7.11, the contact plated surface shall not peel or discolor, and the contacts shall conform to the requirements of 3.5.2.

3.5.11 Maintenance aging. When subjected to maintenance aging in accordance with 4.7.12, the contact post shall meet the requirements of 3.5.1.

3.5.12 Durability. When mated connectors are tested in accordance with 4.7.13, there shall be no evidence of damage or exposure of base plating or base metal. The contacts shall meet the requirements of 3.5.2 and 3.5.3.

3.5.13 Thermal shock. When subjected to thermal shock in accordance with 4.7.14, the assembly shall exhibit no evidence of cracking, fracture, delamination, or loosening of parts. After the test, the contacts shall be able to meet the requirements of 3.5.1 and 3.5.2.

3.5.14 Salt spray. When the assembly is tested for salt spray resistance in accordance with 4.7.15, there shall be no evidence of corrosion detrimental to the operation of the connector. After the test, the contacts shall be able to meet the requirements of 3.5.2.

3.5.15 Humidity. When the assembly is tested for humidity resistance in accordance with 4.7.16, there shall be no evidence of delamination or other damage detrimental to the operation of the assembly. After the test, the assembly shall be able to meet the requirements of 3.5.8.

3.5.16 Shock. When the assembly is tested for shock resistance in accordance with 4.7.17, there shall be no evidence of breakage or loosening of parts or loss of electrical continuity lasting longer than 1 microsecond.

3.5.17 Vibration. When the assembly is tested for vibration resistance in accordance with 4.7.18, there shall be no evidence of breakage or loosening of parts or loss of electrical continuity lasting longer than 1 microsecond.

3.5.18 Plated-through hole configuration. When plated-through holes are examined in accordance with 4.7.19, there shall be no evidence of cracks or separation in the copper plating. Furthermore, the hole diameters and plating thicknesses shall be in accordance with the requirements of 3.3.3 and 3.3.4.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract or purchase order, the processor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or purchase order, the processor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein. The contracting activity reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Classification of inspection. The inspection of backplane assemblies shall be classified as follows:

a. Materials inspection.

b. Design evaluation inspection.

c. Quality conformance inspection.

4.3 Materials inspection. Materials inspection shall consist of certification, supported by verifying data, that the materials listed in Table VI used in the fabrication of backplane assemblies are in accordance with the applicable referenced specifications.

TABLE VI. Materials Inspection.

| Material | Requirement Paragraph | Applicable Specifications |
|---|---|---|
| Backplane | 3.3.2 | MIL-P-13949/4 |
| Copper plating | 3.3.4 | MIL-C-14550 |
| Tin-lead coating | 3.3.4 | QQ-S-571 |

4.4 Inspection conditions. Unless otherwise specified herein, all inspections shall be performed in accordance with the test conditions specified in the applicable provisions of MIL-STD-202 and MIL-STD-1344.

4.5 Design evaluation inspection. Design evaluation inspection shall consist of the examinations and tests specified in, and performed in the sequence listed in, Table VII. If the backplane assembly is modified later in any way, the modified version shall be subjected to, and shall be required to pass, the same tests listed in Table VII. In such an event, the supplier shall be responsible for the performance of the re-evaluation inspection tests.

4.5.1 Test samples. Three backplane assemblies, each consisting of at least ten 100-position connectors and six mating connector headers, shall be submitted for design evaluation inspection. One connector position on each end and one connector position at the center of each sample backplane assembly shall not be loaded with contacts and housings.

4.5.2 Failures. No failures are allowed throughout the tests and inspections listed in Table VII.

4.5.3 Individual contact tests. Where individual contact tests are specified, no fewer than 20 contacts (or holes) per connector position shall be measured.

4.6 Quality conformance inspection.

4.6.1 Inspection of product for delivery.

4.6.1.1 Inspection lot. An inspection lot shall consist of all backplane assemblies having the same design and part number.

4.6.1.2 Group A inspection. Group A inspection shall consist of the examinations specified in Table VIII.

4.6.1.2.1 Sampling plan. Statistical sampling and inspection shall be in accordance with MIL-STD-105 for special inspection Level S-4. The acceptance quality level (AQL) shall be as specified in Table VIII.

TABLE VIII. Group A Inspection.

| Examination or Test | Requirement | Test Method | AQL | |
|---|---|---|---|---|
| | | | Major | Minor |
| Visual and mechanical | 3.4 | 4.7.1 | 0.65 | 1.0 |

TABLE VII. Design Evaluation Inspection.

| Examination or Test | Requirement | Test Method | Sample No. | Connector Position to Be Inspected |
|---|---|---|---|---|
| Visual and mechanical | 3.2,3.3,3.4 | 4.7.1 | All | All |
| Plated-through hole configuration | 3.3.3 | 4.7.19 | All | 1 |
| Low level (dry circuit) | 3.5.5 | 4.7.6 | All | 2,3 |
| Contact resistance | 3.5.2 | 4.7.3 | All | 2,3 |
| Contact retention | 3.5.1 | 4.7.2 | All | 2,3 |
| Wrap-post torque | 3.5.6 | 4.7.7 | All | 2,3 |
| Individual contact engagement and separation forces | 3.5.3 | 4.7.4 | All | 2,3 |
| Connector housing retention force | 3.5.7 | 4.7.8 | All | 6 |
| Maintenance aging | 3.5.11 | 4.7.12 | All | 4,5 |
| Connector mating force | 3.5.4 | 4.7.5 | All | 4,5 |
| Insulation resistance | 3.5.8 | 4.7.9 | All | 7,8 |
| Dielectric withstanding voltage | 3.5.9 | 4.7.10 | All | 7,8 |
| Current overload | 3.5.10 | 4.7.11 | All | 7,8 |
| Durability | 3.5.12 | 4.7.13 | 1 | 2,3 |
| Salt spray | 3.5.14 | 4.7.15 | 1 | 2,3 |
| Thermal shock | 3.5.13 | 4.7.14 | 2,3 | 2,3,7,8 |
| Humidity | 3.5.15 | 4.7.16 | 2,3 | 2,3,7,8 |
| Shock | 3.5.16 | 4.7.17 | 1 | 2,3 |
| Vibration | 3.5.17 | 4.7.18 | 1 | 2,3 |
| Visual and mechanical | 3.2,3.3,3.4 | 4.7.1 | All | All |

N00024-87-C-5184

4.6.1.3 Group B inspection. Group B inspection shall consist of the examinations and tests specified in Table IX, in the order shown, and shall be performed on samples that have successfully passed the Group A inspection.

4.6.1.3.1 Sampling plan. Statistical sampling and inspection shall be in accordance with MIL-STD-105 for special inspection Level S-3. The acceptable quality level (AQL) shall be as specified in Table IX.

TABLE IX. Group B Inspection.

| Examination or Test | Requirement | Test Method | AQL | |
|---|---|---|---|---|
| | | | Major | Minor |
| Contact resistance | 3.5.2 | 4.7.3 | 0.65 | 1.0 |
| Contact retention | 3.5.1 | 4.7.2 | | |
| Insulation resistance | 3.5.8 | 4.7.9 | | |
| Individual contact engagement and separation forces | 3.5.3 | 4.7.4 | | |

4.6.1.4 Periodic inspection. Periodic inspection shall consist of Group C inspection.

4.6.1.4.1 Group C inspection. Group C inspection shall consist of all examinations and tests specified in Table X, and in the order shown. Group C inspection shall be performed on sample units selected from inspection lots that have successfully passed the Group A and B inspections.

4.6.1.4.2 Sampling plan. One backplane assembly selected from a lot that has passed Group A and B inspections shall be subjected to the Group C inspection.

4.6.1.4.3 Failures. No failures shall be allowed in Group C inspection.

N00024-87-C-5184

TABLE X. Group C Inspection

| Examination or Test | Requirement | Test Method | Number of Connector Positions to Be Tested |
|---|---|---|---|
| Low level (dry circuit) | 3.5.5 | 4.7.6 | 2 |
| Contact resistance | 3.5.2 | 4.7.3 | |
| Thermal shock | 3.5.13 | 4.7.14 | |
| Humidity | 3.5.15 | 4.7.16 | |
| Durability | 3.5.12 | 4.7.13 | |

4.7 Methods of examinations and tests.

4.7.1 Visual and mechanical examination. The backplane assembly shall be examined visually, using 4X magnification to determine that the material, design, construction, physical dimensions, markings, and workmanship are in accordance with the requirements of 3.2, 3.3.1, 3.3.5, and 3.4.

4.7.2 Contact retention. For each backplane assembly being tested, 20 contacts or 0.5 percent of all contacts in the assembly (whichever is the larger number) shall be subjected to the contact retention test. An axial load of not less than 7.5 pounds (dead weight) shall be applied to the contact in the direction opposite to the direction of insertion. All contacts shall meet the requirements of 3.5.1.

4.7.3 Contact resistance. Contact resistance shall be determined in accordance with MIL-STD-202, Method 307, to demonstrate conformance to 3.5.5. The following testing details shall apply:

a. Test condition: 3 amps ± 5 percent.

b. Points of measurements:

1. Mated contacts - in accordance with Figure 7A.

2. Contact to PCB - in accordance with Figure 7B.

4.7.4 Individual contact engagement and separation forces. With the test sample secured to a fixture, the maximum individual contact engagement and minimum individual separation forces shall be determined with test blades as defined in Figure 8. Prior to the measurements, each test sample shall be subjected to 3 cycles of maintenance aging (see 4.7.12). Each contact shall meet the requirements of 3.5.3.

N00024-87-C-5184




(A) MATED CONTACT RESISTANCE




(B) TO PWB RESISTANCE

Note: Dimensions in inches.

FIGURE 7 - Contact Resistance Test Setup

N00024-87-C-5184




| Test Blade Type | A | | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|---|
| Separation | .0190 | + .0005 / - .0000 | .050 +.002 -.003 | .164 ±.005 | .020 ±.005 | .040 ±.010 | .008 | 15° |
| Engagement | .0210 | + .0000 / - .0005 | | | | | | |

NOTES:

1. Material: hardened tool steel.
2. Hardness: Rockwell "C" 50 to 55.
3. Surface finish : 4 microinches on working surfaces.
4. Dimensions in inches.

FIGURE 8 - Contact Engaging and Separating Test Blade



TAB 6-26 OF 147

N00024-87-C-5184

4.7.5 Connector mating force. The applicable mating connector header shall be mounted properly and terminated to a 0.062-inch (nominal) thick PWB. The connector mating force shall be measured with an appropriate force gage. The rate of engagement shall not exceed one inch per second. Conformance to 3.5.3 shall be demonstrated.

4.7.6 Low level (dry circuit). The dry circuit low level shall be measured in accordance with MIL-STD-1344, Method 3002, to determine conformance to 3.5.5. The following test details shall apply:

a. Open circuit voltage: 20 mV maximum.

b. Short circuit current: 50 ±5mA

c. Points of measurement:

1. Mated contact - in accordance with Figure 7A.

2. Contact to PWB - in accordance with Figure 7B.

4.7.7 Wrap post torque. The assembled contact post shall be tested in accordance with MIL-STD-202, Method 211, Test Condition E, to determine conformance to the wrap post torque requirements of 3.5.6.

4.7.8 Connector housing retention force. A balanced force shall be applied to the housing from the wiring side of the backplane assembly at a rate not to exceed 5 pounds per second. The housing shall meet the retention force requirements of 3.5.7.

4.7.9 Insulation resistance. The backplane assembly shall be tested in accordance with MIL-STD-202, Method 302, to demonstrate conformance to the insulation resistance requirements of 3.5.8. The following test details shall apply:

a. Test Condition B.

b. Points of measurement: adjacent contact to contact.

4.7.10 Dielectric withstanding voltage. The backplane assembly shall be tested in accordance with MIL-STD-202, Method 301, to demonstrate conformance to the dielectric withstanding voltage requirements of 3.5.9. The following test details shall apply:

a. Magnitude of test voltage and nature of potential: 1000 Vac RMS at 60 Hz.

b. Points of application of test voltage: adjacent contact to contact and contact to PWB.

4.7.11 Current overload. Mated contacts shall be subjected to a current overload of 125 percent of the rated current for 2 hours, and then 150 percent of the rated current for 5 minutes. Following the current overload test, the sample shall be subjected to the contact resistance test of 4.7.3. Conformance to the requirements of 3.5.10 shall be demonstrated.

4.7.12 Maintenance aging. Twelve plated-through holes on the backplane assembly shall be subjected to 5 cycles of contact insertion and removal. Following the test, the contacts shall meet the contact retention requirements of 3.5.1.

NOTE: New contacts shall be used for each test cycle.

4.7.13 Durability. The test backplane assembly, with its mated connector assembly, shall be subjected to 500 cycles of mating and unmating at a rate not to exceed 200 cycles per hour. Following the test, the test samples shall meet the performance requirements of 3.5.1, 3.5.3, and 3.5.7.

4.7.14 Thermal shock. Test samples shall be subjected to thermal shock in accordance with MIL-STD-202, Method 107, to demonstrate conformance to 3.5.13. The following exceptions and test details shall apply:

a. Test condition:

| Temperature, °C | Time, minutes |
|---|---|
| +25 to +100 | 10 |
| +100 | 30 |
| +100 to -55 | 15 |
| -55 | 30 |
| -55 to +25 | 10 |
| +25 | 15 |
| | 110 minutes/cycle. |

b. Number of cycles: 5.

c. Test samples shall be monitored for continuity throughout the test cycles.

d. Following the test, samples shall meet the requirements of 3.5.1 and 3.5.2.

4.7.15 Salt spray. Test samples shall be tested in accordance with MIL-STD-202, Method 101, to determine conformance to the requirements of 3.5.14. The following exceptions and test details shall apply:

a. Applicable salt solution: 20 percent.

b. Test Condition B.

c. Conditioning after exposure: all exposed surfaces shall be washed thoroughly and dried in a circulating air environment at 30 ± 3°C.

d. Measurements after exposure: test samples shall be tested for contact retention in accordance with 4.7.2.

4.7.16 Humidity. Test samples shall be tested for resistance to humidity exposure in accordance with MIL-STD-202, Method 103, Test Condition B, to demonstrate conformance to 3.5.15. Following the test, the test samples shall meet the requirements of 3.5.1 and 3.5.2.

4.7.17 Shock. Test samples shall be tested for shock resistance in accordance with MIL-STD-202, Method 213, to demonstrate conformance to 3.5.16. The following test details and exceptions shall apply:

a. Mounting method: normal mounting provisions.

b. Test Condition B.

c. Measurements during and after testing: the test samples shall be monitored for "chattering" of 1 (one) microsecond.

4.7.18 Vibration. Test samples with mated connectors shall be tested for vibration resistance in accordance with MIL-STD-202, Method 201, to demonstrate conformance to 3.5.17. The following test details and exceptions shall apply:

a. Tests and measurements prior to vibration: none.

b. Mounting method: normal mounting provisions.

c. Test and measurements during and after vibration: test samples and mated connectors shall be monitored for "chattering" of 1 (one) microsecond duration. After vibration, test samples shall meet the requirements of 3.5.1, 3.5.2, and 3.5.3.

4.7.19 Plated-through hole configuration. Unused plated-through holes on test samples shall be microsectioned and inspected as described in IPC-TM-650, Method 2.1.1, or in accordance with ASTM B 487.

4.7.20 Solder pushout and solder wicking integrity test. The assembly shall be subjected to an oil-free air source of 60 to 100 psi for a duration of 10 $\pm$5 minutes. The nozzle of the air source shall be held at a distance of 3 to 6 inches from the board surface.

5. PACKAGING

5.1 Packaging and packing. The product described herein, after installation of contact posts, shall be packaged as required in accordance with Hughes Packaging Specification P-63.

6. NOTES

6.1 This section is not applicable to this specification.

N00024-87-C-5184

| HUGHES AIRCRAFT CO. FULLERTON, CALIFORNIA | GROUND SYSTEMS PROCESS SPECIFICATION | 780369 | REV F | PAGE 26 |
|---|---|---|---|---|

# REVISION AND RELEASE RECORD

| REV | AUTHORITY | DESCRIPTION | RELEASE DATE | RELEASE APPROVAL |
|---|---|---|---|---|
| N/C | -- | Initial release as 780369. | 77-06-28 | -- |
| A thru D | -- | Records of changes are contained in the document history file. | -- | -- |
| E | CMER 90794 -1602 | Acceptance requirements added to facilitate inspection of assemblies. Added paras. 3.4.5, 3.4.6, 3.4.7, 4.7.20, and new Fig. 6. Previous Figs. 6 and 7 renumbered as 7 and 8. | 87-05-19 | J.Quintana |
| F | CMER 03172 -2222 | Paras. 2.2 & 5.1 revised to add P-63 Packaging Spec. Para. 3.4.1 revised - (was: ... concentric within 0.008 inch T.I.R. from true positions.) Fig. 5, positional tolerance changed to .020 inch, both sides, to agree with MIL-P-28870. Para. 3.4.6 revised to include conformal coating pushout. Para. 3.4.6.1, added to cover conformal coating pushout. Para. 3.4.6.2 (was 3.4.6), solder pushout requirements revised (push-out height changed to 0.01 inch max. from pad surface). Para. 3.4.7, restructured in accordance with pro-posed Workmanship Criteria Manual 1.14. Para. 4.7.1, visual inspection changed to 4X magnification. Minor editorial changes made. | 87-11-24 | J.Quintana RJo |

D8160-2 GS 1/86

TAB 6-31 of 147

PARTS LIST

HUGHES AIRCRAFT COMPANY
FULLERTON, CALIFORNIA

CONTRACT DAAK20-81-C-0134 | EC | PL 1690533 | REV C 88-04-29

LIST TITLE PIN PL ASSY | MAINT F | PROJECT TPQ-37 FSP | FSCM 05869 | SHEET 1 OF 5

| ITEM NO. | QTY REQ | UNIT MEAS | FSCM | PART OR IDENT NUMBER | DESCRIPTION | SPECIFICATION OR REFERENCE | REF DESIGNATION FROM | THRU | REV | WT LB | PROD TYPE | PL NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 05869 | 1643137 | PL,PIN ✓ | | | | | | EC | |
| 2 | 8 | EA | 81349 | M28754-39-004 | KEYING PEG,CONN | MIL-C-28754-39 | | | | | U5 | |
| | | | | | | 4119409-15 | | | | | | * |
| | | | | INTERCHANGEABLE WITH 716207-1 | | | | | | | | |
| 3 | 4 | EA | 81349 | M28754-39-005 | KEYING PEG,CONN | MIL-C-28754-39 | | | | | U5 | |
| | | | | | | 4119409-10 | | | | | | * |
| | | | | INTERCHANGEABLE WITH 716207-2 | | | | | | | | |
| 4 | 6 | EA | 05869 | 720854-5 | CONN,RCPT,ELEC | ✓ | | | | | P5 | ** |
| 5 | 12 | EA | 05869 | 721520-2 | SPACER ✓ | | | | | | P5 | ** |
| 6 | 12 | EA | 96906 | MS16997-12 | SCREW,CAP | | | | | .002 | U5 | |
| | | | | | | 4176084-1 | | | | | | * |
| | | | | INTERCHANGEABLE WITH 720278-4 | | | | | | | | |
| 7 | 24 | EA | 80205 | NAS620C4L | WASHER,FLAT | | | | | .001 | U5 | |
| | | | | | | 4197600-21 | | | | | | * |
| 8 | 12 | EA | 80205 | NAS671C4 | NUT,HEXAGON | | | | | .003 | U5 | |
| | | | | | | 4157502-5 | | | | | | * |
| 9 | 12 | EA | 96906 | MS35338-135 | WASHER,LOCK | | | | | [illegible] | [illegible] | |

700,000 series numbers not listed on PLs are not required

PARTIAL REFERENCE DESIGNATIONS ARE SHOWN; FOR COMPLETE DESIGNATION PREFIX WITH UNIT NO. OR SUBASSY DESIGNATION(S)

TAB 6 - 32 OF 147

PARTS LIST HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA

CONTRACT C-0134 DAAK20-81- EC PL 1690533 REV C 88-04-29

LIST TITLE PIN PL ASSY MAINT F PROJECT TPQ-37 FSP FSCM 05869 SHEET 2

| ITEM NO. | QTY REQ | UNIT MEAS | FSCM | PART OR IDENT NUMBER | DESCRIPTION | SPECIFICATION OR REFERENCE | REF DESIGNATION FROM | THRU | REV | WT LB | PROD TYPE | PL NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 4198010-88 | | | | | | * |
| 10 | 4 | EA | 05869 | 716311-8 | BUS BAR | | A3W1 | 4 | | | PF | ** |
| 11 | 1 | EA | 81349 | M39003-01-2301 | CAPACITOR,FIXED | MIL-C-39003/1 | A3C1 | | | | U5 | |
| | | | | | | 4111957-490 | | | | | | * |
| | | | | SUBSTITUTE IS M39003-01-3021(4111957-850) | | | | | | | | |
| 12 | AR | FT | 81349 | M16878-4BKE5 | WIRE,ELEC 14 AWG 19 STRANDS GREEN TEFLON | MIL-W-16878/4 | | | | | R5 | |
| | | | | | | 4297840-21 | | | | | | * |
| | | | | INTERCHANGEABLE WITH 4297840-21 | | | | | | | | |
| 13 | AR | FT | 81349 | M16878-4BKE4 | WIRE,ELEC 14 AWG 19 STRANDS YELLOW TEFLON | MIL-W-16878/4 | | | | | R6 | |
| | | | | | | 4297840-282 | | | | | | * |
| | | | | INTERCHANGEABLE WITH 4297840-888 | | | | | | | | |

PARTIAL REFERENCE DESIGNATIONS ARE SHOWN; FOR COMPLETE DESIGNATION PREFIX WITH UNIT NO. OR SUBASSY DESIGNATION(S)

TAB 6 - 33 of 147

PARTS LIST

HUGHES AIRCRAFT COMPANY
FULLERTON, CALIFORNIA

CONTRACT DAAK20-81- C-0134 | EC | PL 1690533 | REV C 88-04-29

LIST TITLE PIN PL ASSY | MAINT F | PROJECT TPQ-37 FSP | FSCM 05869 | SHEET 3

| ITEM NO. | QTY REQ | UNIT MEAS | FSCM | PART OR IDENT NUMBER | DESCRIPTION | SPECIFICATION OR REFERENCE | REF DESIGNATION FROM | THRU | REV | WT LB | PROD TYPE | PL NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | AR | FT | 81349 | M81822-1-B28-9 | WIRE,ELEC | MIL-W-81822-1 | | | | | R6 | |
| | | | | | | 4297705-63 | | | | | | * |
| | | | | INTERCHANGEABLE WITH M81822-1-A28-9 | | | | | | | | |
| 15 | AR | FT | 81349 | M81822-1-B28-6 | WIRE,ELEC | MIL-W-81822-1 | | | | | R6 | |
| | | | | | | 4297705-62 | | | | | | * |
| | | | | INTERCH[illegible]GEABLE WTH M81822-1-A28-6 | | | | | | | | |
| 16 | 2 | EA | 96906 | MS25036-153 | TERMINAL,LUG | | | | | | U5 | |
| | | | | | NYLON | | | | | | | |
| | | | | | | 4188150-219 | | | | | | * |
| | | | | INTCHG WITH MS25036-153-N | | | | | | | | |
| 17 | AR | FT | 05869 | 4244642-992 | SLEEVING,ELEC | MIL-I-23053-5 | | | | | S4 | * |
| | | | | | SIZE AS | | | | | | | |
| | | | | | REQUIRED COLOR | | | | | | | |
| | | | | | OPTIONAL CLASS | | | | | | | |
| | | | | | 1 HEAT | | | | | | | |
| | | | | | SHRINKABLE | | | | | | | |
| 18 | AR | FT | 81349 | M16878-4BJE8 | WIRE,ELEC | MIL-W-16878/4 | | | | | R6 | |

PARTIAL REFERENCE DESIGNATIONS ARE SHOWN[illegible]

TAB 6 - 34 of 147

PARTS LIST — HUGHES AIRCRAFT COMPANY, FULLERTON, CALIFORNIA

CONTRACT DAAK20-81-C-0134 | EC | PL 1690533 | REV C 88-04-29

LIST TITLE: PIN PL ASSY | MAINT F | PROJECT TPQ-37 FSP | FSCM 05869 | SHEET 4

| ITEM NO. | QTY REQ | UNIT MEAS | FSCM | PART OR IDENT NUMBER | DESCRIPTION | SPECIFICATION OR REFERENCE | REF DESIGNATION FROM | THRU | REV | WT LB | PROD TYPE | PL NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 16 AWG 19 | | | | | | | |
| | | | | | STRANDS GRAY | | | | | | | |
| | | | | | TEFLON | | | | | | | |
| | | | | | | 4297840-22 | | | | | | * |
| 19 | AR | OZ | 80063 | SM-A-800486-1 | ADHESIVE ✓ | | | | | | MA | |

************************************************************ REFERENCE DATA

NOTES: UNLESS OTHERWISE SPECIFIED

| ITEM NO. | QTY REQ | NOTE | REF DESIGNATION FROM |
|---|---|---|---|
| 5010 | 1 | A CIRCLE WITHIN A SQUARE SYMBOL MEANS: SEE NOTE NUMBER INDICATED. | 100* |
| 5020 | 2 | REFERENCE DESIGNATIONS AND/OR FUNCTIONAL MARKINGS ARE FOR PART LOCATION AND IDENTIFICATION ONLY. MARKING MAY NOT BE ON PARTS OR LOCATED WHERE SHOWN. | 14* |
| 5030 | 3 | MARK: 05869 ASSY 1690533 MSN FIREFINDER | 4/ |
| | | NSN PER MIL-M-13231 GROUP III, USING | 4/ |
| | | MIL-I-43553 TYPE II INK, WITH .06 HIGH | 4/ |
| | | CHARACTERS LOCATED APPROXIMATELY WHERE SHOWN. | 4/ |

PARTIAL REFERENCE DESIGNATIONS ARE SHOWN; FOR COMPLETE DESIGNATION PREFIX WITH UNIT NO. OR SUBASSY DESIGNATION(S)

TAB 6 - 35 of 147