PARTS LIST

HUGHES AIRCRAFT COMPANY
FULLERTON, CALIFORNIA

CONTRACT C-0134 DAAK20-81- EC

PL 1690533

REV C 88-04-29

LIST TITLE PIN PL ASSY

MAINT F PROJECT TPQ-37 FSP

FSCM 05869

SHEET 5

| ITEM NO. | QTY REQ | UNIT MEAS | FSCM | PART OR IDENT NUMBER | DESCRIPTION | SPECIFICATION OR REFERENCE | REF DESIGNATION FROM | THRU | REV | WT LB | PROD TYPE | PL NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5040 | 4 | | | | FOR SCHEMATIC DIAGRAM SEE 1635711-200 | | 300/ | 1635711-200 | | | ✓ | |
| 5050 | 5 | | | | FOR WIRING INFORMATION SEE 1643137-300 | | 302/ | 1643137-300 | | | ✓ | |
| 5060 | 6 | | | | ROUTE ALL WIRES TO CLEAR CONNECTOR HOUSING | | 2/ | | | | | |
| | | | | | MOUNTING HOLES AND "E" POINTS. | | 2/ | | | | | |
| 5070 | 7 | | | | SOLDER PER REQUIREMENT 5 OF MIL-STD-454. | | 78* | MIL-STD-454 | | | | |
| 5080 | 8 | | | | TABS ON BUS BARS MAY BE BENT 45 DEGREES | | 2/ | | | | | |
| | | | | | FOR WIRING. | | 2/ | | | | | |
| 5090 | 9 | | | | BOND PER SM-A-800584 USING ITEM 19. | | 1/ | SM-A-800584 | | | ✓ | |
| 5100 | 10 | | | | MARK WITH MIL-STD-129 SENSITIVE ELECTRONIC | | 164* | MIL-STD-129 | | | | |
| | | | | | DEVICE SYMBOL PER MIL-M-13231 GROUP II, USING | | | MIL-M-13231 | | | | |
| | | | | | NONCONDUCTIVE INK PER MIL-I-43553 TYPE II, | | | MIL-I-43553 | | | | |
| | | | | | LOCATED APPROXIMATELY WHERE SHOWN. | | | | | | | |

TOTAL WEIGHT OF ITEMS HAVING A WEIGHT ENTRY AND A FIXED QUANTITY IS 0.096 POUNDS (I) 05-13-88

* 4,XXX,XXX SERIES NUMBERS ARE FOR HAC REFERENCE - NO DOCUMENT EXISTS. SEE "SPECIFICATION/REFERENCE" COLUMN OR "PART/IDENT NUMBER" COLUMN FOR SPECIFICATION OR ACTUAL PART NUMBER.

** VENDOR ITEM - SEE SPECIFICATION OR SOURCE CONTROL DRAWING BEFORE ORDERING.

TOTAL NUMBER OF SHEETS: 5

PARTIAL REFERENCE DESIGNATIONS ARE SHOWN. FOR ...

TDB 6 - 36 OF 147

5998

PARTS LIST

HUGHES AIRCRAFT COMPANY
FULLERTON, CALIFORNIA

CONTRACT C-0893 DAAB07-76- EC PL 1643137 REV D 88-08-01

LIST TITLE PL,PIN MAINT F PROJECT AN/TPQ-37 FSCM 05869 SHEET 1 of 1

| ITEM NO. | QTY REQ | UNIT MEAS | FSCM | PART OR IDENT NUMBER | DESCRIPTION | SPECIFICATION OR REFERENCE | REF DESIGNATION FROM | THRU | REV | WT LB | PROD TYPE | PL NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | SI | 05869 | 4265200-124 | SHEET,PLASTIC GFN1250C2/C2B2B COPPER CLAD | MIL-P-13949-4 | | | | | S4 | * |
| | | | | SUBSTITUTE IS 4265201-68 | | | | | | | | |
| 2 | 10 | EA | 56977 | C5001042-1 | HOUSING,CONN | | | | | | | |
| 3 | 6 | EA | 56977 | C5001042-2 | HOUSING,CONN | | | | | | PF | ** |
| 4 | 1240 | EA | 05869 | 712156-1 | CONTACT,ELEC | | | | | | PF | ** |
| 5 | 50 | EA | 05869 | 712156-2 | CONTACT,ELEC | | | | | | PF | 5 ** |
| | | | | | | | | | | | PF | ** |

**********************************************

NOTES: UNLESS OTHERWISE SPECIFIED

| | | | | REFERENCE DATA |
|---|---|---|---|---|
| 5010 | 1 | FABRICATE PER 780369-1 EXCEPT DELETE PARA 3.4.2. | 2/ 2/ | 780369-1 |
| 5020 | 2 | FOR ARTMASTER SEE 1643217 | 2/ | |
| 5030 | 3 | REFERENCE DESIGNATIONS AND/OR FUNCTIONAL MARKINGS ARE FOR PART LOCATION AND IDENTIFICATION ONLY. MARKING MAY NOT BE ON PARTS OR LOCATED WHERE SHOWN. | 1/ 14* | 1643217 |
| 5040 | 4 | A CIRCLE WITHIN A SQUARE SYMBOL MEANS: SEE NOTE NUMBER INDICATED. | 100* | |
| 5050 | 5 | PART NUMBER C5000949-1 IS AN ACCEPTABLE SUBSTITUTE FOR ITEM 4. | 2/ | C5000949-1 |
| 5060 | 6 | MINIMUM CONDUCTOR WIDTH ON THE FINISHED PWB SHALL BE .040. | 2/ 2/ 2/ | |
| 5070 | 7 | MINIMUM SPACING BETWEEN CONDUCTORS ON THE FINISHED PWB SHALL BE .012. | 2/ 2/ 2/ | |

TOTAL WEIGHT OF ITEMS HAVING A WEIGHT ENTRY AND A FIXED QUANTITY IS 0.000 POUNDS (E) 11-29-89

* 4,XXX,XXX SERIES NUMBERS ARE FOR HAC REFERENCE - NO DOCUMENT EXISTS. SEE "SPECIFICATION/REFERENCE" COLUMN OR "PART/IDENT NUMBER" COLUMN FOR SPECIFICATION OR ACTUAL PART NUMBER.

TOTAL NUMBER OF SHEETS: 1

700,000 series numbers not listed on PLs are not required

PARTIAL REFERENCE DESIGNATIONS ARE SHOWN; FOR COMPLETE DESIGNATION PREFIX WITH UNIT NO. OR SUBASSY DESIGNATION(S)

REVISIONS

| LTR | DESCRIPTION | DATE | APPROVED |
| --- | --- | --- | --- |
| - | Released | 85-10-16 | N CAMIRE |




IDENTIFICATION OF THE "SUGGESTED SOURCE(S) OF SUPPLY" HEREON IS NOT TO BE CONSTRUED AS A GUARANTEE OF PRESENT OR CONTINUED AVAILABILITY AS A SOURCE OF SUPPLY FOR THE ITME(S).

| ERADCOM NUMBER | SUGGESTED SOURCE(S) OF SUPPLY | | |
| --- | --- | --- | --- |
| | FSCM NO | PART NO. | NAME AND ADDRESS |
| C5001042-1 | 00779 | 533310-1 | AMP. INC. |
| C5001042-2 | | 533310-2 | HARRISBURG, PA |
| C5001042-3 | | 533310-3 | |

C5001042

U RIGHTS CODE

SIONS.

SPECIFICATION CONTROL DRAWING

UNLESS OTHERWISE SPECIFIED:
DIMENSIONS ARE IN INCHES
TOLERANCES ON:
FRACTIONS DECIMALS ANGLES
.XX= - -
.XXX= ±.005

MATERIAL:

CONTRACT NO.
DAAB07-78-C-2409
HUGHES AIRCRAFT COMPANY
FULLERTON, CA. 92634

DRAWN 85-09-30
CHK 85-10-09
APPD

GOVERNMENT
REVIEWED PE JHO
APPROVED PE JHO
DATE 1/13/86

U.S. ARMY ELECTRONICS
RESEARCH AND DEVELOPMENT COMMAND
ADELPHI, MARYLAND 20783

HOUSING, CONNECTOR

| SIZE | CODE IDENT NO. | |
| --- | --- | --- |
| C | 56977 | C5001042 |

SCALE 8/1 SHEET 1 OF 2

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO., APPLICABLE ISSUE LETTER IF ANY, AND DATE

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY GOVERNMENT PROCUREMENT OR MAINTENANCE OPERATION

*NOTE
DATA MARKED WITH AN ASTERISK (*) IS PECULIAR TO A PRIOR MANUFACTURER. IT DOES NOT TAKE PRECEDENCE OVER ANY OTHER DATA ON THIS DRAWING, AND IS NOT CONTRACTUALLY BINDING ON EITHER THE CONTRACTOR OR THE GOVERNMENT




SECTION A-A

FIGURE I. PHYSICAL DIMENSIONS.

| | | |
|---|---|---|
| | | UNLESS ( |
| | | DIMENSIO TOLERAN FRACTION |
| | | MATERIAL |
| NEXT ASSY | USED ON | |
| APPLICATION | | |

TAB 6 - 39 of 147

| REVISIONS | | | |
|---|---|---|---|
| LTR | DESCRIPTION | DATE | APPROVED |
| – | SEE SHEET 1 | 85-10-11 JHO | HJW |

NOTES

1 PARTS SUPPLIED UNDER THIS DOCUMENT SHALL MEET THE REQUIREMENTS SPECIFIED HEREIN

2 THIS DOCUMENT COVERS A PLASTIC CONNECTOR HOUSING DESIGNED FOR USE WITH BACKPLANE ASSEMBLY PER HUGHES-FULLERTON SPECIFICATION SM-A-803682

3 MATERIAL GLASS FIBER FILLED NYLON COMMERCIAL GRADE, COLOR BLACK

4 MARKING THE FOLLOWING INFORMATION SHALL BE LEGIBLY MARKED ON THE PART IN ACCORDANCE WITH MIL-STD-130

A MANUFACTURER'S NAME OR SYMBOL

B MANUFACTURER'S PART NUMBER

C HAC IDENT NUMBER

D DATE CODE

5 WORKMANSHIP MOLDING SHALL BE FREE FROM FLASHES NON-FILL OR OTHER DEFECTS EFFECTING THE PERFORMANCE OF THE PART

200

C5001042

| SIZE | CODE IDENT NO. | |
|---|---|---|
| C | 56977 | C5001042 |
| SCALE 8/1 | | SHEET 2 |

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO. APPLICABLE ISSUE LETTER IF ANY AND DATE




FIGURE 2. PHYSICAL DIMENSION.

TABLE I: PART NO. TABLE

| ERADCOM NUMBER | NUMBER OF CONTACT POSITIONS | DESCRIPTION | DIMENSIONS | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| C5001042-1 | 100 | FIGURE 1 | 49 | 4.900 | 5.200 | 5.440 |
| C5001042-2 | 40 | FIGURE 2 | - | - | - | - |
| C5001042-3 | 80 | FIGURE 1 | 39 | 3.900 | 4.200 | 4.440 |

712156 J

| REVISIONS | | | |
|---|---|---|---|
| LTR | DESCRIPTION | DATE | APPROVED |
| H | SH 2 AND 3, FIG. 1 AND 2: REV TITLE WAS PHYSICAL OUTLINE. ADDED NOTE FOR ALTN CONFIG. ADDED NEW SH 4 ALTN CONFIGURATION. SH 5: REV NOTE 4 WAS NICKEL PLATE .000100 MIN THICKNESS; NOTE 5 WAS MIL-STD-129: TABLE I ADDED FIG. 3, AND FIG. 4, REQUIREMENT. SH 6: ADDED SAE PN ISCM222W500RH FOR -1 AND ISCM2011800LH FOR -2 AS SOURCE OF SUPPLY. RENUMBERED SH WAS 1 OF 5. | 89-11-13 | D.WRIGHT; W. SCHULZ |
| J | REVISED PER DCN, ER/C 12567. | 93-07-01 | [signature] |

Approved for public release; distribution is unlimited.

# SPECIFICATION CONTROL DRAWING

N00024-92-C-5107

| REV STATUS OF SHEETS | SHEET | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REV | J | J | J | J | J | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCHES AND PER ANSI Y14.5 | CONTRACT: N00024-77-C-7030 | | HUGHES — HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA |
| .XXX ±.005 | DR [signature] 77.04.04 | | CONTACT, ELECTRICAL |
| .XX — | CHK W. [signature] | 77-04-11 | SIZE A; FSCM NO. 05869; DWG NO. 712156; REV J |
| ANGLES — | APPD [signature] | 77-04-27 | SCALE 4/1; WT —; SHEET 1 OF 5 |
| | ISSUED [signature] 77-04-28 | | |

D14-338 GS 1/77

76-15-00

TAB 6 - 42 OF 147




FIGURE I. PHYSICAL DIMENSIONS.




SECTION A-A
SCALE: 10/1

| HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA | CONTRACT: | | | |
|---|---|---|---|---|
| DR J. Bipeal 77.04.04 | SIZE A | FSCM NO. 05869 | DWG NO. 712156 | REV J |
| ISSUED R.C.A... 77-04-28 | SCALE 4/1 | | SHEET 2 | |

D14-338-1 GS 11/76

TAB 6 - 43 OF 147




FIGURE 2. PHYSICAL DIMENSIONS.

| | | | | |
|---|---|---|---|---|
| HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA | CONTRACT: | | | |
| DR [signature] 77-04-04 | SIZE A | FSCM NO. 05869 | DWG NO. 712156 | REV J |
| ISSUED [signature] 77-04-28 | SCALE 4/1 | | SHEET 3 | |

D14-338-1 GS 11/76

TAB 6 - 44 OF 147

4 J

712156

NOTES:

1. PARTS SUPPLIED UNDER THIS DOCUMENT SHALL MEET THE PERFORMANCE REQUIREMENTS OF HUGHES-FULLERTON SPECIFICATION 780369.

2. THIS DOCUMENT COVERS A SERIES OF CONTACTS DESIGNED FOR USE IN TYPE I BACKPLANE ASSEMBLY PER HAC-FULLERTON SPECIFICATION 780369.

3. MATERIALS: SEE TABLE I.

4. FINISH: GOLD PLATE PER MIL-G-45204, TYPE II, CLASS 1 (0.000050 MIN), GRADE C OVER NICKEL PLATE PER QQ-N-290 0.000050 TO 0.000100 THICKNESS.

5. MARKING: THE FOLLOWING INFORMATION SHALL BE LEGIBLY MARKED ON EACH PACKAGE IN ACCORDANCE WITH MIL-STD-130:
   MANUFACTURER'S NAME OR SYMBOL AND PART NUMBER.

TABLE I

| HUGHES PART IDENT NUMBER | CONFIGURATION | MATERIAL |
|---|---|---|
| 712156-1 | FIGURE 1 | BERYLLIUM COPPER PER QQ-C-533, COMPOSITION OPTIONAL, 1/2 H.M. |
| 712156-2 | FIGURE 2 | COPPER ALLOY-CA725 SHEET PER ANSI/ASTM-B-122, TEMPER H08 (SPRING TEMPER) |

| HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA | CONTRACT: | | | |
|---|---|---|---|---|
| DR [signature] 77-04-04 | SIZE A | FSCM NO. 05869 | DWG NO. 712156 | REV J |
| ISSUED [signature] 77-04-28 | SCALE 4/1 | | SHEET 4 | |

D14-338-1 GS 11/76

TAB 6 - 45 OF 147

H

712156

NOTES:

1. PARTS SUPPLIED UNDER THIS DOCUMENT SHALL MEET THE PERFORMANCE REQUIREMENTS OF HUGHES-FULLERTON SPECIFICATION 780369.

2. THIS DOCUMENT COVERS A SERIES OF CONTACTS DESIGNED FOR USE IN TYPE I BACKPLANE ASSEMBLY PER HAC-FULLERTON SPECIFICATION 780369.

3. MATERIALS: SEE TABLE I.

4. FINISH: GOLD PLATE PER MIL-G-45204, TYPE II, CLASS 1 (0.000050 MIN), GRADE C OVER NICKEL PLATE PER QQ-N-290 0.000050 TO 0.000100 THICKNESS.

5. MARKING: THE FOLLOWING INFORMATION SHALL BE LEGIBLY MARKED ON EACH PACKAGE IN ACCORDANCE WITH MIL-STD-130:
   MANUFACTURER'S NAME OR SYMBOL AND PART NUMBER.

TABLE I

| HUGHES PART IDENT NUMBER | CONFIGURATION | MATERIAL |
|---|---|---|
| 712156-1 | FIGURE 1<br>FIGURE 3 | BERYLLIUM COPPER PER QQ-C-533, COMPOSITION OPTIONAL, 1/2 H.M. |
| 712156-2 | FIGURE 2<br>FIGURE 4 | COPPER ALLOY CA725 SHEET PER ANSI/ASTM-B-122, TEMPER H08 (SPRING TEMPER) |

N00024-88-C-5129

| HUGHES AIRCRAFT COMPANY<br>FULLERTON, CALIFORNIA | CONTRACT: | | | |
|---|---|---|---|---|
| DR [signature] 77-04-04 | SIZE A | FSCM NO. 05869 | DWG NO. 712156 | REV H |
| ISSUED [signature] 77-04-28 | SCALE 4/1 | | SHEET 5 | |

D14-338-1 GS 11/76

TAB 6 - 46 OF 147

REVISIONS

| LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| – | RELEASED | 77-06-02 | |
| A | ADDED -3 | 77-12-15 | |
| B | ADDED DIMENSIONS TO FIGURE 1 | 78-01-19 | |
| C | SHEET 1: REVISED P/N FOR -5 & -8. FIG. 1: ADDED OPTIONAL SLOTS. "E" DIM NOW "E (REF)". | 78-03-20 | |
| D | REVISED NOTE 6 | 78-07-19 | |
| E | SH. 1 -5 WAS 102072-1, -8 WAS 102072-2 | 78-07-31 | |
| F | ADDED: -9, -10 & -11 RQMNTS., & SHEET No 4 | 80-09-30 | |
| G | SH 4, AMP PART NO. FOR DASH 5 WAS 87473-6 | 83-9-23 | |
| H | SH. 2 FIG. 1 .329/.311 WAS .318 REF; TABLE I ADD TOL. TO "F" DIM. | | T. BUCKLEY |

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY ACTION. THIS DOCUMENT IS UNDER CONFIGURATION CONTROL BY THE U.S. ARMY ERADCOM, CS&TA LAB, FT MON, NJ, FSCM 57946, AND SHALL NOT BE REVISED WITHOUT APPROVAL.

STANDARD GSG RELEASE

# SPECIFICATION CONTROL DRAWING

PREPARED IN ACCORDANCE WITH MIL-STD-100

INTERPRET DRAWING IN ACCORDANCE WITH MIL-D-1000

12-66-4D LEVEL 1

| | | |
|---|---|---|
| EXCEPT AS NOTED DIM. ARE IN INCHES AND PER ANS Y14.5 .XXX ±.005 .XX ±.03 ANGLES 0°30' | CONTRACT N00024-82-C-5203 | HUGHES — HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA |
| MATERIAL | DR 77-05-5 CHK R. ALLEN APPD 77-05-27, 77-06-01 | CONNECTOR, RECEPTACLE, ELECTRICAL |
| | | SIZE A CODE IDENT NO. 05869 DRAWING NO. 720854 REV H |
| | | SCALE NONE SHEET 1 of 4 |

D14-033 GE 4/72

TAB 6-47 OF 147

720854 | 2 | H




FIGURE 1. PHYSICAL OUTLINE

TABLE I

| HUGHES PART IDENT NUMBER | No. OF CONTACTS | A | B | C | D | E (REF) | F ±.015 | H | TERMI-NATION |
|---|---|---|---|---|---|---|---|---|---|
| 720854-1 | 26 | 1.500 | .190 | 1.190 | 1.904 | 2.104 | .125 | .035 | SOLDER |
| 720854-2 | 40 | 2.200 | .190 | 1.890 | 2.604 | 2.804 | .125 | .035 | SOLDER |
| 720854-3 | 50 | 2.700 | .190 | 2.390 | 3.104 | 3.304 | .125 | .035 | SOLDER |
| 720854-4 | 40 | 2.200 | .190 | 1.890 | 2.604 | 2.804 | .608 | .040 | WIRE WRAP |
| 720854-5 | 40 1/ | 2.200 | .190 | 1.890 | 2.604 | 2.804 | — | — | — |
| 720854-6 | 26 | 1.500 | .190 | 1.190 | 1.904 | 2.104 | .608 | .040 | WIRE WRAP |
| 720854-7 | 50 | 2.700 | .190 | 2.390 | 3.104 | 3.304 | .608 | .040 | WIRE WRAP |
| 720854-8 | 60 1/ | 3.200 | .190 | 2.890 | 3.604 | 3.804 | — | — | — |
| 720854-9 | 10 1/ | .700 | .290 | — | 1.104 | 1.304 | — | — | — |
| 720854-10 | 26 1/ | 1.500 | .190 | 1.190 | 1.304 | 2.104 | — | — | — |
| 720854-11 | 34 1/ | 1.900 | .190 | 1.590 | 2.304 | 2.504 | — | — | — |

1/ CONNECTORS SUPPLIED WITHOUT CONTACTS

| | | | | |
|---|---|---|---|---|
| HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA | CONTRACT: | | | |
| DR [signature] 77-05-27 | SIZE A | FSCM NO. 05869 | DWG NO. 720854 | REV H |
| ISSUED [signature] | SCALE — | | SHEET 2 | |

D14-334-1, OS.11/78

TAB 6-48 OF 147

H | B | 720854

NOTES:

1. PARTS SUPPLIED UNDER THIS DOCUMENT SHALL BE CAPABLE OF MEETING THE REQUIREMENTS SPECIFIED HEREIN.
2. THIS DOCUMENT COVERS A SERIES OF RECEPTACLE CONNECTORS DESIGNED FOR PCB MOUNTING.
3. CHARACTERISTICS:
   CURRENT RATING: 3 AMPS MAXIMUM.
   VOLTAGE RATING: 100 VRMS SEA LEVEL.
4. MATERIALS:
   HOUSING: GLASS FILLED NYLON, COMM GRADE.
   CONTACTS: PHOSPHOR BRONZE PER QQ-B-750.
5. CONTACT FINISH: GOLD PLATE PER MIL-G-45204, TYPE II, CLASS 1 (.000050 MIN.) OVER NICKEL PLATE PER QQ-N-290, .000050 MIN. THICKNESS.
6. MARKING: THE FOLLOWING INFORMATION SHALL BE LEGIBLY MARKED IN ACCORDANCE WITH MIL-STD-130:
   MANUFACTURER'S NAME OR SYMBOL AND PART NUMBER.

| HUGHES AIRCRAFT COMPANY<br>FULLERTON, CALIFORNIA | CONTRACT: | | | |
|---|---|---|---|---|
| DR [signature] 77-05-27 | SIZE A | FSCM NO. 05869 | DWG NO. 720854 | REV H |
| ISSUED [signature] | SCALE | | SHEET 3 | |

D14-338-1.0S 11/76

4 H

IDENTIFICATION OF THE "SUGGESTED SOURCE(S) OF SUPPLY" HEREON IS NOT TO BE CONSTRUED AS A GUARANTEE OF PRESENT OR CONTINUED AVAILABILITY AS A SOURCE OF SUPPLY FOR THE ITEM(S)

720854

| HUGHES PART IDENT NUMBER | SUGGESTED SOURCE(S) OF SUPPLY PART NUMBER | | |
|---|---|---|---|
| | AMP | | |
| 720854-1 | 87930-2 | | |
| 720854-2 | 87930-1 | | |
| 720854-3 | 87930-3 | | |
| 720854-4 | 87931-1 | | |
| 720854-5 | 102072-1 | | |
| 720854-6 | 87931-2 | | |
| 720854-7 | 87931-3 | | |
| 720854-8 | 2-87473-6 | | |
| 720854-9 | 87473-1 | | |
| 720854-10 | 87473-3 | | |
| 720854-11 | 87473-4 | | |

11/- 800-522-6752

FSCM NO. & SUPPLIER NAME AND ADDRESS

00779 AMP, INC., HARRISBURG, PA.

| HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA | CONTRACT: | | | |
|---|---|---|---|---|
| DR | SIZE A | FSCM NO. 05869 | DWG NO. 720854 | REV H |
| ISSUED | SCALE - | | SHEET 4 | |

D14-33A GS 11/76

TAB 6-50 OF 147

| REVISIONS | | | |
|---|---|---|---|
| LTR | DESCRIPTION | DATE | APPROVED |
| — | RELEASED | 77-05-20 | [signature] |

| PART IDENT NUMBER | SUPPLIER PART NUMBER | SUPPLIER, ADDRESS & FSCM NO. |
|---|---|---|
| 721520-1 | S-290-M17-E | UNICORP |
| 721520-2 | S-291-M17-E | ORANGE, N.J. |
| 721520-3 | S-292-M17-E | FSCM 04729 |

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY ACTION. THIS DOCUMENT IS UNDER CONFIGURATION CONTROL BY THE U.S. ARMY ERADCOM, CS&TA LAB, FT MON, NJ, FSCM 57946, AND SHALL NOT BE REVISED WITHOUT APPROVAL

DELCS Form 05 (1 Dec 81)

# SPECIFICATION CONTROL DRAWING

PREPARED IN ACCORDANCE WITH MIL-STD-100A

INTERPRET DRAWING IN ACCORDANCE WITH MIL-D-1000, CATEGORY F, FORM 3

EXCEPT AS NOTED DIM. ARE IN INCHES AND PER ANS Y14.5
.XXX .XX ANGLES
±.005

MATERIAL

DR [signature] 77-05-19

CHK

APPD [signature] 77-05-19

HUGHES

HUGHES AIRCRAFT COMPANY
FULLERTON, CALIFORNIA

SPACER, NON-METALLIC (NYLON)

| SIZE | CODE IDENT NO. | DRAWING NO. | REV |
|---|---|---|---|
| A | 05869 | 721520 | — |

SCALE NONE | SHEET 1 OF 2

TAB 6 - 5 OF 147




TABLE 1

| HUGHES PART IDENT NUMBER | DIM L |
|---|---|
| 721520-1 | .203 |
| 721520-2 | .218 |
| 721520-3 | .234 |

NOTES:

1. PARTS SUPPLIED TO THIS DRAWING SHALL BE CAPABLE OF MEETING THE REQUIREMENTS SPECIFIED HEREIN.
2. MATERIAL: POLYAMIDE PER SPECIFICATION MIL-M-20693, TYPE I.
3. FINISH: NATURAL.
4. MARK THE FOLLOWING INFORMATION ON EACH PACKAGE IN ACCORDANCE WITH MIL-STD-129.

   MANUFACTURER'S NAME OR SYMBOL AND PART NUMBER

| HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA | CONTRACT: | | |
|---|---|---|---|
| DR | SIZE A | FSCM NO. 05869 | DWG NO. 721520 | 
| ISSUED | SCALE | SHEET 2 | REV — |

D14-338-1 GS 11 76

TAB 6-52 OF 147

REVISIONS

| LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| AB | SEE SHEET 15 | 86/10/17 | GS |




FIGURE 1: PHYSICAL DIMENSIONS

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY ACTION. THIS DOCUMENT IS UNDER CONFIGURATION CONTROL BY THE U.S. ARMY COMMUNICATIONS-ELECTRONICS COMMAND, FT MON., NJ, FSCM 80063, AND SHALL NOT BE REVISED WITHOUT APPROVAL.

**SPECIFICATION CONTROL DRAWING**

**PREPARED IN ACCORDANCE WITH MIL-STD-100A**

INTERPRET DRAWING IN ACCORDANCE WITH MIL-D-1000, CATEGORY F, FORM 1

EXCEPT AS NOTED DIM. ARE IN INCHES AND PER ANSI Y14.5
.XXX .XX ANGLES
±.010 ±.03 /

MATERIAL

SEE NOTE 3

DR AUG 21 74

CHK PE-GS 3/9/88

APPD 4 SEPT 75

PE-GS 3/9/88

HUGHES

HUGHES AIRCRAFT COMPANY
FULLERTON, CALIFORNIA

BUS BAR

| SIZE | CODE IDENT NO | DRAWING NO. | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |

SCALE NONE | SHEET 1 OF 17

1-338 GS 4/72

TAB 6-53 OF 147