


FIGURE 2
(IDENTICAL TO FIGURE 1, EXCEPT AS SHOWN)




FIGURE 3
(IDENTICAL TO FIGURE 1, EXCEPT AS SHOWN)

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE | NONE | SHEET | 2 |

TAB 6 - 54 OF 147




FIGURE 4




FIGURE 5

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 3 | |

TAB 6 - 55 OF 147




FIGURE 6




FIGURE 7

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE | NONE | SHEET | 4 |




FIGURE 8




FIGURE 9

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 5 | |

TAB 6-57 OF 147




SECTION B-B
(ENLARGED)
NOTE: THIS CONFIGURATION APPLIES ONLY TO BUSSCO AND LOGIC DYNAMICS.




DETAIL A
(SEE NOTE 8)
ALL CONTACTS SHOWN ENLARGED




SECTION C-C
(ENLARGED)
NOTE: THIS CONFIGURATION APPLIES ONLY TO BUSSCO AND LOGIC DYNAMICS

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 6 | |

TAB 6 - 58 OF 147




SECTION D-D
(ENLARGED)
OPTIONAL CONFIGURATION

NOTE: THIS CONFIGURATION APPLIES ONLY TO PARTS FURNISHED BY ELECTRONIC STAMPINGS CORP.

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 7 | |

D14-338-1 GS 4/72

TAB 6-59-OF147




FIGURE 10

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 8 | |

D14-338-1 QS 4/72

TAB 6 - 60 OF 147




FIGURE 11. PHYSICAL DIMENSIONS.

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 9 | |

D14-338-1 GS 4/72

TAB 6 - 61 OF 147




FIGURE 12. PHYSICAL DIMENSIONS.

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 10 | |

TABLE I

| HUGHES PART IDENT NUMBER | FIGURE | A | B | NO. OF TERMINATIONS | C | D | E | F |
|---|---|---|---|---|---|---|---|---|
| 716311-1 | 1 | 44 | 13.200 | 90 | - | - | - | - |
| 716311-2 | 2 | 22 | 6.600 | 46 | - | - | - | - |
| 716311-3 | 3 | 21 | 6.300 | 44 | - | - | - | - |
| 716311-4 | 4 | 3 | 1.305 | 8 | 1 | .870 | .870 | .268 |
| 716311-5 | 4 | 8 | 3.480 | 18 | 2 | 1.305 | 2.610 | .268 |
| 716311-6 | 4 | 18 | 7.830 | 38 | 4 | 1.740 | 6.960 | .268 |
| 716311-7 | 4 | 20 | 8.700 | 42 | 3 | 2.610 | 7.830 | .268 |
| 716311-8 | 5 | 9 | 3.600 | 30 | - | - | - | - |
| 716311-9 | 6 | 11 | 4.400 | 30 | - | - | - | - |
| 716311-10 | 7 | 2 | .800 | 6 | - | - | - | - |
| 716311-11 | 8 | 11 | 4.400 | 24 | - | - | - | - |
| 716311-12 | 4 | 31 | 13.485 | 64 | 15 | .870 | 13.050 | .268 |
| 716311-13 | 4 | 10 | 4.350 | 22 | 2 | 1.740 | 3.480 | .268 |
| 716311-14 | 4 | 7 | 3.045 | 16 | 1 | 2.610 | 2.610 | .268 |
| 716311-15 | 4 | 16 | 6.960 | 34 | 3 | 2.175 | 6.525 | .268 |
| 716311-16 | 9 | 16 | 6.960 | 51 | 3 | 2.175 | 6.525 | .318 |
| 716311-17 | 9 | 29 | 12.615 | 90 | 4 | 3.045 | 12.180 | .318 |
| 716311-18 | 4 | 29 | 12.615 | 60 | 7 | 1.740 | 12.180 | .268 |
| 716311-19 | 4 | 8 | 3.480 | 18 | 3 | .870 | 2.610 | .268 |
| 716311-20 | 4 | 22 | 9.570 | 46 | 5 | 1.740 | 8.700 | .268 |
| 716311-21 | NOT USED | | | | | | | |
| 716311-22 | 4 | 6 | 2.610 | 14 | 1 | 2.175 | 2.175 | .268 |
| 716311-23 | 9 | 12 | 5.220 | 39 | 2 | 2.175 | 4.350 | .318 |
| 716311-24 | 10 | 15 | 4.500 | 32 | 3 | 1.200 | 3.600 | - |
| 716311-25 | 2 | 19 | 5.700 | 40 | - | - | - | - |
| 716311-26 | 2 | 23 | 6.900 | 48 | - | - | - | - |
| 716311-27 | 3 | 19 | 5.700 | 40 | - | - | - | - |
| 716311-28 | 3 | 23 | 6.900 | 48 | - | - | - | - |
| 716311-29 | 4 | 14 | 6.090 | 30 | 3 | 1.740 | 5.220 | .268 |
| 716311-30 | 9 | 21 | 9.135 | 66 | 10 | .870 | 8.700 | .318 |

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 11 | |

D14-338-1 G6 4/72

TAB 63 OF 147

TABLE I: (CONTINUED)

| UGHES PART IDENT NUMBER | FIGURE | A | B | NO. OF TERMINATIONS | C | D | E | F |
|---|---|---|---|---|---|---|---|---|
| 716311-31 | 9 | 31 | 13.485 | 96 | 15 | .870 | 13.050 | .318 |
| 716311-32 | 9 | 3 | 1.305 | 12 | 1 | .870 | .870 | .318 |
| 716311-33 | 9 | 1 | .435 | 6 | - | - | - | .318 |
| 716311-34 | 4 | 1 | .435 | 4 | - | - | - | .268 |
| 716311-35 | 9 | 31 | 13.485 | 96 | 5 | 2.610 | 13.050 | .318 |
| 716311-36 | 4 | 28 | 12.180 | 58 | 6 | 1.740 | 10.440 | .268 |
| 716311-37 | 9 | 28 | 12.180 | 87 | 6 | 1.740 | 10.440 | .318 |
| 716311-38 | 4 | 27 | 11.745 | 56 | 6 | 1.740 | 10.440 | 1.138 |
| 716311-39 | 4 | 25 | 10.875 | 52 | 6 | 1.740 | 10.440 | .268 |
| 716311-40 | 4 | 31 | 13.485 | 64 | 5 | 2.610 | 13.050 | .268 |
| 716311-41 | 11 | 29 | 11.600 | 60 | - | - | - | - |
| 716311-42 | 12 | 4 | 1.600 | 10 | - | - | - | - |

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 12 | |

D14-338-1 GS 4/72

TAB 6-64 OF 147

NOTES:

1. PARTS SUPPLIED UNDER THIS DOCUMENT SHALL BE CAPABLE OF MEETING THE REQUIREMENTS SPECIFIED HEREIN.
2. THIS DOCUMENT COVERS A SERIES OF BUS STRIPS FOR USE WITH .022 X .036 NOMINAL CONTACT POSTS.
3. MATERIAL:
   - CLIPS: BERYLLIUM COPPER QQ-C-533, 1/2 H. HEAT TREAT TO FULL HARD AFTER FORMING, .008 THICK STOCK.
   - BAR STRIP: COPPER, PER QQ-C-502 OR EQUIVALENT.
   - HEAT SHRINKABLE TUBING: POLYVINYLIDENE FLUORIDE, COLOR OPTIONAL, COMMERCIAL GRADE.
4. FINISH: GOLD PLATE PER MIL-G-45204, TYPE II, CLASS 1 OVER NICKEL PLATE, .0001 MINIMUM THICKNESS.
5. CONSTRUCTION: CLIPS SHALL BE SOLDERED OR SPOT WELDED TO THE BAR STRIP.
   - (A) OPTIONAL: CLIPS SHALL BE CONTINUOUS ELECTRON BEAM WELDED TO THE BAR STRIP.
6. NOMINAL CONTACT PRESSURE: 8 - 12 OUNCE PER POST (REFERENCE ONLY)
7. MARKING: THE FOLLOWING INFORMATION SHALL BE LEGIBLY MARKED IN ACCORDANCE WITH MIL-STD-130:
   - (A) MANUFACTURER'S NAME AND PART NUMBER
8. NUMBER 3 INSULATION TAPE (MINNESOTA MINING, 3M) OR EQUIVALENT, OR KYNAR SHRINK TUBING, SHALL BE USED IN AREAS SPECIFIED BELOW:
   - (A) BACKSIDE OF COPPER BAR (BEHIND LOCATION OF CONTACT STRIP ONLY).
   - (B) FRONT SIDE OF CONTACT STRIP IN AREAS WHERE ONE OR MORE CONTACTS HAVE BEEN REMOVED.
   - (C) NO INSULATION IS REQUIRED IN IMMEDIATE AREAS ADJACENT TO DRILL HOLES.

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 13 | |

# RELEASE AND REVISION RECORD

| REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| - | RELEASE | 8-22-74 | R. Dench |
| A | ADDS -2 AND -3 | 9-5-75 | J Greenawalt |
| B | ADDED -4 THRU -12 REQUIREMENTS. | 77-08-25 | [illegible] |
| C | ADDED -13 AND -14 | 77-10-04 | [illegible] |
| D | ADDED -15, -16 AND -17, SHEET 7: TABLE I, DELETED "G" DIMENSIONS. | 77-12-02 | [illegible] |
| E | REVISED FIGURES 5, 8 AND TABLE I FOR -4, -5, -6, -7, -12, -13 & -14. REVISED NOTE 8. | 78-02-10 | J. Nieman |
| F | ADDED -18 AND -19 REQUIREMENTS. | 78-04-03 | [illegible] |
| G | REVISED FIGURE 5. REVISED SUPPLIER P/N. | 78-11-27 | [illegible] |
| H | ADDED DASH 20 | 79-05-16 | G. Fao |
| J | ADDED DASH 21, 22, 23 REQUIREMENTS | 79-07-09 | G. Fao |
| K | ADDED -24 REQUIRMENTS | 79-08-03 | G. Fao |
| L | ADDED -24 THRU -28 REQUIREMENTS | 79-09-04 | H. [illegible] |
| M | ADDED -29 AND -30 REQUIREMENTS | 79-10-09 | G. Fao |
| N | SH. 8, TABLE I, REVISED -29 DIMENSIONS, "D" WAS 1.883, "E" WAS 5.655. | 80-1-8 | G. Fao |
| P | ADDED -31 THRU -34 REQUIREMENTS. ADDED SHEET 9. CHANGE SHEET NUMBERS, SH. 10 WAS SH. 9, SH. 11 WAS SH. 12, SH. 13 WAS SH. 12. | 80-3-3 | G. Fao |
| Q | REVISED -24 C AND D DIMENSIONS. | 80-4-14 | G. Fao |
| R | ADDED -35 REQUIREMENTS AND SH 7. REVISED DIMENSION ON FIG. 10. | 80-5-29 | G. Fao |
| S | ADDED -36 THRU -39 REQUIREMENTS. | 80-09-08 | G. Fao |
| T | SH 9: ADDED -40. SH 13: ADDED -40 AND VENDOR PART NUMBER. | 80-12-08 | G. Fao |
| U | ADDED SUFFIX "G" TO ALL SUPPLIER PART NUMBERS TO CORRESPOND WITH SUPPLIER. | 81-05-06 | G. Fao |
| V | SH 5; FIGURE 9, ADDED ".055 TYP" | 82-05-11 | G. Fao |

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 14 | |

TAB 6 - 66 OF 147

RELEASE AND REVISION RECORD

| REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| W | ADDED - 41 AND 42 REQUIREMENTS, NEW SOURCES OF SUPPLY. REVISED FIGURES 1, 5, AND 8. | 83-07-01 | |
| Y | SH 11: TABLE I, E DIM WAS 2.607 (FOR 716311-19 PART). | | |
| AA | SH 3; FIGURE 5: .070/.065 Ø WAS .060 Ø | 86-02-17 | CE N. CAMIRE |
| AB | SH 6, SECTION B-B AND SECTION C-C: DIMENSION .06 MAX WAS .046-.043. | 86-10-17 | T. KWAN GS |

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 15 | |

D14-337 GS 4/72

TAB 6 - 67 OF 147

| HUGHES IDENT NUMBER 716311 | SUPPLIER PART NUMBERS BUSSCO | ESC | LOGIC |
|---|---|---|---|
| -1 | B5794-1G | F226-10000-1 | 901259-1 |
| -2 | B5794-2G | F226-10000-2 | 901259-2 |
| -3 | B5794-3G | F226-10000-3 | 901259-3 |
| -4 | B5794-4G | - | 901259-4 |
| -5 | B5794-5G | - | 901259-5 |
| -6 | B5794-6G | - | 901259-6 |
| -7 | B5794-7G | - | 901259-7 |
| -8 | B5794-8G | F226-10000-8 | 901259-8 |
| -9 | B5794-9G | - | 901259-9 |
| -10 | B5794-10G | - | 901259-10 |
| -11 | B5794-11G | F226-10000-11 | 901259-11 |
| -12 | B5794-12G | - | 901259-12 |
| -13 | B5794-13G | - | 901259-13 |
| -14 | B5794-14G | - | 901259-14 |
| -15 | B5794-15G | - | 901259-15 |
| -16 | B5794-16G | - | 901259-16 |
| -17 | B5794-17G | - | 901259-17 |
| -18 | B5794-18G | - | 901259-18 |
| -19 | B5794-19G | - | 901259-19 |
| -20 | B5794-20G | - | 901259-20 |
| -21 | NOT USED | NOT USED | --------- |
| -22 | B5794-22G | - | 901259-22 |
| -23 | B5794-23G | - | 901259-23 |
| -24 | B5794-24G | - | 901259-24 |
| -25 | B5794-25G | F226-10000-25 | 901259-25 |
| -26 | B5794-26G | F226-10000-26 | 901259-26 |
| -27 | B5794-27G | F226-10000-27 | 901259-27 |
| -28 | B5794-28G | F226-10000-28 | 901259-28 |

SUGGESTED SOURCE(S) OF SUPPLY:

BUSSCO ENG., INC., EL SEGUNDO, CALIF. FSCM 29593

ELECTRONICS STAMPING, CORP., RANCHO DOMINGUZ, CALIF. FSCM 57297

LOGIC DYNAMICS, INC., GARDENA, CALIF. FSCM 33335

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 16 | |

D14-338 GS 4/72

TAB 6 - 68 OF 147

| HUGHES IDENT NUMBER | SUPPLIER PART NUMBERS | | |
|---|---|---|---|
| | BUSSCO | ESC | LOGIC |
| 716311-29 | B5794-29G | - | 901259-29 |
| 716311-30 | B5794-30G | - | 901259-30 |
| 716311-31 | B5794-31G | - | 901259-31 |
| 716311-32 | B5794-32G | - | 901259-32 |
| 716311-33 | B5794-33G | - | 901259-33 |
| 716311-34 | B5794-34G | - | 901259-34 |
| 716311-35 | B5794-35G | - | 901259-35 |
| 716311-36 | B5794-36G | - | 901259-36 |
| 716311-37 | B5794-37G | - | 901259-37 |
| 716311-38 | B5794-38G | - | 901259-38 |
| 716311-39 | B5794-39G | - | 901259-39 |
| 716311-40 | B5794-40G | - | 901259-40 |
| 716311-41 | B5794-41G | F226-10000-41 | 901259-41 |
| 716311-42 | B5794-42G | F226-10000-42 | 901259-42 |

SUGGESTED SOURCE(S) OF SUPPLY:

BUSSCO ENG., INC., EL SEGUNDO, CA. FSCM 29593

ELECTRONICS STAMPING CORP., RANCHO DOMINGUEZ, CALIF. FSCM 57297

LOGIC DYNAMICS, INC., GARDENA, CALIF. FSCM 33335

| SIZE | CODE IDENT. NO. | | REV |
|---|---|---|---|
| A | 05869 | 716311 | AB |
| SCALE NONE | | SHEET 17 | |

D14-336 GS 4/72

TAB 6 - 69 OF 147