NOTE: DATA MARKED WITH AN ASTERISK (*) IS PECULIAR TO A PRIOR MANUFACTURER. IT DOES NOT TAKE PRECEDENCE OVER ANY OTHER DATA ON THIS DRAWING, AND IS NOT CONTRACTUALLY BINDING ON EITHER THE CONTRACTOR OR THE GOVERNMENT.

| APPLICATION | |
|---|---|
| NEXT ASSY | USED ON |
| SM-D-912571 | SM-D-912520 |
| SM-D-918885 | SM-F-911601 |
| 1644450-100 | 1644156-100 |
| 1644451-100 | 1644444-100 |
| General | General |
| SM-D-919561 | DL919561 |
| SM-D-919571 | DL919571 |
| SM-D-919581 | DL919581 |
| SM-D-919431 | DL919431 |
| ON308641 | DLON308641 |
| ON308651 | DLON308651 |
| ON308661 | DLON308661 |
| ON308671 | DLON308671 |
| ON308681 | DLON308681 |
| ON308691 | DLON308691 |
| ON308701 | DLON398701 |

| REVISIONS | | | |
|---|---|---|---|
| LTR | DESCRIPTION | DATE | APPROVED |
| - | RELEASED | 75-05-20 | A. M. Dowell |
| A | 1. SM-A-801085 Title is "Application of Adhesive, Paste Tape" 2. SM-A-801095 changed to SM-A-800511. 3. Deleted 3.4 Records because experience has shown these are not necessary; no problems have arisen requiring this information. 4. 3.5 becomes 3.4 Workmanship | 75-07-15 | A. M. Dowell |
| B | Revised per NOR65624 ECP 372 | 83-01-04 | A. M. Dowell |
| C | Revised per NOR89857. Updated to current format. ECP 734-2409 | 83-05-29 | A. M. Dowell |
| D | Revised per NOR 34023 | 86/11/13 | R. J. Cubre GS |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVISION | | | | | | | | | | | | | | | | | | | | |
| SHEET | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
| REVISION | D | D | D | D | D | D | D | | | | | | | | | | | | | |
| SHEET | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY GOVERNMENT PROCUREMENT OR MAINTENANCE OPERATION

CONTRACT NO. DAAB07-74-C-0012
HUGHES AIRCRAFT COMPANY FULLERTON, CA 92634

DRAWN [signature]
CHECKED
CERCOM
REVIEWED PE GS
APPROVED PE GS
DATE 8/20/87

U.S. ARMY COMMUNICATIONS AND ELECTRONICS MATERIEL READINESS COMMAND
FORT MONMOUTH NEW JERSEY 07703

CONNECTOR GUIDE-KEYING PIN INSTALLATION AND ADHESIVE BONDING

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800584 |

SCALE | WT | SHEET 1 OF 7

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO. APPLICABLE ISSUE LETTER IF ANY AND DATE

BRUNING 40-105 39478-6

TAB 6-70 OF 147

1. SCOPE

1.1 Scope. This specification covers the process requirements for installing guide-keying pins into connectors and securing the pins by adhesive bonding.

2. APPLICABLE DOCUMENTS

2.1 Government documents.

2.1.1 Specifications and standards. Unless otherwise specified, the following specifications and standards, of the latest issue listed in that issue of the Department of Defense Index of Specifications and Standards (DoDISS) specified in the solicitation, form a part of this specification to the extent specified herein.

STANDARDS

Military

| | |
|---|---|
| MIL-STD-105 | Sampling Procedures and Tables for Inspection by Attributes |

2.1.2 Other Government documents, drawings, and publications. The following other Government documents form a part of this specification to the extent specified herein.

U. S. Army Electronics Command (CERCOM)

| | |
|---|---|
| SM-A-800486 | Adhesive, Paste Type, General Specification for |
| SM-A-800511 | Preparation of Surfaces for Adhesive Bonding |
| SM-A-800582 | Cleaning of Electronic Components and Assemblies |
| SM-A-801085 | Application of Adhesive, Paste Type |

(Copies of specifications, standards, and other Government documents required by manufacturers in connection with specific acquisition functions should be obtained from the contracting activity or as directed by the contracting officer.)

3. REQUIREMENTS

3.1 Safety precautions.

3.1.1 Applicable health and safety precautions shall be observed in performing this process. These precautions shall conform to the safety standards issued by the Occupational Safety and Health Administration (OSHA) under the Secretary of Labor and the safety procedures recommended in applicable supplier's material safety data sheets.

3.2 Equipment. See tooling (3.4.1), guide and keying pins (3.4.2.1), and pin fixturing (3.4.7.2).

3.3 Materials.

3.3.1 Adhesive. The adhesive for this process shall conform to the requirements of SM-A-800486-1.

3.3.2 Connectors. The connectors shall be in accordance with the applicable drawings (see 3.4.3).

3.4 Procedure (see 4.3.1).

3.4.1 Tooling. All tooling used to locate and align keying pins shall be examined for compliance to Figure 1 prior to usage.

3.4.2 Items to be bonded.

3.4.2.1 Guide and keying pins. The guide and keying pins shall be in accordance with the applicable drawings. Keying pin positions and orientations shall meet the requirements specified in Figure 1.

3.4.3 Connectors. At this time, the process herein covers only connectors made of diallyl phthalate (DAP-blue in color).

3.4.4 Surface preparation. All surfaces to be bonded shall be dry and shall exhibit no evidence of dirt, grease, or other contaminants. To assure this condition, the bonding areas shall be cleaned in accordance with SM-A-800511, or solvent cleaned in accordance with SM-A-800502 as needed. Cleaned items shall be handled only with clean, lint-free gloves and tools.

3.4.5 Adhesive preparation (SM-A-800486-1). The two-component adhesive may be prepared immediately before application by mixing in accordance with SM-A-801085 or may be premixed and frozen until ready for use. If frozen premix material is used, the material shall be allowed to thaw to room temperature before usage.




Figure 1. Keying pin location.

Notes:

1. X }
2. Y } Per the applicable connector drawing.
3. Z }
4. W - Per the applicable keying chart drawing. Angularity tolerance may vary within the allowable positional tolerance specified.
5. When SM-A-803406 keying pin (0.105-inch hole diameter) is used, SM-A-800486-1 adhesive shall be used.
6. When SM-A-912733 keying pin (0.145-inch hole diameter) is used, SM-A-800486-1 adhesive shall be used.

| SIZE | FSCM NO. | DWG. NO. | |
|---|---|---|---|
| A | 80063 | SM-A-800584 | |
| SCALE | LTR D | SHEET 4 | |

BRUNI A-105 39478-6

TAB 6 - 73 OF 147

3.4.6 Work life.

3.4.6.1 Adhesive SM-A-800486-1. The adhesive shall be used within the material work life of 90 minutes at 75± 5°F or discarded, but discard the adhesive prior to this time, if the adhesive becomes thick and difficult to use.

3.4.7 Adhesive application.

3.4.7.1 Paste type adhesive (SM-A-800486-1). The adhesive shall be applied in amounts so as to lightly coat all surfaces of the pins and the recesses into which the pins are inserted (see 3.6).

3.4.7.2 Pin fixturing. The pins shall be held in place with suitable tooling (3.4.1) to prevent movement until the adhesive has set.

3.4.8 Curing. The SM-A-800486-1 adhesive shall be cured in accordance with SM-A-801085. However, each end use and the effects of distortion of the connector body (such as warp and twist) shall be fully evaluated prior to utilization of elevated temperature for curing.

3.5 Process requirements.

3.5.1 Mechanical integrity. The keying pins after installation, and with the adhesive fully cured, shall withstand the following tests:

3.5.1.1 Key pin torque. Each keying pin shall withstand a torque force of not less than 3 inch-pounds, applied within 2 to 10 seconds and maintained for not less than 10 seconds when tested in accordance with 4.3.2.

3.5.1.2 Key pin pullout force. Each keying pin shall withstand a pullout force, applied in a longitudinal axis of not less than 9 pounds, and maintained for not less than 10 seconds when tested in accordance with 4.3.3. This requirement is applicable only to new material connectors (i.e., other than DAP; see 3.4.3). The connectors shall be subjected to the normal manufacturing cleaning cycles, but after the torque test, before testing for qualification. The test shall be applicable only to the first batch of any new connectors acquired for program use.

BRUNING 40-105 39478-6

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800584 |
| SCALE | LTR D | SHEET 5 |

3.5.1.3 Key pin cantilever load. Each keying pin shall withstand a cantilever load of not less than 10 pounds when applied uniformily at not less than 0.200 inch from the interface plane and tested in accordance with 4.3.4. This requirement is applicable only to connectors (i.e., other than DAP, see 3.4.3). The connectors shall be subjected to the normal manufacturing cleaning cycles, but after the torque test, before testing for qualification. The test shall be applicable only to the first batch of any new connectors acquired for program use.

3.6 Workmanship. The component details shall be bonded firmly with no evidence of keying pin looseness. An adhesive bond line may be visible on the connector face or on the pin above the connector face, but there shall be no excessive build-up that could interfere with subsequent operations. A quantity of adhesive no more than 0.015 inch thick shall be allowed on the mounting surface of the connector.

## 4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract or purchase order, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or purchase order, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Quality conformance inspection. Quality conformance inspection consists of all the tests performed on individual lots that have been submitted for acceptance. The tests are described in the following subparagraphs.

4.2.1 Sampling for acceptance inspection. Sampling for acceptance inspection shall be in accordance with MIL-STD-105. ~~For key pin torque and key pin pullout,~~ an AQL (Acceptable Quality Level) of 2.5 Level II shall be used. Workmanship shall be checked on every connector.

4.2.2 Lot formation. An inspection lot shall consist of all the bonded items processed at one time, by the same processing activity, using the same batch of processing material, in accordance with this specification, and submitted for inspection at one time.

4.2.3 Inspection. Inspection of the sample(s) specified in 4.2 to determine compliance with the characteristics specified in key pin torque (3.5.1.1) and workmanship (3.6) shall be conducted in accordance with the corresponding test and inspection paragraphs under 4.3.

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800584 |
| SCALE | LTR D | SHEET 6 |

BRUNING 15 39478-6

4.3 Test methods and inspection.

4.3.1 In-process inspection. Periodic in-process inspection shall be performed by visual and tactile examination, as applicable, to verify conformance to the procedure requirements specified in 3.4, and to verify that the adhesive has been fully cured in accordance with 3.5.1.

4.3.2 Keying pin torque test. With the module body supported to prevent rotation of the unit about the longitudinal axis of the keying pin, the torque shall be applied about the longitudinal axis of the keying pin. The torque shall be applied so that the maximum torque is obtained within 2 to 10 seconds from the time the torque is first applied to the pin. The longitudinal axis of the key pin is considered the center of the keying pin diameter extending the length of the keying pin.

4.3.3 Keying pin pullout force test (see 3.5.1.2). With the module body supported to prevent movement of the unit in the plane in which the force is applied, the force shall be applied within 2 to 10 seconds to the key in the longitudinal axis of the key pin. The pull test shall be done after performing the torque test on a connector.

4.3.4 Keying pin cantilever load test (see 3.5.1.3). With the module body supported to prevent movement of the unit in the plane in which the force is applied, the specified force shall be applied within 2 to 10 seconds perpendicular to the longitudinal axis of the key pin, at not less than 0.200 inch from the interface surface. The key pin under test shall have no external support along the key length extending from the interface surface during the test.

4.3.5 Workmanship. Conformance to the workmanship (3.6) requirements shall be determined by visual and tactile examination.

5. PACKAGING

5.1 This section is not applicable to this specification.

6. NOTES

6.1 This section is not applicable to this specification.

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800584 |
| SCALE | LTR D | SHEET 7 |

BRUNING 40-105 38478-6

| APPLICATION | |
|---|---|
| NEXT ASSY | USED ON |
| C5000283 | SM-D-803191 |
| C5000859 | SM-D-803102 |
| C5000840 | SM-D-801724 |
| C5000495 | SM-D-803188 |
| SM-D-803092 | SM-D-803170 |
| GENERAL | GENERAL |

NOTE: DATA MARKED WITH AN ASTERISK (*) IS PECULIAR TO A PRIOR MANUFACTURER. IT DOES NOT TAKE PRECEDENCE OVER ANY OTHER DATA ON THIS DRAWING AND IS NOT CONTRACTUALLY BINDING ON EITHER THE CONTRACTOR OR THE GOVERNMENT.

REVISIONS

| LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| - | Released | 78-12-7 | R. KORB |
| F | Revised per NOR 89156 | 84-03-12 | [signature] |

STANDARD
GSG GSG
RELEASE

## SPECIFICATION CONTROL DRAWING
PREPARED IN ACCORDANCE WITH MIL-STD-100A

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY GOVERNMENT PROCUREMENT OR MAINTENANCE OPERATION.

CONTRACT NO. DAAB07-74-C-0012
HUGHES AIRCRAFT COMPANY
FULLERTON, CA. 92634

| | | |
|---|---|---|
| DRAWN | [signature] | 84-03-12 |
| CHECKED | [signature] | 84/03/23 |
| APPROVED | [signature] | 84/03/23 |

ELECTRONICS COMMAND
REVIEWED
APPROVED
DATE

DEPARTMENT OF DEFENSE
US ARMY ELECTRONICS COMMAND
FORT MONMOUTH NEW JERSEY 07703

ADHESIVE, EPOXY TYPE, GENERAL SPECIFICATION FOR

| SIZE | CODE IDENT. NO. | |
|---|---|---|
| A | 80063 | SM-A-800486 |

SCALE: — SHEET 1 OF 11

12-68-80 LEVEL 3

R/(D)M-J

AMSEL FORM 1049, 1 Sep 73 HISA-FM 941-73

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO., APPLICABLE ISSUE LETTER IF ANY, AND DATE

TAB 6 - 77 OF 147

1. SCOPE

1.1 Scope. This specification covers the requirements for epoxy adhesives.

1.2 Classification. Dash numbers have been assigned the various classes of paste adhesives as shown in table I.

TABLE I. Classification.

| Class and dash number | Adhesive system |
|---|---|
| SM-A-800486-1 | Flexible, nonstructural, room temperature cure |
| SM-A-800486-2 | Flexible, nonstructural, thixotropic, room temperature cure |
| SM-A-800486-3 | High peel strength, room temperature cure |
| SM-A-800486-4 | High thermal conductivity, room temperature cure |
| SM-A-800486-5 | One component electrically insulating adhesive, microelectronics grade, high lap shear strength |
| SM-A-800486-6 | One component electrically insulating adhesive, microelectronics grade |
| SM-A-800486-7 | One part, 350°F cure |

2. APPLICABLE DOCUMENTS

2.1 Government documents.

2.1.1 Specifications and standards. Unless otherwise specified, the following specifications and standards of the latest issue listed in that issue of the Department of Defense Index of Specifications and Standards (DoDISS) specified in the solicitation form a part of this specification to the extent specified herein.

SPECIFICATIONS

Federal

MMM-A-132 - Adhesives, Heat Resistant, Airframe Structural, Metal to Metal

| SIZE | CODE IDENT. NO. | SM-A-800486 |
|---|---|---|
| A | 80063 | |
| SCALE: — | REV F | SHEET 2 |

MIL-S-47129 - Silicon Dioxide, Microfine

(Copies of specifications and standards required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications. The following documents form a part of this specification to the extent specified herein.

American Society for Testing and Materials (ASTM)

| | |
|---|---|
| ASTM C 177 | Steady State Thermal Conductivity of Materials by Means of the Guarded Hot Plate |
| ASTM D 150 | A-C Loss Characteristics and Dielectric Constant (Permittivity) of Solid Electrical Insulating Materials |
| ASTM D 257 | D-C Resistance or Conductance of Insulating Materials |
| ASTM D 1002 | Strength Properties of Adhesives in Shear by Tension Loading (Metal-to-Metal) |
| ASTM D 1084 | Viscosity of Adhesives |
| ASTM D 1338 | Working Life of Liquid on Paste Adhesives by Consistency and Bond Strength |
| ASTM D 1876 | Peel Resistance of Adhesives (T-Peel Test) |
| ASTM D 2240 | Rubber Property-Durometer Hardness |
| ASTM D 2651 | Preparation of Metal Surfaces for Adhesive Bonding |

(Applications for copies of ASTM publications should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia, Pennsylvania 19103.)

3. REQUIREMENTS

3.1 Safety precautions. Epoxy adhesives shall be used in well ventilated areas or with approved fume hoods or while wearing an approved respirator.

| SIZE | CODE IDENT. NO. | SM-A-800486 | |
|---|---|---|---|
| A | 80063 | | |
| SCALE: — | REV F | SHEET 3 | |

3.1.1 Approved eye protection shall be worn when handling epoxy-based compounds. If eye contact is made, eyes shall be flushed thoroughly with water and medical aid shall be obtained immediately.

3.1.2 Approved gloves shall be worn when working with epoxies. If skin contact occurs, wash skin thoroughly with soap and water.

3.1.3 The appropriate material safety data sheet and process specification, if applicable, shall be consulted prior to working with this material.

3.1.4 There shall be no eating, drinking, or smoking in areas where chemicals are used and stored.

3.2 Acceptability. Adhesives furnished under this specification shall be products which are acceptable for listing on the applicable suggested sources of supply list at the time set for opening of bids.

3.3 Detail requirements. The adhesive shall meet the applicable requirements specified in table II and the requirements specified below. Cured material requirements shall be after cure in accordance with table III.

TABLE II. Material properties.

| Material | Pot life, minutes, at R.T., minimum | Lap shear at R.T., psi, minimum | Lap shear at 180°F, psi, minimum | Peel strength at RT., lb/ inch of width, minimum | Viscosity centi-poises |
|---|---|---|---|---|---|
| SM-A-800486-1 | 90 1/ | 800 1/ | - | - | - |
| SM-A-800486-2 | 90 1/ | 800 1/ | - | - | 1 x $10^5$, min |
| SM-A-800486-3 | 30 1/ | 4000 1/ | 600 | 30 | - |
| SM-A-800486-4 | 30 1/ | 1700 1/ | 1100 | - | - |
| SM-A-800486-5 | 1 week | 4200 1/ | - | - | - |
| SM-A-800486-6 | 1 week | 1500 1/ | - | - | - |
| SM-A-800486-7 | - | 3500 1/ | - | 5 | - |

1/ Acceptance tests.

| SIZE | CODE IDENT. NO. | |
|---|---|---|
| A | 80063 | SM-A-800486 |
| SCALE: - | REV F | SHEET 4 |

AMCCL FORM 1049-1, 1 AUG 71 MIDA-FM 1049-71

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO., APPLICABLE ISSUE LETTER IF ANY, AND DATE

TAB G - 80 OF 147

TABLE II. Material properties - Continued

| Material | Dielectric constant | Dissipation factor, maximum | Thermal conductivity watts/cm²/cm°C), (BTU/hr ft²/ft°F), minimum | Volume resistivity ohm-cm, minimum |
|---|---|---|---|---|
| SM-A-800486-1 | - | - | - | - |
| SM-A-800486-2 | - | - | - | - |
| SM-A-800486-3 | - | - | - | - |
| SM-A-800486-4 | - | - | 0.865 (.500) | $1 \times 10^{15}$ at R.T. $1 \times 10^{12}$ at 200°F |
| SM-A-800486-5 | 4.2 ± .5 | - | - | $1 \times 10^{10}$ |
| SM-A-800486-6 | - | - | - | $4.5 \times 10^{14}$ |
| SM-A-800486-7 | - | - | - | - |

TABLE III. Cure cycles.

| Material | Time at temperature | | |
|---|---|---|---|
| | Standard cycle | Alternate cycles | |
| SM-A-800486-1 | 24 hours at 75 ±5°F | - | - |
| SM-A-800486-2 | 24 hours at 75 ±5°F | - | - |
| SM-A-800486-3 | 72 hours at 75 ±5°F | 60 minutes at 180 ±10°F | 30 minutes at 250 ±10°F |
| SM-A-800486-4 | 16 hours at 75 ±5°F | - | - |
| SM-A-800486-5 | 30 minutes at 302 ±10°F | 120 minutes at 257 ±10°F | - |
| SM-A-800486-6 | 60 minutes at 250 ±10°F | 30 minutes at 300 ±10°F | - |
| SM-A-800486-7 | 30 minutes at 350 ±10°F | - | - |

| SIZE | CODE IDENT. NO. | SM-A-800486 |
|---|---|---|
| A | 80063 | |
| SCALE: — | REV F | SHEET 5 |

AMBEL FORM 1840-4, 1 AUG 71 HIBAPM 1840-71

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO., APPLICABLE ISSUE LETTER IF ANY, AND DATE

3.3.1 Cured SM-A-800486-2 material shall exhibit a Shore D hardness of at least 50 after cure. It is prepared by mixing up to 4 parts of fumed silicon dioxide filler in accordance with MIL-S-47129 with 100 parts of SM-A-800486-1 material to obtain the desired thixotropic properties.

3.3.2 SM-A-800486-3 material shall have a tensile shear strength of not less than 2,250 psi at 75 ± 5°F after 30 days' exposure to salt water. The tensile shear strength at 75 ± 5°F after 30 days' exposure at 120 ± 5°F and 95 to 100 percent relative humidity shall be no less than 2,250 psi.

3.3.3 SM-A-800486-6 material shall be a 100 percent solid epoxy adhesive designed for microelectronics chip bonding (one component).

3.3.4 SM-A-800486-7 material shall dry to a non-tacky film within one hour of application to a faying surface.

3.3.5 Storage stability. The material furnished shall meet the requirements of this specification after storage under the conditions specified in table IV.

TABLE IV. Storage stability.

| Material | Storage time and temperature |
|---|---|
| SM-A-800486-1 (2 part unmixed) | 24 months at 75 ± 5°F |
| SM-A-800486-1 premixed and frozen | 4 months at -30 ± 5°F |
| SM-A-800486-2 (2-part unmixed) | 24 months at 75 ± 5°F |
| SM-A-800486-2 premixed and frozen | 4 months at -30 ± 5°F |
| SM-A-800486-3 | 12 months at 75 ± 5°F |
| SM-A-800486-4 | 12 months at 75 ± 5°F |
| SM-A-800486-5 | 6 months at 40 ± 5°F |
| SM-A-800486-6 | 6 months at 40 ± 5°F |
| SM-A-800486-7 | 12 months at 75 ± 5°F |

| SIZE | CODE IDENT. NO. | SM-A-800486 |
|---|---|---|
| A | 80063 | |
| SCALE: | REV F | SHEET 6 |

3.4 Property requirements.

3.4.1 Mix ratio. Adhesive systems that have more than one component shall have the recommended mix ratio specified on the container label.

3.5 Workmanship. Materials supplied to this specification shall be uniform in consistency and free of foreign matter and gelled material.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract or purchase order, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or purchase order, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein. The contracting activity reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure that supplies and services conform to prescribed requirements.

4.2 Acceptance tests. Acceptance tests shall consist of those listed in table II.

4.3 Test methods.

4.3.1 Tests shall be made in accordance with table V, 4.3.2, and 4.3.3.

4.3.2 Tensile shear after salt water exposure and after 95 to 100 percent relative humidity shall be made in accordance with MMM-A-132.

4.3.3 Workmanship. The material shall be visually examined for compliance with 3.5.

5. PACKAGING

5.1 Packaging and packing. Unless otherwise specified, packaging and packing shall conform to good commercial practice and shall be designed to protect the material from contamination and any change of composition and form during shipment and prolonged storage.

5.2 Marking. Marking shall include, but not necessarily be limited to, the information shown here.

| SIZE | CODE IDENT. NO. | SM-A-800486 |
|---|---|---|
| A | 80063 | |
| SCALE: | REV F | SHEET 7 |

TABLE V. Test methods.

| Test | Method |
|---|---|
| Lap shear | ASTM D 1002 2/ |
| Peel strength | ASTM D 1876 1/ |
| Viscosity | ASTM D 1084, method B |
| Dielectric constant | ASTM D 150 at 60 Hz to $10^9$ Hz |
| Dissipation factor | ASTM D 150 at 60 Hz to $10^9$ Hz |
| Thermal conductivity | ASTM C 177 |
| Volume resistivity | ASTM D 257 |
| Hardness | ASTM D 2240 |
| Pot life | ASTM D 1338 |

1/ Use 0.020 aluminum sheet instead of 0.032.

2/ Surface preparation, prior to bonding, shall be in accordance with ASTM D 2651, method A.

5.2.1 Material marking. Each container of material shall be marked with the following information:

a. SM-A-800486 and applicable dash number

b. Manufacturer's material designation

c. Manufacturer's name or code number

d. Mix ratio, if applicable

e. Toxicity warning statement, if applicable

f. Date of manufacture and batch number

| SIZE | CODE IDENT. NO. | |
|---|---|---|
| A | 80063 | SM-A-800486 |
| SCALE: | REV F | SHEET 8 |

5.2 Package marking. Each shipping package shall be marked with the following information:

a. SM-A-800486

b. Vendor's name

c. Manufacturer's material designation

d. Quantity

e. Contract or procurement document number

f. Toxicity warning statement, if applicable

5.3 All markings shall be clearly legible, contrasting in color, and shall not be obliterated by normal handling and storage.

6. NOTES

6.1 Ordering data. Procurement documents should specify the following:

a. Title, number, and date of this specification

b. Special packaging and packing instructions (see 5.)

c. Quantity

6.2 Formulation of SM-A-800486-2.

6.2.1 Two part system. Add two parts, by weight, of silica (MIL-S-47129) to 50 parts, by weight, of resin and of catalyst (SM-A-800486-1). Blend silica into each component (resin and catalyst) and then blend the components together.

6.2.2 Premixed and frozen. Allow material (SM-A-800486-1) to warm to room temperature, add four parts, by weight, of silica (MIL-S-47129), and blend.

6.3 Suggested source(s) of supply.

6.3.1 Identification of "suggested source(s)" herein is not to be construed as a guarantee of present or continued availability as a source of supply for the item(s)

| SIZE | CODE IDENT. NO. | SM-A-800486 | |
|---|---|---|---|
| A | 80063 | | |
| SCALE: - | REV F | | SHEET 9 |



TAB 6-85 of 147

| Material | Manufacturer's designation | Manufacturer's name or address |
|---|---|---|
| SM-A-800486-1 | Crest 3135 Resin<br>7111 Hardener | Crest Products Company<br>2000 South Susan Street<br>Santa Ana, CA 92704<br>Phone: (714) 540-9087<br>FSCM: 34469 |
| | Crest 3135 Resin<br>7111 Hardener<br>Premixed and frozen | Crest Products Company |
| | Crest 3135 Resin<br>7111 Hardener<br>Premixed and frozen | Bacon Industries, Inc.<br>192 Pleasant Street<br>Watertown, MA 02172<br>FSCM: 99098 |
| | Reliabond 47<br>Part A and Part B | Reliable Manufacturing, Inc.<br>19010 Talbert Avenue<br>Fountain Valley, CA 92708<br>Phone: (714) 968-3361<br>(213) 592-2851<br>FSCM: 30136 |
| | Ablestik 478-1<br>Premixed and f ozen | Ablestik Adhesive Company, Inc.<br>833 West 182nd Street<br>Gardena, CA 90248<br>Phone: (213) 532-9341<br>FSCM: 21109 |
| SM-A-800486-2 | Ablestik 862-2<br>Premixed and frozen | Ablestik Adhesive Company, Inc. |
| OR | Prepare from SM-A-800468-1 material (see above) and MIL-S-47129 fumed silicon dioxide filler (3.2.1). | |
| MIL-S-47129 | Cab-O-Sil M5 | Cabot Corporation<br>125 High Street<br>Boston, MA 02110<br>Phone: (617) 423-6000<br>FSCM: 80798 |
| | 1013A Resin<br>1013B Catalyst | Crest Products Company |

| SIZE | CODE IDENT. NO. | SM-A-800486 |
|---|---|---|
| A | 80063 | |
| SCALE: | REV F | SHEET 10 |

AMREL FORM 1040-1, 1 AUG 71 — MIBA-FM 1848-71

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO., APPLICABLE ISSUE LETTER IF ANY, AND DATE

TAB 6 - 86 OF 147