| | | |
|---|---|---|
| SM-A-800486-3 | Hysol EA 9309.3NA | Hysol Division of the Dexter Co.<br>15051 East Don Julian Road<br>Industry, CA 91744<br>FSCM: 12405 |
| SM-A-800486-4 | Abletherm 10-1<br>Premixed and frozen | Ablestik Adhesives Company, Inc. |
| SM-A-800486-5 | Ablebond 789-3 | Ablestik Adhesives Company, Inc. |
| SM-A-800486-6 | Ablebond 41-1 | Ablestik Adhesives Company, Inc. |
| AM-A-800486-7 | EC 2290 | Minnesota Mining & Mfg. Company<br>Adhesives, Coatings & Sealers Div.<br>3M Center<br>St. Paul, MN 55101<br>FSCM: 04963 |

| SIZE | CODE IDENT NO | |
|---|---|---|
| A | 80063 | SM-A-800486 |
| SCALE: | REV F | SHEET 11 |

AMSFL FORM 1049-1, 1 AUG 71

HISA-FM 1049-71

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO., APPLICABLE ISSUE LETTER IF ANY AND DATE




## REVISIONS

| AUTHORITY | ZONE | LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|---|
| DDT 73222 | | | ENGINEERING RELEASE | | |
| DDT 74940 | | A | REV PER DCN | | |
| DDT 86714 | | B | INCORP EO A1 & A2 REV PER DCN | | |
| DDT 93218 | | C | INCORP EO B1 THRU B3 REV PER DCN | | |
| DDT 12159 | | D | INCORPORATED EO C1 THRU C5 | | |
| DDT 17920 | | E | INCORP EO D1 THRU D4 AND REVISED PER DCN | | |
| DDT 40464 | | F | INCORPORATED OUTSTANDING EO'S E1 THRU E3, REV PER DCN | | |
| DDT 59919 | | G | INCORPORATED EO F1 & REV PER ECP 029 NOR 54700 | | |
| DDT 74379 | | H | INCORP NOR 62029 ECP 272-0010, 303-0134 NOR 61522 ECP 319-0010, 263-0154 | 83/5/11 | |
| DDT 79306 | | J | REV PER ECP 459-0134, 391-0010, NOR 72449 | | |
| DDT 96674 | | K | REV PER ECP 587-0010 & 809-0134, NOR 91717A | | |
| DDT 17806 | | L | REV PER ECP 1101-0134, NOR 141444A | | |
| DDT 59304 | | M | INC ECP 1686-0134 NOR 49330 | 07/28 | |
| DDT | | N | [illegible] | | |

## INDEX TO SHEETS

| SHEET | CIRCUIT DESCRIPTION |
|---|---|
| 1 | KEY SHEET OF ANTENNA GROUP (2A1) |
| 2 | TURNTABLE ASSY (2A1A2), ERECTOR ASSY (2A1A3) INCLUDES INTERFACE BETWEEN TRAILER AND ARRAY ASSEMBLY (2A1A1) |
| 3 | ARRAY ASSEMBLY (2A1A1) TILT SENSOR (2A1A4) AND BORESIGHT SCOPE (2A1A5) INTERFACE-INCLUDES TEST POINTS, INTERLOCKS, FAULT SENSORS, TEMP SENSORS AND BLOWERS. |
| 4 | Σ AND Δ RF CORPORATE FEED |
| 5 | RF DETECTOR INCLUDES AUX, SUM, AZ Δ AND EL Δ RECEIVER PROTECTORS AND PAMS, TTN & STG. |
| 6 | TYPICAL ARRAY BAY INCLUDES 1:6 PD, RESISTOR BOARD AND SUBARRAY PHASE SHIFTER MODULES |
| 7 | BSU INTRA AND INTERFACE INCLUDES POWER SUPPLIES |

| REV STATUS OF SHEETS | SHEET | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | REV | N | J | M | N | F | E | K |

UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCHES AND PER ANS Y14.5
.XXX ±.010 .XX ±.03 ANGLES ±0°30'
MATERIAL

| NEXT ASSY | USED ON |
|---|---|
| 1635711-100 | 1635702-100 |
| 1635711-101 | 1635702-101 |
| 1635711-102 | 1635702-102 |

APPLICATION

CONTRACT NO. DAAA07-76-C-0063

HUGHES — HUGHES AIRCRAFT COMPANY, FULLERTON, CALIFORNIA

# ANTENNA GROUP -SCHEMATIC DIAGRAM

SIZE E | CODE IDENT NO. 05869 | DRAWING NO. 1635711-200 | REV N

SCALE | SHEET 1 OF 7

TAB 6 - 88 OF 147

NOTES:

UNLESS OTHERWISE SPECIFIED

1. FOR ASSEMBLY DWG OF ANTENNA GROUP SEE 1635711-100, WIRING DIAG 1635720-300, AND 1635721-300 TEST SPECIFICATION 1635711-400.

2. PARTIAL REFERENCE DESIGNATORS ARE SHOWN. FOR COMPLETE REF DESIGNATOR PREFIX WITH UNIT 2.

3. [ ] SYMBOL MEANS SEE NOTE NUMBER INDICATED.

4. TERMINALS SHOWN WITHOUT CONNECTIONS OR DESIGNATED AS SPARES SHALL NOT BE USED.

5. REFERENCE DESIGNATORS WITHIN THE ANTENNA GROUP ARE ASSIGNED AS FOLLOWS:

| | |
|---|---|
| (400 SERIES) | SIGNAL, AC POWER, DC POWER, AND CONTROL CABLES. SEE NOTE 19 |
| (400 SERIES) | ALL COMPONENTS OTHER THAN RF, BSU AND RF DETECTOR. |
| (500 SERIES) | RF COAXIAL CABLES( Σ AND DIF CIRCUITS) |
| (600 SERIES) | BSU AND BSU INTERFACE |
| (700 SERIES) | WAVEGUIDE SECTIONS, SUBARRAYS, ANTENNA BAYS, RF WAVEGUIDE AND MICROSTRIP POWER DIVIDERS, AND ALL OTHER MICROWAVE COMPONENTS [illegible] |
| (800 SERIES) | RF DETECTOR AND RF DETECTOR INTERFACE |

5a. THE Σ RF VERTICAL DISTRIBUTION COAXIAL CABLES AND THE BSU FLAT RIBBON WIRE FOR DC BIAS WHICH TERMINATE IN AN ANTENNA BAY ARE REFERENCE DESIGNATED TO COORDINATE WITH THE BAY REFERENCE DESIGNATOR, IE: W(F)501 (COAXIAL CABLE) AND W(F)601 (FLAT RIBBON WIRE) TERMINATE IN BAY Z(F)701, ETC.

6. FOR SCHEMATIC DIAGRAM OF A TYPICAL ANTENNA BAY SEE SHEET 6. BAYS ARE IDENTIFIED BY REFERENCE DESIGNATORS THAT INDICATE THEIR LOCATION VIA X-Y COORDINATES IE: VERTICAL COLUMNS ARE ALPHABETIC LEFT TO RIGHT AS VIEWED FROM THE REAR, HORIZONTAL ROWS ARE NUMERIC FROM BOTTOM TO TOP.

7. THE 1:6 POWER DIVIDERS IN EACH BAY OUTWARDLY APPEAR TO BE IDENTICAL, HOWEVER, THERE ARE 2 RH AND 3 LH CONFIGURATIONS. P/N 1636250-1 IN COLUMNS A&B HAVE A POWER DISTRIBUTION TAPERED LEFT. P/N 1636251-1 IN COLUMNS G&H TAPER RIGHT. P/N 1636250-2 IN COLUMNS C&D AND 1636251-2 IN E&F ARE CONFIGURED RIGHT AND LEFT BUT HAVE UNIFORM POWER DISTRIBUTION. EACH POWER DIVIDER CONTAINS AN RF 1:6 AIR STRIPLINE POWER DIVIDER AND A DC BIAS RESISTOR BOARD (1636254-1 OR -2). P/N 1636250-3 IN BAY Z(D)702 PROVIDES AN EXTRA JACK (J15) FOR INJECTING THE AUXILIARY CIRCUIT INTERNALLY TO HY5. NORMALLY HY5 IS TERMINATED TO AN INTERNAL RF LOAD THE SAME AS HY1 THRU HY4 AS SHOWN ON SH6.

8. EACH BAY CONTAINS SIX SUBARRAYS (A1 THRU A6) AND SIX DC JUMPER FLAT RIBBON CABLES (W1 THRU W6), EXCEPT BAY Z(D)703 WHERE A6 AND W6 ARE OMITTED AND ARE REPLACED BY THE TEST TARGET INJECTION CIRCUIT. SEE SHEET 5 ZONE 34/G FOR THIS EXCEPTION TO A TYPICAL BAY.

9. THE RESISTOR BOARD OF EACH 1:6 POWER DIVIDER IS FED BY A 40 CONDUCTOR, DC BIAS, FLAT RIBBON CABLE (390543-1 THRU -9) ROW NUMBER ONE IS FED BY THE -1 CABLE REGARDLESS OF WHICH ALPHA COLUMN IT IS IN, ROW NUMBER TWO BY THE -2 CABLE, ROW THREE BY THE -3 CABLE, ETC.

10. THE Σ RF POWER IS DISTRIBUTED HORIZONTALLY (A THRU H) TO PD702 THRU PD709 THRU EIGHT EQUAL ɸ MATCHED MULTI-SECTION WAVEGUIDE TRANSMISSION LINES (W721 THRU 728) AS SHOWN ON SHEET 4. PHASE MATCHING IS ACCOMPLISHED BY USING W728 AS A STANDARD WHEN MEASURING THE ɸ LENGTH FROM THE INPUT @ PD701A1J1 TO THE OUTPUT AT PD709J5, AND TRIMMING THE OTHER SEVEN LINES TO MATCH PER SPEC 1642724-700. EACH OF THE EIGHT LINES PROVIDE A 180° (TROMBONE) BEND AND TWO WAVEGUIDE FLANGE SHIMS (1636091-4) WHICH ARE MACHINED AS REQUIRED TO COMPENSATE FOR MANUFACTURING TOLERANCES AND FASTENED TO TWO FLANGES OF THE 180° BEND OR TO THE FLANGES OF THE ADJACENT WAVEGUIDE SECTIONS.

11. THE .50 DIA VERTICAL Σ DISTRIBUTION COAX CABLES WHICH TERMINATE IN THE SUBARRAY BAYS ARE PHASE TRIMMED PER SPEC 1642724-700 PAR 3.1.2, THE CABLES IN A GIVEN ROW, FOR EXAMPLE, NUMBER (a)5 THRU (g)5 ARE THE SAME PHASE LENGTH. THE DIFFERENCE BETWEEN THE PHASE LENGTH OF ANY TWO VERTICALLY ADJACENT CABLES, SUCH AS, 9 & 8 OR 8 & 7 OR 7 & 6 OR 6 & 5 OR 1 & 2 OR 2 & 3 OR 3 & 4 ARE IDENTICAL TO THE PHASE LENGTH DIFFERENCE BETWEEN 5 & 4 IN ANY GIVEN COLUMN A THRU G. SEE SHEET 4.

12. THE EIGHT .5 DIA EL △ CABLES W522 THRU W529 ARE PHASE TRIMMED TO SAME LENGTH PER SPEC 1642724-700 PAR 3.2.2 SEE SHEET 4.

13. THE PAM .141 DIA COAX CABLES 1636598 W544, W545, W546, & W547 ARE TRIMMED TO EQUAL MECHANICAL LENGTH TO ±.25 INCH. SEE SHEET 5.

14. THE .5 DIA COAX CABLE & W511 THRU W515 ARE NOT PHASE TRIM TO PROVIDE GROUP DELAY BETWEEN CHANNEL. HOWEVER, EACH CABLE SHALL BE MATCHED, SERIAL TO SERIAL (AND SPARES), WITHIN ±.25 NANO SEC SEE SHEET 3. THE CABLES SHALL BE TESTED PER 1642724-700 PAR 3.3.2.

15. THE .141 DIA COAXIAL CABLES W531, W532, W533 AND W534 WHICH CONNECT TO THE TIN ARE PHASE MATCHED TO EQUAL LENGTH TO 3 DEGREES. PER SPEC 1642724-700 PAR 3.4 (SEE SH 5)

16. THE .141 DIA COAXIAL CABLES W539, W540, W541 AND W542 ARE TRIMMED TO EQUAL MECHANICAL LENGTH TO ±1/2 INCH. SEE SHEET 5.

17. FOR INTERFACE OF (DC BIAS) FLAT RIBBON WIRES SEE SH7 ZONE 49 D/G AND SH6

18. ALL SMA PLUGS ARE PART NUMBER 720333-1.

19. ALL WIRES ON ANTENNA ARE ROUTED PER DWG 1636345 & ON TURNTABLE PER DWG 1642503.

20. CABLE AND CONNECTOR P1 ARE PIGTAILED ON ENCODER Z401

21. ALL RESISTORS ON SHEET 6 ARE 1 WATT EXCEPT AS NOTED.

22. CONNECTOR P447 AND P448 IS SUPPLIED WITH [illegible]

23. DS1 OF 2A1A6 IS SPARED SEPARATELY.

24. THE OUTPUT POWER AND RETURN LEADS ON THE -3V AND +5V POWER SUPPLIES CONSIST OF 6 YELLOW AND 6 GREEN WIRES. THE 12 WIRES ARE TWISTED TOGETHER ( AS 6 TWISTED PAIR TWISTED TOGETHER). THEY ARE POINT TO POINT, DIRECT, AND AS SHORT AS POSSIBLE. THE UNTWISTED BRANCH AT EACH END IS SHORT AS POSSIBLE AND TERMINATES 6 LIKE COLORED WIRES INTO A LUG. THE SENSE WIRE IS ROUTED WITH AND LACED TO THE TWISTED BUNDLE.

25. ONLY AT TB425, THE 6 GREEN AND 6 YELLOW WIRES SPLIT INTO 2 GROUPS WITH 3 WIRES TO EACH LUG AT TERMINALS 5 THRU 8.

26. PHASE TRIM W1 THRU W8 ON SH 4 PER SPEC 1642724-700 PAR 3.5

27. PHASE TRIM W521A AND W521B, W530 AND W543 ON SH 5 PER 1642724-700 PAR 3.9.

28. THE GROUND CONNECTION AND J14-1 TO J7-7 AND J7-9 ARE EFFECTIVE ONLY FOR MSN 301 AND UP OF THE 1636254-2 RESISTOR ASSEMBLY.

29. CABLE DRAWING NUMBERS FOR ARMORED SYSTEMS 1636711-101 & 1635711-102 ARE 390896-1 THRU -5, W501 THRU W505 & 390897-1 THRU -5, W506 THRU W510. CABLE DRAWING FOR NON-ARMORED SYSTEMS 1635711-100 ARE 1656577-1 THRU -5, W501 THRU W505 & 1656578-1 THRU -5, W506 THRU W510

30. FOR REF ONLY: PIN PLATE MOUNTING SCREWS. TYPICAL FOR PIN 1 OF J1 THRU J3 AND J11 THRU J18 ON A1, A2, A4 AND A5




| REFERENCE DESIGNATION | |
|---|---|
| HIGHEST NO. USED | NO. NOT USED |
| W407E | TB417 & TB418 |
| TB426 | E408 THRU E413 |
| B404 | S400 THRU S410 |
| C404 | |
| PS408 | |
| E417 | |
| P448 | |
| S426 | |
| CP309 | |
| AT706 | |
| HY502 | |
| W551 | |
| C6 | |




TMB 6-89 OF 147




TAB 6 - 90 OF 147


2A1
(A2) TURNTABLE ASSY 1636721-100
BULKHEAD
XW1 THRU XW10 1643447
GASKET
TYP 6 PLACES (ONLY USED IN PEDESTAL AND EXTERIOR TO THE ARRAY)
W704 ETC 1643330
W701 1643554
CP701 390546
W703 1643299
SPACER
NOT USED
CABLE WRAP
W109 FROM RCVR/EXCIT/SYNC
2A1A3 1636722-100
W405 1643701-2
2A1E1
W408 1643765
W120
W408C 1643769
2A1S401 EL LIMIT SW
CAM
PBDNLM
PSUDLM
STOW LM
W407D 1643773
W407C 1643772
W406B 1643768
W407B
2A1E2
TB403-10
W403 1643766
W121 115/COAXIAL
W404 1643701-1
SPARE
W122
W406A 1643767
26TB10 TB401
26TB10 TB402
26TB10 TB403
SLIDER 1636511 REF
FIX END
W123
W407A 1643770
CABLE WRAP
BRAKE
THERM SW
HANDCRANK INTLK SW




TAB 6-920F 147




TAB 6-930F 147




TAB 6- 94 OF 147






TAB 6 - 950F147




TAB 6- 960F 147




TAB 6- 97 OF 147




| SIZE | CODE IDENT NO. | DRAWING NO. | REV |
|---|---|---|---|
| E | 05869 | 1635711-200 | F |

TAB 6-98 OF 147


48
47
46
45
A1 (CONT'D)
ZD 702 (TYPICAL BAY)
A1 (1636249) PRINTED CIRCUIT
SUB ARRAY Ø SHIFTER MODULE
TOP DIPOLE
E1 E2 E3 E4 E5 E6
HY1
HY2
HY3
HY4
HY5
AT1
AT2
AT3
AT4
AT5
(1636566)
TYP R1 THRU R5
PRINTED CIRCUIT
Z1 PHASE SHIFTER
390542-1
(180° FOR 4 BIT Ø SHIFT)
(90° FOR 4 BIT Ø SHIFT)
(45° FOR 4 BIT Ø SHIFT)
(22.5° FOR 4 BIT Ø SHIFT)
GROUND
A2 (1636249)
SAME AS A1
A3 (1636249)
SAME AS A1
SPECIAL SMA
SLIP PLUG
CONNECTION
A1P1 A2P1 A3P1 A4P1 A5P1 A6P1
J1 J2 J3 J4 J5 J6
TO A1J2
TO A1J3
TO A1J4
W1
390543-40
W2
390543-40
W3
390543-40
PRINTED CIRCUIT
RESISTOR BOARD
1636254-1 OR -2
PRINTED
CIRCUIT
A1
J13
390550
J15
390550
SPECIAL TNC
SLIP PLUG CONNECTION
VERTICAL
BULKHEAD
W(D) 602
390543-2
J1
390544
J1
390544-2
W(D) 502
1636317-2
W542 REF
1636583
TO CP 714 SH5
THIS CONNECTION TO HY5 OCCURS
AT THIS BAY ONLY FOR THE AUX FUNCTION
ALL OTHER BAYS HY5 IS INTERNALLY LOADED
PD 705 J2
SH4
GND
THRU
SEE SHT 7 FOR BSU
FOR FLAT RIBBON WI
AT 60 PLACES-IN
AND 60 PLACES-IN
PIN CONNECTIONS A




TAB 6-100 OF 147


A-1 CONT'D
BULKHEAD
A6O1
BSU CARD RACK
1635B69-100
A1-05
DRIVER CARD
PIN PLATE
A2-06
DRIVER CARD
PIN PLATE
A3-07
LOGIC CARD
PIN PLATE
FOR PIN ASSIGNMENTS SEE SHG 42/B THRU 46/B
TYPICAL A1A2 A4 & A5
(INTRAFACE JUMPER) FLAT RIBBON
W IS F/O BSU
TB425-7
TB425-6
TB425-8
PS401
SM-A-802058-3
-3VDC 7.5A
PS402
SM-A-802050-2
+100VDC 2A
PS403
SM-A-802058-3
-3VDC 7.5A
PS404
+15VDC 3.4A
PS405
-15VDC 3.1A
C401
69K MFd
NOT USED
SPARE

1643137-300 C

REVISIONS

| AUTHORITY | ZONE | LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|---|
| DDT 78546 | | | REL FOR PROD | | |
| DDT 48435 | | A | REVISED TO INCLUDE E.O. -1 THRU -12 | 82-1-15 | T.F. |
| DDT 22955 | | B | INC ECP 850-0134, NOR 91768, ECP 802-0134, 553-0010, NOR 78844, ECP 1079-0134, NOR C3485 | 85-09-18 | V CR C Meyer |
| DDT 75334 | | C | INC ECP 1338-0134 NOR 32872 ADDED CONTRACT NO. 89-04-15 SE | 88-09-16 | R. Lindholt Jr EEVS |

90533
SIGNATOR A3
33.
35711-201.
Z AXIS
AILABLE

RE-ISSUED To ADD CONTRACT #

| | | | | |
|---|---|---|---|---|
| AN/TPQ-37 | EXCEPT AS NOTED DIM. ARE IN INCHES AND PER ANS Y14.5 .XXX ±.010 .XX ±.03 ANGLES ±0°30' | CONTRACT NO. DAAB07-76-C-0893 | HUGHES | HUGHES AIRCRAFT COMPANY FULLERTON, CALIFORNIA |
| USED ON | MATERIAL | DR R. Sisemore 3-14-78 | PLATE, PIN - WIRE LIST | |
| CATION | | CHK R. Hurst 3-17-78 | | |
| | | APPD R. Sisemore 3-21-78 | SIZE B / CODE IDENT NO 05869 | DRAWING NO. 1643137-300 |
| | | EEVS 19OCT89 | SCALE NONE | SHEET 1 of 10 |

14-53-30 FORM 3

TAB 6 - 102 OF 147