| SYST CODE | PHYS UNIT | SHEET | SYSTEM | REPORT TITLE | DRAWING TITLE |
|---|---|---|---|---|---|
| | | | AN/TPQ-37 | WIRELIST | PLATE,PIN |

| TYPE ENTRY | FUNCTIONAL UNIT | INVERS | ELEMENT (FROM) | ASSEMBLY | CLASS | PART NUMBER | TERMINAL | PREF | SUB ASSEMBLY (TO) | CLASS (TO) | PART NUMBER (TO) | TERMINAL (TO) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | Z | + | 5VBT | 07 | XA | 005 | 028 | 991 | 07 | XA | 005 | 04 |

02 04 07 10 18 19 22 24 27 30 31 39 42 43 45 47 49 52 55 57 60 63 65 67 69 72 75 77

CM 05869 DATE APR 18,1989 REPORT NO. 35141-01RR

TAB 6 - 120 OF 147

| -37 | REPORT TITLE: WIRELIST | DRAWING TITLE: PLATE,PIN | DRAWING NO.: 1643137-300 | REV: C |
|---|---|---|---|---|

| TO | | | | | PHYSICAL FROM | | | | | | | | | PHYSICAL TO | | | | | | | | WIRE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INVERS | ELEMENT | MODIFIER | FUNCTION | DO LL | SOURCE | CARD CODE | EA-TP | SUB ASSEMBLY | CLASS | PART NUMBER | SEGMENT | TERMINAL | PREP | CARD CODE | EA-TP | SUB ASSEMBLY | CLASS | PART NUMBER | SEGMENT | TERMINAL | PREP | GROUP | CODE | NUMBER | SEQUENCE | ROUTE | LENGTH |
| | | | | | | | | 07 | XA | 005 | | 028 | 991 | | | 07 | XA | 005 | | 047 | 991 | | A06 | H--02 | | | 5.5 |

27 30 31 39 42 43 45 47 49 52 55 57 60 63 65 67 69 72 75 77 80 83 86 89 94 97

APR 18,1989 REPORT NO. 35141-01RR LAST SHEET 10

JAB 6 - 12 1 OF 147

REVISIONS

| AUTHORITY | LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|
| DDT 71061 | A | REL FOR PROD | | |

FRONT

NOTES: UNLESS OTHERWISE SPECIFIED.

1. FABRICATE PER 1643137

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY ACTION. THIS DOCUMENT IS UNDER CONFIGURATION CONTROL BY THE U.S. ARMY ERADCOM, CS&TA LAB, FT MON, NJ, FSCM 57946, AND SHALL NOT BE REVISED WITHOUT APPROVAL.

CONTRACT:
CONTRACT NO.
DAAB07-76-C-0893

HUGHES
HUGHES AIRCRAFT COMPANY
FULLERTON, CALIFORNIA

| | | |
|---|---|---|
| DR | R. Sisemore | 13 JULY 77 |
| CHK | J. Neary 18 C/B | 25 July 77 |
| APPD | R. Sisemore | 13 JULY 77 |

PRINTED WIRING BOARD

| SIZE | FSCM NO. | DWG NO. | REV |
|---|---|---|---|
| A | 05869 | 1643217 | A |

SCALE 1/1 WT SHEET 1 OF 4

11062 CS GS 1/77 14-53-30 FORM 3




FRONT

FIRST ARTICLE

REF 1643137

| SIZE | CODE IDENT NO. | DRAWING NO. | REV |
|---|---|---|---|
| A | 05869 | 1643217 | A |
| SCALE | | SHEET 2 | |

TAB 6 - 123 OF 147




REAR

REF 1643137

| SIZE | CODE IDENT NO. | DRAWING NO. | REV |
|---|---|---|---|
| A | 05869 | 1643217 | A |
| SCALE | | SHEET 3 | |

TAB 6 - 124 OF 147




DRILL MASTER - FRONT

REF 1643137

| SIZE | CODE IDENT NO. | DRAWING NO. | REV |
|---|---|---|---|
| A | 05869 | 1643217 | A |
| SCALE | | SHEET 4 | |

1. SCOPE

1.1 Scope. This specification establishes the requirements for the application of epoxy paste type adhesives.

2. APPLICABLE DOCUMENTS

2.1 Government documents.

2.1.1 Specifications and standards. Unless otherwise specified, the following specifications and standards, of the latest issue listed in that issue of the Department of Defense Index of Specifications and Standards (DoDISS) specified in the solicitation, form a part of this specification to the extent specified herein.

SPECIFICATIONS

Military

MIL-S-47129 - Silicon Dioxide, Microfine

(Copies of specifications and standards required by manufacturers in connection with specific acquisition functions should be obtained from the contracting activity or as directed by the contracting officer.)

2.1.1 Other Government documents, drawings, and publications. The following other Government documents form a part of this specification to the extent specified herein.

U. S. ARMY ELECTRONICS COMMAND

SM-A-800486 - Adhesive, Epoxy Type, General Specification for

SM-A-800511 - Preparation of Surfaces for Adhesive Bonding

(Copies of specifications, standards, and other Government documents required by manufacturers in connection with specific acquisition functions should be obtained from the contracting activity or as directed by the contracting officer.)

3. REQUIREMENTS

3.1 Safety precautions. Applicable health and safety precautions shall be observed in performing this process. These precautions shall conform to the safety standards issued by the Occupational Safety and Health Administration (OSHA) under the Secretary of Labor and the safety procedures recommended in applicable supplier's material safety data sheets.

3.2 Equipment. No special equipment is required.

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-801085 |
| SCALE | LTR D | SHEET 2 |

BRUNING 40-105 39478-6

3.3 Materials. The epoxy paste type adhesives shall conform to the requirements of SM-A-800486. The silicone dioxide filler shall conform to MIL-S-47129.

3.4 Procedure.

3.4.1 Surface preparation. All faying surfaces shall be prepared in accordance with the requirements of SM-A-800511. The prepared surfaces shall be protected from contamination (oil, grease, dust, etc.). In areas where the part will not be damaged and especially for difficult-to-bond surfaces (such as painted surfaces, nylon, glossy and conversion coated metals), the faying surfaces may be abraded with sandpaper or any abrading tool (manual or motor driven), followed by solvent wiping and vapor degreasing or solvent wiping repeatedly until two consecutive wipes with clean cloths show no soil or residue removal.

3.4.2 Adhesive preparation.

3.4.2.1 Bulk material. Material furnished in bulk form shall be mixed in the ratios specified in Table I, as applicable, until the components are uniformly mixed. Components shall be weighed to ±5 percent, unless otherwise specified.

TABLE I. Mixing ratios (by weight).

| Adhesive | Parts of resin | Parts of hardener | Parts of silicone dioxide (See MIL-S-47129) |
|---|---|---|---|
| SM-A-800486-1 | 100 | 100 | -- |
| SM-A-800486-2 | 50 | 50 | 1 to 4 1/ |
| SM-A-800486-3 | 100 | 23 | -- |
| SM-A-800486-4 | 100 | 5.3 | 2/ |
| SM-A-800486-5 | One-part system | | |
| SM-A-800486-6 | | | |
| SM-A-800486-7 3/ | | | |

1/ See 3.4.2.4.

2/ See 3.4.3.1.

3/ See 3.4.3.2.

BRUNING 40-105 39478-6

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-801085 |
| SCALE | LTR D | SHEET 3 |

MMB 6-1270F147

3.4.2.2 Premixed and frozen material. Material furnished premixed and frozen shall be permitted to thaw at room temperature until the adhesive can be extruded from a syringe with light to moderate pressure on the plunger.

3.4.2.3 Material supplied in kit form. Material supplied in premeasured kits shall be mixed uniformly in accordance with the manufacturer's instructions.

3.4.2.4 SM-A-800486-2 adhesive. The SM-A-800486-2 adhesive consists of a mixture of 1 to 4 parts of fumed silicon dioxide filler in accordance with MIL-S-47129 with 100 parts of SM-A-800486-1 mixed material. The adhesive shall be prepared by adding sufficient filler (1 to 4 percent by weight) to the -2 adhesive to obtain the desired thixotropic properties.

3.4.2.5 Pot life. For those materials that require mixing, the time between mixing and application of the adhesive shall not exceed the pot life specified in Table II.

TABLE II. Pot life at room temperature (50 to 100°F).

| Material | Pot life, minutes |
|---|---|
| SM-A-800486-1 | 90 |
| SM-A-800486-2 | 90 |
| SM-A-800486-3 | 30 |
| SM-A-800486-4 | 30 |

3.4.2.6 Curing. The material shall be cured in accordance with any one of the applicable cure schedules (time, temperature, pressure) specified in Table III.

BRUNING 40-105 39478-6

TABLE III. Curing schedules.

| Material (Temp and pressure) | Cure temperature (°F) ±10°F 2/ 70 | 75 | 150 | 165 | 180 | 200 | 225 | 250 | 255 | 260 | 300 | 350 | Cure pressure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SM-A-800486-1 | 1 hr 1/ | 24 hr | - | 2 hr min. 3 hr max. | 1 hr | - | 40 min | 30 min | - | - | - | - | Pressure up to 15 psi recommended; however, contact pressure permitted. |
| SM-A-800486-2 | - | 24 hr | - | 2 hr min. 3 hr max. | 1 hr | - | - | 30 min | - | - | - | - | Pressure up to 15 psi recommended; however, contact pressure permitted. |
| SM-A-800486-3 | - | 72 hr | - | 2 hr min. 3 hr max. | 1 hr | - | - | 30 min | - | - | - | - | Pressure up to 15 psi recommended; however, contact pressure permitted. |
| SM-A-800486-4 | - | 16 hr | 1 hr min. 80 min max. | 30 min min. 45 min max. | - | 10 min | - | - | - | - | - | - | Pressure up to 15 psi recommended; however, contact pressure permitted. |
| SM-A-800486-5 | - | - | - | - | - | - | - | - | - | 2 hr | 30 min | - | Contact pressure recommended. |
| SM-A-800486-6 | - | - | - | - | - | - | - | - | 1 hr | - | 30 min | - | Contact pressure recommended. |
| SM-A-800486-7 | - | - | - | - | - | - | - | - | - | - | 30 min | - | 10 psi min. |

1/ Plus 30 minutes minimum at 165 ±10°F, plus 18 hours minimum at 70 ±10°F. Complete contact pressure is required for the entire cure cycle, including the final 18 hours.

2/ Times shown are minimum, unless otherwise specified.

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-801085 |
| SCALE | LTR D | SHEET 5 |

TAB 6-129 OF 147

3.4.3 Detail requirements.

3.4.3.1 SM-A-800486-4 adhesive. The SM-A-800486-4 adhesive requires a bond line thickness of not less than 0.003 inch. If necessary, 0.1 to 0.2 percent by weight of 0.0032 inch nominal diameter glass beads shall be added to ensure the bond line thickness.

3.4.3.2 SM-A-800486-7 adhesive. The SM-A-800486-7 adhesive shall be allowed to air dry for not less than one hour after application or until the material is tack free.

3.5 Workmanship. The component details shall be bonded firmly, with no evidence of undercured or overcured adhesive (as evidenced by soft or discolored bondlines). Minor bead or flash that does not interfere with adjacent features is permissible. The faces of structures shall be free of smeared adhesive or masking tape markings. There shall be no voids or unbonded areas. The position of the joined parts shall comply with the applicable engineering drawing.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract or purchase order, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or purchase order, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Quality conformance inspection. Quality conformance inspection consists of all the tests performed on individual lots that have been submitted for acceptance. The tests are described in the following subparagraphs.

4.2.1 Sampling for acceptance inspection. A number of the processed items, sufficient for the purpose of conducting the necessary inspection, shall be selected at random from each inspection lot.

4.2.2 Lot formation. An inspection lot shall consist of all the items processed at one time, by the same processing activity using the same batch of processing material, in accordance with this specification, and submitted for inspection at one time.

4.2.3 Inspection. Inspection of the sample(s) specified in 4.2.1, to determine compliance with the characteristics specified in 3.5, shall be conducted in accordance with the corresponding test and inspection paragraphs under 4.3.

4.3 Test methods and inspection.

4.3.1 In-process inspection. Periodic in-process inspection shall be performed by visual and tactile examination, as applicable, to verify conformance to the procedure specified in 3.4.

4.3.2 Dimensions. Dimensions shall be determined using standard shop procedures.

4.3.3 Workmanship. The position of the joined parts shall comply with the applicable engineering drawing. Conformance to the workmanship requirements shall be determined by visual and tactile examination.

5. PACKAGING

5.1 This section is not applicable to this specification.

6. NOTES

6.1 This section is not applicable to this specification.

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-801085 |
| SCALE | LTR D | SHEET 7 |

BRUNING 40-105 39478-6

TAB 6-13 OF 147

| APPLICATION | |
|---|---|
| NEXT ASSY | USED ON |
| C5000541 | SM-D-803188 |
| SM-D-803290 | |

NOTE: DATA MARKED WITH AN ASTERISK(*) IS PECULIAR TO A PRIOR MANUFACTURER. IT DOES NOT TAKE PRECEDENCE OVER ANY OTHER DATA ON THIS DRAWING AND IS NOT CONTRACTUALLY BINDING ON EITHER THE CONTRACTOR OR THE GOVERNMENT.

REVISIONS

| LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| - | Released | 75-06-11 | A. DOWELL |
| A | Completely revised. | 72/3-80 | [illegible] |
| B | SH 1: Revised application block. | 82-06-17 | [illegible] |

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY GOVERNMENT PROCUREMENT OR MAINTENANCE OPERATION.

CONTRACT NO. DAAB07-74-C-0012
HUGHES AIRCRAFT COMPANY
FULLERTON, CA. 92634

DRAWN JE TYNES
CHECKED
APPROVED

ELECTRONICS COMMAND
REVIEWED PC
APPROVED PC
DATE 29 APR 82

DEPARTMENT OF DEFENSE
US ARMY ELECTRONICS COMMAND
FORT MONMOUTH NEW JERSEY 07703

CLEANING OF ELECTRONIC COMPONENTS AND ASSEMBLIES

| SIZE | CODE IDENT. NO. | |
|---|---|---|
| A | 80063 | SM-A-800582 |
| SCALE: — | REV B | SHEET 1 OF 5 |

R/M-L

AMSEL FORM 1049, 1 Sep 73 HISA-FM 941-73

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO., APPLICABLE ISSUE LETTER IF ANY, AND DATE

TMB 6-1320F147

1. SCOPE

1.1 Scope. This specification covers four methods for the cleaning of printed wiring board assemblies, electronic components and other related electrical assemblies utilizing non-polar/polar solvent systems.

1.2 Classification. The four methods of cleaning are classified as follows: (see 5.1)

Class I: Vapor Degreasing
Class II: Solvent Rinse Cleaning
Class III: Manual Cleaning
Class IV: Cleaning of Solvent Sensitive Components and Parts

2. APPLICABLE DOCUMENTS

2.1 Issues of documents. The following documents of the issues in effect on the date of invitation for bids form a part of this specification to the extent specified herein. In the event of conflict between the documents referenced and the contents of this specification, the contents of this specification shall govern.

Specifications

Federal

TT-I-735 Isopropyl Alcohol

Military

MIL-T-81533 1,1,1-Trichloroethane (Methyl Chloroform) Inhibited, Vapor Degreasing

(Copies of specifications, standards, drawings and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

| SIZE | CODE IDENT. NO. | |
|---|---|---|
| A | 80063 | SM-A-800582 |
| SCALE: — | REV B | SHEET 2 |

AMMEL FORM 1006-1, 1 AUG 71

MIBA-FM 1046-71

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO. APPLICABLE ISSUE LETTER IF ANY. AND DATE

3. REQUIREMENTS

3.1 Applicability. All electronic components and assemblies shall be cleaned in accordance with the processes detailed in this specification.

3.2 Detail requirements.

3.2.1 Appearance.

3.2.1.1 Soldered assemblies, after the flux removal operation, shall appear clean, non-tacky and free of all visible evidence of flux (4.1).

3.2.1.2 There shall be no evidence of damage to the assembly, components, or other electronic parts as a result of cleaning processes. Permanent markings shall not have been removed nor their legibility impaired (4.1.1).

3.2.2 Handling. After final cleaning the parts shall be handled by personnel wearing clean white, lint-free cotton or nylon gloves.

3.2.3 Packaging. Unless assemblies are to be conformally coated immediately, they shall be placed, as soon as possible after the drying operation, in new, clean compatible plastic containers which do not latently exude or emit products deleterious to the cleanliness of the part.

3.2.4 Solvent usage.

3.2.4.1 Aggressive solvents used for vapor degreasing shall be limited to 1,1,1-Trichloroethane per MIL-T-81533, Freon-TMC®, and Alpha 565®, or equivalents.

| SIZE | CODE IDENT. NO. | SM-A-800582 |
|---|---|---|
| A | 80063 | |
| SCALE: — | REV B | SHEET 3 |

AMSEL FORM 1840-1, 1 AUG 71

MIDA-FM 1840-71

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO. APPLICABLE ISSUE LETTER IF ANY, AND DATE