3.2.4.2 Printed wiring boards and assemblies with paper based acrylic adhesive shall not be cleaned in vapor degreasers containing aggressive solvents.

3.2.4.3 Non-aggressive solvents, such as Freon TF®, Freon TMS®, Freon TE®, or isopropyl alcohol per TT-I-735, must be used when parts or materials would be affected by exposure to the aggressive vapor degreasing solvents.

4. QUALITY ASSURANCE PROVISIONS

4.1 Examination. Electronic assemblies or parts may be visually examined under 10X magnification or with a long wave ultraviolet (Black) light to determine the completeness of rosin flux removal (3.2.1.1).

4.1.1 Damage. Visual examination after flux removal shall reveal no evidence of damage to the assembly or component parts. The required marking on components and assemblies shall not have been removed or become illegible.

5. NOTES

5.1 Intended use.

5.1.1 Class I. Vapor degreasing with aggressive solvents shall be permitted only on assemblies of simple configuration where components will not be harmed by the hot vapors of the specified fluorocarbon or chlorinated solvent. It may be used for the mass removal of flux and other organic contaminants. This type of cleaning is adaptable to the cleaning of most electronic assemblies and parts. To remove inorganic types of soils, additional exposure to polar solvents is required. A non-azeotropic mixture shall not be used for vapor degreasing.

| SIZE | CODE IDENT. NO. | |
|---|---|---|
| A | 80063 | SM-A-800582 |
| SCALE: — | REV B | SHEET 4 |

5.1.2 Class II. Solvent rinse cleaning is a chemical process for removal of rosin flux and other contamination from printed wiring and other types of electronic assemblies. The solvent selected must be compatible with materials of construction.

5.1.3 Class III. Manual cleaning may be used alone or in combination with either of the other classes of cleaning. It is the recommended method of cleaning to remove not only heavy soil residues from assemblies, but also metal chips, spattered solder, minor corrosion products, etc. prior to application of a protective coating.

5.1.4 Class IV. Non-aggressive solvents, only, shall be utilized where electronic parts or assemblies have solvent sensitive components or materials which would be affected by the use of more reactive solvents.

5.2 Chlorofluorocarbon-alcohol azeotropes used for vapor degreasing parts with reactive metals such as magnesium, aluminum, zinc, etc., shall be procured with a compatible additive to prevent acid formation and metal attack.

| APPLICATION | |
|---|---|
| NEXT ASSY | USED ON |
| C5000859 | SM-D-803102 |
| SM-A-801251 | 1635201 |

NOTE: DATA MARKED WITH AN ASTERISK(*) IS PECULIAR TO A PRIOR MANUFACTURER. IT DOES NOT TAKE PRECEDENCE OVER ANY OTHER DATA ON THIS DRAWING AND IS NOT CONTRACTUALLY BINDING ON EITHER THE CONTRACTOR OR THE GOVERNMENT.

REVISIONS

| LTR | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|
| - | Released. | 75-05-20 | [signature] |
| A | Completely revised. 2 CE | 82-04-30 | [signature] |
| B | REVISED PER NOR 65616 3 CE | 83-12-03 | [signature] |
| C | REVISED PER NOR N7GJ012042-010 | 88-08-18 | R.J. Oubre |

THIS DOCUMENT HAS BEEN PURCHASED BY THE GOVERNMENT AND MAY BE REPRODUCED AND USED IN CONNECTION WITH ANY GOVERNMENT PROCUREMENT OR MAINTENANCE OPERATION.

CONTRACT NO. DAAB07-74-C-0012
HUGHES AIRCRAFT COMPANY
FULLERTON, CA. 92634

| | | |
|---|---|---|
| DRAWN | [signature] | 82-03-12 |
| CHECKED | [signature] | 82-03-16 |
| APPROVED | [signature] | |

ELECTRONICS COMMAND

REVIEWED PE [signature]
APPROVED PE [signature]
DATE 29 APR 82

DEPARTMENT OF DEFENSE
US ARMY ELECTRONICS COMMAND
FORT MONMOUTH NEW JERSEY 07703

# PREPARATION OF SURFACES FOR ADHESIVE BONDING

| SIZE | CODE IDENT. NO. | |
|---|---|---|
| A | 80063 | SM-A-800511 |
| SCALE: | | SHEET 1 OF 11 |

VI:AI

AMSEL FORM 1049, 1 Sep 73 HISA-FM 941-73

WHEN REFERRING TO THIS DRAWING STATE DRAWING NO., APPLICABLE ISSUE LETTER IF ANY AND DATE

TAB 6 - 137 OF 147

1. SCOPE

1.1 Scope. This specification establishes the processes required to prepare the surfaces of various materials prior to adhesive bonding.

2. APPLICABLE DOCUMENTS

2.1 Government documents.

2.1.1 Specifications and standards. Unless otherwise specified, the following specifications and standards, of the latest issue listed in that issue of the Department of Defense Index of Specifications and Standards (DoDISS) specified in the solicitation, form a part of this specification to the extent specified herein.

SPECIFICATIONS

Federal

| | | |
|---|---|---|
| O-A-51 | - | Acetone, Technical |
| O-C-303 | - | Chromium Trioxide, Technical |
| O-O-670 | - | Orthophosphoric (Phosphoric) Acid, Technical |
| O-S-595 | - | Sodium Dichromate, Dihydrate, Technical |
| O-S-598 | - | Sodium Hydroxide, Technical |
| O-S-809 | - | Sulfuric Acid, Technical |
| TT-I-735 | - | Isopropyl Alcohol |
| MMM-A-132 | - | Adhesive, Heat Resistant, Airframe Structural, Metal to Metal |
| MMM-A-134 | - | Adhesive, Epoxy Resin, Metal to Metal Structural Bonding |

Military

| | | |
|---|---|---|
| MIL-S-5002 | - | Surface Treatments and Inorganic Coatings for Metal Surfaces of Weapons Systems |
| MIL-C-5541 | - | Chemical Conversion Coatings on Aluminum Alloys |
| MIL-A-8625 | - | Anodic Coatings, for Aluminum and Aluminum Alloys |

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800511 |
| SCALE | LTR C | SHEET 2 |

BRUNING 40-105 39478-6

TAB 6 - 138 OF 147

2.1.1 (cont.)

MIL-T-81533 - Trichloroethane, 1, 1,1, (Methyl Chloroform) Inhibited, Vapor Degreasing

(Copies of specifications and standards required by manufacturers in connection with specific acquisition functions should be obtained from the contracting activity or as directed by the contracting officer.)

2.2 Other publications. The following documents form a part of this specification to the extent specified herein.

AEROSPACE MATERIAL SPECIFICATIONS (AMS)

AMS 2491 - Polytetrafluoroethylene Bonding Preparation, Surface Treatment of

(Application for copies of AMS publications should be addressed to the Customer Service Department, Publications Group, SAE, 400 Commonwealth Drive, Warrendale, PA 15096.)

3. REQUIREMENTS

3.1 Safety precautions. The chemicals used in this specification are hazardous and must be handled with care.

3.1.1 The appropriate material safety data sheet shall be consulted before handling chemicals used in this process.

3.1.2 Acids shall be stirred slowly into the water. (Water shall never be added to acid.)

3.1.3 Approved safety eyewear, gloves, and apron shall be worn during the handling of the chemicals and solvents required for the process covered by this specification.

3.1.4 The handling of chemicals and solvents involved in the process operations shall be performed in a well-ventilated area.

3.1.5 Chemical contact with the eyes or skin shall be avoided. In case of chemical contact with the eyes, the eyes shall be flushed immediately with running water for at least 15 minutes. In case of chemical contact with the skin, the affected area shall be washed with soap and water. Medical assistance shall be obtained as necessary.

3.1.6 Flammable solvents shall be kept away from open flames and sparks and shall be stored in approved solvent safety cans or safety cabinet. The containers shall be labeled with the chemical or common name of the contained solvent.

3.1 (cont.)

3.1.7 There shall be no eating, drinking, or smoking in areas where the chemicals and solvents are used and stored.

3.1.8 All chemical wastes shall be considered hazardous and shall be disposed of in accordance with the approved hazardous waste management practice.

3.2 Equipment.

a. Oven.

b. Vapor degreasing equipment.

c. Cleaning tanks and associated equipment.

3.3 Materials.

a. Solvents.

1. Acetone conforming to O-A-51.
2. Isopropyl alcohol conforming to TT-I-735, grade A.
3. 1,1,1-trichloroethane conforming to MIL-T-81533.
4. Freon TMS (E. I. duPont, Wilmington, DE 19898), or equivalent.
5. Blaco-Tron TMS Plus (Baron-Blakeslee, 1620 S. Laramie Avenue, Chicago, IL 60650), or equivalent.

b. Lint-free tissues or cloths.

c. Sodium dichromate conforming to O-S-595.

d. Sulfuric acid conforming to O-S-809, type I, class 2.

e. Cleaner, scouring type.

f. Alkaline cleaner solution.

g. Sodium hydroxide conforming to O-S-598, type optional.

h. Chromic acid conforming to O-C-303.

i. Phosphoric acid, 85 percent, conforming to O-O 670, class I.

j. Abrasive paper or cloth, medium to fine.

k. Water (deionized or distilled).

l. Water (tap).

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800511 |
| SCALE | LTR C | SHEET 4 |

BRUNING 40-105 39478-6

TAB 6-140 OF 147

3.3 (cont.)

m. p-toluenesulfonic acid, commercial.

n. White, lint-free cotton or nylon gloves.

3.4 Procedure.

NOTE: Cleaned parts shall be handled only with clean, white, lint-free cotton or nylon gloves.

3.4.1 Aluminum alloys, parts, and assemblies.

a. The surfaces shall be solvent wiped with lint-free tissues or cloths soaked in any of the solvents listed in 3.3 a.

b. The surfaces shall be abraded with clean abrasive paper or cloth, as necessary.

c. Dust and grit shall be removed with clean, dry lint-free tissues or cloths.

d. The surfaces shall be vapor degreased with 1,1,1-trichloroethane if it is practical to do so.

e. Surface contamination such as residual lubricants or oily soils that may be present shall be removed by cleaning with an alkaline cleaner solution if such cleaning is indicated or required. The specific chemical formula, processing details, and handling techniques shall be in accordance with the recommendations of the manufacturer of the aluminum alloys cleaner.

f. If the need for a structural bond is indicated (as in honeycomb sandwich panel bonding) or if the adhesive is a structural adhesive conforming to MMM-A-132 or MMM-A-134, the aluminum shall be deoxidized with a chemical etch solution or paste.

3.4.2 Anodized aluminum.

3.4.2.1 Structural bond applications. The following cleaning procedure shall be used when a structural/optimal bond is required: Aluminum surfaces anodized in accordance with MIL-A-8625 shall have the anodizing removed by mechanical or chemical stripping, followed by a treatment specified in 3.4.1.

NOTE: The stripper listed in table I will remove anodizing within three to five minutes at 200 to 210°F.

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800511 |
| SCALE | LTR C | SHEET 5 |

BRUNING 40-105 39478-6

TAB 6- 141OF147

3.4.2.1 (cont.)

TABLE I. Stripper.

| Components | Concentration (±10 percent) |
|---|---|
| Chromic acid | 21.4 oz |
| Phosphoric acid, 85 percent | 42.7 oz |
| Water (deionized, distilled, or tap) | Balance to make 1 gal |

3.4.2.2 Nonstructural bond applications. The following cleaning procedure shall be used when the cognizant engineering or planning activity or the engineering drawing does not require a structural bond. Within six hours prior to bonding, aluminum surfaces anodized in accordance with MIL-A-8625 shall be either vapor degreased or wiped clean with a new lint-free cloth soaked in any of the solvents listed in 3.3 a.

3.4.3 Chemically treated aluminum.

3.4.3.1 Structural bond applications. The following cleaning procedure shall be used when the bond is structural:

NOTE: A structural bond is both a metal-to-metal bond (both mating surfaces are aluminum) and a load-carrying bond (carrying more than the weight of the aluminum part being bonded).

a. Aluminum alloys or parts that have been treated in accordance with MIL-C-5541 shall have the chemical treatment removed by abrasive methods or by chemical stripping, using a six-to-eight percent solution of sodium hydroxide. After the chemical treatment has been removed, the alloys or parts shall be etched as specified in 3.4.1 f.

3.4.3.2 Nonstructural bond applications. The following cleaning procedure shall be used for all other bond applications not defined as structural in 3.4.3.1:

a. Chemically treated aluminum, within six hours prior to bonding, shall be either vapor degreased suitably or wiped clean with new lint-free cloths soaked in any of the solvents listed in 3.3 a.

BRUNING 40-105 39478-6

| SIZE | FSCM NO. | DWG. NO. | |
|---|---|---|---|
| A | 80063 | SM-A-800511 | |
| SCALE | LTR C | SHEET 6 | |

3.4.4 Steel cleaning.

3.4.4.1 Scale, oxides, soils, and other contaminants shall be removed in accordance with MIL-S-5002. The steel surfaces shall be deoxidized with an appropriate chemical etch solution, then rinsed with a deionized or distilled water, if such treatment is indicated or required.

3.4.4.2 Special cleaning.

3.4.4.2.1 When the parts cannot be cleaned by the method specified in 3.4.4.1, the bonding surfaces shall be sanded with a fine abrasive sandpaper to a clear bare metal; scoured with a scouring cleanser; then rinsed with deionized or distilled water.

3.4.4.2.2 All parts cleaned in accordance with the applicable method in 3.4.4.1 or 3.4.4.2.1 shall be dried in air or in a circulating air oven at a temperature of not more than 150°F.

NOTE: Acetone or isopropyl alcohol shall be used to remove water prior to the drying of steels that are corrosion resistant.

3.4.5 Plated surfaces. Plated surfaces shall be vapor degreased with 1,1,1-trichloroethane, Freon TMS, or Blaco-Tron TMS Plus; scoured lightly with a scouring cleanser; rinsed with deionized or distilled water; and dried in air or a circulating air oven at a temperature of not more than 150°F.

3.4.6 Plastics. The following plastics shall be treated as indicated:

3.4.6.1 Polyethylene and polypropylene plastics. Polyethylene and polypropylene plastic parts shall be prepared for bonding as follows:

a. Glossy surfaces shall be abraded with sandpaper or by vapor blasting.

b. The plastic parts shall be solvent wiped with a clean cloth or tissues soaked in any of the solvents listed in 3.3 a and shall then be wiped dry.

CAUTION: Solvents, when applied to clear plastics, will frequently cloud the surface and degrade its cosmetic appearance. Therefore, the solvents shall be applied only to the bonding surface of clear plastics.

BRUNING 40-105 39478-5

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800511 |
| SCALE | LTR C | SHEET 7 |

3.4.6.1 (cont.)

c. The plastic parts shall be treated with a chemical solution (sulfuric acid, sodium dichromate).

CAUTION: The treatment of polyethylene and polypropylene plastics involves hazardous materials and requires special manufacturing techniques and controls. Determination of specific chemical formulas, processing details, and handling techniques shall be in accordance with the recommendations of the manufacturer of this type of plastics.

3.4.6.2 Fluorocarbons (Teflon, Kel-F). Fluorocarbon plastic parts shall be prepared for bonding in accordance with AMS 2491.

CAUTION: The treatment of fluorocarbon plastics involves hazardous materials and requires special manufacturing techniques and controls.

3.4.6.3 Polyacetal (Delrin or Celcon).

a. Glossy surfaces shall be abraded with sandpaper or by vapor blasting.

b. The plastic parts shall be solvent wiped with a clean cloth or tissues soaked in one of the solvents listed in 3.3 a, as approved by the responsible process engineer.

CAUTION: (See 3.4.6.1 b.)

c. The plastic parts shall be treated with a chemical solution such as p-toluenesulfonic acid solution as recommended by the manufacturer of this type of plastic. The treatment of polyacetal plastics involves hazardous materials and requires special manufacturing techniques and controls. Therefore, determination of specific chemical formulas, processing details, and handling techniques shall be in accordance with the recommendations of the manufacturer of this type of plastic.

3.4.6.4 Acrylic (Plexiglass). Acrylics shall be cleaned in accordance with 3.4.6.3.

3.4.6.5 Polyamide (nylon). Parts fabricated from nylon shall be treated as follows:

a. The parts shall be scrubbed with a scouring cleanser to obtain a water-break-free surface, then rinsed with deionized or distilled water. The parts shall be dried at a temperature of not more than 150°F.

b. If the use of the scouring cleanser is not practicable, the parts may be sanded lightly or vapor honed. Loose particles and dust shall be removed by blowing with clean oil-free air or brushing with a clean brush.

3.4.6.6 Foam plastics. Foam plastics shall be cleaned by light sanding and then shall be brushed or vacuumed free of dust.

3.4.6.7 Polycarbonates (Lexan).

a. Glossy surfaces shall be abraded with sandpaper or by vapor blasting.

b. The surfaces shall be solvent wiped with a clean cloth or tissues soaked in isopropyl alcohol.

3.4.6.8 Laminated plastics used for structural parts. One of the following methods shall be used for cleaning laminated plastics:

a. General cleaning of laminated plastics. The surfaces of laminated plastics shall be scrubbed vigorously with a scouring cleanser to remove any contamination or release agent. The scoured surfaces shall be rinsed with deionized or distilled water; then the parts shall be dried at a temperature of not more than 150°F. Following drying, the parts shall still exhibit a water-break-free surface when wet with deionized or distilled water. Light sanding or vapor honing may precede the scouring cleanser scrub, if desired.

b. Special cleaning of laminated plastics. In instances where water solutions or water rinsing is harmful to equipment attached to the laminated plastics, the bonding surfaces shall be solvent cleaned (using one of the solvents listed in 3.3a), then sanded to remove contaminants. The sanding dust shall be removed by blowing with clean oil-free air or by wiping with clean lint-free tissue. The use of solvents following sanding shall be avoided to prevent recontamination of the surfaces.

3.4.7 Ceramics, pyroceramics, and glass. Ceramics, pyroceramics, and glass shall be scrubbed thoroughly with scouring cleanser, rinsed with deionized or distilled water, and then dried.

| SIZE | FSCM NO. | DWG. NO. |
|---|---|---|
| A | 80063 | SM-A-800511 |
| SCALE | LTR C | SHEET 9 |

BRUNING 40-105 394786

TAB-6-145 OF 147

3.4.8 Painted surfaces. In order to remove paint from bonding surfaces, the surfaces shall be wiped with acetone or isopropyl alcohol; lightly sanded with a fine grit sandpaper; and wiped clean with dry lint-free tissues or blown clean with oil-free air.

3.4.9 Rubber (low and intermediate strength bonds). When elastomer surfaces are being prepared for bonding, the organic soils and surface contaminants shall be removed by wiping the surfaces with clean cloths or tissues soaked in any of the solvents listed in 3.3 a. Smooth surfaces shall be sanded with sandpaper. Excess solvent shall be removed by wiping the surface with dry tissues. The surface shall be allowed to dry completely before bonding.

CAUTION: Acetone reacts with many rubbers, attacking their surfaces, and shall therefore be used only on the area to be bonded.

3.4.10 Subsequent processing. The parts shall be bonded or primed as soon as possible after the surface preparation described herein. Unless otherwise specified herein or in the bonding specifications, surfaces shall be re-treated if the time between the surface preparation and bonding operation exceeds 24 hours. Prepared parts shall be handled only with clean, white, lint-free cotton or nylon gloves. Unless parts are bonded immediately, they shall be protected from dust, dirt, and other contaminants.

3.5 Process requirements.

3.5.1 Workmanship. Parts treated in accordance with this specification shall be dry and free from dirt, oil, grease, wax, or other contamination.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract or purchase order, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or purchase order, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Quality conformance inspection. Quality conformance inspection consists of all the tests performed on individual lots that have been submitted for acceptance. The tests are described in the following subparagraphs.

| SIZE | FSCM NO. | DWG. NO. | |
|---|---|---|---|
| A | 80063 | SM-A-800511 | |
| SCALE | | LTR C | SHEET 10 |

BRUNING 40-105 39478-6

4.2.1 Sampling for acceptance inspection. A number of the processed items, sufficient for the purpose of conducting the necessary inspection, shall be selected at random from each inspection lot.

4.2.2 Lot formation. An inspection lot shall consist of all the items processed at one time, by the same processing activity, using the same batch of processing material, in accordance with this specification, and submitted for inspection at one time.

4.2.3 Inspection. Inspection of the sample(s) specified in 4.2.1, to determine compliance with the characteristics specified in 3.5, shall be conducted in accordance with the corresponding test and inspection paragraphs under 4.3.

4.3 Test methods.

4.3.1 Visual inspection and examination. The cleaning process shall be monitored to assure that the parts are cleaned adequately. Parts shall be inspected visually for conformance to 3.4 and 3.5.

5. PACKAGING

5.1 This section is not applicable to this specification.

6. NOTES

6.1 This section is not applicable to this specification.

| SIZE | FSCM NO. | DWG. NO. |
| --- | --- | --- |
| A | 80063 | SM-A-800511 |
| SCALE | LTR C | SHEET 11 |

BRUNING 40-105 39478-6