# TAB
# J

1282-2

Total Quality Management — Total Quality Management, AVNET Military Components, Customer Satisfaction

# RECEIVING INFORMATION

MANUFACTURER'S NAME: MICROSEMI

ORDERED P/N: 1N829-1JANTX

PART MARKING:

DATE CODE: 9731A RE-INSPECTION DATE:

P/N #: 6575574 TCN: 356057

# SHIPMENT INFORMATION

CUSTOMER NAME: FREQUENCY SELECTIVE

ADDRESS: 69-20 GARFIELD AVE

CITY: WOODSIDE STATE: NY ZIP: 11377 COUNTRY: USA

QUANTITY SHIPPED: 5 CUSTOMER P.O.#: SAMPLES

INVOICE NUMBER (INV.#): H050 6612475

# FINAL INSPECTION SHIPMENT AUTHORIZATION

SIGNATURE: [signature] QID.#: AH DATE: 6-30-99

# CERTIFICATE OF CONFORMANCE AND TRACEABILITY

Seller hereby certifies that this shipment is part of the shipment covered by the Manufacturer's documentation included herewith. Results of all substantiating tests and other evidence supporting such documentation are either on file with Seller or will be requested from the Manufacturer of the product if required by Buyer. Seller further certifies that where applicable, it has handled products furnished hereunder in accordance with the requirements of MIL-STD-1686 and JEDEC Publications 109 and EIA 625.

60 S. McKemy, Chandler, AZ 85226
AVN044 5/96

[signature]
PAT JEWETT
SENIOR VICE PRESIDENT

TAB J- 1 OF 39

20

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT - 10.4.1
REV- C

Part Name: DIODE -
Vendor: AVNET
A.Q.L.: 100%

INSP. PROCESS

Part No.: 1N829-1 JANTX-
1282-Z
TCN 356057,
RCN # 6575574 -

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | | | | | | | Remarks | MO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIODE - | 5 | 9/27/98 | 5 | 5 | 5 | 5 | 0 | — | ACCEPT 1 (stamp) C0 | ✓ | | | | | | | 1282 |

MICROSEMI CORP - SCOTTSDALE
P.O.Box 1390 • Scottsdale, Arizona 85252 • (602) 941-6300

# CERTIFICATE OF COMPLIANCE AND TRACEABILITY

It is hereby certified that the semiconductor devices in quantities listed below have been manufactured and tested in accordance with MIL-S-19500K /159H and conform to all the requirements therein. It is further certified that all products are as described on this certificate. Records are maintained at the Microsemi Scottsdale Plant. They are available for inspection by authorized personnel.

| | |
|---|---|
| CUSTOMER: | AVNET MILITARY<br>60 SOUTH McKEMY RD.<br>CHANDLER, AZ 85226 |
| PURCHASE ORDER NO: | H050-1837518 |
| ITEM NO: | 5 |
| CUSTOMER PART NO: | |
| CUSTOMER REV NO: | |
| PART NO: | JANTX1N829-1 |
| LOT IDENTIFICATION CODE: | 9731A |
| INSPECTION DATE: | 09-24-97 |
| SALES ORDER NO: | 968189 |
| QUANTITY: | 360 |

SOLDERABILITY TESTING PERFORMED ON 09-17-97 (REINSPECTION DATE)

100% SOLDER DIPPING, IF REQUIRED, DONE ON

MADE IN THE U.S.A.

M. Gerola 9/24/97

QUALITY CONTROL DEPARTMENT DATE

FORM QA 6241

TAB J-3 of 39

FREQUENCY SELECTIVE NETWORKS, INC.
59-20 GARFIELD AVENUE
WOODSIDE, N.Y. 11377-6099
TEL.# (718) 424-7500
FAX.# (718) 424-3790

FSN

DATE: 11/3/99

PAGE: 1 OF 1

**ORIGINAL PURCHASE ORDER #** 4661

**REQUISITION #** 5664/5665/5695-1282/1283

**VENDOR** NAME UNIQUE COMPONENTS OF N.J., IN

ADDRESS 373D ROUTE 46 WEST, 2ND FLOOR

CITY FAIRFIELD STATE NJ ZIP 07004

**CONFIRMING** X PERSON LIZ

TEL.# 973-575-3275 FAX# 973-575-326

| PART NUMBER | DESCRIPTION | QTY. | PRICE | DEL'Y |
|---|---|---|---|---|
| CD40175BMJ/883 | I.C. | 15PCS. | *5.34/ea. | STK. |
| #39 M39015/3-004PR | VAR.RESISTOR | 5PCS. | *14.00/ea | STK |
| | | | (70.XX) | |

RECD. 11/8

MIKE PICK UP—

PO TOTAL: $150.10

PLUS SHIPPING.

REMARKS:

✓ PLEASE ACKNOWLEDGE UPON RECEIPT

PRINTS ATTACHED CREDIT REF

CERTIFICATE OF COMPLIANCE REQ'D

# 9 (

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET 2439315-1

EXHIBIT - 10.4.1
REV - C

Part Name: Plug -

Vendor: MERRICK -

A.Q.L.: 80

INSP. PROCESS

Part No.: D 02707 -

1282-2

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR C OPC | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plug. | 4543 | 8/10/99 | 660 | 80 | 80 | 80 | 0 | / | | ✓ | | 1282-2 |

(34)

# FREQUENCY SELECTI( NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET 2132277-2

EXHIBIT - 10.4.1
REV - C

Part Name: MTS PAD.

Vendor: Merrick

A.Q.L.: 20

INSP. PROCESS

Part No.: 10010 DAP-1282-2

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | | | | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MTS PAD | 493 | 8/10/99 | 100 | 20 | 20 | 20 | 0 | ✓ | (ACCEPT stamp) ✓ COFC | | | | | | 1282-2 |
| | | | | | | | | | | | | | | | |

39

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT - 10.4.1
REV- C

Part Name: VAR, RESISTOR

Vendor: UNIQUE - COMP.

A.Q.L.: 100%

INSP. PROCESS

Part No.: M 39015/3-004PR

#1282

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | C of C | | | | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V, RES. | 4661 | 11-8-98 | 5 | 5 | 5 | 5 | 0 | / | (ACCEPT stamp) | ✓ | | | | | | |

1282-2

# MARLO ELECTRONICS FINAL INSPECTION AUDIT

QAP 106 FIGURE 2

| | | | |
|---|---|---|---|
| CUSTOMER FSN | PART # 2438394 - 1 | REV | DATE 5/24/95 |
| | | DATE CODE 2099 | |
| JOB # 580280 | PO # 4438 | DATA FROM PANEL #'S 1A - 2A - 3A | |
| LOT QTY 59 | SHIP QTY 5 | | |
| SAMPLE SIZE 13 | SPEC: MIL-P-55110E | | |

| | INSPECTION REQUIREMENTS | ACC | REJ |
|---|---|---|---|
| 1 | SOLDER MASK THICKNESS | NA | |
| 2 | EDGES OF PWB | ✓ | |
| 3 | PLATING ADHESION TEST | ✓ | |
| 4 | S/M ADHESION TEST | NA | |
| 5 | BOARD THICKNESS | ✓ | |
| 6 | CHAMFER AND BEVEL | ✓ | |
| 7 | SURFACE IMPERFECTIONS | ✓ | |
| 8 | SUB-SURFACE IMPERFECTIONS | ✓ | |
| 9 | DIMENSIONS PER DRAWING | ✓ | |
| 10 | PART NUMBER | ✓ | |
| 11 | DATE CODE | ✓ | |
| 12 | FSCM/UL LOGO | ✓ | |
| 13 | TRACEABILITY | ✓ | |
| 14 | SOLDER MASK TYPE | NA | |
| 15 | HOLE SIZE/PATTERN | ✓ | |
| 16 | WORKMANSHIP | ✓ | |
| 17 | E. TEST (IF REQUIRED) | ✓ | |
| 18 | MINUMUN ANNULAR RING | ✓ | |
| 19 | MAX CONDUCTOR REDUCTION | ✓ | |
| 20 | CONDUCTOR EDGE OUTGROWTH | ✓ | |
| 21 | TIN LEAD PLATING THICKNESS | ✓ | |
| 22 | NO EVIDENCE OF REPAIR | ✓ | |
| 23 | MARKING | ✓ | |
| 24 | BOW & TWIST | ✓ | |
| 25 | ANNULAR RING 012 | ✓ | |
| 26 | CONDUCT PATTERN 010 | ✓ | |
| 27 | CONDUCT SPACE 015 | ✓ | |

## CERTIFICATE OF COMPLIANCE

We certify that all articles furnished to the above purchase order number, and in the quantity stated are in compliance with applicable, P.O. requirements, artwork and drawings.

Evidence is on file that the accompanying shipment complies with material and process specifications and to MIL-P-55110E

As per the above purchase order, all parts ( ✓ have) (_____ have not) been electrically tested

Parts that have passed electrical test have been marked with test stamp ( ✓ ), or with black mark on edge of board(_____)

NGOCANH NGUYEN 90 — QUALITY CONTROL REPRESENTATIVE

INSP — TITLE

5/24/95 — DATE

TAB J-8 OF 39

## MARLO ELECTRONICS ELECTRICAL TEST

DATE 5/26/99 CUSTOMER FSN PART # 2438394-1

QTY. TESTED 59 QTY. PASSED 59 QTY. FAILED 0

CONTINUITY 10 ohms. INSULATION RESISTANCE 10 mohms.

TEST VOLTAGE 40V — ( ) PASSED PCBs STAMPED WITH – E.T.

## REPAIR SERVICE

QTY. FAILED ______ REPAIR TECH ______

QT REPAIRED INT ______ SHORTS REPAIRED ______

QTY. REPAIRED EXT. ______ OPENS REPAIRED ______

TOTAL REPAIRED BDs. ______ COMMENTS ______

TOTAL GOOD BDs. ______

THE ABOVE NAMED PCBs. HAVE BEEN TESTED FOR CONTINUITY AND INSULATION. PASSED PCBs. HAVE BEEN STAMPED WITH THE E.T. TEST LOGO.

TEST TECH. AC

MARLO ELEC.

TAB 5 - 9 of 39

2ND DEL-

FREQUENCY SELECTIVE NETWORKS, INC.
69-20 GARFIELD AVENUE
WOODSIDE, N.Y. 11377-6099
TEL.# (718) 424-7500
FAX.# (718) 424-3790

**FSN**

DATE: 5/7/99

PAGE: ______ OF ______

**ORIGINAL PURCHASE ORDER #** 4438

**REQUISITION #** 1282-2  5664

**VENDOR** NAME MARLO ELECTRONICS.
ADDRESS 4007 NE 6TH AVE
CITY FT. LAUDERDALE STATE FL ZIP 3333

**CONFIRMING** PERSON CARMEN
954 TEL.# 565 4839 FAX# 563-1309

| PART NUMBER | DESCRIPTION | QTY. | PRICE | DEL'Y |
|---|---|---|---|---|
| 2438394-1 | PC BOARD- | 5 | $250.00 EA. | 4 WKS |

JUN 07 1999

1250.00 6/4

REMARKS: PER Quote- 9904076- 4/19/99.

PRINTS ATTACHED I.U.P.

CERTIFICATE OF COMPLIANCE REQ'D

TAB J-10 OF 39

.RLO ELECTRONICS
4007 N.E. 6th AVENUE
Ft. LAUDERDALE, Fl. 33334
(305) 565-4839

GROUP A TEST REPORT
MICROSECTIONAL ANALYSIS

OPS-FIG 1

| | | | |
|---|---|---|---|
| USTOMER NAME: ESN | PART NUMBER: 2438394-1 | PAGE 1 OF 3 | |
| AB TECHNICIAN: [illegible] | JOB NUMBER: 580280 | TEST DATE: 6-1-99 | |
| PECIFICATION. MIL-55110E | MOUNT #: 20353 | DATE CODE: 2099 | SERIAL #: 1 A |

| | | SIDE A | SIDE B |
|---|---|---|---|
| OLE | 1 | 42 | 42 |
| IO. | 2 | 40 | 40 |
| 1 | 3 | 40 | 40 |
| G. THICKNESS | | | 4.06 |
| OLE | 1 | 40 | 40 |
| O. | 2 | 40 | 40 |
| 2 | 3 | 38 | 38 |
| G. THICKNESS | | | 3.93 |
| E | 1 | 40 | 42 |
| | 2 | 40 | 40 |
| | 3 | 40 | 40 |
| . THICKNESS | | | 4.06 |
| FACE COND. THICKNESS | | | |
| DUCTOR #1 | | 4.5 | |
| DUCTOR #2 | | 4.6 | |
| | | | |
| | | | |
| ERABILITY | | ✓ | |
| CONTAMIN. | | ✓ | |

| LAYER | FOIL | LAYER | DIELECTRIC |
|---|---|---|---|
| 1 | 1.2 | 1/2 | 57.6 |
| 2 | 1.2 | 2/3 | |
| 3 | | 3/4 | |
| 4 | | 4/5 | |
| 5 | | 5/6 | |
| 6 | | 6/7 | |
| 7 | | 7/8 | |
| 8 | | 8/9 | |
| 9 | | 9/10 | |
| 10 | | 10/11 | |
| 11 | | 11/12 | |
| 12 | | 12/13 | |
| 13 | | 13/14 | |
| 14 | | 14/15 | |
| 15 | | 15/16 | |
| 16 | | 16/17 | |
| 17 | | 17/18 | |
| 18 | | 18/19 | |
| 19 | | 19/20 | |
| 20 | | — | |

| CONSTRUCTION INTEGRITY | ACC | REJ | READINGS |
|---|---|---|---|
| PLATTING CRACKS | ✓ | | |
| PLATED COPPER THICKNESS | ✓ | | |
| PLATING VOIDS | ✓ | | |
| CONDUCTOR THICKNESS | ✓ | | |
| NAIL HEADING | | | |
| PLATTING NODULES/FOLDS | ✓ | | |
| GLASS FIBER PROTRUSIONS | | | |
| UNDERCUTTING | ✓ | | |
| CONDUCTOR EDGE OUTGROWTH | ✓ | | |
| DIELECTRIC LAYER THICKNESS | ✓ | | |
| LAMINATE VOIDS | ✓ | | -0- |
| RESIN RECESSION | | | |
| LIFTED LANDS | ✓ | | |
| THERMAL STRESS | ✓ | | |
| | | | |
| | | | |
| BELOW FOR TYPE 3 ONLY | --- | --- | --- |
| INTERCONNECT SEPARATION (T-3) | | | |
| EPOXY RESIN / SMEAR (TYPE 3) | | | |
| ETCHBACK (TYPE 3) | | * | |
| NEGATIVE ETCHBACK (TYPE 3) | | | |
| ANNULAR RING (INTERNAL)(T-3) | | * | |
| LAYER TO LAYER REGISTRATION(3) | | * | |

/ AMPLE MEETS THE SPECIFIED REQUIREMENTS:
AMPLE FAILS TO MEET THE SPECIFIED REQUIREMENTS:
L MEASUREMENTS ABOVE IN MILLS

* INDICATES READING REQUIRED

COMMENTS / REMARKS: ______

SLS

#2(

# FREQUENCY SELECTI( NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT ~~10.4.1~~
REV C

Part Name: PRINTED WIRING BOARD

Vendor: MARCO ELECTRONICS

A.Q.L.: 100%

INSP. PROCESS

Part No.: 1282-2
2348394-1

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | C of C | | | | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PC BOARD - | 4438 | 6/7/99 | 5 | 5 | 5 | 5 | 0 | / | [stamp] | ✓ | | | | | DATE ORD - 5/7/99 | 1282- |

FSN

FREQUENCY SELECTIVE NETWORKS, INC.
69-20 GARFIELD AVENUE
WOODSIDE, N.Y. 11377-6099
TEL.# (718) 424-7500
FAX.# (718) 424-3790

DATE: 7/19/99

PAGE: ____ OF ____

**ORIGINAL PURCHASE ORDER #** 4543

**REQUISITION #** 1282 1281 5664 5639

**VENDOR** NAME MERRICK-SCREW
ADDRESS 56-63 MELVINA PL.
CITY MASPETH STATE NY ZIP 11378

**CONFIRMING** PERSON BOB . 215, ALICE 2.4
TEL.# 326 2600 FAX.#

| PART NUMBER | DESCRIPTION | QTY. | PRICE | DEL'Y |
|---|---|---|---|---|
| 1282-9 STIMPSON D 02707 (2439315-1) | ✓ PLUG | 600 | .215 EA. | 129.00 1/2 WI #5 |
| 34 1281 10010 DAP (2132277-2) D 8/9 | MTG PAD | 100 | .8975 EA. | 89.75 #47 RECD-8/1 |
| 11 10109 DAP (1946612-22) | ✓ MTG PAD | 100 | .50 EA. | 50.00 #5 |
| | ✓ SHIPPED 7/28 | | | |

REMARKS:
PLEASE ACKNOWLEDGE UPON RECEIPT LEN TARCOVE
PER QUOTE 7/13/99.

PRINTS ATTACHED ____

RECEIVED AUG 10 1999

CERTIFICATE OF

TAB J-13 OF 39

Merrick Screw Michigan Trading

#9

# CERTIFICATE OF CONFORMANCE

SOLD TO: FREQUENCY SELECTIVE NETWORKS
69-20 GARFIELD AVENUE
WOODSIDE, NY 11377-6099

PO# 4543 INV# 22517

Nomenclature/item description: PLUG, HOLE, 3/16

Date of Certification: 7/28/99

Specification/part #: D2707

Procurement spec:

Control #: 054645

Mill Heat #:

Material Spec:

Material GR: STEEL PLAIN

Heat treat spec:

Quantity: 600

Finish Spec:

Thread specifications:

Other:

Mfg: STIMPSON

Mfg p/n: D2707

Lot/job: 8544200001

Objective quality conformance on file. Certifying that the above items which we have supplied, have been manufactured, processed, and inspected in accordance with your specifications and or drawings and has been found to meet specified requirements.

Parts are Mercury free

Additional:

Q. C. Manager:

Date:

Inspector: LYNN D'ELENA

Date: 7/28/99

divisions of LT. Enterprises, Inc.
P.O. Box 65 56-63 Melvina Place Maspeth N.Y. 11378
Phone-718-326-2600 Fax-718-326-0723

TAB J-14 OF 39

12

# CERTIFICATE OF CONFORMANCE

SOLD TO: FREQUENCY SELECTIVE NETWORKS
69-20 GARFIELD AVENUE
WOODSIDE, NY 11377-6099

PO#: 4543 INV# 22581

| | |
|---|---|
| Nomenclature/item description: PAD, MOUNT, TRANSISTOR | Date of Certification: 8/9/99 |
| Specification/part #: 10010DAP | Procurement spec: |
| Control #: 054647 | Mill Heat #: |
| Material Spec: Material GR: DIALLYL ORTHO-PHTHALATE | Heat treat spec: Quantity: 100 |
| Finish Spec: | Thread specifications: |
| Other: | |
| Mfg: Mfg p/n : | Lot/job: 2503A DATE CODE 9909 |

Objective quality conformance on file. Certifying that the above items which we have supplied, have been manufactured, processed, and inspected in accordance with your specifications and or drawings and has been found to meet specified requirements.

Parts are Mercury free

Additional:

Q. C. Manager:

Date:

Inspector: LYNN D'ELENA

Date: 8/8/99

divisions of I.T. Enterprises, Inc.
P.O. Box 65 56-63 Melvina Place Maspeth N.Y. 11378
Phone-718-326-2600 Fax-718-326-0723

form 2001

1282 #34

47

RECEIVED AUG 10 1999

TAB J-15 OF 39

1282

FREED TRANSFORMER CO. DIV OF
ELECTRONIC TRANSFORMER CORP.
460 TOTOWA AVE. • PATERSON, N.J. 07522-1599
Mailing Address: P.O. Box 487, Paterson, N.J. 07544-0487
Fax (973) 942-0014

# CERTIFICATE OF COMPLIANCE

CUSTOMER Frequency Selective Networks DATE 9/23/99

ELECTRONIC /FREED TRANSFORMER P/N 689A1-922501

CUSTOMER P/N ____________ REV ______

CUSTOMER PUCHASE ORDER 4587A

QUANTITY 5-5 DATE CODE 9938

It is hereby certified that all materials used in the manufacture of parts in the quantity called for on the subject purchase order conform to the material and/or manufacturing specifications indicated in the drawings or specifications as called for in said purchase order.

Items have not been fabricated nor have come in contact with mercury, vapor mercury compounds or radioactive parts, paints or coating.

Physical and Electrical test reports are on file with us or with our suppliers for examination and indicate conformance with applicable specification requirements.

Electronic/Freed Transformer Corp

M. Golas Q.C.R.
Authorized Quality Control Representative

FREQUENCY SELECTIVE NETWORKS, INC.
59-20 GARFIELD AVENUE
WOODSIDE, N.Y. 11377-6099
TEL.# (718) 424-7500
FAX.# (718) 424-3790

**FSN**

DATE: 8/16/99

PAGE: ____ OF ____

**ORIGINAL PURCHASE ORDER #** 45874

**REQUISITION #** 8664 1282

**VENDOR** NAME E.T.C

ADDRESS 460 TOTOWA AVE

CITY PATERSON STATE NJ ZIP 07522-1591

**CONFIRMING** X PERSON CLIFF

TEL.# 973-942-2222 FAX.# 973-942-4014

| PART NUMBER | DESCRIPTION | QTY | PRICE | DEL'Y |
|---|---|---|---|---|
| (54) 6189A1 | (2144190) | 5 | $135.00 EA. | 30days |
| (53) 422-501 | (2144189 | 5 | $135.00 EA | 30 days |

1350

RECEIVED SEP 27 1999

REMARKS:

PLEASE ACKNOWLEDGE UPON RECEIPT

PRINTS ATTACHED ____

CERTIFICATE OF COMPLIANCE REQ'D

TAB J-17 OF 39

S.3(

# FREQUENCY SELECT( : NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBI

214189-1 R

Part Name TRANSFORMER

Vendor E.T.C.

A.Q.L. 100%

INSP. PROCESS

Part No. 1282-2 T1

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | | | | | Remarks | MO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFORMER | 4587A | 9/27/99 | 5 | 100% | 5 | 5 | 0 | / | ACCEPT | ✓ | | | | | 1282 |

COAC

TAB J-18 OF 39

54.

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT - 16.4.1
REV - C

Part Name: TRANSFORMER
Vendor: E.T.C.
A.Q.L.: 100%

INSP. PROCESS

Part No. 2144190-1

1282-2,
T2

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | | | | | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFORMER | 4587A | 9/27/99 | 5 | 100% | 5 | 5 | 0 | / | [stamp] COFC | ✓ | | | | | | |
| | | | | | | | | | | | | | | | | 1282-2 |

10

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

2132982-4

EXHIBIT - 10.4.1
REV- C

Part Name: CONNECTOR

Vendor: ARROW

INSP. PROCESS

Part No.: DBMM25PD

1282-2

A.Q.L. 100%

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | C of C | | | | | Remarks | MO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONN- | 4455 | 7/9/99 | 5 | 5 | 5 | 5 | 0 | \ | [stamp] | ✓ | | | | | OLD - 5/25/99. | 128 |