Lafayette General Machine Works, Inc.
CNC MACHINING • PRECISION SHEET METAL • MACHINE ENGRAVING
19 ROUTE 10, UNIT 17, SUCCASUNNA, NJ 07876

FREQUENCY SELECTIVE NETWORKS INC.
69-20 GARFIELD AVENUE
WOODSIDE N.Y. 11377-6099

8/13/99

## CERTIFICATE OF COMPLIANCE

This is to certify that all processes and materials used in the manufacture of parts supplied on your order number 4526 conform to the specifications, drawings, approved samples and/or other description set forth in the purchase order; that the parts are of good material and workmanship, and that all necessary records, including chemical and physical where applicable, will be made available for review upon request.

This Certificate of Compliance applies only to the parts and quantities specified on above order.

ITEM 1
5 PCS. 2439250-1 HANDLE

FINISH; CHEMICAL TREAT MIL-C-5541
CLASS 3 PER 1919068 PART 2
INDEPENDENCE PLATERS

P.S. G24149

BY: ROGER ALBINO
TITLE: V.P.

RECEIVED
AUG 1 5 1999

TAB J-2 OF 39

973-252-303

# Lafayette General Machine Works, Inc.

CNC MACHINING • PRECISION SHEET METAL • MACHINE ENGRAVING

19 ROUTE 10, UNIT 17, SUCCASUNNA, NJ 07876

FREQUENCY SELECTIVE NETWORKS INC.
69-20 GARFIELD AVENUE
WOODSIDE N.Y. 11377-6099

8/13/99

## CERTIFICATE OF COMPLIANCE

This is to certify that all processes and materials used in the manufacture of parts supplied on your order number 4526 conform to the specifications, drawings, approved samples and/or other description set forth in the purchase order; that the parts are of good material and workmanship, and that all necessary records, including chemical and physical where applicable, will be made available for review upon request.

This Certificate of Compliance applies only to the parts and quantities specified on above order.

ITEM 2
5 PCS. 2439254-1 BRACKET
FINISH; CHEMICAL TREAT MIL-C 5541
CLASS 3 PER 1919068 PART 2
INDEPENDENCE PLATING

P/S # 24150

BY: ROGER ALBINO

TITLE: V.P.

RECEIVED AUG 1 1999

7/22/99
CHG QTY ITEM - #52 - NUT - FROM - 15 TO 75

RECEIVED AUG 30 1999

FSN

FREQUENCY SELECTIVE NETWORKS, INC.
69-20 GARFIELD AVENUE
WOODSIDE, N.Y. 11377-6099
TEL.# (718) 424-7500
FAX.# (718) 424-3790

PLEASE REVISE PRICE -

DATE: 7/2/99

PAGE: ____ OF ____

**ORIGINAL PURCHASE ORDER #** 4526

**REQUISITION #** 1282-#3 - 1283-#8 5664 - 5665

**VENDOR** NAME LAFAYETTE -

ADDRESS

CITY STATE ZIP

**CONFIRMING** 973 PERSON KEN TEL.# 252.3030 FAX.# 1216

| # | PART NUMBER | DESCRIPTION | QTY. | PRICE | DEL'Y |
|---|---|---|---|---|---|
| 48 | 2439250-1 1282 #3 | HANDLE | 5 | 29.50 | 147.50 |
| #51 | 2439254-1 REV-A 1282 #7 | BRACKET - | 5 | 48.25 | 241.25 |
| #52 | * 2794982-1 REV-A 1283 #8 | NUT - | 18 (9/22 75) | 8.00 | 600.00 |

REMARKS:
PLEASE ACKNOWLEDGE UPON RECEIPT
3 - 4 WKS - OR SOONER -

RECEIVED AUG 30 1999

PRINTS ATTACHED ____

CERTIFICATE OF COMPLIANCE REQ'D

TAB J-23 OF 39

#7

# FREQUENCY SELECTI( NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT - 10.4.1
REV- C

Part Name: BRACKET.

Vendor: LAFAYETTE

INSP. PROCESS

Part No. 2439254-1

1282-2

A.Q.L. 100%.

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | C of C | | | | Remarks. | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRACKET, | 4526. | 8/16/99 | 5 | 5 | 5 | 5 | 0 | \ | (stamp) ACCEPTED | ✓ | | | | ORD - 7/2/99 | 1282-2 |
| | | | | | | | | | | | | | | | |

TAB J - 24 OF 39

#3

# FREQUENCY SELECTI… NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT - 10.4.1
REV - C

Part Name HANDLE -
Vendor LAFAYETTE -
A.Q.L. 100%

INSP. PROCESS

Part No. 2439250-1

1282-2

| ITEM | P.O. # | DATE REC. | QTY. REC. | A. Q. L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR COPC | | | | | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HANDLE | 4526 | 8/14/99 | 5 | 5 | 5 | 5 | 0 | \ | ACCEPT | ✓ | | | | | ORD - 7/2/99 | 12822 |

ELECTRONICS
N.E. 6th AVENUE
. LAUDERDALE, FL 333
(305) 565-4839

GROUP A TEST REPORT
MICROSECTIONAL ANALYSIS

OPS-FIG 1

| | | | |
|---|---|---|---|
| ISTOMER NAME, FSN | PART NUMBER: 2438394-1 | PAGE 3 OF 3 |
| B TECHNICIAN: | JOB NUMBER: 580280 | TEST DATE: 6-1-99 |
| ECIFICATION: MIL-55110 | DATE CODE: 2099 | SERIAL #: 3 A |

| | | SIDE A | SIDE B |
|---|---|---|---|
| )LE | 1 | 2.0 | 2.0 |
| O. | 2 | 2.0 | 2.0 |
| ! | 3 | 2.4 | 2.4 |
| G. THICKNESS | | | 2.13 |
| LE | 1 | 2.2 | 2.2 |
| ). | 2 | 3.2 | 2.2 |
| | 3 | 2.4 | 2.4 |
| G. THICKNESS | | | 2.26 |
| LE | 1 | 2.6 | 2.6 |
| ). | - | 2.6 | 2.6 |
| | | 2.8 | 2.6 |
| . THICKNESS | | | 2.63 |
| FACE COND. THICKNESS | | | |
| DUCTOR #1 | | | 2.0 |
| DUCTOR #2 | | | 2.6 |
| | | | |
| | | | |
| )ERABILITY | | ✓ | |
| CONTAMIN. | | ✓ | |

| LAYER | FOIL | LAYER | DIELECTRIC |
|---|---|---|---|
| 1 | 1.2 | 1/2 | 57.5 |
| 2 | 1.2 | 2/3 | |
| 3 | | 3/4 | |
| 4 | | 4/5 | |
| 5 | | 5/6 | |
| 6 | | 6/7 | |
| 7 | | 7/8 | |
| 8 | | 8/9 | |
| 9 | | 9/10 | |
| 10 | | 10/11 | |
| 11 | | 11/12 | |
| 12 | | 12/13 | |
| 13 | | 13/14 | |
| 14 | | 14/15 | |
| 15 | | 15/16 | |
| 16 | | 16/17 | |
| 17 | | 17/18 | |
| 18 | | 18/19 | |
| 19 | | 19/20 | |
| 20 | | — | |

| CONSTRUCTION INTEGRITY | ACC | REJ | READINGS |
|---|---|---|---|
| PLATTING CRACKS | ✓ | | |
| PLATED COPPER THICKNESS | ✓ | | |
| PLATING VOIDS | ✓ | | |
| CONDUCTOR THICKNESS | ✓ | | |
| NAIL HEADING | | | |
| PLATTING NODULES/FOLDS | ✓ | | |
| GLASS FIBER PROTRUSIONS | | | |
| UNDERCUTTING | ✓ | | |
| CONDUCTOR EDGE OUTGROWTH | ✓ | | |
| DIELECTRIC LAYER THICKNESS | ✓ | | |
| LAMINATE VOIDS | ✓ | | -0- |
| RESIN RECESSION | | | |
| LIFTED LANDS | ✓ | | |
| THERMAL STRESS | ✓ | | |
| | | | |
| | | | |
| *BELOW FOR TYPE 3 ONLY* | ---- | ---- | ---- |
| INTERCONNECT SEPARATION (T-3) | | | |
| EPOXY RESIN / SMEAR (TYPE 3) | | | |
| ETCHBACK (TYPE 3) | | * | |
| NEGATIVE ETCHBACK (TYPE 3) | | | |
| ANNULAR RING (INTERNAL)(T-3) | | * | |
| LAYER TO LAYER REGISTRATION(3) | | * | |

✓ SAMPLE MEETS THE SPECIFIED REQUIREMENTS:
SAMPLE FAILS TO MEET THE SPECIFIED REQUIREMENTS:
ALL MEASUREMENTS ABOVE IN MILLS

* *INDICATES READING REQUIRED*

COMMENTS / REMARKS:

A.SLS

ELECTRONICS
N.E. 6th AVENUE
LAUDERDALE, Fl. 33334
(305) 565-4839

GROUP A TEST REPORT
MICROSECTIONAL ANALYSIS

OPS-FIG 1

| | | | |
|---|---|---|---|
| TOMER NAME: ESN | | PART NUMBER: 2438394-1 | PAGE 2 OF 3 |
| TECHNICIAN: JC | | JOB NUMBER: 580280 | TEST DATE: 6-1-99 |
| IFICATION: MIL-55110E | MOUNT #: 20352 | DATE CODE: 2099 | SERIAL #: 2 A |

| | | SIDE A | SIDE B |
|---|---|---|---|
| | 1 | 3.4 | 3.6 |
| | 2 | 3.4 | 3.2 |
| | 3 | 3.6 | 3.8 |
| THICKNESS | | | 3.5 |
| | 1 | 3.6 | 3.6 |
| | 2 | 3.4 | 3.4 |
| | 3 | 3.6 | 3.6 |
| THICKNESS | | | 3.53 |
| | 1 | 3.6 | 3.6 |
| | 2 | 3.4 | 3.4 |
| | 3 | 4.0 | 3.8 |
| THICKNESS | | | 3.63 |
| ACE COND. THICKNESS | | | |
| UCTOR #1 | | | 3.8 |
| UCTOR #2 | | | 4.4 |
| | | | |
| | | | |
| RABILITY | | √ | |
| CONTAMIN. | | √ | |

| LAYER | FOIL | LAYER | DIELECTRIC |
|---|---|---|---|
| 1 | 1.2 | 1/2 | 56.2 |
| 2 | 1.2 | 2/3 | |
| 3 | | 3/4 | |
| 4 | | 4/5 | |
| 5 | | 5/6 | |
| 6 | | 6/7 | |
| 7 | | 7/8 | |
| 8 | | 8/9 | |
| 9 | | 9/10 | |
| 10 | | 10/11 | |
| 11 | | 11/12 | |
| 12 | | 12/13 | |
| 13 | | 13/14 | |
| 14 | | 14/15 | |
| 15 | | 15/16 | |
| 16 | | 16/17 | |
| 17 | | 17/18 | |
| 18 | | 18/19 | |
| 19 | | 19/20 | |
| 20 | | — | |

| *CONSTRUCTION INTEGRITY* | ACC | REJ | READINGS |
|---|---|---|---|
| PLATTING CRACKS | √ | | |
| PLATED COPPER THICKNESS | √ | | |
| PLATING VOIDS | √ | | |
| CONDUCTOR THICKNESS | √ | | |
| NAIL HEADING | | | |
| PLATTING NODULES/FOLDS | √ | | |
| GLASS FIBER PROTRUSIONS | | | |
| UNDERCUTTING | √ | | |
| CONDUCTOR EDGE OUTGROWTH | √ | | |
| DIELECTRIC LAYER THICKNESS | √ | | |
| LAMINATE VOIDS | √ | | * -0- |
| RESIN RECESSION | | | |
| LIFTED LANDS | √ | | |
| THERMAL STRESS | √ | | |
| | | | |
| | | | |
| *BELOW FOR TYPE 3 ONLY* | ---- | ---- | -------- |
| INTERCONNECT SEPARATION (T-3) | | | |
| EPOXY RESIN / SMEAR (TYPE 3) | | | |
| ETCHBACK (TYPE 3) | | | * |
| NEGATIVE ETCHBACK (TYPE 3) | | | |
| ANNULAR RING (INTERNAL)(T-3) | | | * |
| LAYER TO LAYER REGISTRATION(3) | | | * |

/ SAMPLE MEETS THE SPECIFIED REQUIREMENTS:
SAMPLE FAILS TO MEET THE SPECIFIED REQUIREMENTS:
ALL MEASUREMENTS ABOVE IN MILLS

** INDICATES READING REQUIRED*

COMMENTS / REMARKS: ______

______

______

______

\.SLS

ANALOG DEVICES

# Certificate of Conformance

ANALOG DEVICES

3 TECHNOLOGY WAY
POST OFFICE BOX 9106
NORWOOD, MASSACHUSETTS 02062-9106 U.S.A.
TELEPHONE: 781/329-4700 FAX: 781/461-4482

**Shipping Warehouse:**
ANALOG DEVICES
3 TECHNOLOGY WAY
NORWOOD MA 02062

SOLD TO
1002071
AVNET ELECTRONICS MARKETING
ATTN: ACCOUNTS PAYABLE
11333 PAGEMILL DRIVE
DALLAS TX 75243-8399

SHIP TO
2005588
AVNET MILITARY
60 SOUTH MCKEMY ROAD
CHANDLER AZ 85226

**Special Notes:**

| Customer Purchase Order | Date of Order | Print Date |
|---|---|---|
| H0502182005 | 10/28/98 | 02/0?/99 |
| **Sales Order Number** | **Delivery Note Number** | **Transfer Order Number** |
| 482262 | 81493553 | 100[illegible] |

| SO ITEM | ADI PART NUMBER | CUSTOMER PART NUMBER | REVISION LEVEL | DESCRIPTION | DATE LOT CODE | QUANTITY |
|---|---|---|---|---|---|---|
| 001 | OP05J/883C | | | INSTRUMENTATION OP AMP-LEV.B | 9846A | 100 |

**Total C of C Quantity** 100

Analog Devices certify that the devices in this shipment have been 100% tested and inspected, and are in compliance with the requirement of the purchase order, applicable government and other specifications to the extent specified.

The required test and traceability documentation are on file and available for review by your representative or a government Quality Assurance Representative (QAR) at any reasonable time. Military devices, if included in this shipment, are in conformance with the applicable military specifications, MIL-PRF-38535, MIL-PRF-38534, MIL-STD-883 and modifications, if any, as approved by the Analog Devices Technical Review Board (TRB) per QML provisions.

QUALITY CONTROL AUTHORIZED ANALOG DEVICES REPRESENTATIVE C. Bauer

TAB J - 28 OF 39

# RECEIVING INFORMATION

MANUFACTURER'S NAME: ANALOG

ORDERED P/N: OP05J/883C

PART MARKING:

DATE CODE: 9846A RE-INSPECTION DATE:

RCN #: 7301003 TCN: 451474

# SHIPMENT INFORMATION

CUSTOMER NAME: FREQUENCY SELECTIVE

ADDRESS: 69-20 GARFIELD AVE

CITY: WOODSIDE STATE: NY ZIP: 11377 COUNTRY: USA

5 8/17/99

QUANTITY SHIPPED: 4 CUSTOMER P.O.#: 4581

INVOICE NUMBER (INV.#): H050 6789765

# FINAL INSPECTION SHIPMENT AUTHORIZATION

SIGNATURE: ______________ QID.#: VE DATE: 8/17/99

# CERTIFICATE OF CONFORMANCE AND TRACEABILITY

Seller hereby certifies that this shipment is part of the shipment covered by the Manufacturer's documentation included herewith. Results of all substantiating tests and other evidence supporting such documentation are either on file with Seller or will be requested from the Manufacturer of the product if required by Buyer. Seller further certifies that where applicable, it has handled products furnished hereunder in accordance with the requirements of MIL-STD-1686 and JEDEC Publications 109 and EIA 625.

60 S. McKemy, Chandler, AZ 85226

AVN044 5/96

PAT JEWETT
SENIOR VICE PRESIDENT

TAB J-29 OF 39

FREQUENCY SELECTIVE NETWORKS, INC.
69-20 GARFIELD AVENUE
WOODSIDE, N.Y. 11377-6099
TEL.# (718) 424-7500
FAX# (718) 424-3790

1282 #32

**FSN**

DATE: 8/10/99

PAGE: ______ OF ______

## ORIGINAL PURCHASE ORDER # 4581

## REQUISITION # 5664 1282

## VENDOR

NAME AVNET

ADDRESS

CITY STATE ZIP

## CONFIRMING

PERSON Linda

TEL.# FAX.#

| PART NUMBER | DESCRIPTION | QTY. | PRICE | DEL'Y |
|---|---|---|---|---|
| 214194-1 (OPOSI/883-C | | 5 | $8.82 | STK |

RECEIVED AUG 19 1999

RECEIVED AUG 1 1999

44.10

REMARKS:

PLEASE ACKNOWLEDGE UPON RECEIPT

PRINTS ATTACHED

CERTIFICATE OF COMPLIANCE REQ'D

MB J-30 OF 39

(32)

# FREQUENCY SELECTI_ NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET 2144194-1

EXHIBIT - 10.4.1
REV- C

Part Name: INTEGRATED CIRCUIT.

Vendor: AVNET

A.Q.L.: 100%

INSP. PROCESS

OP055 883-C
Part No.

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | | | | | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I.C. | 4581 | 8/1/98 | 5 | 5 | 5 | 5 | 0 | \ | (stamp) | ✓ | | | | | 1282-2<br>TCN 45147Y<br>RCN-7301003 | 1282- |

TAB J- 31 OF 34

# Microsemi

BKC Semiconductors

6 Lake Street • Lawrence, MA 01841 • Phone: (978)681-0392 • Fax: (978)681-9135
www.bkcs.com

## CERTIFICATE OF CONFORMANCE AND TRACEABILITY

# 11019

**CUSTOMER:**

AVNET MILITARY

80 SOUTH MCKEMY ROAD

CHANDLER, AZ 85226

CUSTOMER ORDER NO: H050-2169470

GOV'T CONTRACT NO:

BKC ORDER NO: 34029

We hereby certify that all articles and/ or services have been manufactured and tested in conformance with applicable specifications, requirments, and drawings referenced on your purchase order. BKC reserves the right to ship devices of a higher product quality assurance level. Quality levels are identified in MIL-PRF-19500 section 1.3.2. for lowest to highest. All Test Data / Documentation, verifying conformance and / or qualification, is on file for review at BKC and is traceable to be in accordance with MIL-PRF-19500.

**Specified Customer Drawing:**

DEVICE TYPE: 1N649-1JTX

TOTAL QUANTITY: 5000

SLASH SHEET: MIL-PRF-19500/240F

DATE CODE: 9823

LOT/GROUP NO: 002979-5-9-10-13

INSPECTION DATE: 7/8/98

QUANTITY: 5000

*(For JANTX,JANTXV,JANS and applicable SCD's)*

RE-INSPECTION DATE: *(If applicable)*

BKC's MDS: CERJ

L.F.A.D

*(Lead Finish Application Date)*
*(If applicable)*

Bernardette Simois 2-16-99 /SUPERVISOR
*Authorized Signature/Date* *Title*

[signature] 2/16/99 /SHIPPER
*Witness/Date* *Title*

Filename: Users\Recep\forms\MILCOFC.DOC7

TAB J - 32 OF 39

48

1282

TOTAL QUALITY MANAGEMENT

Total Quality Management AVNET Military Components Customer Satisfaction

## RECEIVING INFORMATION

MANUFACTURER'S NAME: MICROSEMI

ORDERED P/N: 1N649-1JANTX

PART MARKING:

DATE CODE: 9823 RE-INSPECTION DATE:

P/N #: 7321290 TCN: 454511

## SHIPMENT INFORMATION

CUSTOMER NAME: FREQUENCY SELECTIVE

ADDRESS: 69-20 GARFIELD AVE

CITY: WOODSIDE STATE: NY ZIP: 11377 COUNTRY: USA

QUANTITY SHIPPED: 5 CUSTOMER P.O.#: SAMPLES

INVOICE NUMBER (INV.#): H050 66124 75

## FINAL INSPECTION SHIPMENT AUTHORIZATION

SIGNATURE: [signature] QID.#: AH DATE: 6-30-99

## CERTIFICATE OF CONFORMANCE AND TRACEABILITY

Seller hereby certifies that this shipment is part of the shipment covered by the Manufacturer's documentation included herewith. Results of all substantiating tests and other evidence supporting such documentation are either on file with Seller or will be requested from the Manufacturer of the product if required by Buyer. Seller further certifies that where applicable, it has handled products furnished hereunder in accordance with the requirements of MIL-STD-1686 and JEDEC Publications 109 and EIA 625.

60 S. McKemy, Chandler, AZ 85226

AVN044 5/96

[signature]

PAT JEWETT
SENIOR VICE PRESIDENT

TAB J - 33 OF 39

(28)

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT - 10.4.1
REV- C

Part Name: DIODE
Vendor: AVNET
A.Q.L.: 100%

INSP. PROCESS

Part No.: IN 649-1 JAN TX
1282-2
ICN-454511
RCN 732190-

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIODE | S | 7/3/99 | 5 | 5 | 5 | 5 | 0 | / | ACCEPT ✓ | C OFC | | | | |

SPRAGUE GOODMAN

SPRAGUE-GOODMAN ELECTRONICS, INC.

1700 Shames Drive, Westbury, N.Y. 11590
Tel. 516/334-8700 • Fax 516/334-8771
Email: info@spraguegoodman.com

September 22, 1999

Frequency Selective Networks
69-20 Garfield Ave
Woodside, NY 11377

Samples

Attn: Mike Izzolo

Dear Mr. Izzolo:

As requested during our phone conversation of September 22, 1999, enclosed are the following ceramic trimmer capacitor samples for your evaluation:

Capacitor –

| | | | | | |
|---|---|---|---|---|---|
| 5 pcs | - | GKT20010 | 4/20 | #20 | 2132080-0 |
| 5 pcs | - | GKT45010 | 7/45 | #15 | 2132080-9 |
| 5 pcs | - | GKT60010 | 9/63 | #18 | 2132080- |

If you need further help, please contact our local representative, RF Electronic Sales, at 516/624-3800, or me. We appreciate your interest in our products and look forward to serving you.

Very truly yours,

SPRAGUE-GOODMAN ELECTRONICS, INC.

Steven Orman
Sales Engineer

Samples for 1282-2

SO:bm
Enc.
cc: RF, NY

Visit us on the web at: www.spraguegoodman.com

TAB J - 35 OF 39

15

75

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

EXHIBIT - 10.4.1
REV- C

Part Name: CAPACITOR

Vendor: SPRAGUE GOODMAN

A.Q.L.: 100%

2|32080-9

INSP. PROCESS

Part No.: GKT 45010

1282 -

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | | | | | Remarks | MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAP | 5 | 10/2/98 | 5 | 5 | 5 | 5 | 0 | / | [stamp] | | | | | | 282- |

COPC

#7

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET

2132080-0

IO.
EXHIBIT-10.4.1
REV-C

Part Name: CAPACITOR
Vendor: SPRAGUE GOODMAN
A.Q.L.: 100%

INSP. PROCESS

Part No.: GKT20010.

1282-

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | COPC | | | | | Remarks | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAP | 5 | 10/2/[illegible] | 5 | 5 | 5 | 5 | 0 | / | ACCEPTED 1 | ✓ | | | | | | |

18

# FREQUENCY SELECTIVE NETWORK, INC.

RECEIVING INSPECTION RECORD SHEET 2132080-8

EXHIBIT - 10.4.1
REV- C

Part Name: CAPACITOR

Vendor: SPRAGUE GOODMAN

A.Q.L.: 100%

INSP. PROCESS

Part No. GKT 60010

1282-

| ITEM | P.O. # | DATE REC. | QTY. REC. | A.Q.L. | INSPECTED | ACCEPTED QTY. | REJECTED QTY. | D.M.R. # | INSPECTOR | COPC | | | | | Remarks. | MO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAP. | S | 10/2/9? | 5 | 5 | 5 | 5 | 0 | \ | [stamp] | ✓ | | | | | | 29 K12 |

**OICE** UNIQUE COMPONEN[illegible]
373 U.S. Highway [illegible] West Bldg D [illegible]
Tel 973-575-275[illegible] Fax 973-[illegible]

BILL TO

1282
#39.

SHIP TO
Frequency Selective Netwc
69-20 Garfield Avenue
Woodside, NY 11377

| ACCT. NO. | SLS | CUSTOMER PURCHASE ORDER NUMBER | SHIP VIA | F.O.B. | TERMS | INV./SHIPPING DATE |
|---|---|---|---|---|---|---|
| | | 4661 | pickup | SHIPPING PT. | 1%-10, N30 | 11/5/99 |

| ITEM | QUANTITY ORDERED | DESCRIPTION | QTY. SHIPPED | UNIT PRICE | AMOUNT DUE |
|---|---|---|---|---|---|
| 1 | 5 | M39015/3-004PR | 5 | | 14.00 EA |

RECEIVED NOV 1[illegible] 1999

*Thank You*

"ALL RETURNS OR ADJUSTMENTS MUST BE MADE WITHIN 15 DAYS OF INVOICE DATE. NO MERCHANDISE WILL BE ACCEPTED OR CREDIT ISSUED WITHOUT R.M.A. APPROVAL"

| INVOICE DATE | TOTAL DUE | |
|---|---|---|
| | | 70.XX |

Mike Rosenberg
AUTHORIZED SIGNATURE

CERTIFICATE OF COMPLIANCE
THIS IS TO CERTIFY THE MATERIAL SHIPPED TO YOUR FIRM HEREWITH UNDER YOUR PURCHASE ORDER MENTIONED ABOVE CONFORMS TO ALL REQUIREMENTS OF SAID PURCHASE ORDER AND APPLICABLE SPECIFICATIONS

PACKING SLIP

TAB J - 39 OF 39