# TAB
# K

# FREQUENCY SELECTIVE NETWORKS, INC.

55-72 61ST Street • Maspeth, NY 11378
Tel: 718-424-7500 • Fax: 718-424-3790

DSCC

Subject: Category II Data K

The units in question are about equal in difficulty since they both use a number of active and passive components and number of components covered by specification drawing ie, a Bendix drawing in this case and an Raytheon drawing in the similar unit.