# TAB
# L

FREQUENCY SELECTIVE NETWORKS, INC.

55-72 61ST Street • Maspeth, NY 11378
Tel: 718-424-7500 • Fax: 718-424-3790

DSCC

Subject: Category II Data L

We have experienced no Quality Deficient Reports (QDR) on the similar item. In fact Frequency Selective Networks, Inc. to date has not had a QDR on any boards manufactured for DLA . Some of the boards supplied to DLA follows;

| NSN | Drawing Number | Government Contract No. |
|---|---|---|
| 5998-01-003-1989 | Bendix 2439526-1 | SP0960-99-M-8139 |
| 5998-01-014-8792 | Bendix 2441541-1 | SP0960-99-M-1465 |
| 5998-01-024-6882 | Bendix 2439516-1 | SP0960-98-M-3865 |
| 5998-01-034-4080 | Bendix 2799014-1 | SP0960-97-M-8918 |
| 5998-01-040-3019 | Bendix 2438392-2 | SP0960-99-M-3880 |
| 5998-00-361-5289 | Bendix 2130022-1 | SP0960-99-M-2457 |
| 5998-01-420-5974 | Bendix 3598703-2 | SP0960-99-M-1344 |
| 5998-01-347-1520 | Bendix 6406819-2 | SP0960-99-M-2591 |
| 5998-00-123-2555 | Bendix 1997940-1 | SP0960-97-M-3032 |
| 5998-01-154-2941 | Bendix 2795333-2 | SP0960-99-M-7104 |

TAB L - 1 OF 1