# In the United States Court of Federal Claims

No. 07-322C
Filed: June 13, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

ESTABLISHING FILING DEADLINE

and

SCHEDULING TELEPHONE CONFERENCE

---

Pursuant to the telephone conference held on June 13, 2007, it is hereby ORDERED:

1. On or before June 18, 2007, plaintiff shall file the affidavit of its president responding to defendant's submission of June 7, 2007.

2. An off-the-record telephone conference will be held at 3:30 p.m. on Wednesday, June 20, 2007, to discuss future proceedings in the case. The court will initiate the call.

s/John P. Wiese
John P. Wiese

Judge