IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CoFC No. 07-322<br>**BID PROTEST**<br>(Judge Wiese) |

## MOTION TO SUPPLEMENT THE RECORD

**COMES NOW** Plaintiff the Input/Output Technology, Inc. ("IO Tech"), by and through undersigned counsel, and hereby files this Motion to Supplement the Record in this matter. The attached Declaration of Thad Drapala enclosed hereto as Exhibit, provides the Plaintiff's response to the declarations and information submitted by the Government in this matter. As the Court has directed, Mr. Drapala's declaration is necessary for the Court to have a complete understanding of the issues at the heart of the dispute in this matter as well as the procurement from which this protest arises. Mr. Drapala's declaration demonstrates that the Government's personnel do not understand the nature of the items being procured in this procurement, and that the Government has failed to follow its own procedures in approving an alternate offeror for the item sought in this procurement.

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order supplementing the record with the documents described.

Respectfully submitted,

Date: 6/18/07

By: ______________________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Input/Output Technology, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2007, a copy of the foregoing Motion to Supplement the Record was served by electronic mail on Counsel for the United States James Poirier, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530.

James S. DelSordo