IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., Plaintiff, | |
| v. | No. 07-322C |
| THE UNITED STATES, Defendant. | (Senior Judge Wiese) |

DEFENDANT'S MOTION FOR LEAVE TO FILE DECLARATIONS

Defendant, the United States, respectfully seeks leave to file declarations to respond to an allegation in the declaration of Mr. Drapala, filed by the plaintiff yesterday.

Mr. Drapala contends that the supplier, Frequency Selective Networks ("FSN"), was improperly approved as a supplier who had previously provided the same part to the original equipment manufacturer ("OEM"). Drapala declaration, at 6-7.

To the contrary, Mr. Jenkins did not seek review of the FSN alternate offer by the Communications and Electronics Research and Development Command ("CECOM") believing that FSN had previously supplied the part. Jenkins, at 1-2.[1]

[1] "Jenkins" refers to the declaration by David A. Jenkins, dated June 19, 2007, filed with this motion.

Similarly, Mr. Truskowski, at CECOM, did not review the FSN alternate offer believing that FSN had previously supplied the part. Truskowski, at 1-2.[2]

Accordingly, FSN alternate offer was properly considered, and properly approved, based upon the technical judgment of CECOM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

June 19, 2007

Attorneys for Defendant

---

[2] "Truskowski" refers to the declaration by Paul Truskowski, dated June 19, 2007, filed with this motion.

CERTIFICATE OF FILING

I hereby certify that on June 19, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DECLARATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier