IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF DAVID A. JENKINS

I, David A. Jenkins, hereby state as follows:

1. I am the Quality Assurance Specialist, GS-1910-11, at the Defense Supply Center Columbus, Columbus Ohio (DSCC), who in May of 2006 submitted Frequency Selective Networks (FSN) alternate offer to manufacture backplane assembly, National Stock Number (NSN) 5998-01-366-6543 to the Communication and Electronics Command (CECOM) for evaluation. An alternate offer is an offer from other than the approved source or item that is not the exact part number item cited in the Acquisition Identification Description (AID). (Exhibit A p. 2) The alternate offeror's product must be identical to or be physically, mechanically, electrically and functionally interchangeable with the product cited in the AID. Id.

2. I have reviewed the Request for Engineering Support, Defense Logistic Agency (DLA) Form 339 that I submitted to CECOM requesting that they review FSN's alternate offer submitted by Aschbacher and Associates. I now note that in error I checked the box in Block 15 b which indicated that the alternate offer was a Category 1. Same Item, (Exhibit B) when I should have

checked Category 2. Similar Item. Id. The three Categories of alternate offers are: Category 1 an alternate source for the same item previously provided by the offeror to the Original Equipment Manufacturer (OEM); Category 2 an alternate source for a similar item provided by the offeror to the OEM or military services; Category 3 an alternate source that has neither provided the same nor similar items to the OEM or the military services.(Exhibit A p. 10 of 12) By these definitions it is clear that an offeror is not required to be a manufacturer or dealer that supplied the same item to the OEM. In fact the Category 3 clearly shows that alternate offers may be accepted from manufacturers or dealers who have never provided the same or similar items to the OEM or the military services. Id.

3 FSN had provided similar items to DLA in the past so I should have marked Category 2 similar item. The information and documentation provided by FSN was information and documentation required for a Category 2 evaluation, for instance FSN provided a complete set of drawings for the item it was seeking source approval for (the backplane assembly) and for a similar item for which it was already an approved source. (Exhibit A pp. 11 &12 of 12) FSN never claimed it had provided the exact item in the past to the OEM or the military services thus it was not a Category 1 alternate offer as I mistakenly marked it. Because FSN never had supplied backplane assembly NSN 5998-01-366-6543 to the OEM or the military services it was not required to provide the information required for a Category 1 offeror. (Exhibit A p. 11 of 12)

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 19 day of June 2007.

DAVID A. JENKINS
Product Specialist
DSCC