# EXHIBIT
# B

REQUEST FOR ENGINEERING SUPPORT - DLA Form 339

*Part I - Header Information (To be completed by DLA Initiator)*

1) a. Case Number: DSCC-FM-06-54577 — 2) a. Date: 5/23/2006

b. Revision Letter: - c. Suffix Letter: A — b. Revision Date:

3) To:

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Army | ☐ | AZ | ☐ | BD | ☐ | BF | ☑ | CL | ☐ | CT | ☐ | AJ | USMC ☐ | PA |
| Navy | ☐ | HD | ☐ | HX | ☐ | KE | ☐ | GA | | | | | | |
| USAF | ☐ | SE | ☐ | SU | ☐ | SX | ☐ | TA | ☐ | TG | ☑ | GT | | |
| Other | ☐ | XF | ☐ | XG | ☐ | XH | ☐ | XK | ☐ | XN | | | | |

| 4) From: | 5) ESA Response Time Required: 30 days |
|---|---|
| a. Requesting Office: DSCC-FMVBB | 6) Nomenclature: BACKPLANE ASSEMBLY |
| b. Point of Contact: Jenkins,Dave | 7) NSN: 5998-01-366-6543 |
| c. Address: 3990 East Broad Street, Columbus, OH 43218-3990 | 8) CAGE: 05869 |
| d. Phone: DSN: 850-7861 COMM: 614-692-7861 | 9) Part Number: 1690533 |
| e. Fax: DSN: 850-1100 COMM: 614-692-1100 | 10) a. MMAC: EH b. SMIC: c. MCC: |
| f. Email: David.Jenkins@dla.mil | 11) a. End Item Application: Unknown |
| g. DSC Engineer/Technician Review: | 11) b. Next Higher Assembly: |
| (1) Name: Stratford,Mark | 12) Criticality of Record Shows: No |
| (2) Title: Sr. Equipment Specialist | 13) AMC/AMSC: 1C |
| (3) Phone: DSN: 850-1991 COMM: 614-692-1991 | 14) Is This A CIT Item: LIM: ETD: |

*PART II - ENGINEERING SUPPORT (To be completed by DLA Initiator)*

15) Request For Engineering Support (Specify Type of Request Below) (Check All Applicable Blocks)

a. ☐ Alternate Method of Support

- (1) ☐ Contractor Advises Item Obsolete Without Replacement
- (2) ☐ Contractor Out of Business or Moved Without Forwarding Address
- (3) ☐ Product Line Discontinued
- (4) ☐ Technical Data Required For Open Competition
- (5) ☐ CAGE: P/N: NSN: is recommended as possible replacement

b. ☑ Alternate Offer: Manufacturer: Frequency Selective Networks Point of Contact: Mike Izzolo Phone: 718-424-7500

☑ Category 1, Same Item ☐ Category 2, Similar Item ☐ Category 3, New Item

- (1) ☑ To Manufacture IAW OEM Drawing No: 1690533 Rev: C (Encl: )
- (2) ☐ To Supply CAGE: P/N: IAW Technical Data (Encl: )
- (3) ☐ Potential Cost Savings/Improved Delivery:

c. ☐ Engineering Change Proposal (ECP)/Request for Waiver/Deviation(Describe in Block 16)

d. ☐ Request TDP Development or Validation (Describe in Block 16)

e. ☐ Reverse Engineering Candidate Approval (Initial Phase) (Describe in Block 16)

- (1) ☐ Technical Data Provided (Encl: ) (2) ☐ Potential Savings/Improved Delivery:

f. ☐ Reverse Engineering (Approval) g. ☐ Contract Deliverables

h. ☐ Miscellaneous Technical Requirements i. ☐ Critical Application

j. ☐ Evaluation of Surplus Offer k. ☐ Extended Engineering

16) Supplemental Information/Comments:
Request evaluation of Frequency Selective Networks (56662) p/n 1690533 IAW Raytheon( 05869) drawing 1690533. The data package will be provided as a hardcopy off-line. Please note the Army website indicates no Army usage however the backorders are all from the Army.

17) Enclosures:
tir.pdf, backorders.pdf, army website.pdf, af website.pdf

*PART III - Evaluation (To be completed by DLA ESA)*

18) Additional Information Required From (See Block 22 for details)

19) Is this item one of the following?

| | | | | | |
|---|---|---|---|---|---|
| a. Critical Application Item | Yes: | No: X | b. Flight Safety Critical | Yes: | No: X |
| c. Flight Safety Critical Aircraft Part | Yes: | No: X | d. Life Support Item | Yes: | No: X |

20) Engineering Support Evaluation ("X" all applicable blocks)

a. ☐ Alternate Method of Support for subject NSN has been identified & follows:

(1) ☐ Replacement Identified: NSN: or P/N: CAGE:

(2) ☐ Alternate Source/Replacement Item/Technical Data cannot be identified; NSN cancellation is authorized

(3) a. ☐ Supply by next higher assembly/kit, NSN:

b. ☐ Fabricate/Assemble from the following:

b. The Alternate Offer has been: ☑ Approved ☐ Disapproved ☐ Conditionally Approved

c. The ECP/Request for Waiver/Deviation is: ☐ Approved ☐ Disapproved ☐ Conditionally Approved

d. TDP Development/Validation status: ☐ Enclosed ☐ Technical data is not available

e. Reverse Engineering Project Initiation is: ☐ Approved ☐ Disapproved

No. of Prototypes: 0 Cost Estimate of Test:

Testing: ☐ ESA ☐ Outside Source

f. Reverse Engineering (Approval) has been: ☐ Approved ☐ Disapproved

g. Contract Deliverables have been: ☐ Approved ☐ Disapproved

h. ☐ Miscellaneous Technical Requirements

i. ☐ Critical Application Decision

j. The Surplus Offer has been: ☐ Approved ☐ Disapproved

k. ☐ Extended Engineering

21) Engineering Support Billing Charge a. Scheduled Rate: 0.0 b. Actual Hours: 5.0 c. Cost Estimate: 0.0

22) Supplemental Information/Comments:

23) Enclosures:
5998-01-366-6543_dscc-fm-06-54577.doc

24)
a. Responsible ESA Office: CECOM
b. Date: 2006-05-24 00:00:00.0
c. Point of Contact: PAUL TRUSKOWSKI
d. Address: AMSEL-LC-IEW-C-CF
FORT MONMOUTH, NJ 07703
e. Phone: DSN: 992-4378 COMM: (732)532-4378
f. Fax: DSN: 992-9903 COMM: (732)532-9903
g. Email: paul.truskowski@us.army.mil
h. Reviewer: Philip Mercurio

Page 2 of 2