IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | (Judge Weiss) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PAUL TRUSKOWSKI

I, Paul Truskowski, hereby state as follows:

1. I have reviewed the Request for Engineering Support DLA Form 339 submitted by the Defense Supply Center Columbus to Communications and Electronics Command for evaluation of an Alternate Offer from Frequency Selective Networks (FSN) for the Backplane Assembly, National Stock Number (NSN) 5998-01-366-6543. I noted in Block 15 b. there is a check in the Category 1. Same Item box. Although the DLA Form 339 was submitted with Block 15b checked as "Category 1, Same Item", Original Equipment Manufacturer (OEM) I did not evaluate this proposal with the belief that FSN had previously supplied the item to the OEM or had previously manufactured the item. I reviewed it as an item that would be manufactured by FSN in accordance with the OEM drawing package. Nothing in data package led me to believe that FSN had manufactured this item in the past for the OEM or anyone else. I evaluated FSN's alternate offer based on the documents contained in the technical data package provided me by DSCC in May of 2006.

2. There is no requirement that the alternate offer be from a subcontractor which had in the past manufactured the item for the OEM. I cannot remember ever reviewing an alternate offer from an offeror who stated they had in the past manufactured the item for the OEM as a subcontractor. Most of my reviews have been from offerors that are manufacturing the item for the first time just like FSN.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 19th day of June 2007.

Paul Truskowski
Senior Electronics Engineer
CECOM