IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., Plaintiff, | ) | |
| v. | ) | No. 07-322C |
| THE UNITED STATES, | ) | (Senior Judge Wiese) |
| Defendant. | ) | |

DEFENDANT'S MOTION TO FILE THIRD SET OF DECLARATIONS

Pursuant to the oral order of the Court at a status conference on June 20, 2007, defendant, the United States, respectfully submits the attached declarations of Mr. Jenkins and Mr. Truskowski, both dated June 22, 2007.

The Court requested that witnesses address the eight categories of documents listed at pages A25-2 and A25-3 of Exhibit A to the Jenkins declaration, filed June 19, 2007. Our response can be summarized as follows:

1. Included in alternate offer.
   Truskowski June 22, at ¶ 4.[1]
2. Included in alternate offer.
   Truskowski June 22, at ¶ 5.

[1] "Truskowski June 22" refers to the declaration of Paul Truskowski, dated June 22, 2007.

3. Not included; not needed.

Truskowski June 22, at ¶ 6; see Jenkins June 22, at ¶ 2-3 (quality history reviewed by computer).[2]

4. Not included; functionally equivalent information provided.

Truskowski June 22, at ¶ 7; see Jenkins June 22, at ¶ 2-3 (quality history reviewed by computer).

5. Included in the alternate offer.

Truskowski June 22, at ¶ 8.

6. Included in the alternate offer.

Truskowski June 22, at ¶ 9; see Jenkins June 22, at ¶ 2-3 (quality history reviewed by computer).

7. Not included; functionally equivalent information provided.

Truskowski June 22, at ¶ 10; see Jenkins June 22, at ¶ 2-3 (quality history reviewed by computer).

8. Not included; not needed.

Truskowski June 22, at ¶ 11.

In summary, the alternate offer contained the information needed by Mr. Truskowski to perform his technical review.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

---

[2] "Jenkins June 22" refers to the declaration of David A. Jenkins, dated June 22, 2007.

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

June 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 22, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO FILE THIRD SET OF DECLARATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier