IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF DAVID A. JENKINS

I, David A. Jenkins, hereby state as follows:

1. I am familiar with the documentation required to support a Category 2 alternate item offer. I reviewed and forwarded the alternate offer from Aschbacher and Associates made on behalf of the Frequency Select Networks, Inc. (FSN).

2. At page A 25-3 of Appendix A25 of the DLA Technical – Quality Policy and Procedures Deskbook the third paragraph from the top of the page states the offeror will provide copies of purchase orders or shipping documents to OEM or military services, for the similar item. When available, attach a copy of the current Requirement Control Card/Quality Assurance Document. FSN did not provide these documents. However, FSN provided Defense Logistics Agency contract numbers for the similar item for which it provided the drawing and nine other similar items. Using these contract numbers I was able to check the contract history for these items. I found that none of the contracts had been cancelled nor had there been any quality problems reported. I did not believe it necessary to ask FSN for any further information.

3. Appendix A25-3 also states the offeror is to provide a copy of inspection method sheets used in manufacturing and final inspection of the similar item. I did not receive this documentation, however I didn't believe it was necessary for proper evaluation. FSN provided its quality assurance manual which outlined its manufacturing inspection process and its final inspection. Finally, also as I stated earlier, I was able to review the contract history for the similar items and there were no quality deficiencies noted.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 22 day of June 2007.

DAVID A. JENKINS
Product Specialist
DSCC