# In the United States Court of Federal Claims

No. 07-322C
Filed: June 25, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR LEAVE TO FILE DECLARATIONS

Defendant's June 7, 2007, motion for leave to file the declarations of David A. Jenkins, Paul Tuskowski, Renee L. Frederick, and Robert Evans is GRANTED.

s/John P. Wiese
John P. Wiese
Judge