# In the United States Court of Federal Claims

No. 07-322C
Filed: June 25, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR LEAVE TO
FILE SEALED TAB H

Defendant's June 7, 2007, motion for leave to file under seal Tab H of Exhibit B to the declaration of Paul Truskowski is GRANTED.

s/John P. Wiese
John P. Wiese
Judge