# In the United States Court of Federal Claims

No. 07-322C
Filed: June 25, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION TO SUPPLEMENT RECORD

Plaintiff's June 18, 2007, motion to supplement the record with the declaration of Thad Drapala is GRANTED.

s/John P. Wiese
John P. Wiese
Judge