# In the United States Court of Federal Claims

No. 07-322C
Filed: June 26, 2007

| | |
|---|---|
| | ) |
| INPUT/OUTPUT | ) |
| TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

---

ORDER

GRANTING MOTION FOR LEAVE TO
FILE DECLARATIONS

---

Defendant's June 22, 2007, motion for leave to file the declarations of David A. Jenkins and Paul Truskowski, both dated June 22, 2007, is GRANTED.

s/John P. Wiese
John P. Wiese
Judge