# In the United States Court of Federal Claims

No. 07-322C
Filed: July 17, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

ESTABLISHING FILING DEADLINE

and

SCHEDULING TELEPHONE CONFERENCE

---

As discussed during the telephone conference held on July 16, 2007, it is hereby ORDERED:

1. On or before July 27, 2007, defendant shall file the Administrative Record.

2. A follow-up telephone conference will be held at 2:30 p.m. on Tuesday, July 31, 2007. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge