IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INPUT/OUTPUT TECHNOLOGY, INC., )
)
Plaintiff, )
)
v. ) No. 07-322C
)
THE UNITED STATES, ) (Senior Judge Wiese)
)
Defendant. )

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order during a status conference on July 16, 2007, defendant, the United States, has consulted with Aschbacher and Associates ("AA"), the winning bidder in this procurement, concerning whether AA intends to intervene in this action. AA has authorized us to report that AA does not intend to intervene in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

July 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 19, 2007, a copy of the foregoing "DEFENDANT’S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier