IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-322C |
| | ) | |
| THE UNITED STATES, | ) | (Senior Judge Wiese) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO FILE THE
ADMINISTRATIVE RECORD, AND DEFENDANT'S
UNOPPOSED MOTION TO RESCHEDULE THE STATUS CONFERENCE

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including August 3, 2007, within which to file the administrative record. This filing is due on or before July 27, 2007. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Input/Output Technologies, Inc. ("Input") has authorized us to state that Input does not oppose this motion.

In addition, we respectfully request that the status conference scheduled for July 31, 2007 be rescheduled to a date and time convenient to the Court no earlier than August 7, 2007. Counsel for Input has authorized us to state that Input does not oppose this motion. In fact, counsel for Input requested that we make this motion. It is our understanding that counsel for Input seeks to have an opportunity to review the administrative record, and to consult with his client about the administrative record, before discussing this case and any schedule with the Court.

The full enlargement requested is needed. A substantial volume of documents have been gathered, and listed in a draft notice. However, certain questions have arisen concerning the proper scope of the administrative record, and further consultations between counsel for the United States and the agency are necessary before the final administrative record may be designated. In addition, it may be necessary to ship additional documents from Ohio to counsel's office in Washington, D.C. Once all the documents have been gathered, organized and described upon the draft notice, time will be needed for commercial copying. Time will also be needed for review of the draft notice by counsel for the agency and by supervisors at the Department of Justice.

For these reasons, we respectfully request that our unopposed motion for an enlargement of time be granted, and that the Court reschedule the status conference currently scheduled to be held on July 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

July 27, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 27, 2007, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD, AND DEFENDANT’S UNOPPOSED MOTION TO RESCHEDULE THE STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier