# In the United States Court of Federal Claims

No. 07-322C
Filed: July 30, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION FOR ENLARGEMENT

and

RESCHEDULING TELEPHONE CONFERENCE

---

Defendant's July 27, 2007, unopposed motion for an enlargement of time, to and including August 3, 2007, within which to file the administrative record is GRANTED.

The telephone conference scheduled for July 31, 2007, has been rescheduled and will be held at 2:30 p.m. on Tuesday, August 7, 2007. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge