IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INPUT/OUTPUT TECHNOLOGY, INC., )
)
Plaintiff, )
)
v. ) No. 07-322C
)
THE UNITED STATES, ) (Senior Judge Wiese)
)
Defendant. )

DEFENDANT'S SECOND UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO FILE THE
ADMINISTRATIVE RECORD, AND DEFENDANT'S
SECOND UNOPPOSED MOTION TO RESCHEDULE THE STATUS CONFERENCE

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including August 10, 2007, within which to file the administrative record. This filing is due on or before August 3, 2007. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of seven days. Counsel for plaintiff, Input/Output Technologies, Inc. ("Input") has authorized us to state that Input does not oppose this motion.

In addition, we respectfully request that the status conference scheduled for August 7, 2007 be rescheduled to a date and time convenient to the Court no earlier than August 14, 2007. Counsel for Input has authorized us to state that Input does not oppose this motion.

The full enlargement requested is needed. A substantial volume of documents has been gathered, but the documents need to

be sorted and properly listed in order to make the administrative record easily comprehensible.

Our motion is supported by the interests of justice and judicial economy. It would be possible for counsel for Input and for the Court to cull through the documents and to determine where the most relevant documents are located. However, it would be burdensome and inefficient. The United States seeks time to organize the documents so that the review of those documents by Input and the Court will be easier.

Once all the documents have been gathered, organized and described upon the draft notice, time will be needed for commercial copying. Time will also be needed for review of the draft notice by counsel for the agency and by supervisors at the Department of Justice.

For these reasons, we respectfully request that our unopposed motion for an enlargement of time be granted, and that the Court reschedule the status conference currently scheduled to be held on August 7, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 1, 2007, a copy of the foregoing "DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD, AND DEFENDANT'S SECOND MOTION TO RESCHEDULE THE STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier