# In the United States Court of Federal Claims

No. 07-322C
Filed: August 3, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR ENLARGEMENT

Defendant's August 1, 2007, second unopposed motion for an enlargement of time, to and including August 10, 2007, within which to file the administrative record is GRANTED.

The telephone conference scheduled for August 7, 2007, will be rescheduled at a later date.

s/John P. Wiese
John P. Wiese
Judge