IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-322C |
| THE UNITED STATES, | ) | (Senior Judge Wiese) |
| Defendant. | ) | |

DEFENDANT'S THIRD UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of five days, to and including August 15, 2007, within which to file the administrative record. This filing is due on or before August 10, 2007. This is our third request for an enlargement of time for this purpose, the Court having granted enlargements of seven days, and seven days, respectively. Counsel for plaintiff, Input/Output Technologies, Inc. ("Input") has authorized us to state that Input does not oppose this motion.

Since our last motion for an enlargement, the documents from the agency have been organized, listed, and sent to a commercial copy service. The documents are likely to be returned on Monday. We may be able to file the administrative record on Tuesday, but we are seeking an enlargement until Wednesday in order to allow for unforeseen circumstances.

For these reasons, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 10, 2007, a copy of the foregoing "DEFENDANT’S THIRD UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier