# In the United States Court of Federal Claims

No. 07-322C
Filed: August 10, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION FOR ENLARGEMENT

---

Defendant's August 10, 2007, third unopposed motion for an enlargement of time, to and including August 15, 2007, within which to file the administrative record is GRANTED.

s/John P. Wiese
John P. Wiese
Judge