IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-322C |
| THE UNITED STATES, | ) | (Senior Judge Wiese) |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE TWO PAPER COPIES OF THE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully requests that the Court grant it leave to file two paper copies of the administrative record, in lieu of electronic filing.

For the convenience of the Court, we have attached to this electronic filing a copy of the index to the administrative record.

For the convenience of the Clerk, we shall place a copy of this electronic filing with the binders delivered to the Clerk's office.

As discussed in various status conferences, the United States contends that the declaration of Mr. Drapala is not properly a part of the administrative record. We do not waive our argument. However, for the convenience of the Court, we are filing Mr. Drapala's declaration together with the other materials.

For these reasons, we respectfully request that our motion for leave be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 14, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 14, 2007, a copy of the foregoing "DEFENDANT’S MOTION FOR LEAVE TO FILE TWO PAPER COPIES OF THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier