IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**BID PROTEST**

INPUT/OUTPUT TECHNOLOGY, INC., )
)
Plaintiff, ) Court No. 07-322C
) (Senior Judge Wiese)
v. )
) Protected Material To Be
) Disclosed Only In Accordance
THE UNITED STATES, ) With U.S. Court of Federal
) Claims Protective Order
)
Defendant. )

**INDEX TO THE ADMINISTRATIVE RECORD**

**TABS**

**VOLUME I**

**PURCHASE ORDER SPM7M8-07-1857**


1. Purchase Order SPM7M8-07-V-1857. . . . . . . . . . . . . . . 1

2. Purchase Request Trailer 0014648676. . . . . . . . . . . . . 7

3. Small Business Coordination Record DLA Form 2579. . . . . . . . . . . . . . . . . . . . . . . . 10

4. Request For Quotation (RFQ) SPM7M8-07-T-7139. . . . . . . . 13

5. Placed in Volume II (Protected Material). . . . . . . . . . 17

6. Placed in Volume II (Protected Material). . . . . . . . . . 19

7. Automated Notice of Award for SPM7M8-07-T-7139. . . . . . . 28

8. Stop Work Order to Aschbacher and Associates Inc., for SPM7M8-07-V-1857, dated April 9, 2007. . . . . . 31

9. Letter to Aschbacher and Associates Inc., lifting Stop Work Order for Purchase Order SPM7M8-07-V-1857, dated May 25, 2007. . . . . . . . . 32

10. Contract Modification P00001 dated May 25, 2007, for Purchase Order SPM7M8-07-V-1857, extending date of delivery.. . . . . . . . . . . . . . . . . 33

11. Electronic Award Modification for Purchase Order SPM7M8-07-V-1857.. . . . . . . . . . . . . . . . . . . 35

12. Placed in Volume II (Protected Material).. . . . . . . . . . 36

13. Defense Logistics Agency (DLA) Master Solicitation for Automated Simplified Acquisitions (Part 13) April 2007, Revision 21.. . . . . . 44

14. U.S. Government Accountability Office Protest of Input/Output Technology, Inc. concerning Request for Quotations Nos. SPM7M8-07-T-6982, SPM7M8-07-T-6979, SPM7M8-07-T-6981, SPM7M8-07-T-6980, and SPM7M8-07-T-7139, dated April 9, 2007. . . . . . . . . . . 73

15. Defense Logistics Agency, Defense Supply Center, Columbus, Request for Dismissal, Re: Input/Output Technology, Inc., B-299636, dated April 20, 2007.. . . . . 81

16. Protest of Input/Output Technology, Inc., Request for Quotations Nos. SPM7M8-07-T-6982, SPM7M8-07-T-6979, SPM7M8-07-T-6981, SPM7M8-07-T-6980, and SPM7M8-07-T-7139, B-299636, Opposition to Motion to Dismiss, dated April 9, 2007. . . . . . . . . . . . . . 145

17. U.S. Government Accountability Office decision Matter of: Input/Output Technology, Inc., B-299636, dated May 11, 2007.. . . . . . . . . . . . . . . . 153

18. Purchase Request Trailer 0011868357 for Request for Proposal, Solicitation Number SPM7M8-06-R-0004 - given rise to the delivery of FSN data package of CECOM). . . . . . . . . . . . . . . 155

19. Request for Proposal, Solicitation Number SPM7M8-06-R-0004 - given rise to the delivery of FSN data package of CECOM). . . . . . . . . . . . . . . 158

20. Request for Technical Assistance From: Karen Dus To: Dave Jenkins Purchase Request 0011868357.. . . . . . . . . . . . . . . . . . . . . . . . 176

21. Request for Engineering Support DLA Form 339.. . . . . . . 177

**Cancelled Purchase Orders: SPM7M8-07-M-2203, SPM7M8-07-M-2205, SPM7M8-07-M-2206, and PM7M8-07-2207**

22. Placed in Volume II (Protected Material). . . . . . . . . . 179

23. Placed in Volume II (Protected Material). . . . . . . . . . 274

24. Placed in Volume II (Protected Material). . . . . . . . . . 374

25. Placed in Volume II (Protected Material). . . . . . . . . . 479

26. Placed in Volume II (Protected Material). . . . . . . . . 587

**DECLARATIONS REGARDING AGENCY DETERMINATIONS**

27. Declaration of Robert Evans with attachments, dated June 6, 2007 . . . . . . . . . . . . . . . . . . . . 665

28. Declaration of Renee L. Frederick with attachments, dated June 7, 2007. . . . . . . . . . . . . . . . . . . . 703

29. Declaration of David A. Jenkins with attachments except Exhibit C which is item 31, dated June 7, 2007. . . . . . . . . . . . . . . . . . . . . . . 739

30. Declaration of Paul Truskowski with attachments except Exhibit B Tab H, dated June 6, 2007. . . . . . . . . 767

31. Placed in Volume II (Protected Material). . . . . . . . . 1082

32. Declaration of David A. Jenkins with attachments, dated June 19, 2007. . . . . . . . . . . . . . . . . . . 1199

33. Declaration of Paul Truskowski, dated June 19, 2007. . . . . . . . . . . . . . . . . . . . . . 1218

34. Declaration of David A. Jenkins, dated June 22, 2007. . . . . . . . . . . . . . . . . . . . . . 1220

35. Declaration of Paul Truskowski, dated June 22, 2007. . . . . . . . . . . . . . . . . . . . . . 1222

**DECLARATION OF PROTESTOR**

36. Declaration of Thad Drapala, dated June 18, 2007. . . . . . . . . . . . . . . . . . . . . 1227

**VOLUME II**

5. Procurement Automated Contract Evaluation (PACE) Abstract. . . . . . . . . . . . . . . . . . . . 17

6. Vendor Quotations in Response to Solicitation RFQ SPM7M8-07-T-7139.. . . . . . . . . . . . . . . . . . . 19

12. E-mail concerning Purchase Order SPM7M8-07-V-1857. . . . 36

22. Electronic Contract File Purchase Order SPM7M8-07-M-2203.. . . . . . . . . . . . . . . . . . . . 179

23. Electronic Contract File Purchase Order SPM7M8-07-M-2205.. . . . . . . . . . . . . . . . . . . . 274

24. Electronic Contract File Purchase Order SPM7M8-07-M-2206.. . . . . . . . . . . . . . . . . . . . 374

25. Electronic Contract File Purchase Order SPM7M8-07-M-2207.. . . . . . . . . . . . . . . . . . . . 479

26. Miscellaneous E-Mails. . . . . . . . . . . . . . . . . . . 587

31. Exhibit B - Tab H. . . . . . . . . . . . . . . . . . . . 1082