# In the United States Court of Federal Claims

No. 07-322C
Filed: August 23, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SCHEDULING TELEPHONE CONFERENCE

A follow-up telephone conference will be held at 2:00 p.m. on Tuesday, August 28, 2007. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge