# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INPUT/OUTPUT TECHNOLOGY, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. 07-322
**BID PROTEST**
(Judge Wiese)

## PLAINTIFF'S NOTICE OF DISMISSAL

**COMES NOW** the Input/Output Technology, Inc. ("IO Tech"), by and through undersigned counsel, and in accordance with RCFC 41(a)(1)(i). This action may be made by Plaintiff without order of the Court because the Defendant has not filed a responsive pleading or moved for summary judgment in this matter.

**WHEREFORE** Plaintiff respectfully requests that the Court dismiss this matter.

Respectfully submitted,

Date: 8/28/07

By: ____________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Input/Output Technology, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2007, a copy of the foregoing Notice of Dismissal was served by electronic mail on Counsel for the United States James Poirier, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530.

James S. DelSordo