IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-322C |
| THE UNITED STATES, | ) | (Senior Judge Wiese) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR RELIEF FROM PROTECTIVE ORDER, AND MOTION FOR EXPEDITED CONSIDERATION

Pursuant to paragraph 11 of the protective order entered by the Court on May 31, 2007, the United States respectfully requests an order permitting the United States to disclose protected information (as defined in the protective order) in a bid protest before the General Accountability Office (GAO), filed by Input/Output Technology, Inc. (Input) on October 5, 2007, challenging request for quotation SPM7M8-07-R-0065, dated September 6, 2007 (solicitation). Furthermore, the United States respectfully seeks expedited consideration because the agency's response to the protest is due to be filed soon. Counsel for Input has authorized us to state that Input does not oppose this motion.

Our motion is supported by the interests of justice and judicial economy. First, no harm will flow from disclosure to the GAO because a protective order is already in place at the GAO. A1-8 (copy of GAO protective order). Second, the issue raised by the protest (whether Frequency Selective Networks was properly listed as an approved supplier) is identical or

virtually identical to the issue raised in this case; thus, the declarations and other papers developed for this case are likely to be relevant and useful for the GAO proceedings.[1]

For these reasons, we respectfully request that the Court enter an order permitting protected information from this proceeding to be disclosed in the GAO protest, upon the condition that the protected information will be subject to the GAO protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

October 24, 2007

Attorneys for Defendant

[1] Most of the declarations contain no protected information. However, an order permitting disclosure at the GAO, subject to the GAO protective order, will remove any shadow of doubt.

CERTIFICATE OF FILING

I hereby certify that on October 24, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR RELIEF FROM PROTECTIVE ORDER, AND MOTION FOR EXPEDITED CONSIDERATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier