# In the United States Court of Federal Claims

No. 07-322C
Filed: October 24, 2007

| | |
|---|---|
| INPUT/OUTPUT TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

PERMITTING LIMITED DISCLOSURE OF PROTECTED INFORMATION

---

Based upon a review of defendant's October 24, 2007, unopposed motion for relief from the protective order entered in this case on May 31, 2007, the court hereby orders that the declarations and other papers covered by the May 31, 2007, protective order may be disclosed by the United States in a bid protest filed on October 5, 2007, by Input/Output Technology, Inc., now pending before the General Accountability Office. These declarations and other papers will be made subject to a protective order issued by the General Accountability Office.

s/John P. Wiese
John P. Wiese
Judge